# EXHIBIT A

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATION OF THE CONSUMER PROTECTION ACT, RCW 19.86, AND THE COMMERCIAL ELECTRONIC MAIL ACT, RCW 19.190**<br><br>**DEMAND FOR TRIAL BY JURY** |

## I.    NATURE OF THE ACTION

1.    This is a class action against Defendants Old Navy, LLC, Old Navy (Apparel), LLC, Old Navy Holdings, LLC, GPS Services, Inc., and The Gap, Inc. (collectively, "Old Navy" or "Defendants") for false and misleading email marketing.

2.    Old Navy sends emails to Washington consumers which contain false or misleading information in the subject lines. For example, Old Navy sends emails that mis-state the duration of given promotions, in an apparent effort to drive sales by creating a false sense of urgency. The subject line of these kinds of emails falsely claims that a certain sale or discount is limited to a specific time, such as "today only" or "3 DAYS ONLY," when, in reality, the offer lasts longer than advertised or the item has already been on sale for longer than advertised. As

**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, Washington  98103-8869<br>TEL. 206.816.6603 • FAX 206.319.5450<br>www.terrellmarshall.com

another example, Old Navy sends emails with subject lines claiming that a sale or discount has been "extended," when, in reality, Old Navy always planned the sale to continue during the advertised extension.

3.     Old Navy also uses its preconceived "sale extensions" as an excuse to send consumers additional emails purporting to notify them that a sale is ending or that a sale has been extended.  This practice causes consumers' inboxes to become inflated with spam.

4.     Old Navy's practice of sending serial emails about sales with imaginary time limits, fake extensions, and more illusory special offers violates the Washington Commercial Electronic Mail Act ("CEMA"), RCW 19.190, and the Washington Consumer Protection Act, RCW 19.86.

5.     By sending emails with false and misleading information to Plaintiffs and the Class (defined below), Old Navy clogs emails inboxes with false information and violates Plaintiffs' and Class members' right to be free from deceptive commercial e-mails.

6.     Plaintiffs bring this action as a class action on behalf of persons residing in Washington who also received Old Navy's false and misleading emails. Plaintiffs' requested relief includes an injunction to end these practices, an award to Plaintiffs and Class members of statutory and exemplary damages for each illegal email, and an award of attorneys' fees and costs.

## II.     PARTIES

7.     Plaintiff Roxann Brown is a citizen of Washington State, residing in Pierce County, Washington.

8.     Plaintiff Michelle Smith is a citizen of Washington State, residing in Clark County, Washington.

9.     Defendant Old Navy, LLC is a wholly-owned subsidiary of The Gap, Inc., and is a limited liability company chartered under the laws of the State of Delaware. Old Navy, LLC currently is, and at all relevant times in the past has, engaged in substantial business activities in the State of Washington and in King County.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

10.     Defendant Old Navy (Apparel), LLC, is a wholly-owned subsidiary of GPS Services, Inc., and is a limited liability company chartered under the laws of the State of California. Old Navy (Apparel), LLC currently is, and at all relevant times in the past has, engaged in substantial business activities in the State of Washington and in King County.

11.     Defendant Old Navy Holdings, LLC, is a limited liability company chartered under the laws of the State of California. Old Navy Holdings, LLC currently is, and at all relevant times in the past has, engaged in substantial business activities in the State of Washington and in King County.

12.     Defendant GPS Services, Inc., is a wholly-owned subsidiary of The Gap, Inc., and is a corporation chartered under the laws of the State of California. GPS Services, Inc. currently is, and at all relevant times in the past has, engaged in substantial business activities in the State of Washington and in King County.

13.     Defendant The Gap, Inc., is a corporation chartered under the laws of the State of Delaware. The Gap, Inc. currently is, and at all relevant times in the past has, engaged in substantial business activities in the State of Washington and in King County.

14.     Old Navy owns and operates a large online marketplace to consumers in the state of Washington, maintain more than 20 physical stores in the state, including 7 stores in King County, and send the marketing emails at issue in this Complaint to consumers throughout Washington.

## III.     JURISDICTION AND VENUE

15.     This Court has subject matter jurisdiction over this civil action pursuant to, without limitation, Section 6 of Article IV of the Washington State Constitution (Superior Court jurisdiction, generally), RCW 19.86.090 (Superior Court jurisdiction over Consumer Protection Act claims) and RCW 19.190.090 (Superior Court jurisdiction over Commercial Electronic Mail Act claims).

16.     This Court has personal jurisdiction over Old Navy under RCW 4.28.185. This Court may exercise personal jurisdiction over the out-of-state Old Navy because the claims

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  alleged in this civil action arose from, without limitation, Old Navy's purposeful transmission of

2  electronic mail messages to consumers within the State of Washington. In addition, Old Navy

3  intended, knew, or is chargeable with the knowledge that its out-of-state actions would have a

4  consequence within Washington.

5         17.     This also Court has personal jurisdiction over Old Navy under RCW 19.86.160.

6  For example, and without limitation, Old Navy engaged and is continuing to engage in conduct

7  in violation of RCW 19.86 which has had and continues to have an impact in Washington which

8  said chapter reprehends.

9         18.     Venue is proper in King County Superior Court because Old Navy is made up of

10 corporations that have their residence in King County. RCW 4.12.025. Currently and at all

11 relevant times, Old Navy has transacted business in King County, including without limitation

12 by sending the marketing emails alleged herein to residents of King County, and maintaining

13 stores for the transaction of business within King County.

## IV.    FACTUAL ALLEGATIONS

**A.     The CEMA prohibits initiating or conspiring to initiate the transmission of commercial e-mails with false or misleading subject lines.**

        19.     Washington's Commercial Electronic Mail Act (CEMA) regulates deceptive
email marketing.

        20.      "CEMA was enacted to protect concrete interests in being free from deceptive

commercial e-mails. CEMA's prohibition on sending commercial e-mails with false or

misleading subject lines . . . creates a substantive right to be free from deceptive commercial e-

mails." *Harbers v. Eddie Bauer, LLC*, 415 F. Supp. 3d 999, 1011 (W.D. Wash. 2019 Nov. 27,

2019) (holding that the plaintiff sufficiently pleaded concrete injury-in-fact for alleged CEMA

violations based on her receipt of marketing emails from the defendant containing allegedly false

"xx% off" statements in the subject line). Washington courts have held that "[t]he harms

resulting from deceptive commercial e-mails resemble the type of harms remedied by nuisance

or fraud actions." *Id.* at 1008.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

21.     An injury occurs anytime a commercial e-mail is transmitted that contains false or misleading information in the subject line. *Id.* at 1011.

22.     Under CEMA, it is irrelevant whether misleading commercial e-mails were solicited. *Id.*

23.     CEMA creates an independent but limited private of right of action which can be asserted by a person who is the recipient of a commercial electronic mail message which contains false or misleading information in the subject line. RCW 19.190.030(1)(b). A plaintiff who successfully alleges and proves such a violation may obtain, among other things, an injunction against the person who initiated the transmission. RCW 19.190.090(1).  *Wright v. Lyft, Inc.*, 189 Wn.2d 718, 728 n. 3 (2017) ("we note that a plaintiff may bring an action to enjoin any CEMA violation.").

24.     It is a violation of the consumer protection act, RCW 19.86 *et seq.*, to initiate the transmission or conspire with another person to initiate the transmission of a commercial electronic mail message that contains false or misleading information in the subject line. RCW 19.190.030(1). *See also* RCW 19.190.030(2) (providing "that the practices covered by this chapter are matters vitally affecting the public interest for the purpose of applying the consumer protection act, chapter 19.86 RCW. A violation of this chapter is not reasonable in relation to the development and preservation of business and is an unfair or deceptive act in trade or commerce and an unfair method of competition for the purpose of applying the consumer protection act, chapter 19.86 RCW.").

25.     To establish a violation of Washington's CPA, a claimant must establish five elements: (1) an unfair or deceptive act or practice, (2) in trade or commerce, (3) that affects the public interest, (4) injury to plaintiff's business or property, and (5) causation. *Hangman Ridge Stables, Inc. v. Safeco Title Ins. Co.*, 719 P.2d 531, 533 (Wash. 1986).

26.     Washington and federal courts have held that a plaintiff states a CPA claim solely by alleging a violation of the CEMA. *See State v. Heckel*, 143 Wash.2d 824, 24 P.3d 404, 407 (2001) ("RCW 19.190.030 makes a violation of [CEMA] a per se violation of the [CPA].").

CLASS ACTION COMPLAINT - 5

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Indeed, by alleging a CEMA violation of RCW 19.190.020, a plaintiff alleges all five elements of a CPA violation. *See Gordon v. Virtumundo, Inc*., 575 F.3d 1040, 1065 (9th Cir. 2009) (citing *Hangman Ridge Training Stables, Inc. v. Safeco Title Ins. Co*., 105 Wash.2d 778, 719 P.2d 531, 535-37 (1986)); *Wright*, 406 P.3d at 1155 ("We conclude that RCW 19.190.040 establishes the injury and causation elements of a CPA claim as a matter of law.").

**B.      Old Navy initiates (or conspires to initiate) the transmission of commercial e-mails with false or misleading subject lines.**

27.     Old Navy has initiated (or conspired to initiate) the transmission of dozens of commercial electronic mail messages with false or misleading subject lines to Plaintiffs and the Class. The emails were electronic mail messages, in that they were each an electronic message sent to an electronic mail address; the emails from Old Navy also referred to an internet domain, whether or not displayed, to which an electronic mail message can or could be sent or delivered.

28.     Old Navy sent the emails for the purpose of promoting its goods for sale.

29.     The emails were sent at Old Navy's direction and were approved by Old Navy.

30.     Old Navy's emails frequently advertise the "limited" nature of sales, discounts, and prices. For example, on April 30, 2022, Old Navy sent an email with a subject line, "No joke! $12.50 JEANS (today only) . . ." By stating that a sale is only on for a limited time, Old Navy suggests an offer's rarity or urgency, stimulating consumers' desire to get the deal before its gone while simultaneously inducing fear of missing a good buy. With this simple technique, a consumer can be seduced into making an impulsive purchase in a hurry.

31.     Old Navy designs the subject lines of its marketing emails to tap into these consumer urges—going so far as to feature images of clocks in the email subject line itself next to words such as "tick-tock" and "Time's almost out." Other email subject lines spur the recipient to make purchases, prompting the recipient to "Hurry!," "OPEN QUICKLY," and "Go, go, go!"

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

32.     The fact that such statements are false and misleading has been recognized by the Federal Trade Commission, which directs that sellers should not "make a 'limited' offer which, in fact, is not limited." 16 C.F.R. § 233.5.

33.     Old Navy uses the purportedly limited nature of its offers to send *more* emails to consumers than it otherwise might. Old Navy may send a single consumer up to five marketing emails *per day*, and commonly sends three marketing emails *every day*, many of them advertising "limited time" offers. For example, Old Navy will send an email (i) when a limited time offer starts, (ii) while the offer is ongoing, (iii) when the offer is getting close to ending, (iv) when the offer is in its final hours, and (v) when the offer as been "extended." When several emails contain the same false and misleading information about the limited nature of an offer, the emails clog up inboxes with spam email and waste limited data space.

34.     Old Navy violates CEMA because many of the statements in the email subject lines intended to seduce consumers into making a purchase are false and misleading on several fronts. There are numerous examples of Old Navy emails that can be shown to have false and misleading information in the subject lines just by reviewing the subject lines of other Old Navy emails. While there are too many examples to include them all here, the facts alleged below show the types of false and misleading email subject lines Old Navy deploys.

**1.     The offer is available longer than stated in the subject line of the email.**

35.     Old Navy commonly claims or suggests that sales will only be available for a certain amount of time in the email subject line. However, in many instances, the sale is available for longer than the time period stated in the email subject line.

36.     For example, on May 15, 2021, Old Navy sent an email with a subject line stating "$12 women's compression leggings, today only". However, the next day, Old Navy sent an email with a subject line advertising "TWELVE DOLLAR compression leggings".

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

37.     The subject line of the email sent on May 15, 2021, stating that the leggings would be offered at that price for "today only," was therefore false and misleading because the leggings were offered at the same price the next day.

38.     As a second example, the jeans Old Navy advertised via email on April 30, 2022, with the subject line "No joke! $12.50 JEANS (today only) . . . ," were also advertised in the email subject line the *next day* with a nearly identical subject line: "No joke! $12.50 JEANS (you earned it)."

39.     The subject line of the email sent on April 30, 2022, stating that the jeans would be offered at that price for "today only," was false and misleading because the jeans were offered at the same price the next day.

40.     As another example, on April 15, 2022, Old Navy sent an email with a subject line stating "3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!" But, on April 18, more than three days after the sale was first advertised in Old Navy's marketing emails, Old Navy sent another email with the subject line stating "50% OFF ACTIVE."

41.     The subject line of the email sent on April 15, 2022, stating that active wear would be 50% off for "3 DAYS ONLY," was therefore false and misleading because active wear was offered at 50% for more than three days.

42.     As another example, on June 4, 2022, Old Navy sent an email with a subject line stating "Today Only: $12 cami tops + $12 shorts." However, two days later, on June 6, 2022, Old Navy sent an email advertising cami tops at the same price with a subject line stating: ". . . $12 cami tops (this week only!!)."[1]

43.     The subject line of the email sent on June 4, 2022, stating that the cami tops were $12 for "today only," was therefore false and misleading because the cami tops were offered at the same price in the following days.

---

[1] An email with the subject line "Snag $19 and under styles for the fam + $12 cami tops (this week only!!) ," was also sent on June 2, 2022, meaning the sale on cami tops was already ongoing when it was advertised as "today only" on June 4, 2022 at the same price. The June 4, 2022 email is therefore also false and misleading for the reasons outline in Section B.2 below.

CLASS ACTION COMPLAINT - 8

44.     As another example, starting on June 7, 2022, Old Navy sent emails advertising in the subject lines "$29 matching tops & bottoms (this week only!)." The "one week" sale was advertised in email subject lines on June 7, June 8, June 12, and June 15, 2022. However, the same price continued to be advertised in email subject lines eight days after the first email, on June 15, 2022, and the fine print at the bottom of the email stated the price would be offered for nine days, until June 16, 2022, i.e., more than one week.

45.     The subject lines of the emails sent on June 7, June 8, June 12, and June 15, 2022, advertising the "one week" sale, were therefore false and misleading because the sale was offered for more than one week.

**2.     The email states or suggests that the offer is new, but the offer was already available.**

46.     Old Navy's commonly misleads consumers into thinking that a sale or discount is new or is only being offered for a limited time, when the offer or sale has already been ongoing. Such false and misleading statements trick the consumer into thinking that the offer is rarer than it really is and that they should act to take advantage of the special offer.

47.     For example, Old Navy began advertising OG Straight shorts for $16 in email subject lines on the May 3, 2022. On May 5, 2022, the OG straight shorts were advertised in an email subject line stating "THIS WEEK ONLY! $16 OG Straight shorts." However, on May 9, 2022, Old Navy sent an email with a subject line stating "ONE DAY ONLY ! 50% OFF jeans + $16 OG Straight shorts."

48.     The subject line of the email sent on May 9, 2022, stating that the $16 OG Straight shorts was "ONE DAY ONLY," was therefore false and misleading because the sale was offered for more than one day.

49.     As another example, on June 18, 2022, Old Navy sent an email with a subject line stating "@You: FIFTY PERCENT OFF all dresses (today only!)." However, Old Navy advertised all dresses at 50% off the day before in an email subject line stating "You heard correctly, 50% off ALL dresses . . ."

CLASS ACTION COMPLAINT - 9

50.     The subject line of the email sent on June 18, 2022, stating that 50% off dresses was being offered for "today only," was therefore false and misleading because the sale was offered for more than one day.

51.     As a third example, on July 31, 2022, Old Navy sent an email with a subject line stating "A Sunday treat * Half off ALL jeans + $3 kids deals." However, the same two offers were also advertised the day before in *three* emails sent on July 30 with different subject lines.

52.     The subject line of the email sent on July 31, 2022, stating that the offered deal was a "Sunday treat," was therefore false and misleading because the advertised deals were not limited to that Sunday.

**3.      The email states or suggests that the sale is ending, but the sale continues.**

53.     Old Navy often sends marketing emails with subject lines stating or suggesting that a sale is ending soon but the sale continues after the email. These emails give consumers a false sense of urgency and spur impulse buys by consumers who do not want to miss the deal.

54.     For example, on February 10, 2019, Old Navy sent an email with the subject line: "GAH! This is the last chance to get up to 50% OFF . . ." However, the next day, Old Navy sent an email with a subject line stating "We've announced UP TO 50% OFF STOREWIDE (starting now)." The 50% off storewide promotion continued to be advertised through February 16, 2019.

55.     The subject line of the email sent on February 10, 2019, stating that it was the "last chance" to get 50% off, was therefore false and misleading because 50% continued to be offered in the following days.

56.     As another example, on March 17, 2019, Old Navy sent an email with a subject line stating "$20 Rockstars + 40% OFF (final reminder!)." However, the next day, on March 18, 2019, Old Navy sent an email with a subject line stating "Urgent: You're getting FORTY PERCENT OFF EVERYTHING online for one more day!"

57.     The subject line of the email sent on March 17, 2019, stating that it was the "final reminder" to get 40% off was therefore false and misleading because the promotion continued into the next day and Old Navy sent additional reminders.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

58.     As another example, on November 26, 2021, Old Navy sent an email with the subject line "FINAL HOURS: $5 PJ pants + 50% off — get your gift list ready". Old Navy continued to advertise "50% off" through November 28, 2021, when it sent an email with the subject line "Last chance for $8 thermal leggings + 50% OFF & sooo many cyber deals." Old Navy continued to advertise "50% off" through November 29, 2021, when it sent an email with the subject line stating "FINAL HOURS: 50% OFF *and* $7 PJ pants." However, Old Navy continued to advertise the 50% off sale in email subject lines the following day.

59.     The subject lines of the emails sent on November 26, 2021, November 28, 2021, and November 29, 2021 stating that it was the "FINAL HOURS" or "last chance" to get 50% off were therefore false and misleading because the same offer was advertised for days after those emails were sent.

**4.      The email states that the sale has been "extended," but Old Navy always planned for the sale to be offered during the purported "extension."**

60.     Old Navy also misrepresents the length of time sales will be offered by sending emails stating that a sale has been "EXTENDED!!" These emails are often sent following long holiday weekends when consumers are back at their computers or on their phones after a weekend of activity. However, discovery will show that Old Navy employees did not gather at the end of the planned sale and determine that the sale should be extended. Instead, the sale was always planned to continue and the advertised "extension" is fake.  For example, as detailed in paragraph 59 above, Old Navy advertised a 50% off sale in 2021 for "Black Friday" and "Cyber Monday." However, around 2:00 AM on Tuesday, November 30, 2021, Old Navy sent an email with a subject line stating "No joke, it's CYBER TUESDAY! 50% off has been extended for ONE. MORE. DAY." Old Navy continued to advertise the "extended" sale, with emails that same day stating in the subject lines "FIFTY PERCENT OFF has been extended + 60% off ~these~ picks" and "Oooooh! SIXTY percent off cozy faves for the fam + we're extending 50% off online until midnight".

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

61.     The subject lines of the three emails sent on November 30, 2021, stating that the 50% off sale had been extended, were therefore false and misleading because, as discovery will show, Old Navy had long planned to offer the 50% off sale on Tuesday, November 30, 2021.

62.     This inference is further supported by the fact that Old Navy sent the same false and misleading "sale extended" emails on the Tuesday following Thanksgiving the next year, in 2022. Old Navy sent an email on Saturday, November 26, 2022 stating in the subject line "CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks." Old Navy continued to advertise the sale on the following Sunday and on Cyber Monday. Then, around 5:30 AM on Tuesday, November 29, 2022, Old Navy sent an email with the subject line "Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks".

63.     The subject line of the email sent on November 29, 2022, stating that the 50% off sale had been extended, was therefore false and misleading because, as discovery will show, Old Navy had long planned to offer the 50% off sale on Tuesday, November 29, 2022.

**C.     Old Navy Sends Commercial Emails to Consumers Whom It Knows, Or Has Reason to Know, Reside In Washington.**

64.     Old Navy sent the misleading commercial emails to email addresses that Old Navy knew, or had reason to know, were held by Washington residents, either because (i) Old Navy had a physical Washington address that was associated with the recipient; (ii) Old Navy had access to data regarding the recipient indicating that they were in Washington state; or (iii) information was available to Old Navy upon request from the registrant of the internet domain name contained in the recipient's electronic mail address.

65.     Old Navy knows where many of its customers reside through several methods.

66.     First, for any person that places an order online from Old Navy, Old Navy associates an email address with a shipping address and/or billing address for that order.

67.     Second, Old Navy encourages online shoppers to create online accounts. Customers save information in their Old Navy accounts along with their email address, such as shipping addresses, billing addresses, and phone numbers.

CLASS ACTION COMPLAINT - 12

68. Third, Old Navy offers consumers credit cards. Consumers who apply or sign up for such cards must provide additional identifying information, such as a social security number, and provide a billing address to Old Navy. Old Navy also pulls information related to the consumer, such as their past addresses.

69. Fourth, discovery will show that Old Navy employs methods to track the effectiveness of its marketing emails and to identify consumers that click on links contained in Old Navy's marketing emails, including by identifying their physical location. For example, discovery will also show that Old Navy gathers information such as geocoordinates and IP addresses from individuals who click on links in Old Navy commercial emails, and that Old Navy can use such information to determine whether the recipient is in Washington.

70. Fifth, Old Navy also utilizes cookies, pixels, and other online tracking technologies to identify and locate the consumers that click on links contained in Old Navy's marketing emails and that visit its website. For example, Old Navy has installed the Meta Pixel on its website, which identifies website visitors and can identify specific Facebook and Instagram users that visit the Old Navy website; information that can be associated with the data collected by Meta on where that consumer resides. Old Navy also employs tracking technologies provided by Google, Inc., Yahoo! Inc., FullStory, Inc., Twitter, Inc., Microsoft, Inc., and others that may be able to locate consumers in the state of Washington.

71. Sixth, discovery will also show that Old Navy employs sophisticated third parties who create profiles of customers and potential customers, including their email address and physical location.

72. Lastly, Old Navy also knew, should have known, or had reason to know that it sends marketing emails to Washington residents due to its large presence in the state and the volume of marketing emails it sends to people around the country. *See Heckel*, 122 Wash. App. at 6 (holding as a matter of law that a defendant had a reason to know that he sent emails to Washington residents by sending over 100,000 emails a week to people around the country).

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

73.     Discovery will show that, at the time it sent the emails with false and misleading subject lines, Old Navy had access to the data described above regarding the location of consumers in Washington to whom it sent the emails.

**D.     Old Navy initiated (or conspired to initiate) the transmission of illegal emails to Plaintiffs.**

74.     At all times relevant to this Complaint, Plaintiff Brown resided in Washington State.

75.     Plaintiff Brown has received Old Navy emails since at least September 2017. Plaintiff Brown has received thousands of marketing emails from Old Navy since that date, and typically receives 2-3 emails every day.

76.     Plaintiff Brown receives emails from Old Navy at a yahoo.com email address. Plaintiff Brown has a 1000 GB limit of free data from yahoo. Plaintiff Brown currently has at least 1,243 emails from Old Navy in her inbox, but discovery will show that she has received many more emails that she has deleted to conserve the finite space available in her email inbox.

77.     Old Navy knows, or has reason to know, that Plaintiff Brown's email address is held by a Washington resident. Plaintiff Brown has an account with Old Navy that reflects her home address in the State of Washington. Plaintiff Brown had made several purchases from the Old Navy website that have been delivered to her home in Washington and she has shopped in Old Navy stores in Washington with her account. Plaintiff Brown has also repeatedly clicked on links contained in Old Navy emails from her computer, which was registered to an IP address in Washington at all relevant times, or from her smart phone, which was located in Washington unless Plaintiff Brown happened to be traveling.

78.     Plaintiff Brown received the emails with false and misleading subject lines described in paragraphs 37, 39, 41, 45, 50, 55, 57, 59, 61, and 63, above. Plaintiff Brown received additional emails with false and misleading subject lines from Old Navy as identified Exhibit A. The emails that Plaintiffs allege are misleading are bolded in Exhibit A and the remaining emails provide the context showing why each subject line is false or misleading.

CLASS ACTION COMPLAINT - 14

79. Old Navy sent these emails to Plaintiff Brown for the purpose of promoting Old Navy's goods for sale.

80. Old Navy initiated the transmission or conspired to initiate the transmission of these commercial electronic mail messages to Plaintiff Brown.

81. Plaintiff Brown does not want to receive emails with false and misleading subject lines from Old Navy, though she would like to continue receiving truthful information from Old Navy regarding its products. However, due to Old Navy's conduct, Plaintiff Brown cannot tell which emails from Old Navy contain truthful information or which emails are spam with false and misleading information designed to spur her to make a purchase.

82. At all times relevant to this Complaint, Plaintiff Smith resided in Washington State.

83. Plaintiff Smith has received Old Navy emails since at least December 2021. Plaintiff Brown has received hundreds of marketing emails from Old Navy since that date, and typically receives 2-3 emails every day.

84. Plaintiff Smith receives emails from Old Navy at a gmail.com email address. Plaintiff Smith has a 15 GB limit of free data from Gmail. Plaintiff Smith currently has at least 614 emails from Old Navy in her inbox, but it is likely that she has received more emails that she has deleted to conserve the finite space available in her email inbox.

85. Old Navy knows, or has reason to know, that Plaintiff Smith's email address is held by a Washington resident. Plaintiff Smith has an account with Old Navy that reflects her home address in the State of Washington. Plaintiff Smith has made several purchases from the Old Navy website that have been delivered to her home in Washington and she has shopped in Old Navy stores in Washington with her account. Plaintiff Smith has also repeatedly clicked on links contained in Old Navy emails from her computer, which was registered to an IP address in Washington at all relevant times, or from her smart phone, which was located in Washington unless Plaintiff Smith happened to be traveling.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

86.     Plaintiff Smith received the emails with false and misleading subject lines described in paragraphs 39, 43, 45, 48, 50, 52, and 63 above. Plaintiff Smith received additional emails with false and misleading subject lines from Old Navy as identified Exhibit B. The emails that Plaintiffs allege are misleading are bolded in Exhibit B and the remaining emails provide the context showing why each subject line is false or misleading.

87.     Old Navy sent these emails to Plaintiff Smith for the purpose of promoting Old Navy's goods for sale.

88.     Old Navy initiated the transmission or conspired to initiate the transmission of these commercial electronic mail messages to Plaintiff Smith.

89.     Plaintiff Smith does not want to receive emails with false and misleading subject lines from Old Navy, though she would like to continue receiving truthful information from Old Navy regarding its products. However, due to Old Navy's conduct, Plaintiff Smith cannot tell which emails from Old Navy contain truthful information or which emails are spam with false and misleading information designed to spur her to make a purchase.

90.     As shown in Exhibits A and B, Plaintiff Brown has identified at 51 and Plaintiff Smith has identified at least 40 Old Navy emails with false and misleading subject lines currently in their email inboxes. These emails were sent between September 20, 2018 to December 11, 2022, showing that Old Navy engaged in this conduct throughout the relevant time period. Plaintiffs continue to receive emails with false and misleading subject lines. However, because Plaintiffs have deleted some of the emails they have received from Old Navy, they are not presently able to identify all the emails with false and misleading subject lines they have received. Old Navy is aware of all the emails it has sent Plaintiffs and discovery will show the full number of illegal spam emails Old Navy has sent throughout the relevant time period.

## V.     CLASS ACTION ALLEGATIONS

91.     <u>Class Definition</u>. Pursuant to Civil Rule 23(b)(3), Plaintiffs bring this case as a class action on behalf of a Class defined as:

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  
2  
3  
4  
5  
6  
7  
8

All Washington residents[2] who, within four years before the date of the filing of this complaint until the date any order certifying a class is entered, received an email from or at the behest of Old Navy, LLC that contained a subject line stating or implying that (1) a sale, discount, price, or other offer would only be available for a limited time, and the sale, discount, price, or other offer was in fact offered for a longer period of time; (2) a sale, discount, price, or other offer was new or only offered that day, and the sale, discount, price, or other offer was in fact already being offered; (3) a sale, discount, price, or other offer would ending soon, and the sale, discount, price, or other offer continued to be offered for at least another day; or (4) a sale, discount, price, or other offer was being extended, when the sale, discount, price, or other offer was previously planned to continue through the extension advertised.

9    Excluded from the Class are Old Navy, any entity in which Old Navy has a controlling

10 interest or that has a controlling interest in Old Navy, and Old Navy's legal representatives,

11 assignees, and successors. Also excluded are the judge to whom this case is assigned and any

12 member of the judge's immediate family.

13    92.    <u>Numerosity</u>. The Class is so numerous that joinder of all members is

14 impracticable. The Class has more than 1,000 members. Moreover, the disposition of the claims

15 of the Class in a single action will provide substantial benefits to all parties and the Court.

16    93.    <u>Commonality</u>. There are numerous questions of law and fact common to Plaintiffs

17 and members of the Class. The common questions of law and fact include, but are not limited to:

18        a.    Whether Old Navy sent commercial electronic mail messages with false

19 and misleading information in the subject lines;

20        b.    Whether Old Navy initiated the transmission or conspired to initiate the

21 transmission of commercial electronic mail messages to recipients residing in Washington State

22 in violation of RCW 19.190.020;

23        c.    Whether a violation of RCW 19.190.020 establishes all the elements of a

24 claim under Washington's Consumer Protection Act, RCW 19.86 *et seq.*;

25

26

27

[2] "Residents" shall have the same meaning as "persons" as defined in RCW 19.190.010(11) and RCW 19.86.010(a).

28

CLASS ACTION COMPLAINT - 17

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

d.     Whether Plaintiffs and the proposed Class are entitled to an injunction enjoining Old Navy from sending the unlawful emails in the future; and

e.     The nature and extent of Class-wide injury and damages.

94.    Typicality. Plaintiffs' claims are typical of the claims of the Class. Plaintiffs' claims, like the claims of the Class arise out of the same common course of conduct by Old Navy and are based on the same legal and remedial theories.

95.    Adequacy. Plaintiffs will fairly and adequately protect the interests of the Class. Plaintiffs have retained competent and capable attorneys with significant experience in complex and class action litigation, including consumer class actions and class actions involving violations of CEMA. Plaintiffs and their counsel are committed to prosecuting this action vigorously on behalf of the Class and have the financial resources to do so. Neither Plaintiffs nor their counsel have interests that are contrary to or that conflict with those of the proposed Class.

96.    Predominance. Old Navy has a standard practice of initiating or conspiring to initiate commercial electronic mail messages to email addresses held by Washington State residents. The common issues arising from this conduct predominate over any individual issues. Adjudication of these issues in a single action has important and desirable advantages of judicial economy.

97.    Superiority. Plaintiffs and members of the Class have been injured by Old Navy's unlawful conduct. Absent a class action, however, most Class members likely would find the cost of litigating their claims prohibitive. Class treatment is superior to multiple individual suits or piecemeal litigation because it conserves judicial resources, promotes consistency and efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. The members of the Class are readily identifiable from Old Navy's records and there will be no significant difficulty in the management of this case as a class action.

98.    Injunctive Relief. Old Navy's conduct is uniform as to all members of the Class. Old Navy has acted or refused to act on grounds that apply generally to the Class, so that final injunctive relief or declaratory relief is appropriate with respect to the Class as a whole. Plaintiffs

CLASS ACTION COMPLAINT - 18

further allege, on information and belief, that the emails described in this Complaint are substantially likely to continue in the future if an injunction is not entered.

### VI.    CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF
**(Violations of Washington's Commercial Electronic Mail Act, RCW 19.190 *et seq.*)**

99.    Plaintiffs reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

100.    Washington's CEMA prohibits any "person," as that term is defined in RCW 19.190.010(11), from initiating or conspiring to initiate the transmission of a commercial electronic mail message from a computer located in Washington or to an electronic mail address that the sender knows, or has reason to know, is held by a Washington resident that contains false or misleading information in the subject line.

101.    Old Navy is a "person" within the meaning of the CEMA, RCW 19.190.010(11).

102.    Old Navy initiated the transmission or conspired to initiate the transmission of one or more commercial electronic mail messages to Plaintiffs and proposed Class members with false or misleading information in the subject line.

103.    Old Navy's acts and omissions violated RCW 19.190.020(1)(b).

104.    Old Navy's acts and omissions injured Plaintiffs and proposed Class members.

105.    The balance of the equities favors the entry of permanent injunctive relief against Old Navy. Plaintiff, the members of the Class and the general public will be irreparably harmed absent the entry of permanent injunctive relief against Old Navy. A permanent injunction against Old Navy is in the public interest. Old Navy's unlawful behavior is, based on information and belief, ongoing as of the date of the filing of this pleading; absent the entry of a permanent injunction, Old Navy's unlawful behavior will not cease and, in the unlikely event that it voluntarily ceases, is likely to reoccur.

106.    Plaintiffs and Class members are therefore entitled to injunctive relief in the form of an order enjoining further violations of RCW 19.190.020(1)(b).

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**SECOND CLAIM FOR RELIEF**

**(*Per se* violation of Washington's Consumer Protection Act, RCW 19.86 *et seq*.)**

107.    Plaintiffs reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

108.    Plaintiffs and Class members are "persons" within the meaning of the CPA, RCW 19.86.010(1).

109.    Old Navy violated the CEMA by initiating or conspiring to initiate the transmission of a commercial electronic mail messages to Plaintiffs and Class members' that contain false or misleading information in the subject line.

110.    A violation of CEMA is a "per se" violation of the Washington Consumer Protection Act ("CPA"), RCW 19.86.010, *et seq.* RCW 19.190.030.

111.    A violation of the CEMA establishes all five elements of Washington's Consumer Protection Act as a matter of law.

112.    Old Navy's violations of the CEMA are unfair or deceptive acts or practices that occur in trade or commerce under the CPA. RCW 19.190.100.

113.    Old Navy's unfair or deceptive acts or practices vitally affect the public interest and thus impact the public interest for purposes of applying the CPA. RCW 19.190.100.

114.    Pursuant to RCW 19.19.040(1), damages to each recipient of a commercial electronic mail message sent in violation of the CEMA are the greater of $500 for each such message or actual damages, which establishes the injury and causation elements of a CPA claim as a matter of law. *Lyft*, 406 P.3d at 1155.

115.    Old Navy engaged in a pattern and practice of violating the CEMA. As a result of Old Navy's acts and omissions, Plaintiffs and Class members have sustained damages, including $500 in statutory damages, for each and every email that violates the CEMA. The full amount of damages will be proven at trial. Plaintiffs and Class members are entitled to recover actual damages and treble damages, together with reasonable attorneys' fees and costs, pursuant to RCW 19.86.090.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

116.    Under the CPA, Plaintiffs and members of the Class are also entitled to, and do seek, injunctive relief prohibiting Old Navy from violating the CPA in the future.

## VII.    REQUEST FOR RELIEF

WHEREFORE, Plaintiffs, on their own behalf and on behalf of the members of the Class, request judgment against Old Navy as follows:

A.    That the Court certify the proposed Class;

B.    That the Court appoint Plaintiffs as Class Representatives.

C.    That the Court appoint the undersigned counsel as counsel for the Class;

D.    That the Court should grant injunctive relief as permitted by law to ensure that Old Navy will not continue to engage in the unlawful conduct described in this Complaint;

E.    That the Court enter a judgment awarding any other injunctive relief necessary to ensure Old Navy's compliance with the CEMA;

F.    That Old Navy be immediately restrained from altering, deleting or destroying any documents or records that could be used to identify members of the Class;

G.    That Plaintiffs and all Class members be awarded statutory damages in the amount of $500 for each violation of the CEMA pursuant to RCW 19.190.020(1)(b) and treble damages pursuant to RCW 19.86.090;

H.    That the Court enter an order awarding Plaintiffs reasonable attorneys' fees and costs; and

I.    That Plaintiffs and all Class members be granted other relief as is just and equitable under the circumstances.

## VIII.    TRIAL BY JURY

Plaintiffs demand a trial by jury for all issues so triable.

CLASS ACTION COMPLAINT - 21

1    RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

2                            TERRELL MARSHALL LAW GROUP PLLC

3                            By: /s/ Blythe H. Chandler, WSBA #43387
4                                Beth E. Terrell, WSBA #26759
                                 Email: bterrell@terrellmarshall.com
5                                Jennifer Rust Murray, WSBA #36983
                                 Email: jmurray@terrellmarshall.com
6                                Blythe H. Chandler, WSBA #43387
                                 Email: bchandler@terrellmarshall.com
7                                936 North 34th Street, Suite 300
8                                Seattle, Washington 98103
                                 Telephone: (206) 816-6603
9                                Facsimile: (206) 319-5450

10                               Sophia M. Rios, *Pro Hac Vice Forthcoming*
                                 Email: srios@bm.net
11                               E. Michelle Drake, *Pro Hac Vice Forthcoming*
                                 Email: emdrake@bm.net
12                               BERGER & MONTAGUE, P.C.
13                               401 B Street, Suite 2000
                                 San Diego, California 92101
14                               Telephone: (619) 489-0300
                                 Facsimile: (215) 875-4604
15

16                               *Attorneys for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT - 22

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 9/20/2018 | ALL JEANS ON SALE! | |
| **9/20/2018** | **Last call: HALF OFF *all* jeans for the littles** | Sale "Ending" (Complaint Section IV(B)(3)) |
| **9/24/2018** | **50% OFF *all* tees today + our jeans sale is ending soon** | Sale "Ending" (Complaint Section IV(B)(3)) |
| **9/25/2018** | **EXPIRATION ALERT! Up to 50% OFF storewide + ALL jeans on sale end TONIGHT** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/29/2018 | ***50% OFF ALL jeans + 30% OFF all. this. NEW.*** | |
| 10/29/2018 | SAY WHAT?! Up to 50% OFF storewide! | |
| 10/30/2018 | 50% OFF *all* SWEATSHIRTS & HOODIES! 6 HRS ONLY | Already on Sale (Complaint Section IV(B)(2)) |
| 11/2/2018 | ***TODAY: 50% OFF ALL SWEATERS*** | |
| 11/2/2018 | TODAY! It's all about those HALF OFF sweaters | |
| 11/5/2018 | ⬛ WOWZA ⬛ Up to 50% OFF *all* jeans, pants, sweaters & outerwear in-store! | |
| 11/6/2018 | ⬛ALL jeans, pants, sweaters & outerwear are up to FIFTY PERCENT OFF⬛ | |
| 11/8/2018 | AN EXCUSE TO SHOP! *ALL* jeans, pants, sweaters & outerwear are up to 50% OFF | |
| 11/10/2018 | 50% OFF *all* jeans, sweaters & outerwear. (This almost NEVER happens!) | |
| 11/13/2018 | ✉ 40% OFF YOUR ORDER ENCLOSED! | |
| 11/13/2018 | ✏ You get 40% OFF your order. And you get 40% OFF your order. EVERYONE GETS 40% OFF THEIR ORDER | |
| **11/14/2018** | **40% OFF your order is ending! You better hurry...** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/16/2018 | HOLIDAY YOUR ♡ OUT with 40% OFF your ENTIRE purchase | |
| 11/19/2018 | OMG! ALL SWEATERS ON SALE (HALF OFF!) | |
| **11/19/2018** | ▌ Yayyyyyy! You're approved for HALF-PRICE SWEATERS | Already on Sale (Complaint Section IV(B)(2)) |
| **11/27/2018** | **JUST HOURS LEFT: 50% OFF EVERYTHING ONLINE — MEET US AT THE WWW** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/28/2018 | Your up to 50% OFF STOREWIDE is waiting! | |
| 11/29/2018 | BEST. NEWS. EVER: Up to 50% OFF storewide with styles from $4! | |
| **12/4/2018** | **EEK! This is your LAST CHANCE for up to 50% OFF STOREWIDE** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 12/5/2018 | *ADDS EVERYTHING TO CART* — the ENTIRE STORE is up to 60% OFF | |
| **2/1/2019** | **FINAL. NOTICE. Up to FIFTY PERCENT OFF jeans & more ends NOW** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 2/2/2019 | ***$12 jeans (really!)*** | |
| 2/3/2019 | ** Up to FIFTY PERCENT OFF these pants ** | |
| 2/4/2019 | Code HURRY for 30% OFF EVERYTHING (you've won big) ---> | |
| **2/10/2019** | **GAH! This is the last chance to get up to 50% OFF (& SUPER CASH is ending, too!)** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 2/11/2019 | We've announced UP TO 50% OFF STOREWIDE (starting now) | |
| 2/12/2019 | UP TO 50% OFF STOREWIDE — STYLES FROM $6 | |
| 2/15/2019 | Up to 50% OFF s-t-o-r-e-w-i-d-e | |
| 2/16/2019 | ⬛ 50% OFF *all* jeans + up to 50% OFF storewide — lucky you! | |
| **3/17/2019** | **'$20 Rockstars + 40% OFF (final reminder!)** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 3/18/2019 | Urgent: You're getting FORTY PERCENT OFF EVERYTHING online for one more day! | |
| **5/15/2021** | **'$12 women's compression leggings, today only** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/16/2021 | TWELVE DOLLAR compression leggings | |
| 10/16/2021 | '$8 plush tees are now at your disposal (omg!) + 50% OFF YOUR PURCHASE --> | |
| 10/16/2021 | You're just in time for $8 plush tees (going fast!) + 50% OFF your purchase is inside (including clearance!) | |
| 10/16/2021 | *ADDS EVERYTHING TO CART* You've been gifted 50% OFF your purchase + $8 plush tees now confirmed | |

### EXHIBIT A

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 10/17/2021 | **50% OFF has officially been activated  + $12 sweaters (really!)*** | Already on Sale (Complaint Section IV(B)(2)) |
| 10/18/2021 | **ENDING SOON: snag 50% off your order before Giftober ends + $14 flannel PJ sets** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/19/2021 | 🎃 SALE ALERT 🎃 You've received MAJOR discounts (up to 50% off)! + PowerPress bras & leggings from $10 | |
| 10/21/2021 | **SALE NOTIFICATION: You're the recipient of up to 50% OFF + permission to DOUBLE DIP --->** | Already on Sale (Complaint Section IV(B)(2)) |
| 11/25/2021 | Black Friday starts NOW! Open for 50% OFF (one more thing to be thankful for 🦃) | |
| 11/25/2021 | 🌞 RISE & SHINE! $8 microfleece sweatshirts + FIFTY PERCENT OFF | |
| 11/25/2021 | The dishes can wait: 50% off + $8 microfleece sweatshirts | |
| 11/25/2021 | HALF OFF your purchase + $8 microfleece sweatshirts bc we know you're ready to lounge | |
| 11/25/2021 | TODAY'S THE BIG DAY! $5 PJ PANTS IN-STORE & 50% OFF ONLINE (YAAAAASSSSS!) | |
| 11/26/2021 | ☕ Grab your joe — most stores are OPEN NOW! Get 50% off, $5 PJ pants & more | |
| 11/26/2021 | 50% OFF + $5 PJ PANTS for the family — time to BLACK FRIDAY IT UP | |
| 11/26/2021 | 🎁 **FINAL HOURS: $5 PJ pants + 50% off — get your gift list ready** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/27/2021 | FIFTY PERCENT OFF + the Saturday Steal is baaaack! | |
| 11/27/2021 | 🧦 **CYBER WEEKEND IS HAPPENING** 🧦 **$1 cozy socks in-store, $10 jeans, $6 Thermal Tees, 50% off & more** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/27/2021 | '$1 COZY SOCKS, $10 JEANS, $6 THERMALS & 50% OFF! You've really won big... | |
| 11/28/2021 | WAHOO! 50% OFF + $8 thermal leggings, $1 cozy socks & cyber deals are ON | |
| 11/28/2021 | You've scored $1 COZY SOCKS, $8 THERMAL LEGGINGS & 50% OFF | |
| 11/28/2021 | '$8 thermal leggings (seriously!) + HALF OFF your purchase | |
| 11/28/2021 | **Last chance for $8 thermal leggings + 50% OFF & sooo many cyber deals** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/29/2021 | **CYBER EVENT CONFIRMED ⚡ FIFTY PERCENT OFF + $7 PJ pants** | Already on Sale (Complaint Section IV(B)(2)) |
| 11/29/2021 | **50% OFF. $7 PJ PANTS. GIFTS FROM $2.50. BEST.MONDAY.EVER** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/29/2021 | **You've earned it! 50% OFF & $7 PJ pants, plus more Cyber Monday deals** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/29/2021 | **FINAL HOURS: 50% OFF *and* $7 PJ pants** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/29/2021 | OMG! $7 PJ pants are cozier than ever + 50% off | |
| 11/30/2021 | **No joke, it's CYBER TUESDAY! 50% off has been extended for ONE. MORE. DAY.** | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | **FIFTY PERCENT OFF has been extended + 60% off ~these~ picks** | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | **Ooooh! SIXTY percent off cozy faves for the fam + we're extending 50% off online until midnight** | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | Attn, attn, attn: 50% off purchase + 60% off *these* styles END TONIGHT | |
| 12/18/2021 | 🛍 **SATURDAY STEAL 🛍 $10 flannels & $6 thermals + 50% off your purchase** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 12/19/2021 | Last chance for $10 joggers + 50% OFF! | |
| 1/22/2022 | ****BEST DAY EVER** 50% OFF YOUR PURCHASE + $12 PowerSoft leggings have arrived** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 1/23/2022 | **50% OFF has officially been activated  + you've officially scored FIFTEEN-DOLLAR ROCKSTAR JEANS** | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 1/24/2022 | 🙌 <--- Your reaction to 60% OFF these styles + you've scored 50% OFF your purchase | |
| 2/11/2022 | (1) message: You've got special offers from $8 + fifty percent off active verified | |
| **2/13/2022** | **Omg! This STOREWIDE sale on styles from $8 just landed + fifty percent off active verified** | Already on Sale (Complaint Section IV(B)(2)) |
| **3/17/2022** | **Psssst! 40% off at checkout + $20 shortalls & $25 overalls (THIS! WEEK! ONLY!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 3/19/2022 | You seriously deserve FORTY PERCENT OFF + $3 TANKS—YAYYYYYY! | |
| **3/20/2022** | **FORTY PERCENT OFF ending soon!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 3/27/2022 | SAVINGS ALERT! 40% off your purchase + fifty percent off *all* jeans is waiting | |
| 3/28/2022 | This $15 jean jacket is E-V-E-R-Y-T-H-I-N-G + take 40% off your purchase! | |
| 4/1/2022 | 50% OFF (!!!)  + $15 cami mini dresses | |
| 4/1/2022 | You've unlocked 50% OFF (even new arrivals😊) + $15 cami mini dresses | |
| 4/1/2022 | ◎ NO JOKE: You're approved for 50% OFF + $15 cami mini dresses | |
| 4/2/2022 | ⇊ BIG NEWS ⇊ 50% OFF YOUR PURCHASE + $12 linen pants | |
| 4/2/2022 | 🔥 HOT DEAL 🔥 50% OFF PURCHASE + $12 linen pants | |
| 4/2/2022 | ➡ FIFTY PERCENT OFF is inside + $12 linen pants | |
| 4/3/2022 | 😍 HALF OFF your purch incl. new spring arrivals + $10 bike shorts (yes, officially) | |
| 4/3/2022 | '$10 bike shorts + you're approved for 50% OFF | |
| 4/3/2022 | VERIFIED: 50% OFF YOUR ORDER is our little treat | |
| 4/4/2022 | You've unlocked $12 jeans + 50% OFF! | |
| **4/4/2022** | **JUUUUUST ANNOUNCED: 50% off your purchase + $12 jeans TODAY** | Already on Sale (Complaint Section IV(B)(2)) |
| **4/4/2022** | ****BEST DAY EVER** 50% OFF YOUR PURCHASE** | Already on Sale (Complaint Section IV(B)(2)) |
| **4/15/2022** | **3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| **4/25/2022** | **THIS WEEK ONLY! $15 t-shirt dresses** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| **4/30/2022** | **No joke! $12.50 JEANS (today only) + $15 T-SHIRT DRESSES** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| **4/30/2022** | **Well-deserved: $12.50 jeans today** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/1/2022 | '$12.50 JEANS (today only!) + you're due for $8 STYLES | Already on Sale (Complaint Section IV(B)(2)) |
| 5/24/2022 | This is BIG, ppl: our ENTIRE STORE is on sale | |
| 5/24/2022 | 👆You get 60% off, 👇you get 60% off, 👉 you get 60% off | |
| 5/25/2022 | '$5 TEES + 60% off deals inside | |
| **5/26/2022** | **ENTIRE STORE ON SALE (best day ever!!) + Navyist Rewards members get $10 off your in-store purchase** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/27/2022 | CHA-CHING! The entire store is on sale + $8 dresses | |
| 5/27/2022 | YESSS! $8 dresses + ENTIRE STORE ON SALE | |
| **5/28/2022** | **Oooooh! $2 TANKS ARE CALLING YOUR NAME + ENTIRE STORE ON SALE ENDS SOON!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| **5/29/2022** | **ENDING SOON: don't miss our entire store on sale + $2 tanks!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | Omg omg omg $2 tank tops + the ENTIRE STORE is on sale | |
| 5/30/2022 | ACT ASAP: You've landed $10 linen pants & $8 linen shorts + ENTIRE STORE SALE ENDS TONIGHT | |
| 5/30/2022 | ⌛HURRY — entire store on sale ends soon + $10 linen pants & $8 linen shorts | |
| 5/30/2022 | YESSSS! ENTIRE STORE ON SALE + you've landed $10 linen pants & $8 linen shorts | |

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| **6/2/2022** | **Snag $19 and under styles for the fam + $12 cami tops (this week only!!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 6/4/2022 | '$12 Cami tops & shorts | |
| 6/4/2022 | 🔥 HOT DEAL ALERT 🔥 $12 cami tops & shorts | |
| **6/7/2022** | **Make a splash with 50% off ALL swim + $29 matching tops & bottoms (this week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| **6/13/2022** | **SIXTY PERCENT OFF is available + $14.50 tops & bottoms (limited time only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/17/2022 | ATTN: Under $8 deals are confirmed + HALF OFF ALL DRESSES has arrived today | |
| **6/18/2022** | **'@You: FIFTY PERCENT OFF all dresses (today only!)** | Already on Sale (Complaint Section IV(B)(2)) |
| 8/20/2022 | 50%. OFF. ALL JEANS & 50% OFF LUXE TEES & TANKS | |
| 8/20/2022 | '@You: FIFTY PERCENT OFF ALL JEANS & LUXE TEES is confirmed | |
| **8/21/2022** | **A rare offer: You've uncovered 50% off ALL Jeans + 40% OFF your order** | Already on Sale (Complaint Section IV(B)(2)) |
| **10/23/2022** | **You checked your email just in time! Up to FIFTY PERCENT OFF storewide on sale + $15 sweatshirts** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/30/2022 | Spreading cheer early! Up to 50% off storewide + 50% off all jeans & $25 cozy sweaters | |
| 11/4/2022 | 👖 $15 jeans enclosed + pajamas from only $9 | |
| **11/5/2022** | **'$9 PJs — today only! And, get $2 cozy socks in-store** | Already on Sale (Complaint Section IV(B)(2)) |
| **11/26/2022** | **CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/26/2022 | Open soon: $12 JEANS won't last + 50% OFF *EVERYTHING* is unmissable | |
| 11/26/2022 | '$12 JEANS & $2 COZY SOCKS are calling your name + FIFTY PERCENT OFF everything! | |
| 11/26/2022 | Not a drill: FIFTY PERCENT OFF EVERYTHING (we mean it) | |
| 11/27/2022 | Whoop whoop! 50% off everything, $2 cozy socks & $7 thermal tees | |
| 11/27/2022 | '$2 cozy socks, $7 thermal tees (today only!) & FIFTY PERCENT OFF EVERYTHING | |
| 11/27/2022 | Seriously: You're covered with 50% OFF EVERYTHING, $2 cozy socks & $7 thermal tees | |
| 11/27/2022 | '$7 thermal tees you'll love + FIFTY PERCENT OFF EVERYTHING confirmed | |
| 11/28/2022 | RE: CYBER DEALS ⚡ $3 PJ shorts & $4 long-sleeve tees are calling your name & FIFTY PERCENT OFF | |
| 11/28/2022 | '$3 PJ SHORTS. $4 TEES. 50% OFF EVERYTHING. BEST. MONDAY. EVER | |
| 11/28/2022 | Your attention please: FIFTY PERCENT OFF EVERYTHING (really!) | |
| 11/28/2022 | 50% off everything featuring $3 PJ shorts & $4 tees (yes, officially!) | |
| **11/29/2022** | **Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks** | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/29/2022 | LIMITED TIME: 50% OFF EVERYTHING ends today | |
| 11/29/2022 | Yours to claim: $10 turtlenecks + 50% off everything | |
| 11/29/2022 | REDEEM NOW: 50% OFF EVERYTHING is gone soon | |
| 12/10/2022 | '$14 sherpa pullovers so cozy you'll want a few + $5 beanies | |
| **12/11/2022** | **'$14 sherpa pullovers today + FIVE DOLLAR BEANIES** | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| **4/15/2022** | **3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| **4/15/2022** | **3 DAYS FOR HALF OFF THESE 3 THINGS** ☞ | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/16/2022 | 50% OFF DRESSES, SHORTS & ACTIVEWEAR + OMG! Here's **Up to 60% OFF** | |
| 4/16/2022 | Half off dresses, half off shorts, half off activewear + stock up on all things spring for $15 & under | |
| 4/16/2022 | WHEW! Our new arrivals are s-t-a-c-k-e-d 😎 + 50% off all shorts, dresses, & activewear | |
| 4/17/2022 | 50% OFF all dresses \| 50% OFF all shorts \| 50% off all activewear | |
| **4/17/2022** | **☎ Time's almost out — snag 50% OFF all dresses, shorts & active + tees from $8, shorts from $15 & jeans from $14** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 4/17/2022 | ATTN! 50% off all these must-haves + CLEARANCE from $2.99 | |
| 4/18/2022 | Yes, seriously: You just landed $8 and up styles + 50% OFF ACTIVE | |
| 4/18/2022 | ACT ASAP! 50% OFF active + 40% off your purchase are inside | |
| 4/23/2022 | '$14 PowerSoft shorts confirmed for today + $15 t-shirt dresses | |
| 4/24/2022 | ☞ Too amazing to miss! ALL shoes 50% OFF + $15 t-shirt dresses | |
| **4/25/2022** | **THIS WEEK ONLY! $15 t-shirt dresses** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/29/2022 | '$15 SHORTS as a thank you + $15 T-SHIRT DRESSES (yessss!) | |
| 4/30/2022 | Just dropped: $12.50 jeans | |
| **4/30/2022** | **No joke! $12.50 JEANS (today only) + $15 T-SHIRT DRESSES** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| **4/30/2022** | **Well-deserved: $12.50 jeans today** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/1/2022 | '$12.50 JEANS are impossible to resist | |
| **5/1/2022** | **Approved! $12.50 JEANS (today only!) + $8 STYLES** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/1/2022 | '$12.50 jeans enclosed (yes, really) + $15 t-shirt dresses confirmed | |
| 5/3/2022 | SIXTY percent off these sunny day styles + $16 OG Straight shorts | |
| 5/5/2022 | THIS WEEK ONLY! $16 OG Straight shorts | |
| 5/8/2022 | 🩳$12.50 PowerSoft leggings + $16 OG Straight shorts | |
| **5/9/2022** | **ONE DAY ONLY 🩳 50% OFF jeans + $16 OG Straight shorts** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/24/2022 | This is BIG, Michelle: our ENTIRE STORE is on sale | |
| 5/24/2022 | 🛍You get 60% off, 🛍you get 60% off, ☞ you get 60% off | |
| 5/25/2022 | CONGRATS! $5 TEES (not a typo!) + a sale on the ENTIRE STORE | |
| **5/26/2022** | **ENTIRE STORE ON SALE (best day ever!!) + Navyist Rewards members get $10 off your in-store purchase** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 5/26/2022 | Looks for on & off the court + the ENTIRE STORE is on sale | |
| 5/27/2022 | CHA-CHING! The entire store is on sale + $8 dresses | |
| 5/27/2022 | YESSS! $8 dresses + ENTIRE STORE ON SALE | |
| **5/28/2022** | **'$2 TANKS HAVE ARRIVED (YES, SERIOUSLY) + ENTIRE STORE ON SALE ENDS SOON!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| **5/29/2022** | **ENDING SOON: don't miss our entire store on sale + $2 tanks!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | Omg omg omg $2 tank tops + the ENTIRE STORE is on sale | |
| 5/30/2022 | ACT ASAP: You'll LOVE these $10 linen pants + $8 linen shorts + ENTIRE STORE SALE ENDS TONIGHT | |
| 5/30/2022 | ⏳HURRY — entire store on sale ends soon + $10 linen pants & $8 linen shorts | |
| 5/30/2022 | YESSSS! ENTIRE STORE ON SALE + you've landed $10 linen pants & $8 linen shorts | |
| **6/2/2022** | **Snag $19 and under styles for the fam + $12 cami tops (this week only!!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/4/2022 | '$12 Cami tops & shorts | |
| 6/4/2022 | 🔥 HOT DEAL ALERT 🔥 $12 cami tops & shorts | |
| **6/4/2022** | **Today Only: $12 cami tops + $12 shorts** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 6/6/2022 | '$19 and under on almost EVERYTHING + $12 cami tops (this week only!!) | |

## EXHIBIT B

| Date Sent | Email Subject | Misleading |
|---|---|---|
| **6/7/2022** | **Make a splash with 50% off ALL swim + $29 matching tops & bottoms (this week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| **6/8/2022** | **Dive into 50% OFF ALL SWIM for the whole family + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| **6/10/2022** | **Snag $19 and under styles for the fam + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/11/2022 | Deals, deals, DEALS: 50% off shorts & tees | |
| 6/11/2022 | HALF OFF shorts & tees were worth the wait | |
| 6/11/2022 | Attn: FIFTY PERCENT OFF SHORTS & TEES (for real!) | |
| 6/12/2022 | ★ FIFTY PERCENT OFF SHORTS & TEES + summer styles $19 and under | |
| **6/12/2022** | **★ FIFTY PERCENT OFF SHORTS & TEES + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| **6/12/2022** | **FIFTY PERCENT OFF shorts & tees TODAY + $19 and under styles** | Already on Sale (Complaint Section IV(B)(2)) |
| **6/13/2022** | **SIXTY PERCENT OFF is available + $14.50 tops & bottoms (limited time only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| **6/15/2022** | **YES, IT'S OFFICIAL: summer must-haves $19 and under + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/17/2022 | ATTN: HALF OFF ALL DRESSES has arrived today + under $8 deals are confirmed | |
| 6/17/2022 | You heard correctly, 50% off ALL dresses + summer styles from $2 | |
| **6/18/2022** | **A thank you: FIFTY PERCENT OFF all dresses (today only!)** | Already on Sale (Complaint Section IV(B)(2)) |
| 6/18/2022 | For real: 50% off shirts & ALL dresses (what a STEAL!) + $4 flag tees | |
| 6/18/2022 | CONGRATULATIONS! WE'VE SENT YOU A CLEARANCE JACKPOT + 50% OFF ALL DRESSES | |
| 6/20/2022 | Psst: This $4 flag tee is unlocked + 50% OFF ALL activewear is inside | |
| 6/21/2022 | ICYMI: flag tees are back (and they're $4 this week!!!) + summer styles from $2 | |
| 6/22/2022 | All the summer hits, spiced up + $4 flag tees (this week only!) | |
| 6/23/2022 | **TODAY ONLY: $4 tees** | Already on Sale (Complaint Section IV(B)(2)) |
| 6/25/2022 | FIFTY PERCENT OFF *ALL* shoes + $8 dresses (lucky you!) | |
| 6/25/2022 | Summer up with up to 60% off storewide & styles from $2 + $8 dresses AND 50% off ALL shoes! | |
| **6/25/2022** | **CUTTING IT CLOSE: $8 dresses and HALF OFF all shoes (please don't forget!)** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 6/26/2022 | ☺ Hello $8 summer dresses + summer styles from $2 | |
| 6/26/2022 | A cool breeze just blew these $8 dresses in | |
| **6/26/2022** | **Just for you: $8 dresses (one day and one day ONLY)** | Already on Sale (Complaint Section IV(B)(2)) |
| 7/10/2022 | OMG! 50% OFF YOUR ENTIRE ORDER + $12.50 PowerSoft leggings | |
| 7/10/2022 | IT'S OFFICIAL! You've got $12.50 PowerSoft leggings + FIFTY PERCENT OFF PURCHASE waiting | |
| 7/10/2022 | 😵 FIFTY PERCENT OFF YOUR PURCH — you know we love a sale + $12.50 PowerSoft leggings | |
| 7/11/2022 | 50% OFF your order with picks scientifically proven to make you 😊 😊 😊 | |
| 7/11/2022 | Michelle, you're getting HALF OFF YOUR ORDER ☺ | |
| **7/11/2022** | **⏰Tick-tock: 50% OFF for the fam ends soon** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 7/12/2022 | 50% OFF YOUR PURCHASE (perfect for back-to-school shopping!) + take an extra 50% OFF CLEARANCE | |
| 7/12/2022 | 3 trends to try from now 'til fall + LAST CALL for 50% OFF your purchase | |
| 7/12/2022 | ⏰Tick-tock: 50% OFF for the fam ends soon | |
| 7/29/2022 | '$20 women's OG straight jeans | $20 OG loose jeans | $18 girls slouchy straight jeans + ALL KIDS STYLES ON SALE | |
| 7/30/2022 | You've scored HALF OFF ALL JEANS and $3 kids styles | |
| 7/30/2022 | 🔔DEAL ALERT 🔔 50% off ALL jeans + $3 kids styles | |
| 7/30/2022 | Confirmed: $3 kids styles + FIFTY PERCENT OFF ALL JEANS! | |
| 7/31/2022 | 🔍 On the hunt for DEALS? 50% off ALL jeans and $3 kids styles | |
| **7/31/2022** | **A Sunday treat 🍬 Half off ALL jeans + $3 kids deals** | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 7/31/2022 | ✌ Yessssss! We're bringing you $3 DEALS on kids styles + 50% OFF ALL JEANS | |
| 8/1/2022 | ALL JEANS are on sale from $18 + these $6 leggings are all yours | |
| 8/2/2022 | ☞ This just in! Up to 60% off kids + ALL JEANS ON SALE + $20 OG straight & OG loose jeans and $18 girls slouchy straight jeans | Already on Sale (Complaint Section IV(B)(2)) |
| 8/3/2022 | We summer-fied this $8 kids fleece + jeans from $18 | |
| 8/3/2022 | 🕪 Did you hear? ALL jeans are on sale from $18 + $8 kids fleece tops & bottoms | |
| 8/20/2022 | 50%. OFF. ALL JEANS & 50% OFF LUXE TEES & TANKS | |
| 8/20/2022 | Attn: FIFTY PERCENT OFF ALL JEANS & LUXE TEES (for real!) | |
| **8/21/2022** | **◖ DEALS ANNOUNCEMENT! 50% off ALL jeans and luxe tees & tanks** | Already on Sale (Complaint Section IV(B)(2)) |
| **8/21/2022** | **A rare offer: You've uncovered 50% off ALL Jeans + 40% OFF your order** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 8/21/2022 | Fifty percent off ALL luxe tees & tanks and jeans | |
| 9/7/2022 | Re: You've unlocked SIXTY PERCENT OFF these styles + $25 PIXIE PANTS ✨ | |
| 9/8/2022 | ☺ Looking real profesh in our $25 (!) Pixie & Stevie pants | |
| **9/8/2022** | **Back in FALL force! Get $20 pants, $8 tops & $20 jeans + $25 Pixie pants (this week only!!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/10/2022 | (1) new message: $6 LEGGINGS | $8 LONG-SLEEVES | $25 PIXIE PANTS | |
| 9/10/2022 | Earned it: $6 leggings, $8 long-sleeves & $25 Pixie pants | |
| 9/11/2022 | ☆ On sale NOW: $6 leggings, $8 long-sleeves + $25 Pixie pants | |
| 9/11/2022 | Jump on these $6 leggings and $8 long-sleeves! $25 Pixie pants, too | |
| 9/11/2022 | FALL HAUL IS BACK! $6 leggings, $8 long-sleeves & $25 Pixie pants | |
| 9/12/2022 | PIXIE PANT LOVERS, REJOICE! 👖 $25 Ankle, skinny & flare styles are here | |
| **9/12/2022** | **This week only!! $25 Pixie pants** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/15/2022 | Here's $15 sweatshirts + $25 for our most-loved Pixie pant | |
| 9/17/2022 | '$14 jeans?! In this economy?! Yep ☺ | |
| 9/17/2022 | OMG! $14 jeans | |
| 9/17/2022 | PSA! $14 jeans | |
| **9/18/2022** | **Make room in your closet for these styles + $14 JEANS** | |
| 9/18/2022 | Get $14 jeans today | Already on Sale (Complaint Section IV(B)(2)) |
| 9/18/2022 | Your Super Cash is good to redeem on these $14 JEANS | |
| 9/24/2022 | Your fall refresh: $11.50 flannel shirts & $25 flare jeans 🍂 | |
| 9/24/2022 | '$11.50 flannel shirts for gettin' cozy | |
| 9/24/2022 | *** $11.50 FLANNEL SHIRTS & $25 flare jeans | |
| 9/25/2022 | Unlocked: $11.50 flannels & $25 flare jeans | |
| **9/25/2022** | **'$11.50 FLANNELS have arrived** | Already on Sale (Complaint Section IV(B)(2)) |
| 9/25/2022 | '$11.50 flannel shirts & $25 flare jeans (a full fall 'fit) | |
| 9/28/2022 | 🍂 Styles on sale from $8 + 30% OFF your purchase + $6 leggings | |
| **9/28/2022** | **Just for today! $6 leggings + tons & tons of styles from $8** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/29/2022 | Break these out in case of chill 😊 + confirmed: 1000s of styles from $8 | |
| 9/30/2022 | Snuggle up to this $14.50 sweater today + confirmed: 1000s of styles from $8 | |
| 10/2/2022 | 30% OFF your purchase & 1000s of styles from $8 + 50% OFF ACTIVEWEAR | |
| 10/16/2022 | ATTN, PLEASE! $12.50 5-STAR JEANS + 50% OFF EVERYTHING just landed | |
| 10/17/2022 | You've been granted 50% OFF EVERYTHING + $12 SWEATERS (get gifting!) | |
| 10/18/2022 | Redeemable ASAP: You've uncovered FIFTY PERCENT OFF EVERYTHING + $9 microfleece jackets | |
| **10/18/2022** | **Cutting it close: You're due for FIFTY PERCENT OFF EVERYTHING + $9 microfleece jackets!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/19/2022 | YAYYYY! Up to 50% OFF storewide + $25 women's cozy sweaters | |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 10/21/2022 | Special delivery! You've got CLEARANCE from $3.99 + up to FIFTY PERCENT OFF storewide waiting | |
| 10/22/2022 | (1) New message: We're offering you up to 50% OFF storewide on sale + get $15 flannel shirts & the $25 cozy sweater | |
| 10/23/2022 | OMG, YAY! $15 sweatshirts & up to fifty percent off storewide are calling your name | |
| **10/23/2022** | **You checked your email just in time! Up to FIFTY PERCENT OFF storewide on sale + $15 sweatshirts** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/28/2022 | Confirmed! Up to FIFTY PERCENT OFF storewide on sale + $25 for the sweater that feels like a hug | |
| 10/30/2022 | Spreading cheer early! Up to 50% off storewide + 50% off all jeans & $25 cozy sweaters | |
| 10/30/2022 | HALF OFF ALL jeans & $25 cozy sweaters were worth the wait | |
| 11/4/2022 | 🎁 $15 jeans enclosed + pajamas from only $9 | |
| **11/5/2022** | **'$9 PJs — today only! And, get $2 cozy socks in-store** | Already on Sale (Complaint Section IV(B)(2)) |
| **11/26/2022** | **CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/26/2022 | '$12 JEANS & $2 COZY SOCKS are calling your name + FIFTY PERCENT OFF everything! | |
| 11/27/2022 | 50% OFF EVERYTHING, $2 cozy socks & $7 thermal tees — yours to claim! | |
| 11/28/2022 | 🛒 We've reserved THIS in your cart + get 50% OFF EVERYTHING | |
| **11/29/2022** | **Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks** | Sale "Extended" (Complaint Section IV(B)(4)) |
| 12/10/2022 | Up to SIXTY PERCENT OFF on saaaale + $14 sherpa pullovers | |
| **12/11/2022** | **'$14 sherpa pullovers today + FIVE DOLLAR BEANIES** | Already on Sale (Complaint Section IV(B)(2)) |