# EXHIBIT B



**CT Corporation**
**Service of Process Notification**
04/26/2023
CT Log Number 543720851

## Service of Process Transmittal Summary

**TO:**   Amanda Ferguson
         The Gap, Inc.
         2 FOLSOM ST DEPT LAW
         SAN FRANCISCO, CA 94105-1205

**RE:**   **Process Served in California**

**FOR:**  Old Navy (Apparel), LLC  (Domestic State: CA)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated vs. OLD NAVY, LLC |
| **CASE #:** | 232071034SEA |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/26/2023 at 14:22 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Octavia Cruz  Octavia_Cruz@gap.com |
| | Email Notification,  Amanda Ferguson  Amanda_Ferguson@gap.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 330 N BRAND BLVD |
| | STE 700 |
| | GLENDALE, CA 91203 |
| | 866-665-5799 |
| | SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                          Wed, Apr 26, 2023
**Server Name:**                   DROP SERVICE

| | |
|---|---|
| Entity Served | OLD NAVY APPAREL LLC |
| Case Number | 232071034SEA |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



1

2

3

4

**FILED ·**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

5

6

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

7

8

9

10

11

12

13

14

15

16

ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

v.

OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,

Defendants.

NO.

**SUMMONS (60 DAYS)**

17

18   TO:    OLD NAVY (APPAREL), LLC:

19          A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

20   Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

21   this summons.

22          In order to defend against this lawsuit, you must respond to the complaint by stating your

23   defense in writing, and by serving a copy upon the person signing this summons within 60 days

24   after the service of this summons, excluding the day of service, or a default judgment may be

25   entered against you without notice. A default judgment is one where Plaintiff is entitled to what

26   has been asked for because you have not responded. If you serve a notice of appearance on the

27   undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2  must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3  the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4  Summons and Complaint will be void.

5       If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6  that your written response, if any, may be served on time.

7       THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8  State of Washington.

9

10       RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                      TERRELL MARSHALL LAW GROUP PLLC

12                      By: _/s/ Blythe H. Chandler, WSBA #43387_

13                         Beth E. Terrell, WSBA #26759
                         Email: bterrell@terrellmarshall.com

14                         Jennifer Rust Murray, WSBA #36983
                         Email: jmurray@terrellmarshall.com

15                         Blythe H. Chandler, WSBA #43387
                         Email: bchandler@terrellmarshall.com

16                         936 North 34th Street, Suite 300

17                         Seattle, Washington 98103
                         Telephone: (206) 816-6603

18                         Facsimile: (206) 319-5450

19

20                         Sophia M. Rios, *Pro Hac Vice Forthcoming*
                         Email: srios@bm.net

21                         E. Michelle Drake, *Pro Hac Vice Forthcoming*
                         Email: emdrake@bm.net

22                         BERGER & MONTAGUE, P.C.
                         401 B Street, Suite 2000

23                         San Diego, California 92101
                         Telephone: (619) 489-0300

24                         Facsimile: (215) 875-4604

25                       *Attorneys for Plaintiffs*

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR THE COUNTY OF KING

| | |
|---|---|
| Roxann Brown and Michelle Smith | No. 23-2-07103-4  SEA |
| VS | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| Old Navy, LLC | |
| | (CICS) |

### CAUSE OF ACTION

MSC - Miscellaneous

### AREA OF DESIGNATION

SEA          Defined as all King County north of Interstate 90 and including all of
Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah,
and North Bend, and all of Vashon and Maury Islands.

1

2

3

4

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

5

6

7

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

8  | ROXANN BROWN and MICHELLE SMITH, | Case No.:
9  | on their own behalf and on behalf of others similarly situated, |
10 | | **CLASS ACTION COMPLAINT FOR VIOLATION OF THE CONSUMER PROTECTION ACT, RCW 19.86, AND THE COMMERCIAL ELECTRONIC MAIL ACT, RCW 19.190**
11 | Plaintiffs, |
12 | v. |
13 | OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive, | **DEMAND FOR TRIAL BY JURY**
14 | |
15 | Defendants. |
16 | |

17

18

### I.    NATURE OF THE ACTION

19    1.    This is a class action against Defendants Old Navy, LLC, Old Navy (Apparel),

20 LLC, Old Navy Holdings, LLC, GPS Services, Inc., and The Gap, Inc. (collectively, "Old Navy"

21 or "Defendants") for false and misleading email marketing.

22    2.    Old Navy sends emails to Washington consumers which contain false or

23 misleading information in the subject lines. For example, Old Navy sends emails that mis-state

24 the duration of given promotions, in an apparent effort to drive sales by creating a false sense of

25 urgency. The subject line of these kinds of emails falsely claims that a certain sale or discount is

26 limited to a specific time, such as "today only" or "3 DAYS ONLY," when, in reality, the offer

27 lasts longer than advertised or the item has already been on sale for longer than advertised. As

28

CLASS ACTION COMPLAINT - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  another example, Old Navy sends emails with subject lines claiming that a sale or discount has
2  been "extended," when, in reality, Old Navy always planned the sale to continue during the
3  advertised extension.

4      3.      Old Navy also uses its preconceived "sale extensions" as an excuse to send
5  consumers additional emails purporting to notify them that a sale is ending or that a sale has been
6  extended.  This practice causes consumers' inboxes to become inflated with spam.

7      4.      Old Navy's practice of sending serial emails about sales with imaginary time
8  limits, fake extensions, and more illusory special offers violates the Washington Commercial
9  Electronic Mail Act ("CEMA"), RCW 19.190, and the Washington Consumer Protection Act,
10  RCW 19.86.

11      5.      By sending emails with false and misleading information to Plaintiffs and the
12  Class (defined below), Old Navy clogs emails inboxes with false information and violates
13  Plaintiffs' and Class members' right to be free from deceptive commercial e-mails.

14      6.      Plaintiffs bring this action as a class action on behalf of persons residing in
15  Washington who also received Old Navy's false and misleading emails. Plaintiffs' requested
16  relief includes an injunction to end these practices, an award to Plaintiffs and Class members of
17  statutory and exemplary damages for each illegal email, and an award of attorneys' fees and
18  costs.

19                      **II.      PARTIES**

20      7.      Plaintiff Roxann Brown is a citizen of Washington State, residing in Pierce
21  County, Washington.

22      8.      Plaintiff Michelle Smith is a citizen of Washington State, residing in Clark
23  County, Washington.

24      9.      Defendant Old Navy, LLC is a wholly-owned subsidiary of The Gap, Inc., and is
25  a limited liability company chartered under the laws of the State of Delaware. Old Navy, LLC
26  currently is, and at all relevant times in the past has, engaged in substantial business activities in
27  the State of Washington and in King County.

28

CLASS ACTION COMPLAINT - 2

1      10.     Defendant Old Navy (Apparel), LLC, is a wholly-owned subsidiary of GPS

2  Services, Inc., and is a limited liability company chartered under the laws of the State of

3  California. Old Navy (Apparel), LLC currently is, and at all relevant times in the past has,

4  engaged in substantial business activities in the State of Washington and in King County.

5      11.     Defendant Old Navy Holdings, LLC, is a limited liability company chartered

6  under the laws of the State of California. Old Navy Holdings, LLC currently is, and at all

7  relevant times in the past has, engaged in substantial business activities in the State of

8  Washington and in King County.

9      12.     Defendant GPS Services, Inc., is a wholly-owned subsidiary of The Gap, Inc., and

10  is a corporation chartered under the laws of the State of California. GPS Services, Inc. currently

11  is, and at all relevant times in the past has, engaged in substantial business activities in the State

12  of Washington and in King County.

13      13.     Defendant The Gap, Inc., is a corporation chartered under the laws of the State of

14  Delaware. The Gap, Inc. currently is, and at all relevant times in the past has, engaged in

15  substantial business activities in the State of Washington and in King County.

16      14.     Old Navy owns and operates a large online marketplace to consumers in the state

17  of Washington, maintain more than 20 physical stores in the state, including 7 stores in King

18  County, and send the marketing emails at issue in this Complaint to consumers throughout

19  Washington.

20          **III.    JURISDICTION AND VENUE**

21      15.     This Court has subject matter jurisdiction over this civil action pursuant to,

22  without limitation, Section 6 of Article IV of the Washington State Constitution (Superior Court

23  jurisdiction, generally), RCW 19.86.090 (Superior Court jurisdiction over Consumer Protection

24  Act claims) and RCW 19.190.090 (Superior Court jurisdiction over Commercial Electronic Mail

25  Act claims).

26      16.     This Court has personal jurisdiction over Old Navy under RCW 4.28.185. This

27  Court may exercise personal jurisdiction over the out-of-state Old Navy because the claims

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  alleged in this civil action arose from, without limitation, Old Navy's purposeful transmission of

2  electronic mail messages to consumers within the State of Washington. In addition, Old Navy

3  intended, knew, or is chargeable with the knowledge that its out-of-state actions would have a

4  consequence within Washington.

5         17.      This also Court has personal jurisdiction over Old Navy under RCW 19.86.160.

6  For example, and without limitation, Old Navy engaged and is continuing to engage in conduct

7  in violation of RCW 19.86 which has had and continues to have an impact in Washington which

8  said chapter reprehends.

9         18.      Venue is proper in King County Superior Court because Old Navy is made up of

10  corporations that have their residence in King County. RCW 4.12.025. Currently and at all

11  relevant times, Old Navy has transacted business in King County, including without limitation

12  by sending the marketing emails alleged herein to residents of King County, and maintaining

13  stores for the transaction of business within King County.

<h3 style="text-align:center">IV.    FACTUAL ALLEGATIONS</h3>

14

15  **A.    The CEMA prohibits initiating or conspiring to initiate the transmission of
16         commercial e-mails with false or misleading subject lines.**

17         19.      Washington's Commercial Electronic Mail Act (CEMA) regulates deceptive

18  email marketing.

19         20.      "CEMA was enacted to protect concrete interests in being free from deceptive

20  commercial e-mails. CEMA's prohibition on sending commercial e-mails with false or

21  misleading subject lines . . . creates a substantive right to be free from deceptive commercial e-

22  mails." *Harbers v. Eddie Bauer, LLC*, 415 F. Supp. 3d 999, 1011 (W.D. Wash. 2019 Nov. 27,

23  2019) (holding that the plaintiff sufficiently pleaded concrete injury-in-fact for alleged CEMA

24  violations based on her receipt of marketing emails from the defendant containing allegedly false

25  "xx% off" statements in the subject line). Washington courts have held that "[t]he harms

26  resulting from deceptive commercial e-mails resemble the type of harms remedied by nuisance

27  or fraud actions." *Id.* at 1008.

28

CLASS ACTION COMPLAINT - 4

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      21.    An injury occurs anytime a commercial e-mail is transmitted that contains false or

2 misleading information in the subject line. *Id.* at 1011.

3      22.    Under CEMA, it is irrelevant whether misleading commercial e-mails were

4 solicited. *Id.*

5      23.    CEMA creates an independent but limited private of right of action which can be

6 asserted by a person who is the recipient of a commercial electronic mail message which

7 contains false or misleading information in the subject line. RCW 19.190.030(1)(b). A plaintiff

8 who successfully alleges and proves such a violation may obtain, among other things, an

9 injunction against the person who initiated the transmission. RCW 19.190.090(1). *Wright v.*

10 *Lyft, Inc.*, 189 Wn.2d 718, 728 n. 3 (2017) ("we note that a plaintiff may bring an action to

11 enjoin any CEMA violation.").

12      24.    It is a violation of the consumer protection act, RCW 19.86 *et seq.*, to initiate the

13 transmission or conspire with another person to initiate the transmission of a commercial

14 electronic mail message that contains false or misleading information in the subject line. RCW

15 19.190.030(1). *See also* RCW 19.190.030(2) (providing "that the practices covered by this

16 chapter are matters vitally affecting the public interest for the purpose of applying the consumer

17 protection act, chapter 19.86 RCW. A violation of this chapter is not reasonable in relation to the

18 development and preservation of business and is an unfair or deceptive act in trade or commerce

19 and an unfair method of competition for the purpose of applying the consumer protection act,

20 chapter 19.86 RCW.").

21      25.    To establish a violation of Washington's CPA, a claimant must establish five

22 elements: (1) an unfair or deceptive act or practice, (2) in trade or commerce, (3) that affects the

23 public interest, (4) injury to plaintiff's business or property, and (5) causation. *Hangman Ridge*

24 *Stables, Inc. v. Safeco Title Ins. Co.*, 719 P.2d 531, 533 (Wash. 1986).

25      26.    Washington and federal courts have held that a plaintiff states a CPA claim solely

26 by alleging a violation of the CEMA. *See State v. Heckel*, 143 Wash.2d 824, 24 P.3d 404, 407

27 (2001) ("RCW 19.190.030 makes a violation of [CEMA] a per se violation of the [CPA].").

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CLASS ACTION COMPLAINT - 5

1   Indeed, by alleging a CEMA violation of RCW 19.190.020, a plaintiff alleges all five elements

2   of a CPA violation. *See Gordon v. Virtumundo, Inc.*, 575 F.3d 1040, 1065 (9th Cir. 2009) (citing

3   *Hangman Ridge Training Stables, Inc. v. Safeco Title Ins. Co.*, 105 Wash.2d 778, 719 P.2d 531,

4   535-37 (1986); *Wright*, 406 P.3d at 1155 ("We conclude that RCW 19.190.040 establishes the

5   injury and causation elements of a CPA claim as a matter of law.").

6   **B.    Old Navy initiates (or conspires to initiate) the transmission of commercial e-mails
7          with false or misleading subject lines.**

8          27.     Old Navy has initiated (or conspired to initiate) the transmission of dozens of

9   commercial electronic mail messages with false or misleading subject lines to Plaintiffs and the

10  Class. The emails were electronic mail messages, in that they were each an electronic message

11  sent to an electronic mail address; the emails from Old Navy also referred to an internet domain,

12  whether or not displayed, to which an electronic mail message can or could be sent or delivered.

13         28.     Old Navy sent the emails for the purpose of promoting its goods for sale.

14         29.     The emails were sent at Old Navy's direction and were approved by Old Navy.

15         30.     Old Navy's emails frequently advertise the "limited" nature of sales, discounts,

16  and prices. For example, on April 30, 2022, Old Navy sent an email with a subject line, "No

17  joke! $12.50 JEANS (today only) . . ." By stating that a sale is only on for a limited time, Old

18  Navy suggests an offer's rarity or urgency, stimulating consumers' desire to get the deal before

19  its gone while simultaneously inducing fear of missing a good buy. With this simple technique, a

20  consumer can be seduced into making an impulsive purchase in a hurry.

21         31.     Old Navy designs the subject lines of its marketing emails to tap into these

22  consumer urges—going so far as to feature images of clocks in the email subject line itself next

23  to words such as "tick-tock" and "Time's almost out." Other email subject lines spur the

24  recipient to make purchases, prompting the recipient to "Hurry!," "OPEN QUICKLY," and "Go,

25  go, go!"

26

27

28

CLASS ACTION COMPLAINT - 6

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    32.    The fact that such statements are false and misleading has been recognized by the

2  Federal Trade Commission, which directs that sellers should not "make a 'limited' offer which,

3  in fact, is not limited." 16 C.F.R. § 233.5.

4    33.    Old Navy uses the purportedly limited nature of its offers to send *more* emails to

5  consumers than it otherwise might. Old Navy may send a single consumer up to five marketing

6  emails *per day*, and commonly sends three marketing emails *every day*, many of them

7  advertising "limited time" offers. For example, Old Navy will send an email (i) when a limited

8  time offer starts, (ii) while the offer is ongoing, (iii) when the offer is getting close to ending, (iv)

9  when the offer is in its final hours, and (v) when the offer as been "extended." When several

10  emails contain the same false and misleading information about the limited nature of an offer, the

11  emails clog up inboxes with spam email and waste limited data space.

12    34.    Old Navy violates CEMA because many of the statements in the email subject

13  lines intended to seduce consumers into making a purchase are false and misleading on several

14  fronts. There are numerous examples of Old Navy emails that can be shown to have false and

15  misleading information in the subject lines just by reviewing the subject lines of other Old Navy

16  emails. While there are too many examples to include them all here, the facts alleged below

17  show the types of false and misleading email subject lines Old Navy deploys.

18    **1.    The offer is available longer than stated in the subject line of the email.**

19    35.    Old Navy commonly claims or suggests that sales will only be available for a

20  certain amount of time in the email subject line. However, in many instances, the sale is

21  available for longer than the time period stated in the email subject line.

22    36.    For example, on May 15, 2021, Old Navy sent an email with a subject line stating

23  "$12 women's compression leggings, today only". However, the next day, Old Navy sent an

24  email with a subject line advertising "TWELVE DOLLAR compression leggings".

25

26

27

28

CLASS ACTION COMPLAINT - 7

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1          37.     The subject line of the email sent on May 15, 2021, stating that the leggings

2    would be offered at that price for "today only," was therefore false and misleading because the

3    leggings were offered at the same price the next day.

4          38.     As a second example, the jeans Old Navy advertised via email on April 30, 2022,

5    with the subject line "No joke! $12.50 JEANS (today only) . . . ," were also advertised in the

6    email subject line the *next day* with a nearly identical subject line: "No joke! $12.50 JEANS (you

7    earned it)."

8          39.     The subject line of the email sent on April 30, 2022, stating that the jeans would

9    be offered at that price for "today only," was false and misleading because the jeans were offered

10   at the same price the next day.

11         40.     As another example, on April 15, 2022, Old Navy sent an email with a subject

12   line stating "3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!" But, on April 18,

13   more than three days after the sale was first advertised in Old Navy's marketing emails, Old

14   Navy sent another email with the subject line stating "50% OFF ACTIVE."

15         41.     The subject line of the email sent on April 15, 2022, stating that active wear

16   would be 50% off for "3 DAYS ONLY," was therefore false and misleading because active wear

17   was offered at 50% for more than three days.

18         42.     As another example, on June 4, 2022, Old Navy sent an email with a subject line

19   stating "Today Only: $12 cami tops + $12 shorts." However, two days later, on June 6, 2022,

20   Old Navy sent an email advertising cami tops at the same price with a subject line stating: ". . .

21   $12 cami tops (this week only!!)."[1]

22         43.     The subject line of the email sent on June 4, 2022, stating that the cami tops were

23   $12 for "today only," was therefore false and misleading because the cami tops were offered at

24   the same price in the following days.

25   _____

[1] An email with the subject line "Snag $19 and under styles for the fam + $12 cami tops (this week only!!)
26   ," was also sent on June 2, 2022, meaning the sale on cami tops was already ongoing when it was advertised
     as "today only" on June 4, 2022 at the same price. The June 4, 2022 email is therefore also false and
27   misleading for the reasons outline in Section B.2 below.

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CLASS ACTION COMPLAINT - 8

44.     As another example, starting on June 7, 2022, Old Navy sent emails advertising in the subject lines "$29 matching tops & bottoms (this week only!)." The "one week" sale was advertised in email subject lines on June 7, June 8, June 12, and June 15, 2022. However, the same price continued to be advertised in email subject lines eight days after the first email, on June 15, 2022, and the fine print at the bottom of the email stated the price would be offered for nine days, until June 16, 2022, i.e., more than one week.

45.     The subject lines of the emails sent on June 7, June 8, June 12, and June 15, 2022, advertising the "one week" sale, were therefore false and misleading because the sale was offered for more than one week.

2.     **The email states or suggests that the offer is new, but the offer was already available.**

46.     Old Navy's commonly misleads consumers into thinking that a sale or discount is new or is only being offered for a limited time, when the offer or sale has already been ongoing. Such false and misleading statements trick the consumer into thinking that the offer is rarer than it really is and that they should act to take advantage of the special offer.

47.     For example, Old Navy began advertising OG Straight shorts for $16 in email subject lines on the May 3, 2022. On May 5, 2022, the OG straight shorts were advertised in an email subject line stating "THIS WEEK ONLY! $16 OG Straight shorts." However, on May 9, 2022, Old Navy sent an email with a subject line stating "ONE DAY ONLY ! 50% OFF jeans + $16 OG Straight shorts."

48.     The subject line of the email sent on May 9, 2022, stating that the $16 OG Straight shorts was "ONE DAY ONLY," was therefore false and misleading because the sale was offered for more than one day.

49.     As another example, on June 18, 2022, Old Navy sent an email with a subject line stating "@You: FIFTY PERCENT OFF all dresses (today only!)." However, Old Navy advertised all dresses at 50% off the day before in an email subject line stating "You heard correctly, 50% off ALL dresses . . ."

CLASS ACTION COMPLAINT - 9

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    50.    The subject line of the email sent on June 18, 2022, stating that 50% off dresses

2  was being offered for "today only," was therefore false and misleading because the sale was

3  offered for more than one day.

4    51.    As a third example, on July 31, 2022, Old Navy sent an email with a subject line

5  stating "A Sunday treat * Half off ALL jeans + $3 kids deals." However, the same two offers

6  were also advertised the day before in *three* emails sent on July 30 with different subject lines.

7    52.    The subject line of the email sent on July 31, 2022, stating that the offered deal

8  was a "Sunday treat," was therefore false and misleading because the advertised deals were not

9  limited to that Sunday.

10    **3.    The email states or suggests that the sale is ending, but the sale continues.**

11    53.    Old Navy often sends marketing emails with subject lines stating or suggesting

12  that a sale is ending soon but the sale continues after the email. These emails give consumers a

13  false sense of urgency and spur impulse buys by consumers who do not want to miss the deal.

14    54.    For example, on February 10, 2019, Old Navy sent an email with the subject line:

15  "GAH! This is the last chance to get up to 50% OFF . . ." However, the next day, Old Navy sent

16  an email with a subject line stating "We've announced UP TO 50% OFF STOREWIDE (starting

17  now)." The 50% off storewide promotion continued to be advertised through February 16, 2019.

18    55.    The subject line of the email sent on February 10, 2019, stating that it was the

19  "last chance" to get 50% off, was therefore false and misleading because 50% continued to be

20  offered in the following days.

21    56.    As another example, on March 17, 2019, Old Navy sent an email with a subject

22  line stating "$20 Rockstars + 40% OFF (final reminder!)." However, the next day, on March 18,

23  2019, Old Navy sent an email with a subject line stating "Urgent: You're getting FORTY

24  PERCENT OFF EVERYTHING online for one more day!"

25    57.    The subject line of the email sent on March 17, 2019, stating that it was the "final

26  reminder" to get 40% off was therefore false and misleading because the promotion continued

27  into the next day and Old Navy sent additional reminders.

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

58.     As another example, on November 26, 2021, Old Navy sent an email with the subject line "FINAL HOURS: $5 PJ pants + 50% off — get your gift list ready". Old Navy continued to advertise "50% off" through November 28, 2021, when it sent an email with the subject line "Last chance for $8 thermal leggings + 50% OFF & sooo many cyber deals." Old Navy continued to advertise "50% off" through November 29, 2021, when it sent an email with the subject line stating "FINAL HOURS: 50% OFF *and* $7 PJ pants." However, Old Navy continued to advertise the 50% off sale in email subject lines the following day.

59.     The subject lines of the emails sent on November 26, 2021, November 28, 2021, and November 29, 2021 stating that it was the "FINAL HOURS" or "last chance" to get 50% off were therefore false and misleading because the same offer was advertised for days after those emails were sent.

**4.     The email states that the sale has been "extended," but Old Navy always planned for the sale to be offered during the purported "extension."**

60.     Old Navy also misrepresents the length of time sales will be offered by sending emails stating that a sale has been "EXTENDED!!" These emails are often sent following long holiday weekends when consumers are back at their computers or on their phones after a weekend of activity. However, discovery will show that Old Navy employees did not gather at the end of the planned sale and determine that the sale should be extended. Instead, the sale was always planned to continue and the advertised "extension" is fake. For example, as detailed in paragraph 59 above, Old Navy advertised a 50% off sale in 2021 for "Black Friday" and "Cyber Monday." However, around 2:00 AM on Tuesday, November 30, 2021, Old Navy sent an email with a subject line stating "No joke, it's CYBER TUESDAY! 50% off has been extended for ONE. MORE. DAY." Old Navy continued to advertise the "extended" sale, with emails that same day stating in the subject lines "FIFTY PERCENT OFF has been extended + 60% off ~these~ picks" and "Oooooh! SIXTY percent off cozy faves for the fam + we're extending 50% off online until midnight".

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    61.    The subject lines of the three emails sent on November 30, 2021, stating that the

2  50% off sale had been extended, were therefore false and misleading because, as discovery will

3  show, Old Navy had long planned to offer the 50% off sale on Tuesday, November 30, 2021.

4    62.    This inference is further supported by the fact that Old Navy sent the same false

5  and misleading "sale extended" emails on the Tuesday following Thanksgiving the next year, in

6  2022. Old Navy sent an email on Saturday, November 26, 2022 stating in the subject line

7  "CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy

8  socks." Old Navy continued to advertise the sale on the following Sunday and on Cyber

9  Monday. Then, around 5:30 AM on Tuesday, November 29, 2022, Old Navy sent an email with

10  the subject line "Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks".

11    63.    The subject line of the email sent on November 29, 2022, stating that the 50% off

12  sale had been extended, was therefore false and misleading because, as discovery will show, Old

13  Navy had long planned to offer the 50% off sale on Tuesday, November 29, 2022.

14  **C.    Old Navy Sends Commercial Emails to Consumers Whom It Knows, Or Has
15         Reason to Know, Reside In Washington.**

16    64.    Old Navy sent the misleading commercial emails to email addresses that Old

17  Navy knew, or had reason to know, were held by Washington residents, either because (i) Old

18  Navy had a physical Washington address that was associated with the recipient; (ii) Old Navy

19  had access to data regarding the recipient indicating that they were in Washington state; or (iii)

20  information was available to Old Navy upon request from the registrant of the internet domain

21  name contained in the recipient's electronic mail address.

22    65.    Old Navy knows where many of its customers reside through several methods.

23    66.    First, for any person that places an order online from Old Navy, Old Navy

24  associates an email address with a shipping address and/or billing address for that order.

25    67.    Second, Old Navy encourages online shoppers to create online accounts.

26  Customers save information in their Old Navy accounts along with their email address, such as

27  shipping addresses, billing addresses, and phone numbers.

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

68.     Third, Old Navy offers consumers credit cards. Consumers who apply or sign up for such cards must provide additional identifying information, such as a social security number, and provide a billing address to Old Navy. Old Navy also pulls information related to the consumer, such as their past addresses.

69.     Fourth, discovery will show that Old Navy employs methods to track the effectiveness of its marketing emails and to identify consumers that click on links contained in Old Navy's marketing emails, including by identifying their physical location. For example, discovery will also show that Old Navy gathers information such as geocoordinates and IP addresses from individuals who click on links in Old Navy commercial emails, and that Old Navy can use such information to determine whether the recipient is in Washington.

70.     Fifth, Old Navy also utilizes cookies, pixels, and other online tracking technologies to identify and locate the consumers that click on links contained in Old Navy's marketing emails and that visit its website. For example, Old Navy has installed the Meta Pixel on its website, which identifies website visitors and can identify specific Facebook and Instagram users that visit the Old Navy website; information that can be associated with the data collected by Meta on where that consumer resides. Old Navy also employs tracking technologies provided by Google, Inc., Yahoo! Inc., FullStory, Inc., Twitter, Inc., Microsoft, Inc., and others that may be able to locate consumers in the state of Washington.

71.     Sixth, discovery will also show that Old Navy employs sophisticated third parties who create profiles of customers and potential customers, including their email address and physical location.

72.     Lastly, Old Navy also knew, should have known, or had reason to know that it sends marketing emails to Washington residents due to its large presence in the state and the volume of marketing emails it sends to people around the country. *See Heckel*, 122 Wash. App. at 6 (holding as a matter of law that a defendant had a reason to know that he sent emails to Washington residents by sending over 100,000 emails a week to people around the country).

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      73.      Discovery will show that, at the time it sent the emails with false and misleading

2    subject lines, Old Navy had access to the data described above regarding the location of

3    consumers in Washington to whom it sent the emails.

4    **D.    Old Navy initiated (or conspired to initiate) the transmission of illegal emails to**

5    **       Plaintiffs.**

6      74.      At all times relevant to this Complaint, Plaintiff Brown resided in Washington

7    State.

8      75.      Plaintiff Brown has received Old Navy emails since at least September 2017.

9    Plaintiff Brown has received thousands of marketing emails from Old Navy since that date, and

10   typically receives 2-3 emails every day.

11     76.      Plaintiff Brown receives emails from Old Navy at a yahoo.com email address.

12   Plaintiff Brown has a 1000 GB limit of free data from yahoo. Plaintiff Brown currently has at

13   least 1,243 emails from Old Navy in her inbox, but discovery will show that she has received

14   many more emails that she has deleted to conserve the finite space available in her email inbox.

15     77.      Old Navy knows, or has reason to know, that Plaintiff Brown's email address is

16   held by a Washington resident. Plaintiff Brown has an account with Old Navy that reflects her

17   home address in the State of Washington. Plaintiff Brown had made several purchases from the

18   Old Navy website that have been delivered to her home in Washington and she has shopped in

19   Old Navy stores in Washington with her account. Plaintiff Brown has also repeatedly clicked on

20   links contained in Old Navy emails from her computer, which was registered to an IP address in

21   Washington at all relevant times, or from her smart phone, which was located in Washington

22   unless Plaintiff Brown happened to be traveling.

23     78.      Plaintiff Brown received the emails with false and misleading subject lines

24   described in paragraphs 37, 39, 41, 45, 50, 55, 57, 59, 61, and 63, above. Plaintiff Brown

25   received additional emails with false and misleading subject lines from Old Navy as identified

26   Exhibit A. The emails that Plaintiffs allege are misleading are bolded in Exhibit A and the

27   remaining emails provide the context showing why each subject line is false or misleading.

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     79.    Old Navy sent these emails to Plaintiff Brown for the purpose of promoting Old

2  Navy's goods for sale.

3     80.    Old Navy initiated the transmission or conspired to initiate the transmission of

4  these commercial electronic mail messages to Plaintiff Brown.

5     81.    Plaintiff Brown does not want to receive emails with false and misleading subject

6  lines from Old Navy, though she would like to continue receiving truthful information from Old

7  Navy regarding its products. However, due to Old Navy's conduct, Plaintiff Brown cannot tell

8  which emails from Old Navy contain truthful information or which emails are spam with false

9  and misleading information designed to spur her to make a purchase.

10    82.    At all times relevant to this Complaint, Plaintiff Smith resided in Washington

11  State.

12    83.    Plaintiff Smith has received Old Navy emails since at least December 2021.

13  Plaintiff Brown has received hundreds of marketing emails from Old Navy since that date, and

14  typically receives 2-3 emails every day.

15    84.    Plaintiff Smith receives emails from Old Navy at a gmail.com email address.

16  Plaintiff Smith has a 15 GB limit of free data from Gmail. Plaintiff Smith currently has at least

17  614 emails from Old Navy in her inbox, but it is likely that she has received more emails that she

18  has deleted to conserve the finite space available in her email inbox.

19    85.    Old Navy knows, or has reason to know, that Plaintiff Smith's email address is

20  held by a Washington resident. Plaintiff Smith has an account with Old Navy that reflects her

21  home address in the State of Washington. Plaintiff Smith has made several purchases from the

22  Old Navy website that have been delivered to her home in Washington and she has shopped in

23  Old Navy stores in Washington with her account. Plaintiff Smith has also repeatedly clicked on

24  links contained in Old Navy emails from her computer, which was registered to an IP address in

25  Washington at all relevant times, or from her smart phone, which was located in Washington

26  unless Plaintiff Smith happened to be traveling.

27

28

CLASS ACTION COMPLAINT - 15

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    86.    Plaintiff Smith received the emails with false and misleading subject lines

2 described in paragraphs 39, 43, 45, 48, 50, 52, and 63 above. Plaintiff Smith received additional

3 emails with false and misleading subject lines from Old Navy as identified Exhibit B. The emails

4 that Plaintiffs allege are misleading are bolded in Exhibit B and the remaining emails provide the

5 context showing why each subject line is false or misleading.

6    87.    Old Navy sent these emails to Plaintiff Smith for the purpose of promoting Old

7 Navy's goods for sale.

8    88.    Old Navy initiated the transmission or conspired to initiate the transmission of

9 these commercial electronic mail messages to Plaintiff Smith.

10    89.    Plaintiff Smith does not want to receive emails with false and misleading subject

11 lines from Old Navy, though she would like to continue receiving truthful information from Old

12 Navy regarding its products. However, due to Old Navy's conduct, Plaintiff Smith cannot tell

13 which emails from Old Navy contain truthful information or which emails are spam with false

14 and misleading information designed to spur her to make a purchase.

15    90.    As shown in Exhibits A and B, Plaintiff Brown has identified at 51 and Plaintiff

16 Smith has identified at least 40 Old Navy emails with false and misleading subject lines currently

17 in their email inboxes. These emails were sent between September 20, 2018 to December 11,

18 2022, showing that Old Navy engaged in this conduct throughout the relevant time period.

19 Plaintiffs continue to receive emails with false and misleading subject lines. However, because

20 Plaintiffs have deleted some of the emails they have received from Old Navy, they are not

21 presently able to identify all the emails with false and misleading subject lines they have

22 received. Old Navy is aware of all the emails it has sent Plaintiffs and discovery will show the

23 full number of illegal spam emails Old Navy has sent throughout the relevant time period.

24              **V.    CLASS ACTION ALLEGATIONS**

25    91.    <u>Class Definition</u>. Pursuant to Civil Rule 23(b)(3), Plaintiffs bring this case as a

26 class action on behalf of a Class defined as:

27

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

All Washington residents[2] who, within four years before the date of the filing of this complaint until the date any order certifying a class is entered, received an email from or at the behest of Old Navy, LLC that contained a subject line stating or implying that (1) a sale, discount, price, or other offer would only be available for a limited time, and the sale, discount, price, or other offer was in fact offered for a longer period of time; (2) a sale, discount, price, or other offer was new or only offered that day, and the sale, discount, price, or other offer was in fact already being offered; (3) a sale, discount, price, or other offer would ending soon, and the sale, discount, price, or other offer continued to be offered for at least another day; or (4) a sale, discount, price, or other offer was being extended, when the sale, discount, price, or other offer was previously planned to continue through the extension advertised.

Excluded from the Class are Old Navy, any entity in which Old Navy has a controlling interest or that has a controlling interest in Old Navy, and Old Navy's legal representatives, assignees, and successors. Also excluded are the judge to whom this case is assigned and any member of the judge's immediate family.

92. <u>Numerosity</u>. The Class is so numerous that joinder of all members is impracticable. The Class has more than 1,000 members. Moreover, the disposition of the claims of the Class in a single action will provide substantial benefits to all parties and the Court.

93. <u>Commonality</u>. There are numerous questions of law and fact common to Plaintiffs and members of the Class. The common questions of law and fact include, but are not limited to:

a.     Whether Old Navy sent commercial electronic mail messages with false and misleading information in the subject lines;

b.     Whether Old Navy initiated the transmission or conspired to initiate the transmission of commercial electronic mail messages to recipients residing in Washington State in violation of RCW 19.190.020;

c.     Whether a violation of RCW 19.190.020 establishes all the elements of a claim under Washington's Consumer Protection Act, RCW 19.86 *et seq.*;

---

[2] "Residents" shall have the same meaning as "persons" as defined in RCW 19.190.010(11) and RCW 19.86.010(a).

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1            d.       Whether Plaintiffs and the proposed Class are entitled to an injunction

2 enjoining Old Navy from sending the unlawful emails in the future; and

3            e.       The nature and extent of Class-wide injury and damages.

4      94.      Typicality. Plaintiffs' claims are typical of the claims of the Class. Plaintiffs'

5 claims, like the claims of the Class arise out of the same common course of conduct by Old Navy

6 and are based on the same legal and remedial theories.

7      95.      Adequacy. Plaintiffs will fairly and adequately protect the interests of the Class.

8 Plaintiffs have retained competent and capable attorneys with significant experience in complex

9 and class action litigation, including consumer class actions and class actions involving

10 violations of CEMA. Plaintiffs and their counsel are committed to prosecuting this action

11 vigorously on behalf of the Class and have the financial resources to do so. Neither Plaintiffs nor

12 their counsel have interests that are contrary to or that conflict with those of the proposed Class.

13      96.      Predominance. Old Navy has a standard practice of initiating or conspiring to

14 initiate commercial electronic mail messages to email addresses held by Washington State

15 residents. The common issues arising from this conduct predominate over any individual issues.

16 Adjudication of these issues in a single action has important and desirable advantages of judicial

17 economy.

18      97.      Superiority. Plaintiffs and members of the Class have been injured by Old Navy's

19 unlawful conduct. Absent a class action, however, most Class members likely would find the

20 cost of litigating their claims prohibitive. Class treatment is superior to multiple individual suits

21 or piecemeal litigation because it conserves judicial resources, promotes consistency and

22 efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. The

23 members of the Class are readily identifiable from Old Navy's records and there will be no

24 significant difficulty in the management of this case as a class action.

25      98.      Injunctive Relief. Old Navy's conduct is uniform as to all members of the Class.

26 Old Navy has acted or refused to act on grounds that apply generally to the Class, so that final

27 injunctive relief or declaratory relief is appropriate with respect to the Class as a whole. Plaintiffs

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   further allege, on information and belief, that the emails described in this Complaint are

2   substantially likely to continue in the future if an injunction is not entered.

3                           VI.    CAUSES OF ACTION

4                           FIRST CLAIM FOR RELIEF

5   (Violations of Washington's Commercial Electronic Mail Act, RCW 19.190 et seq.)

6           99.    Plaintiffs reallege and incorporate by reference each and every allegation set forth

7   in the preceding paragraphs.

8           100.   Washington's CEMA prohibits any "person," as that term is defined in RCW

9   19.190.010(11), from initiating or conspiring to initiate the transmission of a commercial

10  electronic mail message from a computer located in Washington or to an electronic mail address

11  that the sender knows, or has reason to know, is held by a Washington resident that contains

12  false or misleading information in the subject line.

13          101.   Old Navy is a "person" within the meaning of the CEMA, RCW 19.190.010(11).

14          102.   Old Navy initiated the transmission or conspired to initiate the transmission of

15  one or more commercial electronic mail messages to Plaintiffs and proposed Class members with

16  false or misleading information in the subject line.

17          103.   Old Navy's acts and omissions violated RCW 19.190.020(1)(b).

18          104.   Old Navy's acts and omissions injured Plaintiffs and proposed Class members.

19          105.   The balance of the equities favors the entry of permanent injunctive relief against

20  Old Navy. Plaintiff, the members of the Class and the general public will be irreparably harmed

21  absent the entry of permanent injunctive relief against Old Navy. A permanent injunction against

22  Old Navy is in the public interest. Old Navy's unlawful behavior is, based on information and

23  belief, ongoing as of the date of the filing of this pleading; absent the entry of a permanent

24  injunction, Old Navy's unlawful behavior will not cease and, in the unlikely event that it

25  voluntarily ceases, is likely to reoccur.

26          106.   Plaintiffs and Class members are therefore entitled to injunctive relief in the form

27  of an order enjoining further violations of RCW 19.190.020(1)(b).

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## SECOND CLAIM FOR RELIEF
### (*Per se* violation of Washington's Consumer Protection Act, RCW 19.86 *et seq.*)

107.    Plaintiffs reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

108.    Plaintiffs and Class members are "persons" within the meaning of the CPA, RCW 19.86.010(1).

109.    Old Navy violated the CEMA by initiating or conspiring to initiate the transmission of a commercial electronic mail messages to Plaintiffs and Class members' that contain false or misleading information in the subject line.

110.    A violation of CEMA is a "per se" violation of the Washington Consumer Protection Act ("CPA"), RCW 19.86.010, *et seq.* RCW 19.190.030.

111.    A violation of the CEMA establishes all five elements of Washington's Consumer Protection Act as a matter of law.

112.    Old Navy's violations of the CEMA are unfair or deceptive acts or practices that occur in trade or commerce under the CPA. RCW 19.190.100.

113.    Old Navy's unfair or deceptive acts or practices vitally affect the public interest and thus impact the public interest for purposes of applying the CPA. RCW 19.190.100.

114.    Pursuant to RCW 19.19.040(1), damages to each recipient of a commercial electronic mail message sent in violation of the CEMA are the greater of $500 for each such message or actual damages, which establishes the injury and causation elements of a CPA claim as a matter of law. *Lyft*, 406 P.3d at 1155.

115.    Old Navy engaged in a pattern and practice of violating the CEMA. As a result of Old Navy's acts and omissions, Plaintiffs and Class members have sustained damages, including $500 in statutory damages, for each and every email that violates the CEMA. The full amount of damages will be proven at trial. Plaintiffs and Class members are entitled to recover actual damages and treble damages, together with reasonable attorneys' fees and costs, pursuant to RCW 19.86.090.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    116.    Under the CPA, Plaintiffs and members of the Class are also entitled to, and do

2    seek, injunctive relief prohibiting Old Navy from violating the CPA in the future.

3                           **VII.    REQUEST FOR RELIEF**

4            WHEREFORE, Plaintiffs, on their own behalf and on behalf of the members of the Class,

5    request judgment against Old Navy as follows:

6            A.      That the Court certify the proposed Class;

7            B.      That the Court appoint Plaintiffs as Class Representatives.

8            C.      That the Court appoint the undersigned counsel as counsel for the Class;

9            D.      That the Court should grant injunctive relief as permitted by law to ensure that

10    Old Navy will not continue to engage in the unlawful conduct described in this Complaint;

11           E.      That the Court enter a judgment awarding any other injunctive relief necessary to

12    ensure Old Navy's compliance with the CEMA;

13           F.      That Old Navy be immediately restrained from altering, deleting or destroying

14    any documents or records that could be used to identify members of the Class;

15           G.      That Plaintiffs and all Class members be awarded statutory damages in the

16    amount of $500 for each violation of the CEMA pursuant to RCW 19.190.020(1)(b) and treble

17    damages pursuant to RCW 19.86.090;

18           H.      That the Court enter an order awarding Plaintiffs reasonable attorneys' fees and

19    costs; and

20           I.      That Plaintiffs and all Class members be granted other relief as is just and

21    equitable under the circumstances.

22                           **VIII.    TRIAL BY JURY**

23           Plaintiffs demand a trial by jury for all issues so triable.

24

25

26

27

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 | RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

2

3 | TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Blythe H. Chandler, WSBA #43387
4 | Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
5 | Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
6 | Blythe H. Chandler, WSBA #43387
7 | Email: bchandler@terrellmarshall.com
936 North 34th Street, Suite 300
8 | Seattle, Washington 98103
Telephone: (206) 816-6603
9 | Facsimile: (206) 319-5450

10 | Sophia M. Rios, *Pro Hac Vice Forthcoming*
11 | Email: srios@bm.net
E. Michelle Drake, *Pro Hac Vice Forthcoming*
12 | Email: emdrake@bm.net
BERGER & MONTAGUE, P.C.
13 | 401 B Street, Suite 2000
14 | San Diego, California 92101
Telephone: (619) 489-0300
15 | Facsimile: (215) 875-4604

16 | *Attorneys for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT - 22

## EXHIBIT A

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 9/20/2018 | ALL JEANS ON SALE! | |
| 9/20/2018 | Last call: HALF OFF *all* jeans for the littles | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/24/2018 | 50% OFF *all* tees today + our jeans sale is ending soon | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/25/2018 | EXPIRATION ALERT! Up to 50% OFF storewide + ALL jeans on sale end TONIGHT | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/29/2018 | ***50% OFF ALL jeans + 30% OFF all. this. NEW.*** | |
| 10/29/2018 | SAY WHAT?! Up to 50% OFF storewide! | |
| 10/30/2018 | 50% OFF *all* SWEATSHIRTS & HOODIES! 6 HRS ONLY | Already on Sale (Complaint Section IV(B)(2)) |
| 11/2/2018 | ***TODAY: 50% OFF ALL SWEATERS*** | |
| 11/2/2018 | TODAY! It's all about those HALF OFF sweaters | |
| 11/5/2018 | 🎉 WOWZA🎉 Up to 50% OFF *all* jeans, pants, sweaters & outerwear in-store! | |
| 11/6/2018 | 〚ALL jeans, pants, sweaters & outerwear are up to FIFTY PERCENT OFF〛 | |
| 11/8/2018 | AN EXCUSE TO SHOP! *ALL* jeans, pants, sweaters & outerwear are up to 50% OFF | |
| 11/10/2018 | 50% OFF *all* jeans, sweaters & outerwear. (This almost NEVER happens!) | |
| 11/13/2018 | ✈ 40% OFF YOUR ORDER ENCLOSED! | |
| 11/13/2018 | 🖋 You get 40% OFF your order. And you get 40% OFF your order. EVERYONE GETS 40% OFF THEIR ORDER | |
| 11/14/2018 | 40% OFF your order is ending! You better hurry... | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/16/2018 | HOLIDAY YOUR ♡ OUT with 40% OFF your ENTIRE purchase | |
| 11/19/2018 | OMG! ALL SWEATERS ON SALE (HALF OFF!) | |
| 11/19/2018 | 🕯 Yayyyyy! You're approved for HALF-PRICE SWEATERS | Already on Sale (Complaint Section IV(B)(2)) |
| 11/27/2018 | JUST HOURS LEFT: 50% OFF EVERYTHING ONLINE — MEET US AT THE WWW | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/28/2018 | Your up to 50% OFF STOREWIDE is waiting! | |
| 11/29/2018 | BEST. NEWS. EVER: Up to 50% OFF storewide with styles from $4! | |
| 12/4/2018 | EEK! This is your LAST CHANCE for up to 50% OFF STOREWIDE | Sale "Ending" (Complaint Section IV(B)(3)) |
| 12/5/2018 | *ADDS EVERYTHING TO CART* — the ENTIRE STORE is up to 60% OFF | |
| 2/1/2019 | FINAL. NOTICE. Up to FIFTY PERCENT OFF jeans & more ends NOW | Sale "Ending" (Complaint Section IV(B)(3)) |
| 2/2/2019 | ***$12 jeans (really!)*** | |
| 2/3/2019 | ** Up to FIFTY PERCENT OFF these pants ** | |
| 2/4/2019 | Code HURRY for 30% OFF EVERYTHING (you've won big) ---> | |
| 2/10/2019 | GAH! This is the last chance to get up to 50% OFF (& SUPER CASH is ending, too!) | Sale "Ending" (Complaint Section IV(B)(3)) |
| 2/11/2019 | We've announced UP TO 50% OFF STOREWIDE (starting now) | |
| 2/12/2019 | UP TO 50% OFF STOREWIDE — STYLES FROM $6 | |
| 2/15/2019 | Up to 50% OFF s-t-o-r-e-w-i-d-e | |
| 2/16/2019 | 🛍 50% OFF *all* jeans + up to 50% OFF storewide — lucky you! | |
| 3/17/2019 | '$20 Rockstars + 40% OFF (final reminder!) | Sale "Ending" (Complaint Section IV(B)(3)) |
| 3/18/2019 | Urgent: You're getting FORTY PERCENT OFF EVERYTHING online for one more day! | |
| 5/15/2021 | '$12 women's compression leggings, today only | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/16/2021 | TWELVE DOLLAR compression leggings | |
| 10/16/2021 | '$8 plush tees are now at your disposal (omg!) + 50% OFF YOUR PURCHASE --> | |
| 10/16/2021 | You're just in time for $8 plush tees (going fast!) + 50% OFF your purchase is inside (including clearance!) | |
| 10/16/2021 | *ADDS EVERYTHING TO CART* You've been gifted 50% OFF your purchase + $8 plush tees now confirmed | |

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 10/17/2021 | 50% OFF has officially been activated  + $12 sweaters (really!)*** | Already on Sale (Complaint Section IV(B)(2)) |
| 10/18/2021 | ENDING SOON: snag 50% off your order before Giftober ends + $14 flannel PJ sets | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/19/2021 | 🚨 SALE ALERT 🚨 You've received MAJOR discounts (up to 50% off!) + PowerPress bras & leggings from $10 | |
| 10/21/2021 | SALE NOTIFICATION: You're the recipient of up to 50% OFF + permission to DOUBLE DIP —> | Already on Sale (Complaint Section IV(B)(2)) |
| 11/25/2021 | Black Friday starts NOW! Open for 50% OFF (one more thing to be thankful for 🦃) | |
| 11/25/2021 | 🌅 RISE & SHINE! $8 microfleece sweatshirts + FIFTY PERCENT OFF | |
| 11/25/2021 | The dishes can wait: 50% off + $8 microfleece sweatshirts | |
| 11/25/2021 | HALF OFF your purchase + $8 microfleece sweatshirts bc we know you're ready to lounge | |
| 11/25/2021 | TODAY'S THE BIG DAY! $5 PJ PANTS IN-STORE & 50% OFF ONLINE (YAAAAASSSSS!) | |
| 11/26/2021 | ☕ Grab your joe — most stores are OPEN NOW! Get 50% off, $5 PJ pants & more | |
| 11/26/2021 | 50% OFF + $5 PJ PANTS for the family — time to BLACK FRIDAY IT UP | |
| 11/26/2021 | 🎁 FINAL HOURS: $5 PJ pants + 50% off — get your gift list ready | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/27/2021 | FIFTY PERCENT OFF + the Saturday Steal is baaaack! | |
| 11/27/2021 | 🧦 CYBER WEEKEND IS HAPPENING 🧦 $1 cozy socks in-store, $10 jeans, $6 Thermal Tees, 50% off & more | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/27/2021 | '$1 COZY SOCKS, $10 JEANS, $6 THERMALS & 50% OFF! You've really won big... | |
| 11/28/2021 | WAHOO! 50% OFF + $8 thermal leggings, $1 cozy socks & cyber deals are ON | |
| 11/28/2021 | You've scored $1 COZY SOCKS, $8 THERMAL LEGGINGS & 50% OFF | |
| 11/28/2021 | '$8 thermal leggings (seriously!) + HALF OFF your purchase | |
| 11/28/2021 | Last chance for $8 thermal leggings + 50% OFF & sooo many cyber deals | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/29/2021 | CYBER EVENT CONFIRMED ⚡ FIFTY PERCENT OFF + $7 PJ pants | Already on Sale (Complaint Section IV(B)(2)) |
| 11/29/2021 | 50% OFF. $7 PJ PANTS. GIFTS FROM $2.50. BEST.MONDAY.EVER | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/29/2021 | You've earned it! 50% OFF & $7 PJ pants, plus more Cyber Monday deals | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/29/2021 | FINAL HOURS: 50% OFF *and* $7 PJ pants | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/29/2021 | OMG! $7 PJ pants are cozier than ever + 50% off | |
| 11/30/2021 | No joke, it's CYBER TUESDAY! 50% off has been extended for ONE. MORE. DAY. | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | FIFTY PERCENT OFF has been extended + 60% off ~these~ picks | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | Oooooh! SIXTY percent off cozy faves for the fam + we're extending 50% off online until midnight | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | Attn, attn, attn: 50% off purchase + 60% off *these* styles END TONIGHT | |
| 12/18/2021 | 🛍 SATURDAY STEAL 🛍 $10 flannels & $6 thermals + 50% off your purchase | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 12/19/2021 | Last chance for $10 joggers + 50% OFF! | |
| 1/22/2022 | **BEST DAY EVER** 50% OFF YOUR PURCHASE + $12 PowerSoft leggings have arrived | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 1/23/2022 | 50% OFF has officially been activated  + you've officially scored FIFTEEN-DOLLAR ROCKSTAR JEANS | Already on Sale (Complaint Section IV(B)(2)) |

### EXHIBIT A

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 1/24/2022 | 👜 <--- Your reaction to 60% OFF these styles + you've scored 50% OFF your purchase | |
| 2/11/2022 | (1) message: You've got special offers from $8 + fifty percent off active verified | |
| 2/13/2022 | **Omg! This STOREWIDE sale on styles from $8 just landed + fifty percent off active verified** | Already on Sale (Complaint Section IV(B)(2)) |
| 3/17/2022 | **Psssst! 40% off at checkout + $20 shortalls & $25 overalls (THIS WEEK! ONLY!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 3/19/2022 | You seriously deserve FORTY PERCENT OFF + $3 TANKS—YAYYYYYY! | |
| 3/20/2022 | **FORTY PERCENT OFF ending soon!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 3/27/2022 | SAVINGS ALERT! 40% off your purchase + fifty percent off *all* jeans is waiting | |
| 3/28/2022 | This $15 jean jacket is E-V-E-R-Y-T-H-I-N-G + take 40% off your purchase! | |
| 4/1/2022 | 50% OFF (!!!) + $15 cami mini dresses | |
| 4/1/2022 | You've unlocked 50% OFF (even new arrivals😊) + $15 cami mini dresses | |
| 4/1/2022 | ◎ NO JOKE: You're approved for 50% OFF + $15 cami mini dresses | |
| 4/2/2022 | ⬇ BIG NEWS ⬇ 50% OFF YOUR PURCHASE + $12 linen pants | |
| 4/2/2022 | ⚡ HOT DEAL ⚡ 50% OFF PURCHASE + $12 linen pants | |
| 4/2/2022 | [↩] FIFTY PERCENT OFF is inside + $12 linen pants | |
| 4/3/2022 | 😍 HALF OFF your purch incl. new spring arrivals + $10 bike shorts (yes, officially) | |
| 4/3/2022 | '$10 bike shorts + you're approved for 50% OFF | |
| 4/3/2022 | VERIFIED: 50% OFF YOUR ORDER is our little treat | |
| 4/4/2022 | You've unlocked $12 jeans + 50% OFF! | |
| 4/4/2022 | **JUUUUST ANNOUNCED: 50% off your purchase + $12 jeans TODAY** | Already on Sale (Complaint Section IV(B)(2)) |
| 4/4/2022 | **BEST DAY EVER** 50% OFF YOUR PURCHASE | Already on Sale (Complaint Section IV(B)(2)) |
| 4/15/2022 | **3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 4/25/2022 | **THIS WEEK ONLY! $15 t-shirt dresses** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 4/30/2022 | **No joke! $12.50 JEANS (today only) + $15 T-SHIRT DRESSES** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/30/2022 | **Well-deserved: $12.50 jeans today** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/1/2022 | **'$12.50 JEANS (today only!) + you're due for $8 STYLES** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/24/2022 | This is BIG, ppl: our ENTIRE STORE is on sale | |
| 5/24/2022 | 👜You get 60% off, 👜you get 60% off, ☞ you get 60% off | |
| 5/25/2022 | '$5 TEES + 60% off deals inside | |
| 5/26/2022 | **ENTIRE STORE ON SALE (best day ever!!) + Navyist Rewards members get $10 off your in-store purchase** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/27/2022 | CHA-CHING! The entire store is on sale + $8 dresses | |
| 5/27/2022 | YESSS! $8 dresses + ENTIRE STORE ON SALE | |
| 5/28/2022 | **Oooooh! $2 TANKS ARE CALLING YOUR NAME + ENTIRE STORE ON SALE ENDS SOON!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | **ENDING SOON: don't miss our entire store on sale + $2 tanks!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | Omg omg omg $2 tank tops + the ENTIRE STORE is on sale | |
| 5/30/2022 | ACT ASAP: You've landed $10 linen pants & $8 linen shorts + ENTIRE STORE SALE ENDS TONIGHT | |
| 5/30/2022 | ⏳HURRY — entire store on sale ends soon + $10 linen pants & $8 linen shorts | |
| 5/30/2022 | YESSSS! ENTIRE STORE ON SALE + you've landed $10 linen pants & $8 linen shorts | |

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 6/2/2022 | Snag $19 and under styles for the fam + $12 cami tops (this week only!!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 6/4/2022 | '$12 Cami tops & shorts | |
| 6/4/2022 | 🔥 HOT DEAL ALERT 🔥 $12 cami tops & shorts | |
| 6/7/2022 | Make a splash with 50% off ALL swim + $29 matching tops & bottoms (this week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 6/13/2022 | SIXTY PERCENT OFF is available + $14.50 tops & bottoms (limited time only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/17/2022 | ATTN: Under $8 deals are confirmed + HALF OFF ALL DRESSES has arrived today | |
| 6/18/2022 | '@You: FIFTY PERCENT OFF all dresses (today only!) | Already on Sale (Complaint Section IV(B)(2)) |
| 8/20/2022 | 50%. OFF. ALL JEANS & 50% OFF LUXE TEES & TANKS | |
| 8/20/2022 | '@You: FIFTY PERCENT OFF ALL JEANS & LUXE TEES is confirmed | |
| 8/21/2022 | A rare offer: You've uncovered 50% off ALL Jeans + 40% OFF your order | Already on Sale (Complaint Section IV(B)(2)) |
| 10/23/2022 | You checked your email just in time! Up to FIFTY PERCENT OFF storewide on sale + $15 sweatshirts | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/30/2022 | Spreading cheer early! Up to 50% off storewide + 50% off all jeans & $25 cozy sweaters | |
| 11/4/2022 | 🎁 $15 jeans enclosed + pajamas from only $9 | |
| 11/5/2022 | '$9 PJs — today only! And, get $2 cozy socks in-store | Already on Sale (Complaint Section IV(B)(2)) |
| 11/26/2022 | CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/26/2022 | Open soon: $12 JEANS won't last + 50% OFF *EVERYTHING* is unmissable | |
| 11/26/2022 | '$12 JEANS & $2 COZY SOCKS are calling your name + FIFTY PERCENT OFF everything! | |
| 11/26/2022 | Not a drill: FIFTY PERCENT OFF EVERYTHING (we mean it) | |
| 11/27/2022 | Whoop whoop! 50% OFF everything, $2 cozy socks & $7 thermal tees | |
| 11/27/2022 | '$2 cozy socks, $7 thermal tees (today only!) & FIFTY PERCENT OFF EVERYTHING | |
| 11/27/2022 | Seriously: You're covered with 50% OFF EVERYTHING, $2 cozy socks & $7 thermal tees | |
| 11/27/2022 | '$7 thermal tees you'll love + FIFTY PERCENT OFF EVERYTHING confirmed | |
| 11/28/2022 | RE: CYBER DEALS ⚡ $3 PJ shorts & $4 long-sleeve tees are calling your name & FIFTY PERCENT OFF | |
| 11/28/2022 | '$3 PJ SHORTS. $4 TEES. 50% OFF EVERYTHING. BEST. MONDAY. EVER. | |
| 11/28/2022 | Your attention please: FIFTY PERCENT OFF EVERYTHING (really!) | |
| 11/28/2022 | 50% off everything featuring $3 PJ shorts & $4 tees (yes, officially!) | |
| 11/29/2022 | Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/29/2022 | LIMITED TIME: 50% OFF EVERYTHING ends today | |
| 11/29/2022 | Yours to claim: $10 turtlenecks + 50% off everything | |
| 11/29/2022 | REDEEM NOW: 50% OFF EVERYTHING is gone soon | |
| 12/10/2022 | '$14 sherpa pullovers so cozy you'll want a few + $5 beanies | |
| 12/11/2022 | '$14 sherpa pullovers today + FIVE DOLLAR BEANIES | Already on Sale (Complaint Section IV(B)(2)) |

### EXHIBIT B

| Date-Sent | Email Subject | Misleading |
|---|---|---|
| 4/15/2022 | **3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/15/2022 | **3 DAYS FOR HALF OFF THESE 3 THINGS** ☞ | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/16/2022 | 50% OFF DRESSES, SHORTS & ACTIVEWEAR + OMG! Here's **Up to 60% OFF** | |
| 4/16/2022 | Half off dresses, half off shorts, half off activewear + stock up on all things spring for $15 & under | |
| 4/16/2022 | WHEW! Our new arrivals are s-t-a-c-k-e-d 😍 + 50% off all shorts, dresses, & activewear | |
| 4/17/2022 | 50% OFF all dresses | 50% OFF all shorts | 50% off all activewear | |
| 4/17/2022 | ⏰ Time's almost out — snag 50% OFF all dresses, shorts & active + tees from $8, shorts from $15 & jeans from $14 | Sale "Ending" (Complaint Section IV(B)(3)) |
| 4/17/2022 | ATTN! 50% off all these must-haves + CLEARANCE from $2.99 | |
| 4/18/2022 | Yes, seriously: You just landed $8 and up styles + 50% OFF ACTIVE | |
| 4/18/2022 | ACT ASAP! 50% OFF active + 40% off your purchase are inside | |
| 4/23/2022 | '$14 PowerSoft shorts confirmed for today + $15 t-shirt dresses | |
| 4/24/2022 | ☞ Too amazing to miss! ALL shoes 50% OFF + $15 t-shirt dresses | |
| 4/25/2022 | **THIS WEEK ONLY! $15 t-shirt dresses** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/29/2022 | '$15 SHORTS as a thank you + $15 T-SHIRT DRESSES (yessss!) | |
| 4/30/2022 | Just dropped: $12.50 jeans | |
| 4/30/2022 | **No joke! $12.50 JEANS (today only) + $15 T-SHIRT DRESSES** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/30/2022 | **Well-deserved: $12.50 jeans today** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/1/2022 | '$12.50 JEANS are impossible to resist | |
| 5/1/2022 | **Approved! $12.50 JEANS (today only!) + $8 STYLES** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/1/2022 | '$12.50 jeans enclosed (yes, really) + $15 t-shirt dresses confirmed | |
| 5/3/2022 | SIXTY percent off these sunny day styles + $16 OG Straight shorts | |
| 5/5/2022 | THIS WEEK ONLY! $16 OG Straight shorts | |
| 5/8/2022 | ▐▐$12.50 PowerSoft leggings + $16 OG Straight shorts | |
| 5/9/2022 | **ONE DAY ONLY ▐ 50% OFF jeans + $16 OG Straight shorts** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/24/2022 | This is BIG, Michelle: our ENTIRE STORE is on sale | |
| 5/24/2022 | ↳You get 60% off, ↳you get 60% off, ☞ you get 60% off | |
| 5/25/2022 | CONGRATS! $5 TEES (not a typo!) + a sale on the ENTIRE STORE | |
| 5/26/2022 | **ENTIRE STORE ON SALE (best day ever!!) + Navyist Rewards members get $10 off your in-store purchase** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 5/26/2022 | Looks for on & off the court + the ENTIRE STORE is on sale | |
| 5/27/2022 | CHA-CHING! The entire store is on sale + $8 dresses | |
| 5/27/2022 | YESSS! $8 dresses + ENTIRE STORE ON SALE | |
| 5/28/2022 | **'$2 TANKS HAVE ARRIVED (YES, SERIOUSLY) + ENTIRE STORE ON SALE ENDS SOON!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | **ENDING SOON: don't miss our entire store on sale + $2 tanks!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | Omg omg omg $2 tank tops + the ENTIRE STORE is on sale | |
| 5/30/2022 | ACT ASAP: You'll LOVE these $10 linen pants & $8 linen shorts + ENTIRE STORE SALE ENDS TONIGHT | |
| 5/30/2022 | ⌛HURRY — entire store on sale ends soon + $10 linen pants & $8 linen shorts | |
| 5/30/2022 | YESSSS! ENTIRE STORE ON SALE + you've landed $10 linen pants & $8 linen shorts | |
| 6/2/2022 | **Snag $19 and under styles for the fam + $12 cami tops (this week only!!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/4/2022 | '$12 Cami tops & shorts | |
| 6/4/2022 | 🔔 HOT DEAL ALERT 🔔 $12 cami tops & shorts | |
| 6/4/2022 | **Today Only: $12 cami tops + $12 shorts** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 6/6/2022 | '$19 and under on almost EVERYTHING + $12 cami tops (this week only!!) | |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 6/7/2022 | **Make a splash with 50% off ALL swim + $29 matching tops & bottoms (this week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/8/2022 | **Dive into 50% OFF ALL SWIM for the whole family + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/10/2022 | **Snag $19 and under styles for the fam + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/11/2022 | Deals, deals, DEALS: 50% off shorts & tees | |
| 6/11/2022 | HALF OFF shorts & tees were worth the wait | |
| 6/11/2022 | Attn: FIFTY PERCENT OFF SHORTS & TEES (for real!) | |
| 6/12/2022 | ★ FIFTY PERCENT OFF SHORTS & TEES + summer styles $19 and under | |
| 6/12/2022 | **★ FIFTY PERCENT OFF SHORTS & TEES + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/12/2022 | **FIFTY PERCENT OFF shorts & tees TODAY + $19 and under styles** | Already on Sale (Complaint Section IV(B)(2)) |
| 6/13/2022 | **SIXTY PERCENT OFF is available + $14.50 tops & bottoms (limited time only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/15/2022 | **YES, IT'S OFFICIAL: summer must-haves $19 and under + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/17/2022 | ATTN: HALF OFF ALL DRESSES has arrived today + under $8 deals are confirmed | |
| 6/17/2022 | You heard correctly, 50% off ALL dresses + summer styles from $2 | |
| 6/18/2022 | **A thank you: FIFTY PERCENT OFF all dresses (today only!)** | Already on Sale (Complaint Section IV(B)(2)) |
| 6/18/2022 | For real: 50% OFF shirts & ALL dresses (what a STEAL!) + $4 flag tees | |
| 6/18/2022 | CONGRATULATIONS! WE'VE SENT YOU A CLEARANCE JACKPOT + 50% OFF ALL DRESSES | |
| 6/20/2022 | Psst: This $4 flag tee is unlocked + 50% OFF ALL activewear is inside | |
| 6/21/2022 | ICYMI: flag tees are back (and they're $4 this week!!!) + summer styles from $2 | |
| 6/22/2022 | All the summer hits, spiced up + $4 flag tees (this week only!) | |
| 6/23/2022 | **TODAY ONLY: $4 tees** | Already on Sale (Complaint Section IV(B)(2)) |
| 6/25/2022 | FIFTY PERCENT OFF *ALL* shoes + $8 dresses (lucky you!) | |
| 6/25/2022 | Summer up with up to 60% off storewide & styles from $2 + $8 dresses AND 50% off ALL shoes! | |
| 6/25/2022 | **CUTTING IT CLOSE: $8 dresses and HALF OFF all shoes (please don't repeat)** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 6/26/2022 | 👻 Hello $8 summer dresses + summer styles from $2 | |
| 6/26/2022 | A cool breeze just blew these $8 dresses in | |
| 6/26/2022 | **Just for you: $8 dresses (one day and one day ONLY)** | Already on Sale (Complaint Section IV(B)(2)) |
| 7/10/2022 | OMG! 50% OFF YOUR ENTIRE ORDER + $12.50 PowerSoft leggings | |
| 7/10/2022 | IT'S OFFICIAL! You've got $12.50 PowerSoft leggings + FIFTY PERCENT OFF PURCHASE waiting | |
| 7/10/2022 | 😍 FIFTY PERCENT OFF YOUR PURCH — you know we love a sale + $12.50 PowerSoft leggings | |
| 7/11/2022 | 50% OFF your order with picks scientifically proven to make you 😊 😊 😊 | |
| 7/11/2022 | Michelle, you're getting HALF OFF YOUR ORDER 😊 | |
| 7/11/2022 | **⏰Tick-tock: 50% OFF for the fam ends soon** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 7/12/2022 | 50% OFF YOUR PURCHASE (perfect for back-to-school shopping!) + take an extra 50% OFF CLEARANCE | |
| 7/12/2022 | 3 trends to try from now 'til fall + LAST CALL for 50% OFF your purchase | |
| 7/12/2022 | ⏰Tick-tock: 50% OFF for the fam ends soon | |
| 7/29/2022 | '$20 women's OG straight jeans | $20 OG loose jeans | $18 girls slouchy straight jeans + ALL KIDS STYLES ON SALE | |
| 7/30/2022 | You've scored HALF OFF ALL JEANS and $3 kids styles | |
| 7/30/2022 | 🔔DEAL ALERT 🔔 50% off ALL jeans + $3 kids styles | |
| 7/30/2022 | Confirmed: $3 kids styles + FIFTY PERCENT OFF ALL JEANS! | |
| 7/31/2022 | 🔍 On the hunt for DEALS? 50% off ALL jeans and $3 kids styles | |
| 7/31/2022 | **A Sunday treat 🎁 Half off ALL jeans + $3 kids deals** | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 7/31/2022 | 👋 Yesssssss! We're bringing you $3 DEALS on kids styles + 50% OFF ALL JEANS | |
| 8/1/2022 | ALL JEANS are on sale from $18 + these $6 leggings are all yours | |
| 8/2/2022 | ☛ This just in! Up to 60% off kids + ALL JEANS ON SALE + $20 OG straight & OG loose jeans and $18 girls slouchy straight jeans | Already on Sale (Complaint Section IV(B)(2)) |
| 8/3/2022 | We summer-fied this $8 kids fleece + jeans from $18 | |
| 8/3/2022 | 📢 Did you hear? ALL jeans are on sale from $18 + $8 kids fleece tops & bottoms | |
| 8/20/2022 | 50%. OFF. ALL JEANS & 50% OFF LUXE TEES & TANKS | |
| 8/20/2022 | Attn: FIFTY PERCENT OFF ALL JEANS & LUXE TEES (for real!) | |
| 8/21/2022 | 📣 DEALS ANNOUNCEMENT! 50% off ALL jeans and luxe tees & tanks | Already on Sale (Complaint Section IV(B)(2)) |
| 8/21/2022 | A rare offer: You've uncovered 50% off ALL Jeans + 40% OFF your order | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 8/21/2022 | Fifty percent off ALL luxe tees & tanks and jeans | |
| 9/7/2022 | Re: You've unlocked SIXTY PERCENT OFF these styles + $25 PIXIE PANTS 🦵 | |
| 9/8/2022 | 😎 Looking real profesh in our $25 (!) Pixie & Stevie pants | |
| 9/8/2022 | Back in FALL force! Get $20 pants, $8 tops & $20 jeans + $25 Pixie pants (this week only!!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/10/2022 | (1) new message: $6 LEGGINGS | $8 LONG-SLEEVES | $25 PIXIE PANTS | |
| 9/10/2022 | Earned it: $6 leggings, $8 long-sleeves & $25 Pixie pants | |
| 9/11/2022 | ☆ On sale NOW: $6 leggings, $8 long-sleeves + $25 Pixie pants | |
| 9/11/2022 | Jump on these $6 leggings and $8 long-sleeves! $25 Pixie pants, too | |
| 9/11/2022 | FALL HAUL IS BACK! $6 leggings, $8 long-sleeves & $25 Pixie pants | |
| 9/12/2022 | PIXIE PANT LOVERS, REJOICE! 👖 $25 Ankle, skinny & flare styles are here | |
| 9/12/2022 | This week only!! $25 Pixie pants | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/15/2022 | Here's $15 sweatshirts + $25 for our most-loved Pixie pant | |
| 9/17/2022 | '$14 jeans?! In this economy?! Yep 😎 | |
| 9/17/2022 | OMG! $14 jeans | |
| 9/17/2022 | PSA! $14 jeans | |
| 9/18/2022 | Make room in your closet for these styles + $14 JEANS | |
| 9/18/2022 | Get $14 jeans today | Already on Sale (Complaint Section IV(B)(2)) |
| 9/18/2022 | Your Super Cash is good to redeem on these $14 JEANS | |
| 9/24/2022 | Your fall refresh: $11.50 flannel shirts & $25 flare jeans 🍂 | |
| 9/24/2022 | '$11.50 flannel shirts for gettin' cozy | |
| 9/24/2022 | *** $11.50 FLANNEL SHIRTS & $25 flare jeans | |
| 9/25/2022 | Unlocked: $11.50 flannels & $25 flare jeans | |
| 9/25/2022 | '$11.50 FLANNELS have arrived | Already on Sale (Complaint Section IV(B)(2)) |
| 9/25/2022 | '$11.50 flannel shirts & $25 flare jeans (a full fall 'fit) | |
| 9/28/2022 | 😎 Styles on sale from $8 + 30% OFF your purchase + $6 leggings | |
| 9/28/2022 | Just for today! $6 leggings + tons & tons of styles from $8 | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/29/2022 | Break these out in case of chill 😬 + confirmed: 1000s of styles from $8 | |
| 9/30/2022 | Snuggle up to this $14.50 sweater today + confirmed: 1000s of styles from $8 | |
| 10/2/2022 | 30% OFF your purchase & 1000s of styles from $8 + 50% OFF ACTIVEWEAR | |
| 10/16/2022 | ATTN, PLEASE! $12.50 5-STAR JEANS + 50% OFF EVERYTHING just landed | |
| 10/17/2022 | You've been granted 50% OFF EVERYTHING + $12 SWEATERS (get gifting!) | |
| 10/18/2022 | Redeemable ASAP: You've uncovered FIFTY PERCENT OFF EVERYTHING + $9 microfleece jackets | |
| 10/18/2022 | Cutting it close: You're due for FIFTY PERCENT OFF EVERYTHING + $9 microfleece jackets! | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/19/2022 | YAYYYY! Up to 50% OFF storewide + $25 women's cozy sweaters | |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 10/21/2022 | Special delivery! You've got CLEARANCE from $3.99 + up to FIFTY PERCENT OFF storewide waiting | |
| 10/22/2022 | (1) New message: We're offering you up to 50% OFF storewide on sale + get $15 flannel shirts & the $25 cozy sweater | |
| 10/23/2022 | OMG, YAY! $15 sweatshirts & up to fifty percent off storewide are calling your name | |
| **10/23/2022** | **You checked your email just in time! Up to FIFTY PERCENT OFF storewide on sale + $15 sweatshirts** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/28/2022 | Confirmed! Up to FIFTY PERCENT OFF storewide on sale + $25 for the sweater that feels like a hug | |
| 10/30/2022 | Spreading cheer early! Up to 50% off storewide + 50% off all jeans & $25 cozy sweaters | |
| 10/30/2022 | HALF OFF ALL jeans & $25 cozy sweaters were worth the wait | |
| 11/4/2022 | 🦋 $15 jeans enclosed + pajamas from only $9 | |
| **11/5/2022** | **'$9 PJs — today only! And, get $2 cozy socks in-store** | Already on Sale (Complaint Section IV(B)(2)) |
| **11/26/2022** | **CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/26/2022 | '$12 JEANS & $2 COZY SOCKS are calling your name + FIFTY PERCENT OFF everything! | |
| 11/27/2022 | 50% OFF EVERYTHING, $2 cozy socks & $7 thermal tees — yours to claim! | |
| 11/28/2022 | 🛒 We've reserved THIS in your cart + get 50% OFF EVERYTHING | |
| **11/29/2022** | **Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks** | Sale "Extended" (Complaint Section IV(B)(4)) |
| 12/10/2022 | Up to SIXTY PERCENT OFF on saaaale + $14 sherpa pullovers | |
| **12/11/2022** | **'$14 sherpa pullovers today + FIVE DOLLAR BEANIES** | Already on Sale (Complaint Section IV(B)(2)) |

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

### KING COUNTY SUPERIOR COURT

## CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET
## (CICS)

Pursuant to King County Code 4A.630.060, a faulty document fee of $15 may be assessed to new case filings missing this sheet.

CASE NUMBER: _____

(Provided by the Clerk)

CASE CAPTION: <u>Roxann Brown and Michelle Smith v. Old Navy, LLC, Old Navy (Apparel), LLC, Old Navy Holdings, LLC, GPS Services, Inc. and The Gap, Inc.</u>

(New case: Print name of person starting case **vs.** name of person or agency you are filing against.)
(When filing into an existing family law case, the case caption remains the same as the original filing.)

Please mark one of the boxes below:

☒    **Seattle Area**, defined as:

> All of King County north of Interstate 90 and including all of the Interstate 90 right-of-way; all the cities of Seattle, Mercer Island, Bellevue, Issaquah and North Bend; and all of Vashon and Maury Islands.

☐    **Kent Area**, defined as:

> All of King County south of Interstate 90 except those areas included in the Seattle Case Assignment Area.

I certify that this case meets the case assignment criteria, described in King County LCR 82(e).

<u>/s/ Blythe H. Chandler, WSBA #43387</u>_____         _____<u>April 19, 2023</u>_____
Signature of Attorney            WSBA Number                    Date

or

_____         _____
Signature of person who is starting case                      Date

<u>936 N. 34th Street, Suite 300, Seattle, WA 98103</u>_____
Address, City, State, Zip Code of person who is starting case if not represented by attorney

**KING COUNTY SUPERIOR COURT**
**CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET**

## CIVIL

Please check the category that best describes this case.

**APPEAL/REVIEW**

☐ Administrative Law Review (ALR 2)

(Petition to the Superior Court for review of rulings made by state administrative agencies.( e.g. DSHS Child Support, Good to Go passes, denial of benefits from Employment Security, DSHS)

☐ Board of Industrial Insurance Appeals – Workers Comp (ALRLI 2)*

(Petition to the Superior Court for review of rulings made by Labor & Industries.)

☐ DOL Revocation (DOL 2)*

(Appeal of a DOL revocation Implied consent-Test refusal ONLY.) RCW 46.20.308(9)

☐ Subdivision Election Process Review (SER 2)*

(Intent to challenge election process)

☐ Voter Election Process Law Review (VEP 2)*

(Complaint for violation of voting rights act)

☐ Petition to Appeal/Amend Ballot Title (BAT 2)

**CONTRACT/COMMERCIAL**

☐ Breach of Contract (COM 2)*

(Complaint involving money dispute where a breach of contract is involved.)

☐ Commercial Contract (COM 2)*

(Complaint involving money dispute where a contract is involved.)

☐ Commercial Non-Contract (COL 2)*

(Complaint involving money dispute where no contract is involved.)

☐ Third Party Collection (COL 2)*

(Complaint involving a third party over a money dispute where no contract is involved.)

**JUDGMENT**

☐ Abstract, Judgment, Another County (ABJ 2)

(A certified copy of a judgment docket from another Superior Court within the state.)

☐ Confession of Judgment (CFJ 2)*

(The entry of a judgment when a defendant admits liability and accepts the amount of agreed-upon damages but does not pay or perform as agreed upon.)

☐ Foreign Judgment (from another State or Country) (FJU 2)

(Any judgment, decree, or order of a court of the United States, or of any state or territory, which is entitled to full faith and credit in this state.)

☐ Tax Warrant or Warrant (TAX 2)

(A notice of assessment by a state agency or self-insured company creating a judgment/lien in the county in which it is filed.)

☐ Transcript of Judgment (TRJ 2)

(A certified copy of a judgment from a court of limited jurisdiction (e.g. District or Municipal court) to a Superior Court.)

**PROPERTY RIGHTS**

☐ Condemnation/Eminent Domain (CON 2)*

(Complaint involving governmental taking of private property with payment, but not necessarily with consent.)

☐ Foreclosure (FOR 2)*

(Complaint involving termination of ownership rights when a mortgage or tax foreclosure is involved, where ownership is not in question.)

☐ Land Use Petition (LUP 2)*

(Petition for an expedited judicial review of a land use decision made by a local jurisdiction.) RCW 36.70C.040

☐ Property Fairness Act (PFA 2)*

(Complaint involving the regulation of private property or restraint of land use by a government entity brought forth by Title 64.)

☐ Quiet Title (QTI 2)*

(Complaint involving the ownership, use, or disposition of land or real estate other than foreclosure.)

☐ Residential Unlawful Detainer (Eviction) (UND 2)

(Complaint involving the unjustifiable retention of lands or attachments to land, including water and mineral rights.)

☐ Non-Residential Unlawful Detainer (Eviction) (UND 2)

(Commercial property eviction.)

**OTHER COMPLAINT/PETITION**

☐ Action to Compel/Confirm Private Binding Arbitration (CAA 2)

(Petition to force or confirm private binding arbitration.)

☐ Assurance of Discontinuance (AOD 2)

(Filed by Attorney General's Office to prevent businesses from engaging in improper or misleading practices.)

☐ Birth Certificate Change(PBC 2)

(Petition to amend birth certificate)

☐ Bond Justification (PBJ 2)

(Bail bond company desiring to transact surety bail bonds in King County facilities.)

☐ Change of Name (CHN 5)

(Petition for name change, when domestic violence/anti-harassment issues require confidentiality.)

☐ Certificate of Rehabilitation (CRR 2)

(Petition to restore civil and political rights.)

☐ Certificate of Restoration Opportunity(CRP 2)

(Establishes eligibility requirements for certain professional licenses)

☐ Civil Commitment (sexual predator) (PCC 2)

(Petition to detain an individual involuntarily.)

☐ Notice of Deposit of Surplus Funds (DSF 2)

(Deposit of extra money from a foreclosure after payment of expenses from sale and obligation secured by the deed of trust.)

☐ Emancipation of Minor (EOM 2)

(Petition by a minor for a declaration of emancipation.)

☐ Foreign Subpoena (OSS 2)

(To subpoena a King County resident or entity for an out of state case.)

☐ Foreign Protection Order (FPO 2)

(Registering out of state protection order)

☐ Frivolous Claim of Lien (FVL 2)

(Petition or Motion requesting a determination that a lien against a mechanic or materialman is excessive or unwarranted.)

☐ Application for Health & Safety Inspection (HSI 2)

Page 3 of 5

☐ Injunction (INJ 2)*

(Complaint/petition to require a person to do or refrain from doing a particular thing.)

☐ Interpleader (IPL 2)

(Petition for the deposit of disputed earnest money from real estate, insurance proceeds, and/or other transaction(s).)

☐ Malicious Harassment (MHA 2)*

(Suit involving damages resulting from malicious harassment.) RCW 9a.36.080

☐ Non-Judicial Filing (NJF 2)

(See probate section for TEDRA agreements. To file for the record document(s) unrelated to any other proceeding and where there will be no judicial review.)

☒ Other Complaint/Petition (MSC 2)*

(Filing a Complaint/Petition for a cause of action not listed)

☐ Minor Work Permit (MWP 2)

(Petition for a child under 14 years of age to be employed)

☐ Perpetuation of Testimony (PPT 2)

(Action filed under CR 27)

☐ Petition to Remove Restricted Covenant (RRC 2)
Declaratory judgment action to strike discriminatory provision of real property contract.

☐ Public records Act (PRA 2)*

(Action filed under RCW 42.56)

☐ Receivership (RCVR 2)

(The process of appointment by a court of a receiver to take custody of the property, business, rents and profits of a party to a lawsuit pending a final decision on disbursement or an agreement.)

☐ Relief from Duty to Register (RDR 2)

(Petition seeking to stop the requirement to register.)

☐ Restoration of Firearm Rights (RFR 2)

(Petition seeking restoration of firearms rights under RCW 9.41.040 and 9.41.047.)

☐ School District-Required Action Plan (SDR 2)

(Petition filed requesting court selection of a required action plan proposal relating to school academic performance.)

☐ Seizure of Property from the Commission of a Crime-Seattle (SPC 2)*

(Seizure of personal property which was employed in aiding, abetting, or commission of a crime, from a defendant after conviction.)

☐ Seizure of Property Resulting from a Crime-Seattle (SPR 2)*

(Seizure of tangible or intangible property which is the direct or indirect result of a crime, from a defendant following criminal conviction. (e.g., remuneration for, or contract interest in, a depiction or account of a crime.))

☐ Structured Settlements- Seattle (TSS 2)*

(A financial or insurance arrangement whereby a claimant agrees to resolve a personal injury tort claim by receiving periodic payments on an agreed schedule rather than as a lump sum.)

☐ Vehicle Ownership (PVO 2)*

(Petition to request a judgment awarding ownership of a vehicle.)

**TORT, ASBESTOS**
☐ Personal Injury (ASP 2)*

(Complaint alleging injury resulting from asbestos exposure.)

☐ Wrongful Death (ASW 2)*

(Complaint alleging death resulting from asbestos exposure.)

**TORT, MEDICAL MALPRACTICE**

☐ Hospital  (MED 2)*

(Complaint involving injury or death resulting from a hospital.)

☐ Medical Doctor (MED 2)*

(Complaint involving injury or death resulting from a medical doctor.)

☐ Other Health care Professional (MED 2)*

(Complaint involving injury or death resulting from a health care professional other than a medical doctor.)

**TORT, MOTOR VEHICLE**

☐ Death (TMV 2)*

(Complaint involving death resulting from an incident involving a motor vehicle.)

☐ Non-Death Injuries (TMV 2)*

(Complaint involving non-death injuries resulting from an incident involving a motor vehicle.)

☐ Property Damages Only (TMV 2)*

(Complaint involving only property damages resulting from an incident involving a motor vehicle.)

☐ Victims Vehicle Theft (VVT 2)*

(Complaint filed by a victim of car theft to recover damages.)  RCW 9A.56.078

**TORT, NON-MOTOR VEHICLE**

☐ Other Malpractice (MAL 2)*

(Complaint involving injury resulting from other than professional medical treatment.)

☐ Personal Injury (PIN 2)*

(Complaint involving physical injury not resulting from professional medical treatment, and where a motor vehicle is not involved.)

☐ Products Liability (TTO 2)*

(Complaint involving injury resulting from a commercial product.)

☐ Property Damages (PRP 2)*

(Complaint involving damage to real or personal property excluding motor vehicles.)

☐ Property Damages-Gang (PRG 2)*

(Complaint to recover damages to property related to gang activity.)

☐ Tort, Other (TTO 2)*

(Any other petition not specified by other codes.)

☐ Wrongful Death (WDE 2)*

(Complaint involving death resulting from other than professional medical treatment.)

**WRIT**

☐ Habeas Corpus (WHC 2)

(Petition for a writ to bring a party before the court.)

☐ Mandamus (WRM 2)**

(Petition for writ commanding performance of a particular act or duty.)

☐ Review (WRV 2)**

(Petition for review of the record or decision of a case pending in the lower court; does not include lower court appeals or administrative law reviews.)

*The filing party will be given an appropriate case schedule at time of filing.
** Case schedule will be issued after hearing and findings.

Page **5** of **5**

Civil-CICS   Revised 04/2022

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| Roxann Brown and Michelle Smith | No. 23-2-07103-4  SEA |
|---|---|
| Plaintiff(s) | **ORDER SETTING CIVIL CASE SCHEDULE** |
| vs | |
| | **ASSIGNED JUDGE: Ken Schubert, Dept. 40** |
| ET AL. OLD NAVY, LLC | |
| | FILED DATE: 04/19/2023 |
| Defendant(s) | TRIAL DATE:04/15/2024 |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

### I. NOTICES

**NOTICE TO PLAINTIFF:**
The Plaintiff may serve a copy of this **Order Setting Case Schedule (*Schedule*)** on the Defendant(s) along with the *Summons and Complaint/Petition.* Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the *Summons and Complaint/Petition* or (2) service of the Defendant's first response to the *Complaint/Petition*, whether that response is a *Notice of Appearance*, a response, or a Civil Rule 12 (CR 12) motion. The *Schedule* may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this *Schedule*. In order to comply with the *Schedule*, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**You are required to give a copy of these documents to all parties in this case.**

## I. NOTICES (continued)

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS:**
A filing fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of <u>all parties and claims</u> is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of <u>all parties and claims</u> is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date,** the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING <u>AND</u> TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and crossclaims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $250 arbitration fee.** If a party seeks a trial de novo when an arbitration award is appealed, a fee of $400 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
**All** parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements <u>and/or</u> Local Civil Rule 41.

**King County Local Rules are available for viewing at <u>www.kingcounty.gov/courts/clerk.</u>**

## II. CASE SCHEDULE

| * | CASE EVENT | EVENT DATE |
|---|------------|------------|
|   | Case Filed and Schedule Issued. | 04/19/2023» |
| * | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [*See KCLMAR 2.1(a) and Notices on Page 2*]. **$250 arbitration fee must be paid** | 09/27/2023 |
| * | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [*See KCLCR 4.2(a) and Notices on Page 2*]. | 09/27/2023 |
|   | **DEADLINE** for Hearing Motions to Change Case Assignment Area [*KCLCR 82(e)*]. | 10/11/2023 |
|   | **DEADLINE** for Disclosure of Possible Primary Witnesses [*See KCLCR 26(k)*]. | 11/13/2023 |
|   | **DEADLINE** for Disclosure of Possible Additional Witnesses [*See KCLCR 26(k)*]. | 12/26/2023 |
|   | **DEADLINE** for Jury Demand [*See KCLCR 38(b)(2)*]. | 01/08/2024 |
|   | **DEADLINE** for a Change in Trial Date [*See KCLCR 40(e)(2)*]. | 01/08/2024 |
|   | **DEADLINE** for Discovery Cutoff [*See KCLCR 37(g)*]. | 02/26/2024 |
|   | **DEADLINE** for Engaging in Alternative Dispute Resolution [*See KCLCR 16(b)*]. | 03/18/2024 |
|   | **DEADLINE**: Exchange Witness & Exhibit Lists & Documentary Exhibits [*KCLCR 4(j)*]. | 03/25/2024 |
| * | **DEADLINE** to file Joint Confirmation of Trial Readiness [*See KCLCR 16(a)(1)*] | 03/25/2024 |
|   | **DEADLINE** for Hearing Dispositive Pretrial Motions [*See KCLCR 56; CR 56*]. | 04/01/2024 |
| * | Joint Statement of Evidence [*See KCLCR 4 (k)*] | 04/08/2024 |
|   | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusions of Law with the Clerk) | 04/08/2024 |
|   | Trial Date [*See KCLCR 40*]. | 04/15/2024 |

*The * indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.*

### III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above.  Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance.  It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.

DATED:     04/19/2023

_____
PRESIDING JUDGE

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule.  The assigned *Superior Court Judge* will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:**  If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:**  Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**CASE SCHEDULE AND REQUIREMENTS:**  Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

### A. Joint Confirmation regarding Trial Readiness Report
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g., interpreters, equipment).

The Joint Confirmation Regarding Trial Readiness form is available at www.kingcounty.gov/courts/scforms.  If parties wish to request a CR 16 conference, they must contact the assigned court.  Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding the report.

### B. Settlement/Mediation/ADR
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand.  Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held.  FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

### C. Trial
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court.  The Friday before trial, the parties should access the court's civil standby calendar on the King County Superior Court website www.kingcounty.gov/courts/superiorcourt to confirm the trial judge assignment.

## MOTIONS PROCEDURES

### A. Noting of Motions

**Dispositive Motions:**  All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge.  The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules.  Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Non-dispositive Motions:**  These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered.  All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements.  Rather than noting a time of day, the Note for Motion should state "Without Oral Argument."  Local Civil Rule

7 governs these motions, which include discovery motions.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge.  All other motions should be noted and heard on the Family Law Motions calendar.  Local Civil Rule 7 and King County Family Law Local Rules govern these procedures.  The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

**Emergency Motions:**  Under the court's local civil rules, emergency motions will usually be allowed only upon entry of an Order Shortening Time.  However, some emergency motions may be brought in the Ex Parte and Probate Department as expressly authorized by local rule.  In addition, discovery disputes may be addressed by telephone call and without written motion, if the judge approves in advance.

**B. Original Documents/Working Copies/ Filing of Documents:  All original documents must be filed with the Clerk's Office.**  Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court.  The exceptions to the e-filing requirement are also available on the Clerk's Office website. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge.  The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom.  Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator.  Working copies can be submitted through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk/documents/eWC.

**Service of documents:** Pursuant to Local General Rule 30(b)(4)(B), e-filed documents shall be electronically served through the e-Service feature within the Clerk's eFiling application.  Pre-registration to accept e-service is required.  E-Service generates a record of service document that can be e-filed.  Please see the Clerk's office website at www.kingcounty.gov/courts/clerk/documents/efiling regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion.  **Do not file the original of the proposed order with the Clerk of the Court**.  Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order.  The court may distribute orders electronically.  Review the judge's website for information: www.kingcounty.gov/courts/SuperiorCourt/judges.

**Presentation of Orders for Signature:** All orders must be presented to the assigned judge or to the Ex Parte and Probate Department, in accordance with Local Civil Rules 40 and 40.1. Such orders, if presented to the Ex Parte and Probate Department, shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). If the assigned judge is absent, contact the assigned court for further instructions.  If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the  Ex Parte and Probate Department.**  Such orders shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys).  Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department.  **If final order and/or formal proof are entered in the Ex Parte and Probate Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**
Pursuant to Local Civil Rule 7(b)(5)(B), the initial motion and opposing memorandum shall not exceed 4,200 words and reply memoranda shall not exceed 1,750 words without authorization of the court. The word count

includes all portions of the document, including headings and footnotes, except 1) the caption; 2) table of contents and/or authorities, if any; and 3): the signature block. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

***IT IS SO ORDERED.  FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS.  PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.***

_____
PRESIDING JUDGE

1

2

3

4

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

5

6          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

7

8

9

ROXANN BROWN and MICHELLE SMITH,
on their own behalf and on behalf of others
similarly situated,

NO.

**SUMMONS (60 DAYS)**

10                         Plaintiffs,

11          v.

12   OLD NAVY, LLC; OLD NAVY (APPAREL),
LLC; OLD NAVY HOLDINGS, LLC; GPS
13   SERVICES, INC.; and THE GAP, INC.,
inclusive,
14

15                         Defendants.

16

17

18   TO:    GPS SERVICES, INC.:

19          A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

20   Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

21   this summons.

22          In order to defend against this lawsuit, you must respond to the complaint by stating your

23   defense in writing, and by serving a copy upon the person signing this summons within 60 days

24   after the service of this summons, excluding the day of service, or a default judgment may be

25   entered against you without notice. A default judgment is one where Plaintiff is entitled to what

26   has been asked for because you have not responded. If you serve a notice of appearance on the

27   undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2  must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3  the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4  Summons and Complaint will be void.

5      If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6  that your written response, if any, may be served on time.

7      THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8  State of Washington.

9

10      RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                                    TERRELL MARSHALL LAW GROUP PLLC

12                                    By: /s/ Blythe H. Chandler, WSBA #43387
13                                         Beth E. Terrell, WSBA #26759
                                           Email: bterrell@terrellmarshall.com
14                                         Jennifer Rust Murray, WSBA #36983
                                           Email: jmurray@terrellmarshall.com
15                                         Blythe H. Chandler, WSBA #43387
                                           Email: bchandler@terrellmarshall.com
16                                         936 North 34th Street, Suite 300
17                                         Seattle, Washington 98103
                                           Telephone: (206) 816-6603
18                                         Facsimile: (206) 319-5450

19                                         Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                                         Email: srios@bm.net
                                           E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                                         Email: emdrake@bm.net
                                           BERGER & MONTAGUE, P.C.
22                                         401 B Street, Suite 2000
                                           San Diego, California 92101
23                                         Telephone: (619) 489-0300
                                           Facsimile: (215) 875-4604
24

25                                    *Attorneys for Plaintiffs*

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

SUMMONS (60 DAYS) - 2

**FILED**

2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>    Defendants. | NO.<br><br>**SUMMONS (60 DAYS)** |

TO: OLD NAVY HOLDINGS, LLC:

   A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with this summons.

   In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 60 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what has been asked for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2  must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3  the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4  Summons and Complaint will be void.

5       If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6  that your written response, if any, may be served on time.

7       THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8  State of Washington.

9

10       RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                       TERRELL MARSHALL LAW GROUP PLLC

12                   By:  /s/ Blythe H. Chandler, WSBA #43387

13                       Beth E. Terrell, WSBA #26759
                      Email: bterrell@terrellmarshall.com

14                       Jennifer Rust Murray, WSBA #36983
                      Email: jmurray@terrellmarshall.com

15                       Blythe H. Chandler, WSBA #43387
                      Email: bchandler@terrellmarshall.com

16                       936 North 34th Street, Suite 300

17                       Seattle, Washington 98103
                      Telephone: (206) 816-6603

18                       Facsimile: (206) 319-5450

19

20                       Sophia M. Rios, *Pro Hac Vice Forthcoming*
                      Email: srios@bm.net

21                       E. Michelle Drake, *Pro Hac Vice Forthcoming*
                      Email: emdrake@bm.net

22                       BERGER & MONTAGUE, P.C.
                      401 B Street, Suite 2000

23                       San Diego, California 92101
                      Telephone: (619) 489-0300

24                       Facsimile: (215) 875-4604

25                       *Attorneys for Plaintiffs*

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | NO.<br><br>**SUMMONS (20 DAYS)** |

TO:     OLD NAVY, LLC:

A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what has been asked for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (20 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2  must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3  the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4  Summons and Complaint will be void.

5       If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6  that your written response, if any, may be served on time.

7       THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8  State of Washington.

9

10       RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                          TERRELL MARSHALL LAW GROUP PLLC

12                     By: _/s/ Blythe H. Chandler, WSBA #43387_

13                          Beth E. Terrell, WSBA #26759
                             Email: bterrell@terrellmarshall.com

14                          Jennifer Rust Murray, WSBA #36983
                             Email: jmurray@terrellmarshall.com

15                          Blythe H. Chandler, WSBA #43387
                             Email: bchandler@terrellmarshall.com

16                          936 North 34th Street, Suite 300

17                          Seattle, Washington 98103
                             Telephone: (206) 816-6603

18                          Facsimile: (206) 319-5450

19

20                          Sophia M. Rios, *Pro Hac Vice Forthcoming*
                             Email: srios@bm.net

21                          E. Michelle Drake, *Pro Hac Vice Forthcoming*
                             Email: emdrake@bm.net

22                          BERGER & MONTAGUE, P.C.
                             401 B Street, Suite 2000

23                          San Diego, California 92101
                             Telephone: (619) 489-0300

24                          Facsimile: (215) 875-4604

25                          *Attorneys for Plaintiffs*

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

2

3

4

5

6          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                              COUNTY OF KING

7

ROXANN BROWN and MICHELLE SMITH,
8  on their own behalf and on behalf of others          NO.
   similarly situated,
9                                                        **SUMMONS (60 DAYS)**

10                          Plaintiffs,

11          v.

12  OLD NAVY, LLC; OLD NAVY (APPAREL),
    LLC; OLD NAVY HOLDINGS, LLC; GPS
13  SERVICES, INC.; and THE GAP, INC.,
    inclusive,
14

15                          Defendants.

16  _____

17

18  TO:    THE GAP, INC.:

19          A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

20  Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

21  this summons.

22          In order to defend against this lawsuit, you must respond to the complaint by stating your

23  defense in writing, and by serving a copy upon the person signing this summons within 60 days

24  after the service of this summons, excluding the day of service, or a default judgment may be

25  entered against you without notice. A default judgment is one where Plaintiff is entitled to what

26  has been asked for because you have not responded. If you serve a notice of appearance on the

27  undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2 must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3 the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4 Summons and Complaint will be void.

5       If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6 that your written response, if any, may be served on time.

7       THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8 State of Washington.

9

10       RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                          TERRELL MARSHALL LAW GROUP PLLC

12                          By: /s/ Blythe H. Chandler, WSBA #43387

13                             Beth E. Terrell, WSBA #26759
                            Email: bterrell@terrellmarshall.com

14                             Jennifer Rust Murray, WSBA #36983
                            Email: jmurray@terrellmarshall.com

15                             Blythe H. Chandler, WSBA #43387

16                             Email: bchandler@terrellmarshall.com
                            936 North 34th Street, Suite 300

17                             Seattle, Washington 98103
                            Telephone: (206) 816-6603

18                             Facsimile: (206) 319-5450

19

20                             Sophia M. Rios, *Pro Hac Vice Forthcoming*
                            Email: srios@bm.net

21                             E. Michelle Drake, *Pro Hac Vice Forthcoming*
                            Email: emdrake@bm.net

22                             BERGER & MONTAGUE, P.C.
                            401 B Street, Suite 2000

23                             San Diego, California 92101
                            Telephone: (619) 489-0300

24                             Facsimile: (215) 875-4604

25                             *Attorneys for Plaintiffs*

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com



## Service of Process Transmittal Summary

**TO:**      Amanda Ferguson
             The Gap, Inc.
             2 FOLSOM ST DEPT LAW
             SAN FRANCISCO, CA 94105-1205

**RE:**      **Process Served in California**

**FOR:**     Old Navy, LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated vs. OLD NAVY, LLC |
| **CASE #:** | 232071034SEA |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/26/2023 at 14:22 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Octavia Cruz  Octavia_Cruz@gap.com |
| | Email Notification,  Amanda Ferguson  Amanda_Ferguson@gap.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 330 N BRAND BLVD |
| | STE 700 |
| | GLENDALE, CA 91203 |
| | 866-665-5799 |
| | SouthTeam2@wolterskluwer.com |
| **REMARKS:** | Received for OLD NAVY HOLDINGS LLC and forwarded to OLD NAVY LLC based upon prior mergers. |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**                                      Wed, Apr 26, 2023
**Server Name:**                               DROP SERVICE

| Entity Served | OLD NAVY HOLDINGS LLC |
|---|---|
| Case Number | 232071034SEA |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



1

2

3

4

5

**FILED**

2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

6       IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                        COUNTY OF KING

7

8   ROXANN BROWN and MICHELLE SMITH,
    on their own behalf and on behalf of others          NO.
9   similarly situated,
                                                         **SUMMONS (20 DAYS)**
10                        Plaintiffs,

11          v.

12  OLD NAVY, LLC; OLD NAVY (APPAREL),
    LLC; OLD NAVY HOLDINGS, LLC; GPS
13  SERVICES, INC.; and THE GAP, INC.,
    inclusive,
14
                          Defendants.
15

16

17

18  TO:     OLD NAVY, LLC:

19          A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

20  Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

21  this summons.

22          In order to defend against this lawsuit, you must respond to the complaint by stating your

23  defense in writing, and by serving a copy upon the person signing this summons within 20 days

24  after the service of this summons, excluding the day of service, or a default judgment may be

25  entered against you without notice. A default judgment is one where Plaintiff is entitled to what

26  has been asked for because you have not responded. If you serve a notice of appearance on the

27  undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (20 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2  must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3  the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4  Summons and Complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6  that your written response, if any, may be served on time.

7    THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8  State of Washington.

9

10    RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                                    TERRELL MARSHALL LAW GROUP PLLC

12                                    By:  /s/ Blythe H. Chandler, WSBA #43387
13                                        Beth E. Terrell, WSBA #26759
                                          Email: bterrell@terrellmarshall.com
14                                        Jennifer Rust Murray, WSBA #36983
                                          Email: jmurray@terrellmarshall.com
15                                        Blythe H. Chandler, WSBA #43387
                                          Email: bchandler@terrellmarshall.com
16                                        936 North 34th Street, Suite 300
17                                        Seattle, Washington 98103
                                          Telephone: (206) 816-6603
18                                        Facsimile: (206) 319-5450

19                                        Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                                        Email: srios@bm.net
                                          E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                                        Email: emdrake@bm.net
                                          BERGER & MONTAGUE, P.C.
22                                        401 B Street, Suite 2000
                                          San Diego, California 92101
23                                        Telephone: (619) 489-0300
                                          Facsimile: (215) 875-4604
24
                                          *Attorneys for Plaintiffs*
25

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| | |
|---|---|
| Roxann Brown and Michelle Smith | No. 23-2-07103-4  SEA |
| VS | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| Old Navy, LLC | |
| | (CICS) |

**CAUSE OF ACTION**

MSC - Miscellaneous

**AREA OF DESIGNATION**

SEA        Defined as all King County north of Interstate 90 and including all of
Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah,
and North Bend, and all of Vashon and Maury Islands.

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATION OF THE CONSUMER PROTECTION ACT, RCW 19.86, AND THE COMMERCIAL ELECTRONIC MAIL ACT, RCW 19.190**<br><br>**DEMAND FOR TRIAL BY JURY** |

## I. NATURE OF THE ACTION

1.      This is a class action against Defendants Old Navy, LLC, Old Navy (Apparel), LLC, Old Navy Holdings, LLC, GPS Services, Inc., and The Gap, Inc. (collectively, "Old Navy" or "Defendants") for false and misleading email marketing.

2.      Old Navy sends emails to Washington consumers which contain false or misleading information in the subject lines. For example, Old Navy sends emails that mis-state the duration of given promotions, in an apparent effort to drive sales by creating a false sense of urgency. The subject line of these kinds of emails falsely claims that a certain sale or discount is limited to a specific time, such as "today only" or "3 DAYS ONLY," when, in reality, the offer lasts longer than advertised or the item has already been on sale for longer than advertised. As

CLASS ACTION COMPLAINT - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  another example, Old Navy sends emails with subject lines claiming that a sale or discount has
2  been "extended," when, in reality, Old Navy always planned the sale to continue during the
3  advertised extension.

4      3.     Old Navy also uses its preconceived "sale extensions" as an excuse to send
5  consumers additional emails purporting to notify them that a sale is ending or that a sale has been
6  extended. This practice causes consumers' inboxes to become inflated with spam.

7      4.     Old Navy's practice of sending serial emails about sales with imaginary time
8  limits, fake extensions, and more illusory special offers violates the Washington Commercial
9  Electronic Mail Act ("CEMA"), RCW 19.190, and the Washington Consumer Protection Act,
10  RCW 19.86.

11      5.     By sending emails with false and misleading information to Plaintiffs and the
12  Class (defined below), Old Navy clogs emails inboxes with false information and violates
13  Plaintiffs' and Class members' right to be free from deceptive commercial e-mails.

14      6.     Plaintiffs bring this action as a class action on behalf of persons residing in
15  Washington who also received Old Navy's false and misleading emails. Plaintiffs' requested
16  relief includes an injunction to end these practices, an award to Plaintiffs and Class members of
17  statutory and exemplary damages for each illegal email, and an award of attorneys' fees and
18  costs.

19                    **II.    PARTIES**

20      7.     Plaintiff Roxann Brown is a citizen of Washington State, residing in Pierce
21  County, Washington.

22      8.     Plaintiff Michelle Smith is a citizen of Washington State, residing in Clark
23  County, Washington.

24      9.     Defendant Old Navy, LLC is a wholly-owned subsidiary of The Gap, Inc., and is
25  a limited liability company chartered under the laws of the State of Delaware. Old Navy, LLC
26  currently is, and at all relevant times in the past has, engaged in substantial business activities in
27  the State of Washington and in King County.

28

CLASS ACTION COMPLAINT - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      10.     Defendant Old Navy (Apparel), LLC, is a wholly-owned subsidiary of GPS
2   Services, Inc., and is a limited liability company chartered under the laws of the State of
3   California. Old Navy (Apparel), LLC currently is, and at all relevant times in the past has,
4   engaged in substantial business activities in the State of Washington and in King County.

5      11.     Defendant Old Navy Holdings, LLC, is a limited liability company chartered
6   under the laws of the State of California. Old Navy Holdings, LLC currently is, and at all
7   relevant times in the past has, engaged in substantial business activities in the State of
8   Washington and in King County.

9      12.     Defendant GPS Services, Inc., is a wholly-owned subsidiary of The Gap, Inc., and
10  is a corporation chartered under the laws of the State of California. GPS Services, Inc. currently
11  is, and at all relevant times in the past has, engaged in substantial business activities in the State
12  of Washington and in King County.

13     13.     Defendant The Gap, Inc., is a corporation chartered under the laws of the State of
14  Delaware. The Gap, Inc. currently is, and at all relevant times in the past has, engaged in
15  substantial business activities in the State of Washington and in King County.

16     14.     Old Navy owns and operates a large online marketplace to consumers in the state
17  of Washington, maintain more than 20 physical stores in the state, including 7 stores in King
18  County, and send the marketing emails at issue in this Complaint to consumers throughout
19  Washington.

20                      **III.    JURISDICTION AND VENUE**

21     15.     This Court has subject matter jurisdiction over this civil action pursuant to,
22  without limitation, Section 6 of Article IV of the Washington State Constitution (Superior Court
23  jurisdiction, generally), RCW 19.86.090 (Superior Court jurisdiction over Consumer Protection
24  Act claims) and RCW 19.190.090 (Superior Court jurisdiction over Commercial Electronic Mail
25  Act claims).

26     16.     This Court has personal jurisdiction over Old Navy under RCW 4.28.185. This
27  Court may exercise personal jurisdiction over the out-of-state Old Navy because the claims

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  alleged in this civil action arose from, without limitation, Old Navy's purposeful transmission of

2  electronic mail messages to consumers within the State of Washington. In addition, Old Navy

3  intended, knew, or is chargeable with the knowledge that its out-of-state actions would have a

4  consequence within Washington.

5          17.     This also Court has personal jurisdiction over Old Navy under RCW 19.86.160.

6  For example, and without limitation, Old Navy engaged and is continuing to engage in conduct

7  in violation of RCW 19.86 which has had and continues to have an impact in Washington which

8  said chapter reprehends.

9          18.     Venue is proper in King County Superior Court because Old Navy is made up of

10  corporations that have their residence in King County. RCW 4.12.025. Currently and at all

11  relevant times, Old Navy has transacted business in King County, including without limitation

12  by sending the marketing emails alleged herein to residents of King County, and maintaining

13  stores for the transaction of business within King County.

## IV.    FACTUAL ALLEGATIONS

**A.     The CEMA prohibits initiating or conspiring to initiate the transmission of commercial e-mails with false or misleading subject lines.**

        19.     Washington's Commercial Electronic Mail Act (CEMA) regulates deceptive email marketing.

        20.     "CEMA was enacted to protect concrete interests in being free from deceptive commercial e-mails. CEMA's prohibition on sending commercial e-mails with false or misleading subject lines . . . creates a substantive right to be free from deceptive commercial e-mails." *Harbers v. Eddie Bauer, LLC*, 415 F. Supp. 3d 999, 1011 (W.D. Wash. 2019 Nov. 27, 2019) (holding that the plaintiff sufficiently pleaded concrete injury-in-fact for alleged CEMA violations based on her receipt of marketing emails from the defendant containing allegedly false "xx% off" statements in the subject line). Washington courts have held that "[t]he harms resulting from deceptive commercial e-mails resemble the type of harms remedied by nuisance or fraud actions." *Id.* at 1008.

28

CLASS ACTION COMPLAINT - 4

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com

1    21.    An injury occurs anytime a commercial e-mail is transmitted that contains false or

2  misleading information in the subject line. *Id.* at 1011.

3    22.    Under CEMA, it is irrelevant whether misleading commercial e-mails were

4  solicited. *Id.*

5    23.    CEMA creates an independent but limited private of right of action which can be

6  asserted by a person who is the recipient of a commercial electronic mail message which

7  contains false or misleading information in the subject line. RCW 19.190.030(1)(b). A plaintiff

8  who successfully alleges and proves such a violation may obtain, among other things, an

9  injunction against the person who initiated the transmission. RCW 19.190.090(1). *Wright v.*

10  *Lyft, Inc.*, 189 Wn.2d 718, 728 n. 3 (2017) ("we note that a plaintiff may bring an action to

11  enjoin any CEMA violation.").

12    24.    It is a violation of the consumer protection act, RCW 19.86 *et seq.*, to initiate the

13  transmission or conspire with another person to initiate the transmission of a commercial

14  electronic mail message that contains false or misleading information in the subject line. RCW

15  19.190.030(1). *See also* RCW 19.190.030(2) (providing "that the practices covered by this

16  chapter are matters vitally affecting the public interest for the purpose of applying the consumer

17  protection act, chapter 19.86 RCW. A violation of this chapter is not reasonable in relation to the

18  development and preservation of business and is an unfair or deceptive act in trade or commerce

19  and an unfair method of competition for the purpose of applying the consumer protection act,

20  chapter 19.86 RCW.").

21    25.    To establish a violation of Washington's CPA, a claimant must establish five

22  elements: (1) an unfair or deceptive act or practice, (2) in trade or commerce, (3) that affects the

23  public interest, (4) injury to plaintiff's business or property, and (5) causation. *Hangman Ridge*

24  *Stables, Inc. v. Safeco Title Ins. Co.*, 719 P.2d 531, 533 (Wash. 1986).

25    26.    Washington and federal courts have held that a plaintiff states a CPA claim solely

26  by alleging a violation of the CEMA. *See State v. Heckel*, 143 Wash.2d 824, 24 P.3d 404, 407

27  (2001) ("RCW 19.190.030 makes a violation of [CEMA] a per se violation of the [CPA].").

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    Indeed, by alleging a CEMA violation of RCW 19.190.020, a plaintiff alleges all five elements

2    of a CPA violation. *See Gordon v. Virtumundo, Inc.*, 575 F.3d 1040, 1065 (9th Cir. 2009) (citing

3    *Hangman Ridge Training Stables, Inc. v. Safeco Title Ins. Co.*, 105 Wash.2d 778, 719 P.2d 531,

4    535-37 (1986)); *Wright*, 406 P.3d at 1155 ("We conclude that RCW 19.190.040 establishes the

5    injury and causation elements of a CPA claim as a matter of law.").

6    **B.      Old Navy initiates (or conspires to initiate) the transmission of commercial e-mails
7             with false or misleading subject lines.**

8           27.      Old Navy has initiated (or conspired to initiate) the transmission of dozens of

9    commercial electronic mail messages with false or misleading subject lines to Plaintiffs and the

10   Class. The emails were electronic mail messages, in that they were each an electronic message

11   sent to an electronic mail address; the emails from Old Navy also referred to an internet domain,

12   whether or not displayed, to which an electronic mail message can or could be sent or delivered.

13          28.      Old Navy sent the emails for the purpose of promoting its goods for sale.

14          29.      The emails were sent at Old Navy's direction and were approved by Old Navy.

15          30.      Old Navy's emails frequently advertise the "limited" nature of sales, discounts,

16   and prices. For example, on April 30, 2022, Old Navy sent an email with a subject line, "No

17   joke! $12.50 JEANS (today only) . . ." By stating that a sale is only on for a limited time, Old

18   Navy suggests an offer's rarity or urgency, stimulating consumers' desire to get the deal before

19   its gone while simultaneously inducing fear of missing a good buy. With this simple technique, a

20   consumer can be seduced into making an impulsive purchase in a hurry.

21          31.      Old Navy designs the subject lines of its marketing emails to tap into these

22   consumer urges—going so far as to feature images of clocks in the email subject line itself next

23   to words such as "tick-tock" and "Time's almost out." Other email subject lines spur the

24   recipient to make purchases, prompting the recipient to "Hurry!," "OPEN QUICKLY," and "Go,

25   go, go!"

26

27

28
CLASS ACTION COMPLAINT - 6

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    32.    The fact that such statements are false and misleading has been recognized by the
2  Federal Trade Commission, which directs that sellers should not "make a 'limited' offer which,
3  in fact, is not limited." 16 C.F.R. § 233.5.

4    33.    Old Navy uses the purportedly limited nature of its offers to send *more* emails to
5  consumers than it otherwise might. Old Navy may send a single consumer up to five marketing
6  emails *per day*, and commonly sends three marketing emails *every day*, many of them
7  advertising "limited time" offers. For example, Old Navy will send an email (i) when a limited
8  time offer starts, (ii) while the offer is ongoing, (iii) when the offer is getting close to ending, (iv)
9  when the offer is in its final hours, and (v) when the offer as been "extended." When several
10  emails contain the same false and misleading information about the limited nature of an offer, the
11  emails clog up inboxes with spam email and waste limited data space.

12    34.    Old Navy violates CEMA because many of the statements in the email subject
13  lines intended to seduce consumers into making a purchase are false and misleading on several
14  fronts. There are numerous examples of Old Navy emails that can be shown to have false and
15  misleading information in the subject lines just by reviewing the subject lines of other Old Navy
16  emails. While there are too many examples to include them all here, the facts alleged below
17  show the types of false and misleading email subject lines Old Navy deploys.

18    **1.    The offer is available longer than stated in the subject line of the email.**

19    35.    Old Navy commonly claims or suggests that sales will only be available for a
20  certain amount of time in the email subject line. However, in many instances, the sale is
21  available for longer than the time period stated in the email subject line.

22    36.    For example, on May 15, 2021, Old Navy sent an email with a subject line stating
23  "$12 women's compression leggings, today only". However, the next day, Old Navy sent an
24  email with a subject line advertising "TWELVE DOLLAR compression leggings".

25
26
27
28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

37.     The subject line of the email sent on May 15, 2021, stating that the leggings would be offered at that price for "today only," was therefore false and misleading because the leggings were offered at the same price the next day.

38.     As a second example, the jeans Old Navy advertised via email on April 30, 2022, with the subject line "No joke! $12.50 JEANS (today only) . . . ," were also advertised in the email subject line the *next day* with a nearly identical subject line: "No joke! $12.50 JEANS (you earned it)."

39.     The subject line of the email sent on April 30, 2022, stating that the jeans would be offered at that price for "today only," was false and misleading because the jeans were offered at the same price the next day.

40.     As another example, on April 15, 2022, Old Navy sent an email with a subject line stating "3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!" But, on April 18, more than three days after the sale was first advertised in Old Navy's marketing emails, Old Navy sent another email with the subject line stating "50% OFF ACTIVE."

41.     The subject line of the email sent on April 15, 2022, stating that active wear would be 50% off for "3 DAYS ONLY," was therefore false and misleading because active wear was offered at 50% for more than three days.

42.     As another example, on June 4, 2022, Old Navy sent an email with a subject line stating "Today Only: $12 cami tops + $12 shorts." However, two days later, on June 6, 2022, Old Navy sent an email advertising cami tops at the same price with a subject line stating: ". . . $12 cami tops (this week only!!)."[1]

43.     The subject line of the email sent on June 4, 2022, stating that the cami tops were $12 for "today only," was therefore false and misleading because the cami tops were offered at the same price in the following days.

---

[1] An email with the subject line "Snag $19 and under styles for the fam + $12 cami tops (this week only!!) ," was also sent on June 2, 2022, meaning the sale on cami tops was already ongoing when it was advertised as "today only" on June 4, 2022 at the same price. The June 4, 2022 email is therefore also false and misleading for the reasons outline in Section B.2 below.

CLASS ACTION COMPLAINT - 8

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

44.     As another example, starting on June 7, 2022, Old Navy sent emails advertising in the subject lines "$29 matching tops & bottoms (this week only!)." The "one week" sale was advertised in email subject lines on June 7, June 8, June 12, and June 15, 2022. However, the same price continued to be advertised in email subject lines eight days after the first email, on June 15, 2022, and the fine print at the bottom of the email stated the price would be offered for nine days, until June 16, 2022, i.e., more than one week.

45.     The subject lines of the emails sent on June 7, June 8, June 12, and June 15, 2022, advertising the "one week" sale, were therefore false and misleading because the sale was offered for more than one week.

**2.     The email states or suggests that the offer is new, but the offer was already available.**

46.     Old Navy's commonly misleads consumers into thinking that a sale or discount is new or is only being offered for a limited time, when the offer or sale has already been ongoing. Such false and misleading statements trick the consumer into thinking that the offer is rarer than it really is and that they should act to take advantage of the special offer.

47.     For example, Old Navy began advertising OG Straight shorts for $16 in email subject lines on the May 3, 2022. On May 5, 2022, the OG straight shorts were advertised in an email subject line stating "THIS WEEK ONLY! $16 OG Straight shorts." However, on May 9, 2022, Old Navy sent an email with a subject line stating "ONE DAY ONLY ! 50% OFF jeans + $16 OG Straight shorts."

48.     The subject line of the email sent on May 9, 2022, stating that the $16 OG Straight shorts was "ONE DAY ONLY," was therefore false and misleading because the sale was offered for more than one day.

49.     As another example, on June 18, 2022, Old Navy sent an email with a subject line stating "@You: FIFTY PERCENT OFF all dresses (today only!)." However, Old Navy advertised all dresses at 50% off the day before in an email subject line stating "You heard correctly, 50% off ALL dresses . . ."

CLASS ACTION COMPLAINT - 9

1       50.     The subject line of the email sent on June 18, 2022, stating that 50% off dresses

2  was being offered for "today only," was therefore false and misleading because the sale was

3  offered for more than one day.

4       51.     As a third example, on July 31, 2022, Old Navy sent an email with a subject line

5  stating "A Sunday treat * Half off ALL jeans + $3 kids deals." However, the same two offers

6  were also advertised the day before in *three* emails sent on July 30 with different subject lines.

7       52.     The subject line of the email sent on July 31, 2022, stating that the offered deal

8  was a "Sunday treat," was therefore false and misleading because the advertised deals were not

9  limited to that Sunday.

10      **3.**     **The email states or suggests that the sale is ending, but the sale continues.**

11       53.     Old Navy often sends marketing emails with subject lines stating or suggesting

12  that a sale is ending soon but the sale continues after the email. These emails give consumers a

13  false sense of urgency and spur impulse buys by consumers who do not want to miss the deal.

14       54.     For example, on February 10, 2019, Old Navy sent an email with the subject line:

15  "GAH! This is the last chance to get up to 50% OFF . . ." However, the next day, Old Navy sent

16  an email with a subject line stating "We've announced UP TO 50% OFF STOREWIDE (starting

17  now)." The 50% off storewide promotion continued to be advertised through February 16, 2019.

18       55.     The subject line of the email sent on February 10, 2019, stating that it was the

19  "last chance" to get 50% off, was therefore false and misleading because 50% continued to be

20  offered in the following days.

21       56.     As another example, on March 17, 2019, Old Navy sent an email with a subject

22  line stating "$20 Rockstars + 40% OFF (final reminder!)." However, the next day, on March 18,

23  2019, Old Navy sent an email with a subject line stating "Urgent: You're getting FORTY

24  PERCENT OFF EVERYTHING online for one more day!"

25       57.     The subject line of the email sent on March 17, 2019, stating that it was the "final

26  reminder" to get 40% off was therefore false and misleading because the promotion continued

27  into the next day and Old Navy sent additional reminders.

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ▪ FAX 206.319.5450
www.terrellmarshall.com

1        58.     As another example, on November 26, 2021, Old Navy sent an email with the

2  subject line "FINAL HOURS: $5 PJ pants + 50% off — get your gift list ready". Old Navy

3  continued to advertise "50% off" through November 28, 2021, when it sent an email with the

4  subject line "Last chance for $8 thermal leggings + 50% OFF & sooo many cyber deals." Old

5  Navy continued to advertise "50% off" through November 29, 2021, when it sent an email with

6  the subject line stating "FINAL HOURS: 50% OFF *and* $7 PJ pants." However, Old Navy

7  continued to advertise the 50% off sale in email subject lines the following day.

8        59.     The subject lines of the emails sent on November 26, 2021, November 28, 2021,

9  and November 29, 2021 stating that it was the "FINAL HOURS" or "last chance" to get 50% off

10  were therefore false and misleading because the same offer was advertised for days after those

11  emails were sent.

12        **4.**     **The email states that the sale has been "extended," but Old Navy always**

13              **planned for the sale to be offered during the purported "extension."**

14        60.     Old Navy also misrepresents the length of time sales will be offered by sending

15  emails stating that a sale has been "EXTENDED!!" These emails are often sent following long

16  holiday weekends when consumers are back at their computers or on their phones after a

17  weekend of activity. However, discovery will show that Old Navy employees did not gather at

18  the end of the planned sale and determine that the sale should be extended. Instead, the sale was

19  always planned to continue and the advertised "extension" is fake.  For example, as detailed in

20  paragraph 59 above, Old Navy advertised a 50% off sale in 2021 for "Black Friday" and "Cyber

21  Monday." However, around 2:00 AM on Tuesday, November 30, 2021, Old Navy sent an email

22  with a subject line stating "No joke, it's CYBER TUESDAY! 50% off has been extended for

23  ONE. MORE. DAY." Old Navy continued to advertise the "extended" sale, with emails that

24  same day stating in the subject lines "FIFTY PERCENT OFF has been extended + 60% off

25  ~these~ picks" and "Oooooh! SIXTY percent off cozy faves for the fam + we're extending 50%

26  off online until midnight".

27

28                                         **TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

61.     The subject lines of the three emails sent on November 30, 2021, stating that the 50% off sale had been extended, were therefore false and misleading because, as discovery will show, Old Navy had long planned to offer the 50% off sale on Tuesday, November 30, 2021.

62.     This inference is further supported by the fact that Old Navy sent the same false and misleading "sale extended" emails on the Tuesday following Thanksgiving the next year, in 2022. Old Navy sent an email on Saturday, November 26, 2022 stating in the subject line "CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks." Old Navy continued to advertise the sale on the following Sunday and on Cyber Monday. Then, around 5:30 AM on Tuesday, November 29, 2022, Old Navy sent an email with the subject line "Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks".

63.     The subject line of the email sent on November 29, 2022, stating that the 50% off sale had been extended, was therefore false and misleading because, as discovery will show, Old Navy had long planned to offer the 50% off sale on Tuesday, November 29, 2022.

C.      **Old Navy Sends Commercial Emails to Consumers Whom It Knows, Or Has Reason to Know, Reside In Washington.**

64.     Old Navy sent the misleading commercial emails to email addresses that Old Navy knew, or had reason to know, were held by Washington residents, either because (i) Old Navy had a physical Washington address that was associated with the recipient; (ii) Old Navy had access to data regarding the recipient indicating that they were in Washington state; or (iii) information was available to Old Navy upon request from the registrant of the internet domain name contained in the recipient's electronic mail address.

65.     Old Navy knows where many of its customers reside through several methods.

66.     First, for any person that places an order online from Old Navy, Old Navy associates an email address with a shipping address and/or billing address for that order.

67.     Second, Old Navy encourages online shoppers to create online accounts. Customers save information in their Old Navy accounts along with their email address, such as shipping addresses, billing addresses, and phone numbers.

CLASS ACTION COMPLAINT - 12

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       68.    Third, Old Navy offers consumers credit cards. Consumers who apply or sign up

2  for such cards must provide additional identifying information, such as a social security number,

3  and provide a billing address to Old Navy. Old Navy also pulls information related to the

4  consumer, such as their past addresses.

5       69.    Fourth, discovery will show that Old Navy employs methods to track the

6  effectiveness of its marketing emails and to identify consumers that click on links contained in

7  Old Navy's marketing emails, including by identifying their physical location. For example,

8  discovery will also show that Old Navy gathers information such as geocoordinates and IP

9  addresses from individuals who click on links in Old Navy commercial emails, and that Old

10  Navy can use such information to determine whether the recipient is in Washington.

11       70.    Fifth, Old Navy also utilizes cookies, pixels, and other online tracking

12  technologies to identify and locate the consumers that click on links contained in Old Navy's

13  marketing emails and that visit its website. For example, Old Navy has installed the Meta Pixel

14  on its website, which identifies website visitors and can identify specific Facebook and

15  Instagram users that visit the Old Navy website; information that can be associated with the data

16  collected by Meta on where that consumer resides. Old Navy also employs tracking technologies

17  provided by Google, Inc., Yahoo! Inc., FullStory, Inc., Twitter, Inc., Microsoft, Inc., and others

18  that may be able to locate consumers in the state of Washington.

19       71.    Sixth, discovery will also show that Old Navy employs sophisticated third parties

20  who create profiles of customers and potential customers, including their email address and

21  physical location.

22       72.    Lastly, Old Navy also knew, should have known, or had reason to know that it

23  sends marketing emails to Washington residents due to its large presence in the state and the

24  volume of marketing emails it sends to people around the country. *See Heckel*, 122 Wash. App.

25  at 6 (holding as a matter of law that a defendant had a reason to know that he sent emails to

26  Washington residents by sending over 100,000 emails a week to people around the country).

27

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    73.    Discovery will show that, at the time it sent the emails with false and misleading

2    subject lines, Old Navy had access to the data described above regarding the location of

3    consumers in Washington to whom it sent the emails.

4    **D.    Old Navy initiated (or conspired to initiate) the transmission of illegal emails to**

5    **Plaintiffs.**

6    74.    At all times relevant to this Complaint, Plaintiff Brown resided in Washington

7    State.

8    75.    Plaintiff Brown has received Old Navy emails since at least September 2017.

9    Plaintiff Brown has received thousands of marketing emails from Old Navy since that date, and

10   typically receives 2-3 emails every day.

11   76.    Plaintiff Brown receives emails from Old Navy at a yahoo.com email address.

12   Plaintiff Brown has a 1000 GB limit of free data from yahoo. Plaintiff Brown currently has at

13   least 1,243 emails from Old Navy in her inbox, but discovery will show that she has received

14   many more emails that she has deleted to conserve the finite space available in her email inbox.

15   77.    Old Navy knows, or has reason to know, that Plaintiff Brown's email address is

16   held by a Washington resident. Plaintiff Brown has an account with Old Navy that reflects her

17   home address in the State of Washington. Plaintiff Brown had made several purchases from the

18   Old Navy website that have been delivered to her home in Washington and she has shopped in

19   Old Navy stores in Washington with her account. Plaintiff Brown has also repeatedly clicked on

20   links contained in Old Navy emails from her computer, which was registered to an IP address in

21   Washington at all relevant times, or from her smart phone, which was located in Washington

22   unless Plaintiff Brown happened to be traveling.

23   78.    Plaintiff Brown received the emails with false and misleading subject lines

24   described in paragraphs 37, 39, 41, 45, 50, 55, 57, 59, 61, and 63, above. Plaintiff Brown

25   received additional emails with false and misleading subject lines from Old Navy as identified

26   Exhibit A. The emails that Plaintiffs allege are misleading are bolded in Exhibit A and the

27   remaining emails provide the context showing why each subject line is false or misleading.

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ▪ FAX 206.319.5450
www.terrellmarshall.com

1         79.    Old Navy sent these emails to Plaintiff Brown for the purpose of promoting Old

2  Navy's goods for sale.

3         80.    Old Navy initiated the transmission or conspired to initiate the transmission of

4  these commercial electronic mail messages to Plaintiff Brown.

5         81.    Plaintiff Brown does not want to receive emails with false and misleading subject

6  lines from Old Navy, though she would like to continue receiving truthful information from Old

7  Navy regarding its products. However, due to Old Navy's conduct, Plaintiff Brown cannot tell

8  which emails from Old Navy contain truthful information or which emails are spam with false

9  and misleading information designed to spur her to make a purchase.

10        82.    At all times relevant to this Complaint, Plaintiff Smith resided in Washington

11  State.

12        83.    Plaintiff Smith has received Old Navy emails since at least December 2021.

13  Plaintiff Brown has received hundreds of marketing emails from Old Navy since that date, and

14  typically receives 2-3 emails every day.

15        84.    Plaintiff Smith receives emails from Old Navy at a gmail.com email address.

16  Plaintiff Smith has a 15 GB limit of free data from Gmail. Plaintiff Smith currently has at least

17  614 emails from Old Navy in her inbox, but it is likely that she has received more emails that she

18  has deleted to conserve the finite space available in her email inbox.

19        85.    Old Navy knows, or has reason to know, that Plaintiff Smith's email address is

20  held by a Washington resident. Plaintiff Smith has an account with Old Navy that reflects her

21  home address in the State of Washington. Plaintiff Smith has made several purchases from the

22  Old Navy website that have been delivered to her home in Washington and she has shopped in

23  Old Navy stores in Washington with her account. Plaintiff Smith has also repeatedly clicked on

24  links contained in Old Navy emails from her computer, which was registered to an IP address in

25  Washington at all relevant times, or from her smart phone, which was located in Washington

26  unless Plaintiff Smith happened to be traveling.

27

28

CLASS ACTION COMPLAINT - 15

1    86.    Plaintiff Smith received the emails with false and misleading subject lines

2  described in paragraphs 39, 43, 45, 48, 50, 52, and 63 above. Plaintiff Smith received additional

3  emails with false and misleading subject lines from Old Navy as identified Exhibit B. The emails

4  that Plaintiffs allege are misleading are bolded in Exhibit B and the remaining emails provide the

5  context showing why each subject line is false or misleading.

6    87.    Old Navy sent these emails to Plaintiff Smith for the purpose of promoting Old

7  Navy's goods for sale.

8    88.    Old Navy initiated the transmission or conspired to initiate the transmission of

9  these commercial electronic mail messages to Plaintiff Smith.

10    89.    Plaintiff Smith does not want to receive emails with false and misleading subject

11  lines from Old Navy, though she would like to continue receiving truthful information from Old

12  Navy regarding its products. However, due to Old Navy's conduct, Plaintiff Smith cannot tell

13  which emails from Old Navy contain truthful information or which emails are spam with false

14  and misleading information designed to spur her to make a purchase.

15    90.    As shown in Exhibits A and B, Plaintiff Brown has identified at 51 and Plaintiff

16  Smith has identified at least 40 Old Navy emails with false and misleading subject lines currently

17  in their email inboxes. These emails were sent between September 20, 2018 to December 11,

18  2022, showing that Old Navy engaged in this conduct throughout the relevant time period.

19  Plaintiffs continue to receive emails with false and misleading subject lines. However, because

20  Plaintiffs have deleted some of the emails they have received from Old Navy, they are not

21  presently able to identify all the emails with false and misleading subject lines they have

22  received. Old Navy is aware of all the emails it has sent Plaintiffs and discovery will show the

23  full number of illegal spam emails Old Navy has sent throughout the relevant time period.

24            **V.    CLASS ACTION ALLEGATIONS**

25    91.    <u>Class Definition</u>. Pursuant to Civil Rule 23(b)(3), Plaintiffs bring this case as a

26  class action on behalf of a Class defined as:

27

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2
3
4
5
6
7
8

All Washington residents[2] who, within four years before the date of the filing of this complaint until the date any order certifying a class is entered, received an email from or at the behest of Old Navy, LLC that contained a subject line stating or implying that (1) a sale, discount, price, or other offer would only be available for a limited time, and the sale, discount, price, or other offer was in fact offered for a longer period of time; (2) a sale, discount, price, or other offer was new or only offered that day, and the sale, discount, price, or other offer was in fact already being offered; (3) a sale, discount, price, or other offer would ending soon, and the sale, discount, price, or other offer continued to be offered for at least another day; or (4) a sale, discount, price, or other offer was being extended, when the sale, discount, price, or other offer was previously planned to continue through the extension advertised.

9    Excluded from the Class are Old Navy, any entity in which Old Navy has a controlling

10   interest or that has a controlling interest in Old Navy, and Old Navy's legal representatives,

11   assignees, and successors. Also excluded are the judge to whom this case is assigned and any

12   member of the judge's immediate family.

13       92.   Numerosity. The Class is so numerous that joinder of all members is

14   impracticable. The Class has more than 1,000 members. Moreover, the disposition of the claims

15   of the Class in a single action will provide substantial benefits to all parties and the Court.

16       93.   Commonality. There are numerous questions of law and fact common to Plaintiffs

17   and members of the Class. The common questions of law and fact include, but are not limited to:

18       a.    Whether Old Navy sent commercial electronic mail messages with false

19   and misleading information in the subject lines;

20       b.    Whether Old Navy initiated the transmission or conspired to initiate the

21   transmission of commercial electronic mail messages to recipients residing in Washington State

22   in violation of RCW 19.190.020;

23       c.    Whether a violation of RCW 19.190.020 establishes all the elements of a

24   claim under Washington's Consumer Protection Act, RCW 19.86 *et seq.*;

25

26   _____

27   [2] "Residents" shall have the same meaning as "persons" as defined in RCW 19.190.010(11) and RCW 19.86.010(a).

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1          d.      Whether Plaintiffs and the proposed Class are entitled to an injunction

2    enjoining Old Navy from sending the unlawful emails in the future; and

3          e.      The nature and extent of Class-wide injury and damages.

4    94.    Typicality. Plaintiffs' claims are typical of the claims of the Class. Plaintiffs'

5    claims, like the claims of the Class arise out of the same common course of conduct by Old Navy

6    and are based on the same legal and remedial theories.

7    95.    Adequacy. Plaintiffs will fairly and adequately protect the interests of the Class.

8    Plaintiffs have retained competent and capable attorneys with significant experience in complex

9    and class action litigation, including consumer class actions and class actions involving

10   violations of CEMA. Plaintiffs and their counsel are committed to prosecuting this action

11   vigorously on behalf of the Class and have the financial resources to do so. Neither Plaintiffs nor

12   their counsel have interests that are contrary to or that conflict with those of the proposed Class.

13   96.    Predominance. Old Navy has a standard practice of initiating or conspiring to

14   initiate commercial electronic mail messages to email addresses held by Washington State

15   residents. The common issues arising from this conduct predominate over any individual issues.

16   Adjudication of these issues in a single action has important and desirable advantages of judicial

17   economy.

18   97.    Superiority. Plaintiffs and members of the Class have been injured by Old Navy's

19   unlawful conduct. Absent a class action, however, most Class members likely would find the

20   cost of litigating their claims prohibitive. Class treatment is superior to multiple individual suits

21   or piecemeal litigation because it conserves judicial resources, promotes consistency and

22   efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. The

23   members of the Class are readily identifiable from Old Navy's records and there will be no

24   significant difficulty in the management of this case as a class action.

25   98.    Injunctive Relief. Old Navy's conduct is uniform as to all members of the Class.

26   Old Navy has acted or refused to act on grounds that apply generally to the Class, so that final

27   injunctive relief or declaratory relief is appropriate with respect to the Class as a whole. Plaintiffs

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   further allege, on information and belief, that the emails described in this Complaint are

2   substantially likely to continue in the future if an injunction is not entered.

3                          VI.    CAUSES OF ACTION

4                          FIRST CLAIM FOR RELIEF

5   (Violations of Washington's Commercial Electronic Mail Act, RCW 19.190 *et seq.*)

6          99.    Plaintiffs reallege and incorporate by reference each and every allegation set forth

7   in the preceding paragraphs.

8          100.   Washington's CEMA prohibits any "person," as that term is defined in RCW

9   19.190.010(11), from initiating or conspiring to initiate the transmission of a commercial

10  electronic mail message from a computer located in Washington or to an electronic mail address

11  that the sender knows, or has reason to know, is held by a Washington resident that contains

12  false or misleading information in the subject line.

13         101.   Old Navy is a "person" within the meaning of the CEMA, RCW 19.190.010(11).

14         102.   Old Navy initiated the transmission or conspired to initiate the transmission of

15  one or more commercial electronic mail messages to Plaintiffs and proposed Class members with

16  false or misleading information in the subject line.

17         103.   Old Navy's acts and omissions violated RCW 19.190.020(1)(b).

18         104.   Old Navy's acts and omissions injured Plaintiffs and proposed Class members.

19         105.   The balance of the equities favors the entry of permanent injunctive relief against

20  Old Navy. Plaintiff, the members of the Class and the general public will be irreparably harmed

21  absent the entry of permanent injunctive relief against Old Navy. A permanent injunction against

22  Old Navy is in the public interest. Old Navy's unlawful behavior is, based on information and

23  belief, ongoing as of the date of the filing of this pleading; absent the entry of a permanent

24  injunction, Old Navy's unlawful behavior will not cease and, in the unlikely event that it

25  voluntarily ceases, is likely to reoccur.

26         106.   Plaintiffs and Class members are therefore entitled to injunctive relief in the form

27  of an order enjoining further violations of RCW 19.190.020(1)(b).

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ▪ FAX 206.319.5450
www.terrellmarshall.com

**SECOND CLAIM FOR RELIEF**
(*Per se* violation of Washington's Consumer Protection Act, RCW 19.86 *et seq.*)

107.    Plaintiffs reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

108.    Plaintiffs and Class members are "persons" within the meaning of the CPA, RCW 19.86.010(1).

109.    Old Navy violated the CEMA by initiating or conspiring to initiate the transmission of a commercial electronic mail messages to Plaintiffs and Class members' that contain false or misleading information in the subject line.

110.    A violation of CEMA is a "per se" violation of the Washington Consumer Protection Act ("CPA"), RCW 19.86.010, *et seq.* RCW 19.190.030.

111.    A violation of the CEMA establishes all five elements of Washington's Consumer Protection Act as a matter of law.

112.    Old Navy's violations of the CEMA are unfair or deceptive acts or practices that occur in trade or commerce under the CPA. RCW 19.190.100.

113.    Old Navy's unfair or deceptive acts or practices vitally affect the public interest and thus impact the public interest for purposes of applying the CPA. RCW 19.190.100.

114.    Pursuant to RCW 19.19.040(1), damages to each recipient of a commercial electronic mail message sent in violation of the CEMA are the greater of $500 for each such message or actual damages, which establishes the injury and causation elements of a CPA claim as a matter of law. *Lyft*, 406 P.3d at 1155.

115.    Old Navy engaged in a pattern and practice of violating the CEMA. As a result of Old Navy's acts and omissions, Plaintiffs and Class members have sustained damages, including $500 in statutory damages, for each and every email that violates the CEMA. The full amount of damages will be proven at trial. Plaintiffs and Class members are entitled to recover actual damages and treble damages, together with reasonable attorneys' fees and costs, pursuant to RCW 19.86.090.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 ▪ FAX 206.319.5450
www.terrellmarshall.com

1     116.   Under the CPA, Plaintiffs and members of the Class are also entitled to, and do

2   seek, injunctive relief prohibiting Old Navy from violating the CPA in the future.

3                          **VII.    REQUEST FOR RELIEF**

4          WHEREFORE, Plaintiffs, on their own behalf and on behalf of the members of the Class,

5   request judgment against Old Navy as follows:

6          A.     That the Court certify the proposed Class;

7          B.     That the Court appoint Plaintiffs as Class Representatives.

8          C.     That the Court appoint the undersigned counsel as counsel for the Class;

9          D.     That the Court should grant injunctive relief as permitted by law to ensure that

10   Old Navy will not continue to engage in the unlawful conduct described in this Complaint;

11          E.     That the Court enter a judgment awarding any other injunctive relief necessary to

12   ensure Old Navy's compliance with the CEMA;

13          F.     That Old Navy be immediately restrained from altering, deleting or destroying

14   any documents or records that could be used to identify members of the Class;

15          G.     That Plaintiffs and all Class members be awarded statutory damages in the

16   amount of $500 for each violation of the CEMA pursuant to RCW 19.190.020(1)(b) and treble

17   damages pursuant to RCW 19.86.090;

18          H.     That the Court enter an order awarding Plaintiffs reasonable attorneys' fees and

19   costs; and

20          I.     That Plaintiffs and all Class members be granted other relief as is just and

21   equitable under the circumstances.

22                          **VIII.   TRIAL BY JURY**

23          Plaintiffs demand a trial by jury for all issues so triable.

24

25

26

27

28

CLASS ACTION COMPLAINT - 21

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

2                                    TERRELL MARSHALL LAW GROUP PLLC

3
                                     By:  /s/ Blythe H. Chandler, WSBA #43387
4                                        Beth E. Terrell, WSBA #26759
                                         Email: bterrell@terrellmarshall.com
5                                        Jennifer Rust Murray, WSBA #36983
                                         Email: jmurray@terrellmarshall.com
6                                        Blythe H. Chandler, WSBA #43387
                                         Email: bchandler@terrellmarshall.com
7                                        936 North 34th Street, Suite 300
                                         Seattle, Washington 98103
8                                        Telephone: (206) 816-6603
                                         Facsimile: (206) 319-5450
9

10                                       Sophia M. Rios, *Pro Hac Vice Forthcoming*
                                         Email: srios@bm.net
11                                       E. Michelle Drake, *Pro Hac Vice Forthcoming*
                                         Email: emdrake@bm.net
12                                       BERGER & MONTAGUE, P.C.
                                         401 B Street, Suite 2000
13                                       San Diego, California 92101
                                         Telephone: (619) 489-0300
14                                       Facsimile: (215) 875-4604
15
                                         *Attorneys for Plaintiffs*
16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT - 22

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 9/20/2018 | ALL JEANS ON SALE! | |
| 9/20/2018 | Last call: HALF OFF *all* jeans for the littles | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/24/2018 | 50% OFF *all* tees today + our jeans sale is ending soon | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/25/2018 | EXPIRATION ALERT! Up to 50% OFF storewide + ALL jeans on sale end TONIGHT | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/29/2018 | ***50% OFF ALL jeans + 30% OFF all. this. NEW.*** | |
| 10/29/2018 | SAY WHAT?! Up to 50% OFF storewide! | |
| 10/30/2018 | 50% OFF *all* SWEATSHIRTS & HOODIES! 6 HRS ONLY | Already on Sale (Complaint Section IV(B)(2)) |
| 11/2/2018 | ***TODAY: 50% OFF ALL SWEATERS*** | |
| 11/2/2018 | TODAY! It's all about those HALF OFF sweaters | |
| 11/5/2018 | 🖤 WOWZA🖤 Up to 50% OFF *all* jeans, pants, sweaters & outerwear in-store! | |
| 11/6/2018 | 〖ALL jeans, pants, sweaters & outerwear are up to FIFTY PERCENT OFF!〗 | |
| 11/8/2018 | AN EXCUSE TO SHOP! *ALL* jeans, pants, sweaters & outerwear are up to 50% off | |
| 11/10/2018 | 50% OFF *all* jeans, sweaters & outerwear. (This almost NEVER happens!) | |
| 11/13/2018 | 📧 40% OFF YOUR ORDER ENCLOSED! | |
| 11/13/2018 | 🎁 You get 40% OFF your order. And you get 40% OFF your order. EVERYONE GETS 40% OFF THEIR ORDER | |
| 11/14/2018 | 40% OFF your order is ending! You better hurry... | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/16/2018 | HOLIDAY YOUR ♡ OUT with 40% OFF your ENTIRE purchase | |
| 11/19/2018 | OMG! ALL SWEATERS ON SALE (HALF OFF!) | |
| 11/19/2018 | 🕯 Yayyyyyy! You're approved for HALF-PRICE SWEATERS | Already on Sale (Complaint Section IV(B)(2)) |
| 11/27/2018 | JUST HOURS LEFT: 50% OFF EVERYTHING ONLINE — MEET US AT THE WWW | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/28/2018 | Your up to 50% OFF STOREWIDE is waiting! | |
| 11/29/2018 | BEST. NEWS. EVER: Up to 50% OFF storewide with styles from $4! | |
| 12/4/2018 | EEK! This is your LAST CHANCE for up to 50% OFF STOREWIDE | Sale "Ending" (Complaint Section IV(B)(3)) |
| 12/5/2018 | *ADDS EVERYTHING TO CART* — the ENTIRE STORE is up to 60% OFF | |
| 2/1/2019 | FINAL. NOTICE. Up to FIFTY PERCENT OFF jeans & more ends NOW | Sale "Ending" (Complaint Section IV(B)(3)) |
| 2/2/2019 | ***$12 jeans (really!)*** | |
| 2/3/2019 | ** Up to FIFTY PERCENT OFF these pants ** | |
| 2/4/2019 | Code HURRY for 30% OFF EVERYTHING (you've won big) ---> | |
| 2/10/2019 | GAH! This is the last chance to get up to 50% OFF (& SUPER CASH is ending, too!) | Sale "Ending" (Complaint Section IV(B)(3)) |
| 2/11/2019 | We've announced UP TO 50% OFF STOREWIDE (starting now) | |
| 2/12/2019 | UP TO 50% OFF STOREWIDE — STYLES FROM $6 | |
| 2/15/2019 | Up to 50% OFF s-t-o-r-e-w-i-d-e | |
| 2/16/2019 | 🏷 50% OFF *all* jeans + up to 50% OFF storewide — lucky you! | |
| 3/17/2019 | '$20 Rockstars + 40% OFF (final reminder!) | Sale "Ending" (Complaint Section IV(B)(3)) |
| 3/18/2019 | Urgent: You're getting FORTY PERCENT OFF EVERYTHING online for one more day! | |
| 5/15/2021 | '$12 women's compression leggings, today only | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/16/2021 | TWELVE DOLLAR compression leggings | |
| 10/16/2021 | '$8 plush tees are now at your disposal (omg!) + 50% OFF YOUR PURCHASE --> | |
| 10/16/2021 | You're just in time for $8 plush tees (going fast!) + 50% OFF your purchase is inside (including clearance!) | |
| 10/16/2021 | *ADDS EVERYTHING TO CART* You've been gifted 50% OFF your purchase + $8 plush tees now confirmed | |

## EXHIBIT A

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 10/17/2021 | 50% OFF has officially been activated  + $12 sweaters (really!)*** | Already on Sale (Complaint Section IV(B)(2)) |
| 10/18/2021 | ENDING SOON: snag 50% off your order before Giftober ends + $14 flannel PJ sets | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/19/2021 | 🎰 SALE ALERT 🎰 You've received MAJOR discounts (up to 50% off)! + PowerPress bras & leggings from $10 | |
| 10/21/2021 | SALE NOTIFICATION: You're the recipient of up to 50% OFF + permission to DOUBLE DIP ---> | Already on Sale (Complaint Section IV(B)(2)) |
| 11/25/2021 | Black Friday starts NOW! Open for 50% OFF (one more thing to be thankful for 🦃) | |
| 11/25/2021 | ☕ RISE & SHINE! $8 microfleece sweatshirts + FIFTY PERCENT OFF | |
| 11/25/2021 | The dishes can wait: 50% off + $8 microfleece sweatshirts | |
| 11/25/2021 | HALF OFF your purchase + $8 microfleece sweatshirts bc we know you're ready to lounge | |
| 11/25/2021 | TODAY'S THE BIG DAY! $5 PJ PANTS IN-STORE & 50% OFF ONLINE (YAAAAASSSSS!) | |
| 11/26/2021 | ☕ Grab your joe — most stores are OPEN NOW! Get 50% off, $5 PJ pants & more | |
| 11/26/2021 | 50% OFF + $5 PJ PANTS for the family — time to BLACK FRIDAY IT UP | |
| 11/26/2021 | 🎁 FINAL HOURS: $5 PJ pants + 50% off — get your gift list ready | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/27/2021 | FIFTY PERCENT OFF + the Saturday Steal is baaaack! | |
| 11/27/2021 | 🧦 CYBER WEEKEND IS HAPPENING 🧦 $1 cozy socks in-store, $10 jeans, $6 Thermal Tees, 50% off & more | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/27/2021 | '$1 COZY SOCKS, $10 JEANS, $6 THERMALS & 50% OFF! You've really won big... | |
| 11/28/2021 | WAHOO! 50% OFF + $8 thermal leggings, $1 cozy socks & cyber deals are ON | |
| 11/28/2021 | You've scored $1 COZY SOCKS, $8 THERMAL LEGGINGS & 50% OFF | |
| 11/28/2021 | '$8 thermal leggings (seriously!) + HALF OFF your purchase | |
| 11/28/2021 | Last chance for $8 thermal leggings + 50% OFF & sooo many cyber deals | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/29/2021 | CYBER EVENT CONFIRMED ⚡ FIFTY PERCENT OFF + $7 PJ pants | Already on Sale (Complaint Section IV(B)(2)) |
| 11/29/2021 | 50% OFF. $7 PJ PANTS. GIFTS FROM $2.50. BEST.MONDAY.EVER | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/29/2021 | You've earned it! 50% OFF & $7 PJ pants, plus more Cyber Monday deals | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/29/2021 | FINAL HOURS: 50% OFF *and* $7 PJ pants | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/29/2021 | OMG! $7 PJ pants are cozier than ever + 50% off | |
| 11/30/2021 | No joke, it's CYBER TUESDAY! 50% off has been extended for ONE. MORE. DAY. | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | FIFTY PERCENT OFF has been extended + 60% off ~these~ picks | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | Ooooch! SIXTY percent off cozy faves for the fam + we're extending 50% off online until midnight | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | Attn, attn, attn: 50% off purchase + 60% off *these* styles END TONIGHT | |
| 12/18/2021 | 🔔 SATURDAY STEAL 🔔 $10 flannels & $6 thermals + 50% off your purchase | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 12/19/2021 | Last chance for $10 joggers + 50% OFF! | |
| 1/22/2022 | **BEST DAY EVER** 50% OFF YOUR PURCHASE + $12 PowerSoft leggings have arrived | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 1/23/2022 | 50% OFF has officially been activated  + you've officially scored FIFTEEN-DOLLAR ROCKSTAR JEANS | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 1/24/2022 | 👀 <--- Your reaction to 60% OFF these styles + you've scored 50% OFF your purchase | |
| 2/11/2022 | (1) message: You've got special offers from $8 + fifty percent off active verified | |
| 2/13/2022 | **Omg! This STOREWIDE sale on styles from $8 just landed + fifty percent off active verified** | Already on Sale (Complaint Section IV(B)(2)) |
| 3/17/2022 | **Psssst! 40% off at checkout + $20 shortalls & $25 overalls (THIS! WEEK! ONLY!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 3/19/2022 | You seriously deserve FORTY PERCENT OFF + $3 TANKS—YAYYYYYY! | |
| 3/20/2022 | **FORTY PERCENT OFF ending soon!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 3/27/2022 | SAVINGS ALERT! 40% off your purchase + fifty percent off *all* jeans is waiting | |
| 3/28/2022 | This $15 jean jacket is E-V-E-R-Y-T-H-I-N-G + take 40% off your purchase! | |
| 4/1/2022 | 50% OFF (!!!)  + $15 cami mini dresses | |
| 4/1/2022 | You've unlocked 50% OFF (even new arrivals☺) + $15 cami mini dresses | |
| 4/1/2022 | ◎ NO JOKE: You're approved for 50% OFF + $15 cami mini dresses | |
| 4/2/2022 | ↧ BIG NEWS ↧ 50% OFF YOUR PURCHASE + $12 linen pants | |
| 4/2/2022 | 🔥 HOT DEAL 🔥 50% OFF PURCHASE + $12 linen pants | |
| 4/2/2022 | ➡ FIFTY PERCENT OFF is inside + $12 linen pants | |
| 4/3/2022 | 😅 HALF OFF your purch incl. new spring arrivals + $10 bike shorts (yes, officially) | |
| 4/3/2022 | '$10 bike shorts + you're approved for 50% OFF | |
| 4/3/2022 | VERIFIED: 50% OFF YOUR ORDER is our little treat | |
| 4/4/2022 | You've unlocked $12 jeans + 50% OFF! | |
| 4/4/2022 | **JUUUUST ANNOUNCED: 50% off your purchase + $12 jeans TODAY** | Already on Sale (Complaint Section IV(B)(2)) |
| 4/4/2022 | **\*\*BEST DAY EVER\*\* 50% OFF YOUR PURCHASE** | Already on Sale (Complaint Section IV(B)(2)) |
| 4/15/2022 | **3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 4/25/2022 | **THIS WEEK ONLY! $15 t-shirt dresses** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 4/30/2022 | **No joke! $12.50 JEANS (today only) + $15 T-SHIRT DRESSES** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/30/2022 | **Well-deserved: $12.50 jeans today** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/1/2022 | '$12.50 JEANS (today only!) + you're due for $8 STYLES | Already on Sale (Complaint Section IV(B)(2)) |
| 5/24/2022 | This is BIG, ppl: our ENTIRE STORE is on sale | |
| 5/24/2022 | 👇You get 60% off, 👇you get 60% off, 👉 you get 60% off | |
| 5/25/2022 | '$5 TEES + 60% off deals inside | |
| 5/26/2022 | **ENTIRE STORE ON SALE (best day ever!!) + Navyist Rewards members get $10 off your in-store purchase** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/27/2022 | CHA-CHING! The entire store is on sale + $8 dresses | |
| 5/27/2022 | YESSS! $8 dresses + ENTIRE STORE ON SALE | |
| 5/28/2022 | **Oooooh! $2 TANKS ARE CALLING YOUR NAME + ENTIRE STORE ON SALE ENDS SOON!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | **ENDING SOON: don't miss our entire store on sale + $2 tanks!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | Omg omg omg $2 tank tops + the ENTIRE STORE is on sale | |
| 5/30/2022 | ACT ASAP: You've landed $10 linen pants & $8 linen shorts + ENTIRE STORE SALE ENDS TONIGHT | |
| 5/30/2022 | ⌛HURRY — entire store on sale ends soon + $10 linen pants & $8 linen shorts | |
| 5/30/2022 | YESSSS! ENTIRE STORE ON SALE + you've landed $10 linen pants & $8 linen shorts | |

## EXHIBIT A

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 6/2/2022 | Snag $19 and under styles for the fam + $12 cami tops (this week only!!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 6/4/2022 | '$12 Cami tops & shorts | |
| 6/4/2022 | 🔥 HOT DEAL ALERT 🔥 $12 cami tops & shorts | ⁻ |
| 6/7/2022 | Make a splash with 50% off ALL swim + $29 matching tops & bottoms (this week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 6/13/2022 | SIXTY PERCENT OFF is available + $14.50 tops & bottoms (limited time only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/17/2022 | ATTN: Under $8 deals are confirmed + HALF OFF ALL DRESSES has arrived today | |
| 6/18/2022 | '@You: FIFTY PERCENT OFF all dresses (today only!) | Already on Sale (Complaint Section IV(B)(2)) |
| 8/20/2022 | 50%. OFF. ALL JEANS & 50% OFF LUXE TEES & TANKS | |
| 8/20/2022 | '@You: FIFTY PERCENT OFF ALL JEANS & LUXE TEES is confirmed | |
| 8/21/2022 | A rare offer: You've uncovered 50% off ALL Jeans + 40% OFF your order | Already on Sale (Complaint Section IV(B)(2)) |
| 10/23/2022 | You checked your email just in time! Up to FIFTY PERCENT OFF storewide on sale + $15 sweatshirts | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/30/2022 | Spreading cheer early! Up to 50% off storewide + 50% off all jeans & $25 cozy sweaters | |
| 11/4/2022 | 🧵 $15 jeans enclosed + pajamas from only $9 | |
| 11/5/2022 | '$9 PJs — today only! And, get $2 cozy socks in-store | Already on Sale (Complaint Section IV(B)(2)) |
| 11/26/2022 | CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/26/2022 | Open soon: $12 JEANS won't last + 50% OFF *EVERYTHING* is unmissable | |
| 11/26/2022 | '$12 JEANS & $2 COZY SOCKS are calling your name + FIFTY PERCENT OFF everything! | |
| 11/26/2022 | Not a drill: FIFTY PERCENT OFF EVERYTHING (we mean it) | |
| 11/27/2022 | Whoop whoop! 50% OFF everything, $2 cozy socks & $7 thermal tees | |
| 11/27/2022 | '$2 cozy socks, $7 thermal tees (today only!) & FIFTY PERCENT OFF EVERYTHING | |
| 11/27/2022 | Seriously: You're covered with 50% OFF EVERYTHING, $2 cozy socks & $7 thermal tees | |
| 11/27/2022 | '$7 thermal tees you'll love + FIFTY PERCENT OFF EVERYTHING confirmed | |
| 11/28/2022 | RE: CYBER DEALS ⚡ $3 PJ shorts & $4 long-sleeve tees are calling your name & FIFTY PERCENT OFF | |
| 11/28/2022 | '$3 PJ SHORTS. $4 TEES. 50% OFF EVERYTHING. BEST. MONDAY. EVER. | |
| 11/28/2022 | Your attention please: FIFTY PERCENT OFF EVERYTHING (really!) | |
| 11/28/2022 | 50% off everything featuring $3 PJ shorts & $4 tees (yes, officially!) | |
| 11/29/2022 | Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/29/2022 | LIMITED TIME: 50% OFF EVERYTHING ends today | |
| 11/29/2022 | Yours to claim: $10 turtlenecks + 50% off everything | |
| 11/29/2022 | REDEEM NOW: 50% OFF EVERYTHING is gone soon | |
| 12/10/2022 | '$14 sherpa pullovers so cozy you'll want a few + $5 beanies | |
| 12/11/2022 | '$14 sherpa pullovers today + FIVE DOLLAR BEANIES | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 4/15/2022 | **3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/15/2022 | **3 DAYS FOR HALF OFF THESE 3 THINGS** 👉 | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/16/2022 | 50% OFF DRESSES, SHORTS & ACTIVEWEAR + OMG! Here's **Up to 60% OFF** | |
| 4/16/2022 | Half off dresses, half off shorts, half off activewear + stock up on all things spring for $15 & under | |
| 4/16/2022 | WHEW! Our new arrivals are s-t-a-c-k-e-d 😍 + 50% off all shorts, dresses, & activewear | |
| 4/17/2022 | 50% OFF all dresses \| 50% OFF all shorts \| 50% off all activewear | |
| 4/17/2022 | ⏰ Time's almost out — snag 50% OFF all dresses, shorts & active + tees from $8, shorts from $15 & jeans from $14 | Sale "Ending" (Complaint Section IV(B)(3)) |
| 4/17/2022 | ATTN! 50% off all these must-haves + CLEARANCE from $2.99 | |
| 4/18/2022 | Yes, seriously: You just landed $8 and up styles + 50% OFF ACTIVE | |
| 4/18/2022 | ACT ASAP! 50% OFF active + 40% off your purchase are inside | |
| 4/23/2022 | '$14 PowerSoft shorts confirmed for today + $15 t-shirt dresses | |
| 4/24/2022 | 👉 Too amazing to miss! ALL shoes 50% OFF + $15 t-shirt dresses | |
| 4/25/2022 | **THIS WEEK ONLY! $15 t-shirt dresses** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/29/2022 | '$15 SHORTS as a thank you + $15 T-SHIRT DRESSES (yessss!) | |
| 4/30/2022 | Just dropped: $12.50 jeans | |
| 4/30/2022 | **No joke! $12.50 JEANS (today only) + $15 T-SHIRT DRESSES** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/30/2022 | **Well-deserved: $12.50 jeans today** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/1/2022 | '$12.50 JEANS are impossible to resist | |
| 5/1/2022 | **Approved! $12.50 JEANS (today only!) + $8 STYLES** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/1/2022 | '$12.50 jeans enclosed (yes, really) + $15 t-shirt dresses confirmed | |
| 5/3/2022 | SIXTY percent off these sunny day styles + $16 OG Straight shorts | |
| 5/5/2022 | THIS WEEK ONLY! $16 OG Straight shorts | |
| 5/8/2022 | 🩳$12.50 PowerSoft leggings + $16 OG Straight shorts | |
| 5/9/2022 | **ONE DAY ONLY 👖 50% OFF jeans + $16 OG Straight shorts** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/24/2022 | This is BIG, Michelle: our ENTIRE STORE is on sale | . |
| 5/24/2022 | ⬇️You get 60% off, ⬇️you get 60% off, 👉 you get 60% off | |
| 5/25/2022 | CONGRATS! $5 TEES (not a typo!) + a sale on the ENTIRE STORE | |
| 5/26/2022 | **ENTIRE STORE ON SALE (best day ever!!) + Navyist Rewards members get $10 off your in-store purchase** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 5/26/2022 | Looks for on & off the court + the ENTIRE STORE is on sale | |
| 5/27/2022 | CHA-CHING! The entire store is on sale + $8 dresses | |
| 5/27/2022 | YESSS! $8 dresses + ENTIRE STORE ON SALE | |
| 5/28/2022 | **'$2 TANKS HAVE ARRIVED (YES, SERIOUSLY) + ENTIRE STORE ON SALE ENDS SOON!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | **ENDING SOON: don't miss our entire store on sale + $2 tanks!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | Omg omg omg $2 tank tops + the ENTIRE STORE is on sale | |
| 5/30/2022 | ACT ASAP: You'll LOVE these $10 linen pants & $8 linen shorts + ENTIRE STORE SALE ENDS TONIGHT | |
| 5/30/2022 | ⏳HURRY — entire store on sale ends soon + $10 linen pants & $8 linen shorts | |
| 5/30/2022 | YESSSS! ENTIRE STORE ON SALE + you've landed $10 linen pants & $8 linen shorts | |
| 6/2/2022 | **Snag $19 and under styles for the fam + $12 cami tops (this week only!!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/4/2022 | '$12 Cami tops & shorts | |
| 6/4/2022 | 🔥 HOT DEAL ALERT 🔥 $12 cami tops & shorts | |
| 6/4/2022 | **Today Only: $12 cami tops + $12 shorts** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 6/6/2022 | '$19 and under on almost EVERYTHING + $12 cami tops (this week only!!) | |

## EXHIBIT B

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 6/7/2022 | Make a splash with 50% off ALL swim + $29 matching tops & bottoms (this week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/8/2022 | Dive into 50% OFF ALL SWIM for the whole family + $29 matching sets (1 week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/10/2022 | Snag $19 and under styles for the fam + $29 matching sets (1 week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/11/2022 | Deals, deals, DEALS: 50% off shorts & tees | |
| 6/11/2022 | HALF OFF shorts & tees were worth the wait | |
| 6/11/2022 | Attn: FIFTY PERCENT OFF SHORTS & TEES (for real!) | |
| 6/12/2022 | ★ FIFTY PERCENT OFF SHORTS & TEES + summer styles $19 and under | |
| 6/12/2022 | ★ FIFTY PERCENT OFF SHORTS & TEES + $29 matching sets (1 week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/12/2022 | FIFTY PERCENT OFF shorts & tees TODAY + $19 and under styles | Already on Sale (Complaint Section IV(B)(2)) |
| 6/13/2022 | SIXTY PERCENT OFF is available + $14.50 tops & bottoms (limited time only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/15/2022 | YES, IT'S OFFICIAL: summer must-haves $19 and under + $29 matching sets (1 week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/17/2022 | ATTN: HALF OFF ALL DRESSES has arrived today + under $8 deals are confirmed | |
| 6/17/2022 | You heard correctly, 50% off ALL dresses + summer styles from $2 | |
| 6/18/2022 | A thank you: FIFTY PERCENT OFF all dresses (today only!) | Already on Sale (Complaint Section IV(B)(2)) |
| 6/18/2022 | For real: 50% OFF shirts & ALL dresses (what a STEAL!) + $4 flag tees | |
| 6/18/2022 | CONGRATULATIONS! WE'VE SENT YOU A CLEARANCE JACKPOT + 50% OFF ALL DRESSES | |
| 6/20/2022 | Psst: This $4 flag tee is unlocked + 50% OFF ALL activewear is inside | |
| 6/21/2022 | ICYMI: flag tees are back (and they're $4 this week!!!) + summer styles from $2 | |
| 6/22/2022 | All the summer hits, spiced up + $4 flag tees (this week only!) | |
| 6/23/2022 | TODAY ONLY: $4 tees | Already on Sale (Complaint Section IV(B)(2)) |
| 6/25/2022 | FIFTY PERCENT OFF *ALL* shoes + $8 dresses (lucky you!) | |
| 6/25/2022 | Summer up with up to 60% off storewide & styles from $2 + $8 dresses AND 50% off ALL shoes! | |
| 6/25/2022 | CUTTING IT CLOSE: $8 dresses and HALF OFF all shoes (please don't forget!) | Sale "Ending" (Complaint Section IV(B)(3)) |
| 6/26/2022 | 😊 Hello $8 summer dresses + summer styles from $2 | |
| 6/26/2022 | A cool breeze just blew these $8 dresses in | |
| 6/26/2022 | Just for you: $8 dresses (one day and one day ONLY) | Already on Sale (Complaint Section IV(B)(2)) |
| 7/10/2022 | OMG! 50% OFF YOUR ENTIRE ORDER + $12.50 PowerSoft leggings | |
| 7/10/2022 | IT'S OFFICIAL! You've got $12.50 PowerSoft leggings + FIFTY PERCENT OFF PURCHASE waiting | |
| 7/10/2022 | 😊 FIFTY PERCENT OFF YOUR PURCH — you know we love a sale + $12.50 PowerSoft leggings | |
| 7/11/2022 | 50% OFF your order with picks scientifically proven to make you 😊 😊 😊 | |
| 7/11/2022 | Michelle, you're getting HALF OFF YOUR ORDER 😊 | |
| 7/11/2022 | ⏰Tick-tock: 50% OFF for the fam ends soon | Sale "Ending" (Complaint Section IV(B)(3)) |
| 7/12/2022 | 50% OFF YOUR PURCHASE (perfect for back-to-school shopping!) + take an extra 50% OFF CLEARANCE | |
| 7/12/2022 | 3 trends to try from now 'til fall + LAST CALL for 50% OFF your purchase | |
| 7/12/2022 | ⏰Tick-tock: 50% OFF for the fam ends soon | |
| 7/29/2022 | '$20 women's OG straight jeans | $20 OG loose jeans | $18 girls slouchy straight jeans + ALL KIDS STYLES ON SALE | |
| 7/30/2022 | You've scored HALF OFF ALL JEANS and $3 kids styles | |
| 7/30/2022 | 🚨DEAL ALERT 🚨 50% off ALL jeans + $3 kids styles | |
| 7/30/2022 | Confirmed: $3 kids styles + FIFTY PERCENT OFF ALL JEANS! | |
| 7/31/2022 | 🔎 On the hunt for DEALS? 50% off ALL jeans and $3 kids styles | |
| 7/31/2022 | A Sunday treat 👖 Half off ALL jeans + $3 kids deals | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 7/31/2022 | 👋 Yesssssss! We're bringing you $3 DEALS on kids styles + 50% OFF ALL JEANS | |
| 8/1/2022 | ALL JEANS are on sale from $18 + these $6 leggings are all yours | |
| 8/2/2022 | ☞ This just in! Up to 60% off kids + ALL JEANS ON SALE + $20 OG straight & OG loose jeans and $18 girls slouchy straight jeans | Already on Sale (Complaint Section IV(B)(2)) |
| 8/3/2022 | We summer-fied this $8 kids fleece + jeans from $18 | |
| 8/3/2022 | 📢 Did you hear? ALL jeans are on sale from $18 + $8 kids fleece tops & bottoms | |
| 8/20/2022 | 50%. OFF. ALL JEANS & 50% OFF LUXE TEES & TANKS | |
| 8/20/2022 | Attn: FIFTY PERCENT OFF ALL JEANS & LUXE TEES (for real!) | |
| 8/21/2022 | ◀ DEALS ANNOUNCEMENT! 50% off ALL jeans and luxe tees & tanks | Already on Sale (Complaint Section IV(B)(2)) |
| 8/21/2022 | A rare offer: You've uncovered 50% off ALL Jeans + 40% OFF your order | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 8/21/2022 | Fifty percent off ALL luxe tees & tanks and jeans | |
| 9/7/2022 | Re: You've unlocked SIXTY PERCENT OFF these styles + $25 PIXIE PANTS 🎉 | |
| 9/8/2022 | 😊 Looking real profesh in our $25 (!) Pixie & Stevie pants | |
| 9/8/2022 | Back in FALL force! Get $20 pants, $8 tops & $20 jeans + $25 Pixie pants (this week only!!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/10/2022 | (1) new message: $6 LEGGINGS | $8 LONG-SLEEVES | $25 PIXIE PANTS | |
| 9/10/2022 | Earned it: $6 leggings, $8 long-sleeves & $25 Pixie pants | |
| 9/11/2022 | ☆ On sale NOW: $6 leggings, $8 long-sleeves + $25 Pixie pants | |
| 9/11/2022 | Jump on these $6 leggings and $8 long-sleeves! $25 Pixie pants, too | |
| 9/11/2022 | FALL HAUL IS BACK! $6 leggings, $8 long-sleeves & $25 Pixie pants | |
| 9/12/2022 | PIXIE PANT LOVERS, REJOICE! 🙌 $25 Ankle, skinny & flare styles are here | |
| 9/12/2022 | This week only!! $25 Pixie pants | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/15/2022 | Here's $15 sweatshirts + $25 for our most-loved Pixie pant | |
| 9/17/2022 | '$14 jeans?! In this economy?! Yep 😎 | |
| 9/17/2022 | OMG! $14 jeans | |
| 9/17/2022 | PSA! $14 jeans | |
| 9/18/2022 | Make room in your closet for these styles + $14 JEANS | |
| 9/18/2022 | Get $14 jeans today | Already on Sale (Complaint Section IV(B)(2)) |
| 9/18/2022 | Your Super Cash is good to redeem on these $14 JEANS | |
| 9/24/2022 | Your fall refresh: $11.50 flannel shirts & $25 flare jeans 👖 | |
| 9/24/2022 | '$11.50 flannel shirts for gettin' cozy | |
| 9/24/2022 | *** $11.50 FLANNEL SHIRTS & $25 flare jeans | |
| 9/25/2022 | Unlocked: $11.50 flannels & $25 flare jeans | |
| 9/25/2022 | '$11.50 FLANNELS have arrived | Already on Sale (Complaint Section IV(B)(2)) |
| 9/25/2022 | '$11.50 flannel shirts & $25 flare jeans (a full fall 'fit) | |
| 9/28/2022 | 👕 Styles on sale from $8 + 30% OFF your purchase + $6 leggings | |
| 9/28/2022 | Just for today! $6 leggings + tons & tons of styles from $8 | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/29/2022 | Break these out in case of chill 😬 + confirmed: 1000s of styles from $8 | |
| 9/30/2022 | Snuggle up to this $14.50 sweater today + confirmed: 1000s of styles from $8 | |
| 10/2/2022 | 30% OFF your purchase & 1000s of styles from $8 + 50% OFF ACTIVEWEAR | |
| 10/16/2022 | ATTN, PLEASE! $12.50 5-STAR JEANS + 50% OFF EVERYTHING just landed | |
| 10/17/2022 | You've been granted 50% OFF EVERYTHING + $12 SWEATERS (get gifting!) | |
| 10/18/2022 | Redeemable ASAP: You've uncovered FIFTY PERCENT OFF EVERYTHING + $9 microfleece jackets | |
| 10/18/2022 | Cutting it close: You're due for FIFTY PERCENT OFF EVERYTHING + $9 microfleece jackets! | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/19/2022 | YAYYYY! Up to 50% OFF storewide + $25 women's cozy sweaters | |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 10/21/2022 | Special delivery! You've got CLEARANCE from $3.99 + up to FIFTY PERCENT OFF storewide waiting | |
| 10/22/2022 | (1) New message: We're offering you up to 50% OFF storewide on sale + get $15 flannel shirts & the $25 cozy sweater | |
| 10/23/2022 | OMG, YAY! $15 sweatshirts & up to fifty percent off storewide are calling your name | |
| 10/23/2022 | **You checked your email just in time! Up to FIFTY PERCENT OFF storewide on sale + $15 sweatshirts** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/28/2022 | Confirmed! Up to FIFTY PERCENT OFF storewide on sale + $25 for the sweater that feels like a hug | . |
| 10/30/2022 | Spreading cheer early! Up to 50% off storewide + 50% off all jeans & $25 cozy sweaters | |
| 10/30/2022 | HALF OFF ALL jeans & $25 cozy sweaters were worth the wait | |
| 11/4/2022 | 👖 $15 jeans enclosed + pajamas from only $9 | |
| 11/5/2022 | **'$9 PJs — today only! And, get $2 cozy socks in-store** | Already on Sale (Complaint Section IV(B)(2)) |
| 11/26/2022 | **CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/26/2022 | '$12 JEANS & $2 COZY SOCKS are calling your name + FIFTY PERCENT OFF everything! | |
| 11/27/2022 | 50% OFF EVERYTHING, $2 cozy socks & $7 thermal tees — yours to claim! | |
| 11/28/2022 | 🛒 We've reserved THIS in your cart + get 50% OFF EVERYTHING | |
| 11/29/2022 | **Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks** | Sale "Extended" (Complaint Section IV(B)(4)) |
| 12/10/2022 | Up to SIXTY PERCENT OFF on saaaale + $14 sherpa pullovers | |
| 12/11/2022 | **'$14 sherpa pullovers today + FIVE DOLLAR BEANIES** | Already on Sale (Complaint Section IV(B)(2)) |

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

**KING COUNTY SUPERIOR COURT**

**CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET**
**(CICS)**

Pursuant to King County Code 4A.630.060, a faulty document fee of $15 may be assessed to new case filings missing this sheet.

**CASE NUMBER:** _____

(Provided by the Clerk)

**CASE CAPTION: <u>Roxann Brown and Michelle Smith v. Old Navy, LLC, Old Navy (Apparel), LLC, Old Navy</u>**
**<u>Holdings, LLC, GPS Services, Inc. and The Gap, Inc.</u>**

(New case: Print name of person starting case **vs.** name of person or agency you are filing against.)
(When filing into an existing family law case, the case caption remains the same as the original filing.)

Please mark one of the boxes below:

☒ **Seattle Area**, defined as:

All of King County north of Interstate 90 and including all of the Interstate 90 right-of-way; all the cities of Seattle, Mercer Island, Bellevue, Issaquah and North Bend; and all of Vashon and Maury Islands.

☐ **Kent Area**, defined as:

All of King County south of Interstate 90 except those areas included in the Seattle Case Assignment Area.

I certify that this case meets the case assignment criteria, described in King County LCR 82(e).

/s/ Blythe H. Chandler, WSBA #43387 _____          _____April 19, 2023_____
Signature of Attorney          WSBA Number          Date

or

_____          _____
Signature of person who is starting case          Date

936 N. 34th Street, Suite 300, Seattle, WA 98103 _____
Address, City, State, Zip Code of person who is starting case if not represented by attorney

**KING COUNTY SUPERIOR COURT**
**CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET**

## CIVIL
Please check the category that best describes this case.

**APPEAL/REVIEW**

☐ Administrative Law Review (ALR 2)

(Petition to the Superior Court for review of rulings made by state administrative agencies.( e.g. DSHS Child Support, Good to Go passes, denial of benefits from Employment Security, DSHS)

☐ Board of Industrial Insurance Appeals – Workers Comp (ALRLI 2)*

(Petition to the Superior Court for review of rulings made by Labor & Industries.)

☐ DOL Revocation (DOL 2)*

(Appeal of a DOL revocation Implied consent-Test refusal ONLY.) RCW 46.20.308(9)

☐ Subdivision Election Process Review (SER 2)*

(Intent to challenge election process)

☐ Voter Election Process Law Review (VEP 2)*

(Complaint for violation of voting rights act)

☐ Petition to Appeal/Amend Ballot Title (BAT 2)

**CONTRACT/COMMERCIAL**

☐ Breach of Contract (COM 2)*

(Complaint involving money dispute where a breach of contract is involved.)

☐ Commercial Contract (COM 2)*

(Complaint involving money dispute where a contract is involved.)

☐ Commercial Non-Contract (COL 2)*

(Complaint involving money dispute where no contract is involved.)

☐ Third Party Collection (COL 2)*

(Complaint involving a third party over a money dispute where no contract is involved.)

**JUDGMENT**

☐ Abstract, Judgment, Another County (ABJ 2)

(A certified copy of a judgment docket from another Superior Court within the state.)

☐ Confession of Judgment (CFJ 2)*

(The entry of a judgment when a defendant admits liability and accepts the amount of agreed-upon damages but does not pay or perform as agreed upon.)

☐ Foreign Judgment (from another State or Country) (FJU 2)

(Any judgment, decree, or order of a court of the United States, or of any state or territory, which is entitled to full faith and credit in this state.)

☐ Tax Warrant or Warrant (TAX 2)

(A notice of assessment by a state agency or self-insured company creating a judgment/lien in the county in which it is filed.)

☐ Transcript of Judgment (TRJ 2)

(A certified copy of a judgment from a court of limited jurisdiction (e.g. District or Municipal court) to a Superior Court.)

**PROPERTY RIGHTS**

☐ Condemnation/Eminent Domain (CON 2)*

(Complaint involving governmental taking of private property with payment, but not necessarily with consent.)

☐ Foreclosure (FOR 2)*

(Complaint involving termination of ownership rights when a mortgage or tax foreclosure is involved, where ownership is not in question.)

☐ Land Use Petition (LUP 2)*

(Petition for an expedited judicial review of a land use decision made by a local jurisdiction.) RCW 36.70C.040

☐ Property Fairness Act (PFA 2)*

(Complaint involving the regulation of private property or restraint of land use by a government entity brought forth by Title 64.)

☐ Quiet Title (QTI 2)*

(Complaint involving the ownership, use, or disposition of land or real estate other than foreclosure.)

☐ Residential Unlawful Detainer (Eviction) (UND 2)

(Complaint involving the unjustifiable retention of lands or attachments to land, including water and mineral rights.)

☐ Non-Residential Unlawful Detainer (Eviction) (UND 2)

(Commercial property eviction.)

**OTHER COMPLAINT/PETITION**
☐ Action to Compel/Confirm Private Binding Arbitration (CAA 2)

(Petition to force or confirm private binding arbitration.)

☐ Assurance of Discontinuance (AOD 2)

(Filed by Attorney General's Office to prevent businesses from engaging in improper or misleading practices.)

☐ Birth Certificate Change(PBC 2)

(Petition to amend birth certificate)

☐ Bond Justification (PBJ 2)

(Bail bond company desiring to transact surety bail bonds in King County facilities.)

☐ Change of Name (CHN 5)

(Petition for name change, when domestic violence/anti-harassment issues require confidentiality.)

☐ Certificate of Rehabilitation (CRR 2)

(Petition to restore civil and political rights.)

☐ Certificate of Restoration Opportunity(CRP 2)

(Establishes eligibility requirements for certain professional licenses)

☐ Civil Commitment (sexual predator) (PCC 2)

(Petition to detain an individual involuntarily.)

☐ Notice of Deposit of Surplus Funds (DSF 2)

(Deposit of extra money from a foreclosure after payment of expenses from sale and obligation secured by the deed of trust.)

☐ Emancipation of Minor (EOM 2)

(Petition by a minor for a declaration of emancipation.)

☐ Foreign Subpoena (OSS 2)

(To subpoena a King County resident or entity for an out of state case.)

☐ Foreign Protection Order (FPO 2)

(Registering out of state protection order)

☐ Frivolous Claim of Lien (FVL 2)

(Petition or Motion requesting a determination that a lien against a mechanic or materialman is excessive or unwarranted.)

☐ Application for Health & Safety Inspection (HSI 2)

☐ Injunction (INJ 2)*

(Complaint/petition to require a person to do or refrain from doing a particular thing.)

☐ Interpleader (IPL 2)

(Petition for the deposit of disputed earnest money from real estate, insurance proceeds, and/or other transaction(s).)

☐ Malicious Harassment (MHA 2)*

(Suit involving damages resulting from malicious harassment.) RCW 9a.36.080

☐ Non-Judicial Filing (NJF 2)

(See probate section for TEDRA agreements. To file for the record document(s) unrelated to any other proceeding and where there will be no judicial review.)

☒ Other Complaint/Petition (MSC 2)*

(Filing a Complaint/Petition for a cause of action not listed)

☐ Minor Work Permit (MWP 2)

(Petition for a child under 14 years of age to be employed)

☐ Perpetuation of Testimony (PPT 2)

(Action filed under CR 27)

☐ Petition to Remove Restricted Covenant (RRC 2)
Declaratory judgment action to strike discriminatory provision of real property contract.

☐ Public records Act (PRA 2)*

(Action filed under RCW 42.56)

☐ Receivership (RCVR 2)

(The process of appointment by a court of a receiver to take custody of the property, business, rents and profits of a party to a lawsuit pending a final decision on disbursement or an agreement.)

☐ Relief from Duty to Register (RDR 2)

(Petition seeking to stop the requirement to register.)

☐ Restoration of Firearm Rights (RFR 2)

(Petition seeking restoration of firearms rights under RCW 9.41.040 and 9.41.047.)

☐ School District-Required Action Plan (SDR 2)

(Petition filed requesting court selection of a required action plan proposal relating to school academic performance.)

☐ Seizure of Property from the Commission of a Crime-Seattle (SPC 2)*

(Seizure of personal property which was employed in aiding, abetting, or commission of a crime, from a defendant after conviction.)

☐ Seizure of Property Resulting from a Crime-Seattle (SPR 2)*

(Seizure of tangible or intangible property which is the direct or indirect result of a crime, from a defendant following criminal conviction. (e.g., remuneration for, or contract interest in, a depiction or account of a crime.))

☐ Structured Settlements- Seattle (TSS 2)*

(A financial or insurance arrangement whereby a claimant agrees to resolve a personal injury tort claim by receiving periodic payments on an agreed schedule rather than as a lump sum.)

☐ Vehicle Ownership (PVO 2)*

(Petition to request a judgment awarding ownership of a vehicle.)

**TORT, ASBESTOS**
☐ Personal Injury (ASP 2)*

(Complaint alleging injury resulting from asbestos exposure.)

☐ Wrongful Death (ASW 2)*

(Complaint alleging death resulting from asbestos exposure.)

**TORT, MEDICAL MALPRACTICE**

☐ Hospital  (MED 2)*

(Complaint involving injury or death resulting from a hospital.)

☐ Medical Doctor (MED 2)*

(Complaint involving injury or death resulting from a medical doctor.)

☐ Other Health care Professional (MED 2)*

(Complaint involving injury or death resulting from a health care professional other than a medical doctor.)

**TORT, MOTOR VEHICLE**

☐ Death (TMV 2)*

(Complaint involving death resulting from an incident involving a motor vehicle.)

☐ Non-Death Injuries (TMV 2)*

(Complaint involving non-death injuries resulting from an incident involving a motor vehicle.)

☐ Property Damages Only (TMV 2)*

(Complaint involving only property damages resulting from an incident involving a motor vehicle.)

☐ Victims Vehicle Theft (VVT 2)*

(Complaint filed by a victim of car theft to recover damages.)  RCW 9A.56.078

**TORT, NON-MOTOR VEHICLE**

☐ Other Malpractice (MAL 2)*

(Complaint involving injury resulting from other than professional medical treatment.)

☐ Personal Injury (PIN 2)*

(Complaint involving physical injury not resulting from professional medical treatment, and where a motor vehicle is not involved.)

☐ Products Liability (TTO 2)*

(Complaint involving injury resulting from a commercial product.)

☐ Property Damages (PRP 2)*

(Complaint involving damage to real or personal property excluding motor vehicles.)

☐ Property Damages-Gang (PRG 2)*

(Complaint to recover damages to property related to gang activity.)

☐ Tort, Other (TTO 2)*

(Any other petition not specified by other codes.)

☐ Wrongful Death (WDE 2)*

(Complaint involving death resulting from other than professional medical treatment.)

**WRIT**

☐ Habeas Corpus (WHC 2)

(Petition for a writ to bring a party before the court.)

☐ Mandamus (WRM 2)**

(Petition for writ commanding performance of a particular act or duty.)

☐ Review (WRV 2)**

(Petition for review of the record or decision of a case pending in the lower court; does not include lower court appeals or administrative law reviews.)

*The filing party will be given an appropriate case schedule at time of filing.
** Case schedule will be issued after hearing and findings.

Page 5 of 5

Civil-CICS  Revised 04/2022

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

### IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
### FOR THE COUNTY OF KING

| | |
|---|---|
| Roxann Brown and Michelle Smith | No. 23-2-07103-4  SEA |
| Plaintiff(s) | **ORDER SETTING CIVIL CASE SCHEDULE** |
| vs | |
| | **ASSIGNED JUDGE: Ken Schubert, Dept. 40** |
| ET AL. OLD NAVY, LLC | |
| | FILED DATE: 04/19/2023 |
| Defendant(s) | TRIAL DATE:04/15/2024 |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

### I. NOTICES

**NOTICE TO PLAINTIFF:**
The Plaintiff may serve a copy of this **Order Setting Case Schedule (*Schedule*)** on the Defendant(s) along with the ***Summons and Complaint/Petition.*** Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the ***Summons and Complaint/Petition*** or (2) service of the Defendant's first response to the ***Complaint/Petition***, whether that response is a ***Notice of Appearance***, a response, or a Civil Rule 12 (CR 12) motion. The ***Schedule*** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this ***Schedule***. In order to comply with the ***Schedule***, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**You are required to give a copy of these documents to all parties in this case.**

## I. NOTICES (continued)

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS:**
A filing fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of <u>all parties and claims</u> is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of <u>all parties and claims</u> is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING <u>AND</u> TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and crossclaims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $250 arbitration fee**. If a party seeks a trial de novo when an arbitration award is appealed, a fee of $400 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
**All** parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements <u>and/or</u> Local Civil Rule 41.

**King County Local Rules are available for viewing at <u>www.kingcounty.gov/courts/clerk.</u>**

## II. CASE SCHEDULE

| * | CASE EVENT | EVENT DATE |
|---|------------|------------|
|   | Case Filed and Schedule Issued. | 04/19/2023» |
| * | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [*See KCLMAR 2.1(a) and Notices on Page 2*]. **$250 arbitration fee must be paid** | 09/27/2023 |
| * | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [*See KCLCR 4.2(a) and Notices on Page 2*]. | 09/27/2023 |
|   | **DEADLINE** for Hearing Motions to Change Case Assignment Area [*KCLCR 82(e)*]. | 10/11/2023 |
|   | **DEADLINE** for Disclosure of Possible Primary Witnesses [*See KCLCR 26(k)*]. | 11/13/2023 |
|   | **DEADLINE** for Disclosure of Possible Additional Witnesses [*See KCLCR 26(k)*]. | 12/26/2023 |
|   | **DEADLINE** for Jury Demand [*See KCLCR 38(b)(2)*]. | 01/08/2024 |
|   | **DEADLINE** for a Change in Trial Date [*See KCLCR 40(e)(2)*]. | 01/08/2024 |
|   | **DEADLINE** for Discovery Cutoff [*See KCLCR 37(g)*]. | 02/26/2024 |
|   | **DEADLINE** for Engaging in Alternative Dispute Resolution [*See KCLCR 16(b)*]. | 03/18/2024 |
|   | **DEADLINE**: Exchange Witness & Exhibit Lists & Documentary Exhibits [*KCLCR 4(j)*]. | 03/25/2024 |
| * | **DEADLINE** to file Joint Confirmation of Trial Readiness [*See KCLCR 16(a)(1)*] | 03/25/2024 |
|   | **DEADLINE** for Hearing Dispositive Pretrial Motions [*See KCLCR 56; CR 56*]. | 04/01/2024 |
| * | Joint Statement of Evidence [*See KCLCR 4 (k)*] | 04/08/2024 |
|   | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusions of Law with the Clerk) | 04/08/2024 |
|   | Trial Date [*See KCLCR 40*]. | 04/15/2024 |

*The * indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.*

### III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above. Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance. It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.

DATED:     04/19/2023

_____
PRESIDING JUDGE

**IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE**

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule. The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:** If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:** Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**CASE SCHEDULE AND REQUIREMENTS:** Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

**A. Joint Confirmation regarding Trial Readiness Report**
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g., interpreters, equipment).

The Joint Confirmation Regarding Trial Readiness form is available at www.kingcounty.gov/courts/scforms. If parties wish to request a CR 16 conference, they must contact the assigned court. Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding the report.

**B. Settlement/Mediation/ADR**
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand. Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held. FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

**C. Trial**
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court. The Friday before trial, the parties should access the court's civil standby calendar on the King County Superior Court website www.kingcounty.gov/courts/superiorcourt to confirm the trial judge assignment.

**MOTIONS PROCEDURES**

**A. Noting of Motions**

**Dispositive Motions:** All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge. The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules. Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Non-dispositive Motions:** These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered. All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the Note for Motion should state "Without Oral Argument." Local Civil Rule

7 governs these motions, which include discovery motions. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge. All other motions should be noted and heard on the Family Law Motions calendar. Local Civil Rule 7 and King County Family Law Local Rules govern these procedures. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

**Emergency Motions:** Under the court's local civil rules, emergency motions will usually be allowed only upon entry of an Order Shortening Time. However, some emergency motions may be brought in the Ex Parte and Probate Department as expressly authorized by local rule. In addition, discovery disputes may be addressed by telephone call and without written motion, if the judge approves in advance.

**B. Original Documents/Working Copies/ Filing of Documents: All original documents must be filed with the Clerk's Office.** Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court. The exceptions to the e-filing requirement are also available on the Clerk's Office website. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge. The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom. Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator. Working copies can be submitted through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk/documents/eWC.

**Service of documents:** Pursuant to Local General Rule 30(b)(4)(B), e-filed documents shall be electronically served through the e-Service feature within the Clerk's eFiling application. Pre-registration to accept e-service is required. E-Service generates a record of service document that can be e-filed. Please see the Clerk's office website at www.kingcounty.gov/courts/clerk/documents/efiling regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion. **Do not file the original of the proposed order with the Clerk of the Court.** Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order. The court may distribute orders electronically. Review the judge's website for information: www.kingcounty.gov/courts/SuperiorCourt/judges.

**Presentation of Orders for Signature:** All orders must be presented to the assigned judge or to the Ex Parte and Probate Department, in accordance with Local Civil Rules 40 and 40.1. Such orders, if presented to the Ex Parte and Probate Department, shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). If the assigned judge is absent, contact the assigned court for further instructions. If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the Ex Parte and Probate Department.** Such orders shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department. **If final order and/or formal proof are entered in the Ex Parte and Probate Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**
Pursuant to Local Civil Rule 7(b)(5)(B), the initial motion and opposing memorandum shall not exceed 4,200 words and opposing memoranda and reply memoranda shall not exceed 1,750 words without authorization of the court. The word count

includes all portions of the document, including headings and footnotes, except 1) the caption; 2) table of contents and/or authorities, if any; and 3): the signature block. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

***IT IS SO ORDERED.  FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS.  PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.***

_____

PRESIDING JUDGE

1

2

3

4

5

6

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

7

8

9

10

11

12

13

14

15

16

17

ROXANN BROWN and MICHELLE SMITH,
on their own behalf and on behalf of others
similarly situated,

                     Plaintiffs,

      v.

OLD NAVY, LLC; OLD NAVY (APPAREL),
LLC; OLD NAVY HOLDINGS, LLC; GPS
SERVICES, INC.; and THE GAP, INC.,
inclusive,

                     Defendants.

NO.

**SUMMONS (60 DAYS)**

18

19

20

21

22

23

24

25

26

27

TO:    GPS SERVICES, INC.:

        A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with this summons.

        In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 60 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what has been asked for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2  must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3  the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4  Summons and Complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6  that your written response, if any, may be served on time.

7    THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8  State of Washington.

9

10    RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                    TERRELL MARSHALL LAW GROUP PLLC

12                    By:  /s/ Blythe H. Chandler, WSBA #43387
13                        Beth E. Terrell, WSBA #26759
                        Email: bterrell@terrellmarshall.com
14                        Jennifer Rust Murray, WSBA #36983
                        Email: jmurray@terrellmarshall.com
15                        Blythe H. Chandler, WSBA #43387
16                        Email: bchandler@terrellmarshall.com
                        936 North 34th Street, Suite 300
17                        Seattle, Washington 98103
                        Telephone: (206) 816-6603
18                        Facsimile: (206) 319-5450

19                        Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                        Email: srios@bm.net
                        E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                        Email: emdrake@bm.net
                        BERGER & MONTAGUE, P.C.
22                        401 B Street, Suite 2000
                        San Diego, California 92101
23                        Telephone: (619) 489-0300
                        Facsimile: (215) 875-4604
24

25                      *Attorneys for Plaintiffs*

26

27

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated, | NO. |
| Plaintiffs, | **SUMMONS (60 DAYS)** |
| v. | |
| OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive, | |
| Defendants. | |

TO:    OLD NAVY (APPAREL), LLC:

A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 60 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what has been asked for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
• www.terrellmarshall.com

1          You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2    must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3    the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4    Summons and Complaint will be void.

5          If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6    that your written response, if any, may be served on time.

7          THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8    State of Washington.

9

10          RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                         TERRELL MARSHALL LAW GROUP PLLC

12

                         By: /s/ Blythe H. Chandler, WSBA #43387

13                            Beth E. Terrell, WSBA #26759
                            Email: bterrell@terrellmarshall.com

14                            Jennifer Rust Murray, WSBA #36983
                            Email: jmurray@terrellmarshall.com

15                            Blythe H. Chandler, WSBA #43387
                            Email: bchandler@terrellmarshall.com

16                            936 North 34th Street, Suite 300

17                            Seattle, Washington 98103
                            Telephone: (206) 816-6603

18                            Facsimile: (206) 319-5450

19

20                            Sophia M. Rios, *Pro Hac Vice Forthcoming*
                            Email: srios@bm.net

21                            E. Michelle Drake, *Pro Hac Vice Forthcoming*
                            Email: emdrake@bm.net

22                            BERGER & MONTAGUE, P.C.
                            401 B Street, Suite 2000

23                            San Diego, California 92101
                            Telephone: (619) 489-0300

24                            Facsimile: (215) 875-4604

25                            *Attorneys for Plaintiffs*

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

2

3

4

5

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

6     IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

7

8   ROXANN BROWN and MICHELLE SMITH,
on their own behalf and on behalf of others
9   similarly situated,

10                    Plaintiffs,

11          v.

12   OLD NAVY, LLC; OLD NAVY (APPAREL),
LLC; OLD NAVY HOLDINGS, LLC; GPS
13   SERVICES, INC.; and THE GAP, INC.,
inclusive,
14

15                    Defendants.

16

NO.

**SUMMONS (60 DAYS)**

17

18   TO:     OLD NAVY HOLDINGS, LLC:

19          A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

20   Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

21   this summons.

22          In order to defend against this lawsuit, you must respond to the complaint by stating your

23   defense in writing, and by serving a copy upon the person signing this summons within 60 days

24   after the service of this summons, excluding the day of service, or a default judgment may be

25   entered against you without notice. A default judgment is one where Plaintiff is entitled to what

26   has been asked for because you have not responded. If you serve a notice of appearance on the

27   undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2  must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3  the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4  Summons and Complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6  that your written response, if any, may be served on time.

7    THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8  State of Washington.

9

10    RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                                      TERRELL MARSHALL LAW GROUP PLLC

12                                      By: /s/ Blythe H. Chandler, WSBA #43387

13                                          Beth E. Terrell, WSBA #26759
                                            Email: bterrell@terrellmarshall.com
14                                          Jennifer Rust Murray, WSBA #36983
                                            Email: jmurray@terrellmarshall.com
15                                          Blythe H. Chandler, WSBA #43387
                                            Email: bchandler@terrellmarshall.com
16                                          936 North 34th Street, Suite 300
17                                          Seattle, Washington 98103
                                            Telephone: (206) 816-6603
18                                          Facsimile: (206) 319-5450

19                                          Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                                          Email: srios@bm.net
                                            E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                                          Email: emdrake@bm.net
                                            BERGER & MONTAGUE, P.C.
22                                          401 B Street, Suite 2000
                                            San Diego, California 92101
23                                          Telephone: (619) 489-0300
                                            Facsimile: (215) 875-4604
24

25                                      *Attorneys for Plaintiffs*

26

27

1

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

2

3

4

5

6

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

7

8   ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,

9

10                      Plaintiffs,

11          v.

12   OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS

13   SERVICES, INC.; and THE GAP, INC., inclusive,

14

15                      Defendants.

16

NO.

**SUMMONS (60 DAYS)**

17

18   TO:     THE GAP, INC.:

19          A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

20   Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

21   this summons.

22          In order to defend against this lawsuit, you must respond to the complaint by stating your

23   defense in writing, and by serving a copy upon the person signing this summons within 60 days

24   after the service of this summons, excluding the day of service, or a default judgment may be

25   entered against you without notice. A default judgment is one where Plaintiff is entitled to what

26   has been asked for because you have not responded. If you serve a notice of appearance on the

27   undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2    must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3    the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4    Summons and Complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6    that your written response, if any, may be served on time.

7    THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8    State of Washington.

9

10   RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                                           TERRELL MARSHALL LAW GROUP PLLC

12                                           By: /s/ Blythe H. Chandler, WSBA #43387
13                                               Beth E. Terrell, WSBA #26759
                                                 Email: bterrell@terrellmarshall.com
14                                               Jennifer Rust Murray, WSBA #36983
                                                 Email: jmurray@terrellmarshall.com
15                                               Blythe H. Chandler, WSBA #43387
                                                 Email: bchandler@terrellmarshall.com
16                                               936 North 34th Street, Suite 300
17                                               Seattle, Washington 98103
                                                 Telephone: (206) 816-6603
18                                               Facsimile: (206) 319-5450

19                                               Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                                               Email: srios@bm.net
                                                 E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                                               Email: emdrake@bm.net
                                                 BERGER & MONTAGUE, P.C.
22                                               401 B Street, Suite 2000
                                                 San Diego, California 92101
23                                               Telephone: (619) 489-0300
                                                 Facsimile: (215) 875-4604
24
                                                 *Attorneys for Plaintiffs*
25

26

27

SUMMONS (60 DAYS) - 2



## Service of Process Transmittal Summary

**TO:**     Amanda Ferguson
The Gap, Inc.
2 FOLSOM ST DEPT LAW
SAN FRANCISCO, CA 94105-1205

**RE:**     **Process Served in California**

**FOR:**    GPS Services, Inc.  (Domestic State: CA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated vs. OLD NAVY, LLC |
| **CASE #:** | 232071034SEA |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/26/2023 at 14:22 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Octavia Cruz  Octavia_Cruz@gap.com |
| | Email Notification,  Amanda Ferguson  Amanda_Ferguson@gap.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 330 N BRAND BLVD |
| | STE 700 |
| | GLENDALE, CA 91203 |
| | 866-665-5799 |
| | SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**                                 Wed, Apr 26, 2023
**Server Name:**                 DROP SERVICE

| Entity Served | GPS SERVICES INC |
|---|---|
| Case Number | 232071034SEA |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | NO.<br><br>**SUMMONS (60 DAYS)** |

TO:     THE GAP, INC.:

A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 60 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what has been asked for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2  must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3  the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4  Summons and Complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6  that your written response, if any, may be served on time.

7    THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8  State of Washington.

9

10    RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                                TERRELL MARSHALL LAW GROUP PLLC

12                                By: /s/ Blythe H. Chandler, WSBA #43387

13                                    Beth E. Terrell, WSBA #26759
                                     Email: bterrell@terrellmarshall.com
14                                    Jennifer Rust Murray, WSBA #36983
                                     Email: jmurray@terrellmarshall.com
15                                    Blythe H. Chandler, WSBA #43387
                                     Email: bchandler@terrellmarshall.com
16                                    936 North 34th Street, Suite 300
17                                    Seattle, Washington 98103
                                     Telephone: (206) 816-6603
18                                    Facsimile: (206) 319-5450

19                                    Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                                    Email: srios@bm.net
                                     E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                                    Email: emdrake@bm.net
                                     BERGER & MONTAGUE, P.C.
22                                    401 B Street, Suite 2000
                                     San Diego, California 92101
23                                    Telephone: (619) 489-0300
                                     Facsimile: (215) 875-4604
24

25                                *Attorneys for Plaintiffs*

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

ROXANN BROWN and MICHELLE SMITH,
on their own behalf and on behalf of others
similarly situated,

                    Plaintiffs,

      v.

OLD NAVY, LLC; OLD NAVY (APPAREL),
LLC; OLD NAVY HOLDINGS, LLC; GPS
SERVICES, INC.; and THE GAP, INC.,
inclusive,

                    Defendants.

NO.

**SUMMONS (60 DAYS)**

TO:    GPS SERVICES, INC.:

        A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

this summons.

        In order to defend against this lawsuit, you must respond to the complaint by stating your

defense in writing, and by serving a copy upon the person signing this summons within 60 days

after the service of this summons, excluding the day of service, or a default judgment may be

entered against you without notice. A default judgment is one where Plaintiff is entitled to what

has been asked for because you have not responded. If you serve a notice of appearance on the

undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2   must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3   the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4   Summons and Complaint will be void.

5      If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6   that your written response, if any, may be served on time.

7      THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8   State of Washington.

9

10      RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                                           TERRELL MARSHALL LAW GROUP PLLC

12
                                             By: /s/ Blythe H. Chandler, WSBA #43387
13                                               Beth E. Terrell, WSBA #26759
                                                 Email: bterrell@terrellmarshall.com
14                                               Jennifer Rust Murray, WSBA #36983
                                                 Email: jmurray@terrellmarshall.com
15                                               Blythe H. Chandler, WSBA #43387
                                                 Email: bchandler@terrellmarshall.com
16                                               936 North 34th Street, Suite 300
17                                               Seattle, Washington 98103
                                                 Telephone: (206) 816-6603
18                                               Facsimile: (206) 319-5450

19                                               Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                                               Email: srios@bm.net
                                                 E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                                               Email: emdrake@bm.net
                                                 BERGER & MONTAGUE, P.C.
22                                               401 B Street, Suite 2000
23                                               San Diego, California 92101
                                                 Telephone: (619) 489-0300
24                                               Facsimile: (215) 875-4604

25                                               *Attorneys for Plaintiffs*

26

27

SUMMONS (60 DAYS) - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR THE COUNTY OF KING

| | |
|---|---|
| Roxann Brown and Michelle Smith | No. 23-2-07103-4  SEA |
| VS | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| Old Navy, LLC | |
| | (CICS) |

### CAUSE OF ACTION

MSC - Miscellaneous

### AREA OF DESIGNATION

SEA             Defined as all King County north of Interstate 90 and including all of
Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah,
and North Bend, and all of Vashon and Maury Islands.

1
2
3
4
5
6
7

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| 8 ROXANN BROWN and MICHELLE SMITH,<br>9 on their own behalf and on behalf of others<br>similarly situated,<br>10<br>11              Plaintiffs,<br>12     v.<br>13 OLD NAVY, LLC; OLD NAVY (APPAREL),<br>LLC; OLD NAVY HOLDINGS, LLC; GPS<br>14 SERVICES, INC.; and THE GAP, INC.,<br>inclusive,<br>15<br>16            Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR<br>VIOLATION OF THE CONSUMER<br>PROTECTION ACT, RCW 19.86, AND<br>THE COMMERCIAL ELECTRONIC<br>MAIL ACT, RCW 19.190**<br><br>**DEMAND FOR TRIAL BY JURY** |

17
18           **I.**     **NATURE OF THE ACTION**

19     1.     This is a class action against Defendants Old Navy, LLC, Old Navy (Apparel),

20 LLC, Old Navy Holdings, LLC, GPS Services, Inc., and The Gap, Inc. (collectively, "Old Navy"

21 or "Defendants") for false and misleading email marketing.

22     2.     Old Navy sends emails to Washington consumers which contain false or

23 misleading information in the subject lines. For example, Old Navy sends emails that mis-state

24 the duration of given promotions, in an apparent effort to drive sales by creating a false sense of

25 urgency. The subject line of these kinds of emails falsely claims that a certain sale or discount is

26 limited to a specific time, such as "today only" or "3 DAYS ONLY," when, in reality, the offer

27 lasts longer than advertised or the item has already been on sale for longer than advertised. As

28

CLASS ACTION COMPLAINT - 1

TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>TEL. 206.816.6603 • FAX 206.319.5450<br>www.terrellmarshall.com

1  another example, Old Navy sends emails with subject lines claiming that a sale or discount has

2  been "extended," when, in reality, Old Navy always planned the sale to continue during the

3  advertised extension.

4      3.      Old Navy also uses its preconceived "sale extensions" as an excuse to send

5  consumers additional emails purporting to notify them that a sale is ending or that a sale has been

6  extended. This practice causes consumers' inboxes to become inflated with spam.

7      4.      Old Navy's practice of sending serial emails about sales with imaginary time

8  limits, fake extensions, and more illusory special offers violates the Washington Commercial

9  Electronic Mail Act ("CEMA"), RCW 19.190, and the Washington Consumer Protection Act,

10  RCW 19.86.

11      5.      By sending emails with false and misleading information to Plaintiffs and the

12  Class (defined below), Old Navy clogs emails inboxes with false information and violates

13  Plaintiffs' and Class members' right to be free from deceptive commercial e-mails.

14      6.      Plaintiffs bring this action as a class action on behalf of persons residing in

15  Washington who also received Old Navy's false and misleading emails. Plaintiffs' requested

16  relief includes an injunction to end these practices, an award to Plaintiffs and Class members of

17  statutory and exemplary damages for each illegal email, and an award of attorneys' fees and

18  costs.

19                          **II.     PARTIES**

20      7.      Plaintiff Roxann Brown is a citizen of Washington State, residing in Pierce

21  County, Washington.

22      8.      Plaintiff Michelle Smith is a citizen of Washington State, residing in Clark

23  County, Washington.

24      9.      Defendant Old Navy, LLC is a wholly-owned subsidiary of The Gap, Inc., and is

25  a limited liability company chartered under the laws of the State of Delaware. Old Navy, LLC

26  currently is, and at all relevant times in the past has, engaged in substantial business activities in

27  the State of Washington and in King County.

28

CLASS ACTION COMPLAINT - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       10.     Defendant Old Navy (Apparel), LLC, is a wholly-owned subsidiary of GPS

2 Services, Inc., and is a limited liability company chartered under the laws of the State of

3 California. Old Navy (Apparel), LLC currently is, and at all relevant times in the past has,

4 engaged in substantial business activities in the State of Washington and in King County.

5       11.     Defendant Old Navy Holdings, LLC, is a limited liability company chartered

6 under the laws of the State of California. Old Navy Holdings, LLC currently is, and at all

7 relevant times in the past has, engaged in substantial business activities in the State of

8 Washington and in King County.

9       12.     Defendant GPS Services, Inc., is a wholly-owned subsidiary of The Gap, Inc., and

10 is a corporation chartered under the laws of the State of California. GPS Services, Inc. currently

11 is, and at all relevant times in the past has, engaged in substantial business activities in the State

12 of Washington and in King County.

13      13.     Defendant The Gap, Inc., is a corporation chartered under the laws of the State of

14 Delaware. The Gap, Inc. currently is, and at all relevant times in the past has, engaged in

15 substantial business activities in the State of Washington and in King County.

16      14.     Old Navy owns and operates a large online marketplace to consumers in the state

17 of Washington, maintain more than 20 physical stores in the state, including 7 stores in King

18 County, and send the marketing emails at issue in this Complaint to consumers throughout

19 Washington.

20       **III.    JURISDICTION AND VENUE**

21      15.     This Court has subject matter jurisdiction over this civil action pursuant to,

22 without limitation, Section 6 of Article IV of the Washington State Constitution (Superior Court

23 jurisdiction, generally), RCW 19.86.090 (Superior Court jurisdiction over Consumer Protection

24 Act claims) and RCW 19.190.090 (Superior Court jurisdiction over Commercial Electronic Mail

25 Act claims).

26      16.     This Court has personal jurisdiction over Old Navy under RCW 4.28.185. This

27 Court may exercise personal jurisdiction over the out-of-state Old Navy because the claims

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 │ alleged in this civil action arose from, without limitation, Old Navy's purposeful transmission of

2 │ electronic mail messages to consumers within the State of Washington. In addition, Old Navy

3 │ intended, knew, or is chargeable with the knowledge that its out-of-state actions would have a

4 │ consequence within Washington.

5 │        17.     This also Court has personal jurisdiction over Old Navy under RCW 19.86.160.

6 │ For example, and without limitation, Old Navy engaged and is continuing to engage in conduct

7 │ in violation of RCW 19.86 which has had and continues to have an impact in Washington which

8 │ said chapter reprehends.

9 │        18.     Venue is proper in King County Superior Court because Old Navy is made up of

10 │ corporations that have their residence in King County. RCW 4.12.025. Currently and at all

11 │ relevant times, Old Navy has transacted business in King County, including without limitation

12 │ by sending the marketing emails alleged herein to residents of King County, and maintaining

13 │ stores for the transaction of business within King County.

14 │ 

**IV.    FACTUAL ALLEGATIONS**

15 │ **A.    The CEMA prohibits initiating or conspiring to initiate the transmission of**
16 │ **       commercial e-mails with false or misleading subject lines.**

17 │        19.     Washington's Commercial Electronic Mail Act (CEMA) regulates deceptive
18 │ email marketing.

19 │        20.     "CEMA was enacted to protect concrete interests in being free from deceptive
20 │ commercial e-mails. CEMA's prohibition on sending commercial e-mails with false or
21 │ misleading subject lines . . . creates a substantive right to be free from deceptive commercial e-
22 │ mails." *Harbers v. Eddie Bauer, LLC*, 415 F. Supp. 3d 999, 1011 (W.D. Wash. 2019 Nov. 27,
23 │ 2019) (holding that the plaintiff sufficiently pleaded concrete injury-in-fact for alleged CEMA
24 │ violations based on her receipt of marketing emails from the defendant containing allegedly false
25 │ "xx% off" statements in the subject line). Washington courts have held that "[t]he harms
26 │ resulting from deceptive commercial e-mails resemble the type of harms remedied by nuisance
27 │ or fraud actions." *Id.* at 1008.

28 │

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1       21.     An injury occurs anytime a commercial e-mail is transmitted that contains false or

2  misleading information in the subject line. *Id.* at 1011.

3       22.     Under CEMA, it is irrelevant whether misleading commercial e-mails were

4  solicited. *Id.*

5       23.     CEMA creates an independent but limited private of right of action which can be

6  asserted by a person who is the recipient of a commercial electronic mail message which

7  contains false or misleading information in the subject line. RCW 19.190.030(1)(b). A plaintiff

8  who successfully alleges and proves such a violation may obtain, among other things, an

9  injunction against the person who initiated the transmission. RCW 19.190.090(1). *Wright v.*

10 *Lyft, Inc.*, 189 Wn.2d 718, 728 n. 3 (2017) ("we note that a plaintiff may bring an action to

11 enjoin any CEMA violation.").

12      24.     It is a violation of the consumer protection act, RCW 19.86 *et seq.*, to initiate the

13 transmission or conspire with another person to initiate the transmission of a commercial

14 electronic mail message that contains false or misleading information in the subject line. RCW

15 19.190.030(1). *See also* RCW 19.190.030(2) (providing "that the practices covered by this

16 chapter are matters vitally affecting the public interest for the purpose of applying the consumer

17 protection act, chapter 19.86 RCW. A violation of this chapter is not reasonable in relation to the

18 development and preservation of business and is an unfair or deceptive act in trade or commerce

19 and an unfair method of competition for the purpose of applying the consumer protection act,

20 chapter 19.86 RCW.").

21      25.     To establish a violation of Washington's CPA, a claimant must establish five

22 elements: (1) an unfair or deceptive act or practice, (2) in trade or commerce, (3) that affects the

23 public interest, (4) injury to plaintiff's business or property, and (5) causation. *Hangman Ridge*

24 *Stables, Inc. v. Safeco Title Ins. Co.*, 719 P.2d 531, 533 (Wash. 1986).

25      26.     Washington and federal courts have held that a plaintiff states a CPA claim solely

26 by alleging a violation of the CEMA. *See State v. Heckel*, 143 Wash.2d 824, 24 P.3d 404, 407

27 (2001) ("RCW 19.190.030 makes a violation of [CEMA] a per se violation of the [CPA].").

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CLASS ACTION COMPLAINT - 5

1  Indeed, by alleging a CEMA violation of RCW 19.190.020, a plaintiff alleges all five elements

2  of a CPA violation. *See Gordon v. Virtumundo, Inc.*, 575 F.3d 1040, 1065 (9th Cir. 2009) (citing

3  *Hangman Ridge Training Stables, Inc. v. Safeco Title Ins. Co.*, 105 Wash.2d 778, 719 P.2d 531,

4  535-37 (1986)); *Wright*, 406 P.3d at 1155 ("We conclude that RCW 19.190.040 establishes the

5  injury and causation elements of a CPA claim as a matter of law.").

6  **B.      Old Navy initiates (or conspires to initiate) the transmission of commercial e-mails
7           with false or misleading subject lines.**

8       27.      Old Navy has initiated (or conspired to initiate) the transmission of dozens of

9  commercial electronic mail messages with false or misleading subject lines to Plaintiffs and the

10  Class. The emails were electronic mail messages, in that they were each an electronic message

11  sent to an electronic mail address; the emails from Old Navy also referred to an internet domain,

12  whether or not displayed, to which an electronic mail message can or could be sent or delivered.

13       28.      Old Navy sent the emails for the purpose of promoting its goods for sale.

14       29.      The emails were sent at Old Navy's direction and were approved by Old Navy.

15       30.      Old Navy's emails frequently advertise the "limited" nature of sales, discounts,

16  and prices. For example, on April 30, 2022, Old Navy sent an email with a subject line, "No

17  joke! $12.50 JEANS (today only) . . ." By stating that a sale is only on for a limited time, Old

18  Navy suggests an offer's rarity or urgency, stimulating consumers' desire to get the deal before

19  its gone while simultaneously inducing fear of missing a good buy. With this simple technique, a

20  consumer can be seduced into making an impulsive purchase in a hurry.

21       31.      Old Navy designs the subject lines of its marketing emails to tap into these

22  consumer urges—going so far as to feature images of clocks in the email subject line itself next

23  to words such as "tick-tock" and "Time's almost out." Other email subject lines spur the

24  recipient to make purchases, prompting the recipient to "Hurry!," "OPEN QUICKLY," and "Go,

25  go, go!"

26

27

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      32.     The fact that such statements are false and misleading has been recognized by the

2  Federal Trade Commission, which directs that sellers should not "make a 'limited' offer which,

3  in fact, is not limited." 16 C.F.R. § 233.5.

4      33.     Old Navy uses the purportedly limited nature of its offers to send *more* emails to

5  consumers than it otherwise might. Old Navy may send a single consumer up to five marketing

6  emails *per day*, and commonly sends three marketing emails *every day*, many of them

7  advertising "limited time" offers. For example, Old Navy will send an email (i) when a limited

8  time offer starts, (ii) while the offer is ongoing, (iii) when the offer is getting close to ending, (iv)

9  when the offer is in its final hours, and (v) when the offer as been "extended." When several

10  emails contain the same false and misleading information about the limited nature of an offer, the

11  emails clog up inboxes with spam email and waste limited data space.

12      34.     Old Navy violates CEMA because many of the statements in the email subject

13  lines intended to seduce consumers into making a purchase are false and misleading on several

14  fronts. There are numerous examples of Old Navy emails that can be shown to have false and

15  misleading information in the subject lines just by reviewing the subject lines of other Old Navy

16  emails. While there are too many examples to include them all here, the facts alleged below

17  show the types of false and misleading email subject lines Old Navy deploys.

18      **1.**     **The offer is available longer than stated in the subject line of the email.**

19      35.     Old Navy commonly claims or suggests that sales will only be available for a

20  certain amount of time in the email subject line. However, in many instances, the sale is

21  available for longer than the time period stated in the email subject line.

22      36.     For example, on May 15, 2021, Old Navy sent an email with a subject line stating

23  "$12 women's compression leggings, today only". However, the next day, Old Navy sent an

24  email with a subject line advertising "TWELVE DOLLAR compression leggings".

25

26

27

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CLASS ACTION COMPLAINT - 7

37.     The subject line of the email sent on May 15, 2021, stating that the leggings would be offered at that price for "today only," was therefore false and misleading because the leggings were offered at the same price the next day.

38.     As a second example, the jeans Old Navy advertised via email on April 30, 2022, with the subject line "No joke! $12.50 JEANS (today only) . . . ," were also advertised in the email subject line the *next day* with a nearly identical subject line: "No joke! $12.50 JEANS (you earned it)."

39.     The subject line of the email sent on April 30, 2022, stating that the jeans would be offered at that price for "today only," was false and misleading because the jeans were offered at the same price the next day.

40.     As another example, on April 15, 2022, Old Navy sent an email with a subject line stating "3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!" But, on April 18, more than three days after the sale was first advertised in Old Navy's marketing emails, Old Navy sent another email with the subject line stating "50% OFF ACTIVE."

41.     The subject line of the email sent on April 15, 2022, stating that active wear would be 50% off for "3 DAYS ONLY," was therefore false and misleading because active wear was offered at 50% for more than three days.

42.     As another example, on June 4, 2022, Old Navy sent an email with a subject line stating "Today Only: $12 cami tops + $12 shorts." However, two days later, on June 6, 2022, Old Navy sent an email advertising cami tops at the same price with a subject line stating: ". . . $12 cami tops (this week only!!)."[1]

43.     The subject line of the email sent on June 4, 2022, stating that the cami tops were $12 for "today only," was therefore false and misleading because the cami tops were offered at the same price in the following days.

_____

[1] An email with the subject line "Snag $19 and under styles for the fam + $12 cami tops (this week only!!)," was also sent on June 2, 2022, meaning the sale on cami tops was already ongoing when it was advertised as "today only" on June 4, 2022 at the same price. The June 4, 2022 email is therefore also false and misleading for the reasons outline in Section B.2 below.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

44.     As another example, starting on June 7, 2022, Old Navy sent emails advertising in the subject lines "$29 matching tops & bottoms (this week only!)." The "one week" sale was advertised in email subject lines on June 7, June 8, June 12, and June 15, 2022. However, the same price continued to be advertised in email subject lines eight days after the first email, on June 15, 2022, and the fine print at the bottom of the email stated the price would be offered for nine days, until June 16, 2022, i.e., more than one week.

45.     The subject lines of the emails sent on June 7, June 8, June 12, and June 15, 2022, advertising the "one week" sale, were therefore false and misleading because the sale was offered for more than one week.

## 2.   **The email states or suggests that the offer is new, but the offer was already available.**

46.     Old Navy's commonly misleads consumers into thinking that a sale or discount is new or is only being offered for a limited time, when the offer or sale has already been ongoing. Such false and misleading statements trick the consumer into thinking that the offer is rarer than it really is and that they should act to take advantage of the special offer.

47.     For example, Old Navy began advertising OG Straight shorts for $16 in email subject lines on the May 3, 2022. On May 5, 2022, the OG straight shorts were advertised in an email subject line stating "THIS WEEK ONLY! $16 OG Straight shorts." However, on May 9, 2022, Old Navy sent an email with a subject line stating "ONE DAY ONLY ! 50% OFF jeans + $16 OG Straight shorts."

48.     The subject line of the email sent on May 9, 2022, stating that the $16 OG Straight shorts was "ONE DAY ONLY," was therefore false and misleading because the sale was offered for more than one day.

49.     As another example, on June 18, 2022, Old Navy sent an email with a subject line stating "@You: FIFTY PERCENT OFF all dresses (today only!)." However, Old Navy advertised all dresses at 50% off the day before in an email subject line stating "You heard correctly, 50% off ALL dresses . . ."

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      50.     The subject line of the email sent on June 18, 2022, stating that 50% off dresses

2  was being offered for "today only," was therefore false and misleading because the sale was

3  offered for more than one day.

4      51.     As a third example, on July 31, 2022, Old Navy sent an email with a subject line

5  stating "A Sunday treat * Half off ALL jeans + $3 kids deals." However, the same two offers

6  were also advertised the day before in *three* emails sent on July 30 with different subject lines.

7      52.     The subject line of the email sent on July 31, 2022, stating that the offered deal

8  was a "Sunday treat," was therefore false and misleading because the advertised deals were not

9  limited to that Sunday.

10      **3.**     **The email states or suggests that the sale is ending, but the sale continues.**

11      53.     Old Navy often sends marketing emails with subject lines stating or suggesting

12  that a sale is ending soon but the sale continues after the email. These emails give consumers a

13  false sense of urgency and spur impulse buys by consumers who do not want to miss the deal.

14      54.     For example, on February 10, 2019, Old Navy sent an email with the subject line:

15  "GAH! This is the last chance to get up to 50% OFF . . ." However, the next day, Old Navy sent

16  an email with a subject line stating "We've announced UP TO 50% OFF STOREWIDE (starting

17  now)." The 50% off storewide promotion continued to be advertised through February 16, 2019.

18      55.     The subject line of the email sent on February 10, 2019, stating that it was the

19  "last chance" to get 50% off, was therefore false and misleading because 50% continued to be

20  offered in the following days.

21      56.     As another example, on March 17, 2019, Old Navy sent an email with a subject

22  line stating "$20 Rockstars + 40% OFF (final reminder!)." However, the next day, on March 18,

23  2019, Old Navy sent an email with a subject line stating "Urgent: You're getting FORTY

24  PERCENT OFF EVERYTHING online for one more day!"

25      57.     The subject line of the email sent on March 17, 2019, stating that it was the "final

26  reminder" to get 40% off was therefore false and misleading because the promotion continued

27  into the next day and Old Navy sent additional reminders.

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

58.     As another example, on November 26, 2021, Old Navy sent an email with the subject line "FINAL HOURS: $5 PJ pants + 50% off— get your gift list ready". Old Navy continued to advertise "50% off" through November 28, 2021, when it sent an email with the subject line "Last chance for $8 thermal leggings + 50% OFF & sooo many cyber deals." Old Navy continued to advertise "50% off" through November 29, 2021, when it sent an email with the subject line stating "FINAL HOURS: 50% OFF *and* $7 PJ pants." However, Old Navy continued to advertise the 50% off sale in email subject lines the following day.

59.     The subject lines of the emails sent on November 26, 2021, November 28, 2021, and November 29, 2021 stating that it was the "FINAL HOURS" or "last chance" to get 50% off were therefore false and misleading because the same offer was advertised for days after those emails were sent.

**4.      The email states that the sale has been "extended," but Old Navy always planned for the sale to be offered during the purported "extension."**

60.     Old Navy also misrepresents the length of time sales will be offered by sending emails stating that a sale has been "EXTENDED!!" These emails are often sent following long holiday weekends when consumers are back at their computers or on their phones after a weekend of activity. However, discovery will show that Old Navy employees did not gather at the end of the planned sale and determine that the sale should be extended. Instead, the sale was always planned to continue and the advertised "extension" is fake.  For example, as detailed in paragraph 59 above, Old Navy advertised a 50% off sale in 2021 for "Black Friday" and "Cyber Monday." However, around 2:00 AM on Tuesday, November 30, 2021, Old Navy sent an email with a subject line stating "No joke, it's CYBER TUESDAY! 50% off has been extended for ONE. MORE. DAY." Old Navy continued to advertise the "extended" sale, with emails that same day stating in the subject lines "FIFTY PERCENT OFF has been extended + 60% off ~these~ picks" and "Oooooh! SIXTY percent off cozy faves for the fam + we're extending 50% off online until midnight".

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1          61.     The subject lines of the three emails sent on November 30, 2021, stating that the

2   50% off sale had been extended, were therefore false and misleading because, as discovery will

3   show, Old Navy had long planned to offer the 50% off sale on Tuesday, November 30, 2021.

4          62.     This inference is further supported by the fact that Old Navy sent the same false

5   and misleading "sale extended" emails on the Tuesday following Thanksgiving the next year, in

6   2022. Old Navy sent an email on Saturday, November 26, 2022 stating in the subject line

7   "CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy

8   socks." Old Navy continued to advertise the sale on the following Sunday and on Cyber

9   Monday. Then, around 5:30 AM on Tuesday, November 29, 2022, Old Navy sent an email with

10  the subject line "Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks".

11         63.     The subject line of the email sent on November 29, 2022, stating that the 50% off

12  sale had been extended, was therefore false and misleading because, as discovery will show, Old

13  Navy had long planned to offer the 50% off sale on Tuesday, November 29, 2022.

**C.     Old Navy Sends Commercial Emails to Consumers Whom It Knows, Or Has
        Reason to Know, Reside In Washington.**

16         64.     Old Navy sent the misleading commercial emails to email addresses that Old

17  Navy knew, or had reason to know, were held by Washington residents, either because (i) Old

18  Navy had a physical Washington address that was associated with the recipient; (ii) Old Navy

19  had access to data regarding the recipient indicating that they were in Washington state; or (iii)

20  information was available to Old Navy upon request from the registrant of the internet domain

21  name contained in the recipient's electronic mail address.

22         65.     Old Navy knows where many of its customers reside through several methods.

23         66.     First, for any person that places an order online from Old Navy, Old Navy

24  associates an email address with a shipping address and/or billing address for that order.

25         67.     Second, Old Navy encourages online shoppers to create online accounts.

26  Customers save information in their Old Navy accounts along with their email address, such as

27  shipping addresses, billing addresses, and phone numbers.

28

CLASS ACTION COMPLAINT - 12

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   68.   Third, Old Navy offers consumers credit cards. Consumers who apply or sign up

2   for such cards must provide additional identifying information, such as a social security number,

3   and provide a billing address to Old Navy. Old Navy also pulls information related to the

4   consumer, such as their past addresses.

5   69.   Fourth, discovery will show that Old Navy employs methods to track the

6   effectiveness of its marketing emails and to identify consumers that click on links contained in

7   Old Navy's marketing emails, including by identifying their physical location. For example,

8   discovery will also show that Old Navy gathers information such as geocoordinates and IP

9   addresses from individuals who click on links in Old Navy commercial emails, and that Old

10  Navy can use such information to determine whether the recipient is in Washington.

11  70.   Fifth, Old Navy also utilizes cookies, pixels, and other online tracking

12  technologies to identify and locate the consumers that click on links contained in Old Navy's

13  marketing emails and that visit its website. For example, Old Navy has installed the Meta Pixel

14  on its website, which identifies website visitors and can identify specific Facebook and

15  Instagram users that visit the Old Navy website; information that can be associated with the data

16  collected by Meta on where that consumer resides. Old Navy also employs tracking technologies

17  provided by Google, Inc., Yahoo! Inc., FullStory, Inc., Twitter, Inc., Microsoft, Inc., and others

18  that may be able to locate consumers in the state of Washington.

19  71.   Sixth, discovery will also show that Old Navy employs sophisticated third parties

20  who create profiles of customers and potential customers, including their email address and

21  physical location.

22  72.   Lastly, Old Navy also knew, should have known, or had reason to know that it

23  sends marketing emails to Washington residents due to its large presence in the state and the

24  volume of marketing emails it sends to people around the country. *See Heckel*, 122 Wash. App.

25  at 6 (holding as a matter of law that a defendant had a reason to know that he sent emails to

26  Washington residents by sending over 100,000 emails a week to people around the country).

27

28

CLASS ACTION COMPLAINT - 13

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     73.     Discovery will show that, at the time it sent the emails with false and misleading

2  subject lines, Old Navy had access to the data described above regarding the location of

3  consumers in Washington to whom it sent the emails.

4  **D.     Old Navy initiated (or conspired to initiate) the transmission of illegal emails to**

5        **Plaintiffs.**

6     74.     At all times relevant to this Complaint, Plaintiff Brown resided in Washington

7  State.

8     75.     Plaintiff Brown has received Old Navy emails since at least September 2017.

9  Plaintiff Brown has received thousands of marketing emails from Old Navy since that date, and

10  typically receives 2-3 emails every day.

11     76.     Plaintiff Brown receives emails from Old Navy at a yahoo.com email address.

12  Plaintiff Brown has a 1000 GB limit of free data from yahoo. Plaintiff Brown currently has at

13  least 1,243 emails from Old Navy in her inbox, but discovery will show that she has received

14  many more emails that she has deleted to conserve the finite space available in her email inbox.

15     77.     Old Navy knows, or has reason to know, that Plaintiff Brown's email address is

16  held by a Washington resident. Plaintiff Brown has an account with Old Navy that reflects her

17  home address in the State of Washington. Plaintiff Brown had made several purchases from the

18  Old Navy website that have been delivered to her home in Washington and she has shopped in

19  Old Navy stores in Washington with her account. Plaintiff Brown has also repeatedly clicked on

20  links contained in Old Navy emails from her computer, which was registered to an IP address in

21  Washington at all relevant times, or from her smart phone, which was located in Washington

22  unless Plaintiff Brown happened to be traveling.

23     78.     Plaintiff Brown received the emails with false and misleading subject lines

24  described in paragraphs 37, 39, 41, 45, 50, 55, 57, 59, 61, and 63, above. Plaintiff Brown

25  received additional emails with false and misleading subject lines from Old Navy as identified

26  Exhibit A. The emails that Plaintiffs allege are misleading are bolded in Exhibit A and the

27  remaining emails provide the context showing why each subject line is false or misleading.

28

CLASS ACTION COMPLAINT - 14

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    79.    Old Navy sent these emails to Plaintiff Brown for the purpose of promoting Old

2  Navy's goods for sale.

3    80.    Old Navy initiated the transmission or conspired to initiate the transmission of

4  these commercial electronic mail messages to Plaintiff Brown.

5    81.    Plaintiff Brown does not want to receive emails with false and misleading subject

6  lines from Old Navy, though she would like to continue receiving truthful information from Old

7  Navy regarding its products. However, due to Old Navy's conduct, Plaintiff Brown cannot tell

8  which emails from Old Navy contain truthful information or which emails are spam with false

9  and misleading information designed to spur her to make a purchase.

10    82.    At all times relevant to this Complaint, Plaintiff Smith resided in Washington

11  State.

12    83.    Plaintiff Smith has received Old Navy emails since at least December 2021.

13  Plaintiff Brown has received hundreds of marketing emails from Old Navy since that date, and

14  typically receives 2-3 emails every day.

15    84.    Plaintiff Smith receives emails from Old Navy at a gmail.com email address.

16  Plaintiff Smith has a 15 GB limit of free data from Gmail. Plaintiff Smith currently has at least

17  614 emails from Old Navy in her inbox, but it is likely that she has received more emails that she

18  has deleted to conserve the finite space available in her email inbox.

19    85.    Old Navy knows, or has reason to know, that Plaintiff Smith's email address is

20  held by a Washington resident. Plaintiff Smith has an account with Old Navy that reflects her

21  home address in the State of Washington. Plaintiff Smith has made several purchases from the

22  Old Navy website that have been delivered to her home in Washington and she has shopped in

23  Old Navy stores in Washington with her account. Plaintiff Smith has also repeatedly clicked on

24  links contained in Old Navy emails from her computer, which was registered to an IP address in

25  Washington at all relevant times, or from her smart phone, which was located in Washington

26  unless Plaintiff Smith happened to be traveling.

27

28

CLASS ACTION COMPLAINT - 15

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   86.     Plaintiff Smith received the emails with false and misleading subject lines

2   described in paragraphs 39, 43, 45, 48, 50, 52, and 63 above. Plaintiff Smith received additional

3   emails with false and misleading subject lines from Old Navy as identified Exhibit B. The emails

4   that Plaintiffs allege are misleading are bolded in Exhibit B and the remaining emails provide the

5   context showing why each subject line is false or misleading.

6   87.     Old Navy sent these emails to Plaintiff Smith for the purpose of promoting Old

7   Navy's goods for sale.

8   88.     Old Navy initiated the transmission or conspired to initiate the transmission of

9   these commercial electronic mail messages to Plaintiff Smith.

10   89.     Plaintiff Smith does not want to receive emails with false and misleading subject

11   lines from Old Navy, though she would like to continue receiving truthful information from Old

12   Navy regarding its products. However, due to Old Navy's conduct, Plaintiff Smith cannot tell

13   which emails from Old Navy contain truthful information or which emails are spam with false

14   and misleading information designed to spur her to make a purchase.

15   90.     As shown in Exhibits A and B, Plaintiff Brown has identified at 51 and Plaintiff

16   Smith has identified at least 40 Old Navy emails with false and misleading subject lines currently

17   in their email inboxes. These emails were sent between September 20, 2018 to December 11,

18   2022, showing that Old Navy engaged in this conduct throughout the relevant time period.

19   Plaintiffs continue to receive emails with false and misleading subject lines. However, because

20   Plaintiffs have deleted some of the emails they have received from Old Navy, they are not

21   presently able to identify all the emails with false and misleading subject lines they have

22   received. Old Navy is aware of all the emails it has sent Plaintiffs and discovery will show the

23   full number of illegal spam emails Old Navy has sent throughout the relevant time period.

24   V.     CLASS ACTION ALLEGATIONS

25   91.     Class Definition. Pursuant to Civil Rule 23(b)(3), Plaintiffs bring this case as a

26   class action on behalf of a Class defined as:

27

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2
3
4
5
6
7
8

All Washington residents[2] who, within four years before the date of the filing of this complaint until the date any order certifying a class is entered, received an email from or at the behest of Old Navy, LLC that contained a subject line stating or implying that (1) a sale, discount, price, or other offer would only be available for a limited time, and the sale, discount, price, or other offer was in fact offered for a longer period of time; (2) a sale, discount, price, or other offer was new or only offered that day, and the sale, discount, price, or other offer was in fact already being offered; (3) a sale, discount, price, or other offer would ending soon, and the sale, discount, price, or other offer continued to be offered for at least another day; or (4) a sale, discount, price, or other offer was being extended, when the sale, discount, price, or other offer was previously planned to continue through the extension advertised.

9   Excluded from the Class are Old Navy, any entity in which Old Navy has a controlling

10 interest or that has a controlling interest in Old Navy, and Old Navy's legal representatives,

11 assignees, and successors. Also excluded are the judge to whom this case is assigned and any

12 member of the judge's immediate family.

13   92.   <u>Numerosity</u>. The Class is so numerous that joinder of all members is

14 impracticable. The Class has more than 1,000 members. Moreover, the disposition of the claims

15 of the Class in a single action will provide substantial benefits to all parties and the Court.

16   93.   <u>Commonality</u>. There are numerous questions of law and fact common to Plaintiffs

17 and members of the Class. The common questions of law and fact include, but are not limited to:

18   a.   Whether Old Navy sent commercial electronic mail messages with false

19 and misleading information in the subject lines;

20   b.   Whether Old Navy initiated the transmission or conspired to initiate the

21 transmission of commercial electronic mail messages to recipients residing in Washington State

22 in violation of RCW 19.190.020;

23   c.   Whether a violation of RCW 19.190.020 establishes all the elements of a

24 claim under Washington's Consumer Protection Act, RCW 19.86 *et seq.*;

25

26 ───────────────

27 [2] "Residents" shall have the same meaning as "persons" as defined in RCW 19.190.010(11) and RCW 19.86.010(a).

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1          d.      Whether Plaintiffs and the proposed Class are entitled to an injunction

2    enjoining Old Navy from sending the unlawful emails in the future; and

3          e.      The nature and extent of Class-wide injury and damages.

4    94.    Typicality. Plaintiffs' claims are typical of the claims of the Class. Plaintiffs'

5    claims, like the claims of the Class arise out of the same common course of conduct by Old Navy

6    and are based on the same legal and remedial theories.

7    95.    Adequacy. Plaintiffs will fairly and adequately protect the interests of the Class.

8    Plaintiffs have retained competent and capable attorneys with significant experience in complex

9    and class action litigation, including consumer class actions and class actions involving

10   violations of CEMA. Plaintiffs and their counsel are committed to prosecuting this action

11   vigorously on behalf of the Class and have the financial resources to do so. Neither Plaintiffs nor

12   their counsel have interests that are contrary to or that conflict with those of the proposed Class.

13   96.    Predominance. Old Navy has a standard practice of initiating or conspiring to

14   initiate commercial electronic mail messages to email addresses held by Washington State

15   residents. The common issues arising from this conduct predominate over any individual issues.

16   Adjudication of these issues in a single action has important and desirable advantages of judicial

17   economy.

18   97.    Superiority. Plaintiffs and members of the Class have been injured by Old Navy's

19   unlawful conduct. Absent a class action, however, most Class members likely would find the

20   cost of litigating their claims prohibitive. Class treatment is superior to multiple individual suits

21   or piecemeal litigation because it conserves judicial resources, promotes consistency and

22   efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. The

23   members of the Class are readily identifiable from Old Navy's records and there will be no

24   significant difficulty in the management of this case as a class action.

25   98.    Injunctive Relief. Old Navy's conduct is uniform as to all members of the Class.

26   Old Navy has acted or refused to act on grounds that apply generally to the Class, so that final

27   injunctive relief or declaratory relief is appropriate with respect to the Class as a whole. Plaintiffs

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   further allege, on information and belief, that the emails described in this Complaint are

2   substantially likely to continue in the future if an injunction is not entered.

3                           **VI.    CAUSES OF ACTION**

4                           **FIRST CLAIM FOR RELIEF**

5   **(Violations of Washington's Commercial Electronic Mail Act, RCW 19.190 *et seq.*)**

6        99.    Plaintiffs reallege and incorporate by reference each and every allegation set forth

7   in the preceding paragraphs.

8        100.    Washington's CEMA prohibits any "person," as that term is defined in RCW

9   19.190.010(11), from initiating or conspiring to initiate the transmission of a commercial

10  electronic mail message from a computer located in Washington or to an electronic mail address

11  that the sender knows, or has reason to know, is held by a Washington resident that contains

12  false or misleading information in the subject line.

13       101.    Old Navy is a "person" within the meaning of the CEMA, RCW 19.190.010(11).

14       102.    Old Navy initiated the transmission or conspired to initiate the transmission of

15  one or more commercial electronic mail messages to Plaintiffs and proposed Class members with

16  false or misleading information in the subject line.

17       103.    Old Navy's acts and omissions violated RCW 19.190.020(1)(b).

18       104.    Old Navy's acts and omissions injured Plaintiffs and proposed Class members.

19       105.    The balance of the equities favors the entry of permanent injunctive relief against

20  Old Navy. Plaintiff, the members of the Class and the general public will be irreparably harmed

21  absent the entry of permanent injunctive relief against Old Navy. A permanent injunction against

22  Old Navy is in the public interest. Old Navy's unlawful behavior is, based on information and

23  belief, ongoing as of the date of the filing of this pleading; absent the entry of a permanent

24  injunction, Old Navy's unlawful behavior will not cease and, in the unlikely event that it

25  voluntarily ceases, is likely to reoccur.

26       106.    Plaintiffs and Class members are therefore entitled to injunctive relief in the form

27  of an order enjoining further violations of RCW 19.190.020(1)(b).

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CLASS ACTION COMPLAINT - 19

## SECOND CLAIM FOR RELIEF
**(*Per se* violation of Washington's Consumer Protection Act, RCW 19.86 *et seq*.)**

107.    Plaintiffs reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

108.    Plaintiffs and Class members are "persons" within the meaning of the CPA, RCW 19.86.010(1).

109.    Old Navy violated the CEMA by initiating or conspiring to initiate the transmission of a commercial electronic mail messages to Plaintiffs and Class members' that contain false or misleading information in the subject line.

110.    A violation of CEMA is a "per se" violation of the Washington Consumer Protection Act ("CPA"), RCW 19.86.010, *et seq*. RCW 19.190.030.

111.    A violation of the CEMA establishes all five elements of Washington's Consumer Protection Act as a matter of law.

112.    Old Navy's violations of the CEMA are unfair or deceptive acts or practices that occur in trade or commerce under the CPA. RCW 19.190.100.

113.    Old Navy's unfair or deceptive acts or practices vitally affect the public interest and thus impact the public interest for purposes of applying the CPA. RCW 19.190.100.

114.    Pursuant to RCW 19.19.040(1), damages to each recipient of a commercial electronic mail message sent in violation of the CEMA are the greater of $500 for each such message or actual damages, which establishes the injury and causation elements of a CPA claim as a matter of law. *Lyft*, 406 P.3d at 1155.

115.    Old Navy engaged in a pattern and practice of violating the CEMA. As a result of Old Navy's acts and omissions, Plaintiffs and Class members have sustained damages, including $500 in statutory damages, for each and every email that violates the CEMA. The full amount of damages will be proven at trial. Plaintiffs and Class members are entitled to recover actual damages and treble damages, together with reasonable attorneys' fees and costs, pursuant to RCW 19.86.090.

CLASS ACTION COMPLAINT - 20

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     116.   Under the CPA, Plaintiffs and members of the Class are also entitled to, and do

2  seek, injunctive relief prohibiting Old Navy from violating the CPA in the future.

3                    **VII.   REQUEST FOR RELIEF**

4     WHEREFORE, Plaintiffs, on their own behalf and on behalf of the members of the Class,

5  request judgment against Old Navy as follows:

6     A.     That the Court certify the proposed Class;

7     B.     That the Court appoint Plaintiffs as Class Representatives.

8     C.     That the Court appoint the undersigned counsel as counsel for the Class;

9     D.     That the Court should grant injunctive relief as permitted by law to ensure that

10  Old Navy will not continue to engage in the unlawful conduct described in this Complaint;

11     E.     That the Court enter a judgment awarding any other injunctive relief necessary to

12  ensure Old Navy's compliance with the CEMA;

13     F.     That Old Navy be immediately restrained from altering, deleting or destroying

14  any documents or records that could be used to identify members of the Class;

15     G.     That Plaintiffs and all Class members be awarded statutory damages in the

16  amount of $500 for each violation of the CEMA pursuant to RCW 19.190.020(1)(b) and treble

17  damages pursuant to RCW 19.86.090;

18     H.     That the Court enter an order awarding Plaintiffs reasonable attorneys' fees and

19  costs; and

20     I.     That Plaintiffs and all Class members be granted other relief as is just and

21  equitable under the circumstances.

22                    **VIII.  TRIAL BY JURY**

23     Plaintiffs demand a trial by jury for all issues so triable.

24

25

26

27

28

CLASS ACTION COMPLAINT - 21

1   RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

2                          TERRELL MARSHALL LAW GROUP PLLC

3
                        By: /s/ Blythe H. Chandler, WSBA #43387
4                           Beth E. Terrell, WSBA #26759
                            Email: bterrell@terrellmarshall.com
5                           Jennifer Rust Murray, WSBA #36983
                            Email: jmurray@terrellmarshall.com
6                           Blythe H. Chandler, WSBA #43387
                            Email: bchandler@terrellmarshall.com
7                           936 North 34th Street, Suite 300
8                           Seattle, Washington 98103
                            Telephone: (206) 816-6603
9                           Facsimile: (206) 319-5450

10                          Sophia M. Rios, *Pro Hac Vice Forthcoming*
11                          Email: srios@bm.net
                            E. Michelle Drake, *Pro Hac Vice Forthcoming*
12                          Email: emdrake@bm.net
                            BERGER & MONTAGUE, P.C.
13                          401 B Street, Suite 2000
14                          San Diego, California 92101
                            Telephone: (619) 489-0300
15                          Facsimile: (215) 875-4604

16                          *Attorneys for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28
CLASS ACTION COMPLAINT - 22

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 9/20/2018 | ALL JEANS ON SALE! | |
| 9/20/2018 | Last call: HALF OFF *all* jeans for the littles | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/24/2018 | 50% OFF *all* tees today + our jeans sale is ending soon | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/25/2018 | EXPIRATION ALERT! Up to 50% OFF storewide + ALL jeans on sale end TONIGHT | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/29/2018 | ***50% OFF ALL jeans + 30% OFF all. this. NEW.*** | |
| 10/29/2018 | SAY WHAT?! Up to 50% OFF storewide! | |
| 10/30/2018 | 50% OFF *all* SWEATSHIRTS & HOODIES! 6 HRS ONLY | Already on Sale (Complaint Section IV(B)(2)) |
| 11/2/2018 | ***TODAY: 50% OFF ALL SWEATERS*** | |
| 11/2/2018 | TODAY! It's all about those HALF OFF sweaters | |
| 11/5/2018 | 🌀 WOWZA 🌀 Up to 50% OFF *all* jeans, pants, sweaters & outerwear in-store! | |
| 11/6/2018 | ⟦ALL jeans, pants, sweaters & outerwear are up to FIFTY PERCENT OFF!⟧ | |
| 11/8/2018 | AN EXCUSE TO SHOP! *ALL* jeans, pants, sweaters & outerwear are up to 50% OFF | |
| 11/10/2018 | 50% OFF *all* jeans, sweaters & outerwear. (This almost NEVER happens!) | |
| 11/13/2018 | 📨 40% OFF YOUR ORDER ENCLOSED! | |
| 11/13/2018 | 🖊 You get 40% OFF your order. And you get 40% OFF your order. EVERYONE GETS 40% OFF THEIR ORDER | |
| 11/14/2018 | 40% OFF your order is ending! You better hurry... | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/16/2018 | HOLIDAY YOUR ♡ OUT with 40% OFF your ENTIRE purchase | |
| 11/19/2018 | OMG! ALL SWEATERS ON SALE (HALF OFF!) | |
| 11/19/2018 | ❗Yayyyyyy! You're approved for HALF-PRICE SWEATERS | Already on Sale (Complaint Section IV(B)(2)) |
| 11/27/2018 | JUST HOURS LEFT: 50% OFF EVERYTHING ONLINE — MEET US AT THE WWW | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/28/2018 | Your up to 50% OFF STOREWIDE is waiting! | |
| 11/29/2018 | BEST. NEWS. EVER: Up to 50% OFF storewide with styles from $4! | |
| 12/4/2018 | EEK! This is your LAST CHANCE for up to 50% OFF STOREWIDE | Sale "Ending" (Complaint Section IV(B)(3)) |
| 12/5/2018 | *ADDS EVERYTHING TO CART* — the ENTIRE STORE is up to 60% OFF | |
| 2/1/2019 | FINAL. NOTICE. Up to FIFTY PERCENT OFF jeans & more ends NOW | Sale "Ending" (Complaint Section IV(B)(3)) |
| 2/2/2019 | ***$12 jeans (really!)*** | |
| 2/3/2019 | ** Up to FIFTY PERCENT OFF these pants ** | |
| 2/4/2019 | Code HURRY for 30% OFF EVERYTHING (you've won big) ---> | |
| 2/10/2019 | GAH! This is the last chance to get up to 50% OFF (& SUPER CASH is ending, too!) | Sale "Ending" (Complaint Section IV(B)(3)) |
| 2/11/2019 | We've announced UP TO 50% OFF STOREWIDE (starting now) | |
| 2/12/2019 | UP TO 50% OFF STOREWIDE — STYLES FROM $6 | |
| 2/15/2019 | Up to 50% OFF s-t-o-r-e-w-i-d-e | |
| 2/16/2019 | 🛍 50% OFF *all* jeans + up to 50% OFF storewide — lucky you! | |
| 3/17/2019 | '$20 Rockstars + 40% OFF (final reminder!) | Sale "Ending" (Complaint Section IV(B)(3)) |
| 3/18/2019 | Urgent: You're getting FORTY PERCENT OFF EVERYTHING online for one more day! | |
| 5/15/2021 | '$12 women's compression leggings, today only | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/16/2021 | TWELVE DOLLAR compression leggings | |
| 10/16/2021 | '$8 plush tees are now at your disposal (omg!) + 50% OFF YOUR PURCHASE --> | |
| 10/16/2021 | You're just in time for $8 plush tees (going fast!) + 50% OFF your purchase is inside (including clearance!) | |
| 10/16/2021 | *ADDS EVERYTHING TO CART* You've been gifted 50% OFF your purchase + $8 plush tees now confirmed | |

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 10/17/2021 | 50% OFF has officially been activated  + $12 sweaters (really!)*** | Already on Sale (Complaint Section IV(B)(2)) |
| 10/18/2021 | ENDING SOON: snag 50% off your order before Giftober ends + $14 flannel PJ sets | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/19/2021 | 🔔 SALE ALERT 🔔 You've received MAJOR discounts (up to 50% off)! + PowerPress bras & leggings from $10 | |
| 10/21/2021 | SALE NOTIFICATION: You're the recipient of up to 50% OFF + permission to DOUBLE DIP ---> | Already on Sale (Complaint Section IV(B)(2)) |
| 11/25/2021 | Black Friday starts NOW! Open for 50% OFF (one more thing to be thankful for 🦃) | |
| 11/25/2021 | 🔔 RISE & SHINE! $8 microfleece sweatshirts + FIFTY PERCENT OFF | |
| 11/25/2021 | The dishes can wait: 50% off + $8 microfleece sweatshirts | |
| 11/25/2021 | HALF OFF your purchase + $8 microfleece sweatshirts bc we know you're ready to lounge | |
| 11/25/2021 | TODAY'S THE BIG DAY! $5 PJ PANTS IN-STORE & 50% OFF ONLINE (YAAAAASSSSS!) | |
| 11/26/2021 | ☕ Grab your joe — most stores are OPEN NOW! Get 50% off, $5 PJ pants & more | |
| 11/26/2021 | 50% OFF + $5 PJ PANTS for the family — time to BLACK FRIDAY IT UP | |
| 11/26/2021 | 🎁 FINAL HOURS: $5 PJ pants + 50% off — get your gift list ready | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/27/2021 | FIFTY PERCENT OFF + the Saturday Steal is baaaack! | |
| 11/27/2021 | 🧦 CYBER WEEKEND IS HAPPENING 🧦 $1 cozy socks in-store, $10 jeans, $6 Thermal Tees, 50% off & more | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/27/2021 | '$1 COZY SOCKS, $10 JEANS, $6 THERMALS & 50% OFF! You've really won big... | |
| 11/28/2021 | WAHOO! 50% OFF + $8 thermal leggings, $1 cozy socks & cyber deals are ON | |
| 11/28/2021 | You've scored $1 COZY SOCKS, $8 THERMAL LEGGINGS & 50% OFF | |
| 11/28/2021 | '$8 thermal leggings (seriously!) + HALF OFF your purchase | |
| 11/28/2021 | Last chance for $8 thermal leggings + 50% OFF & sooo many cyber deals | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/29/2021 | CYBER EVENT CONFIRMED ⚡ FIFTY PERCENT OFF + $7 PJ pants | Already on Sale (Complaint Section IV(B)(2)) |
| 11/29/2021 | 50% OFF. $7 PJ PANTS. GIFTS FROM $2.50. BEST.MONDAY.EVER | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/29/2021 | You've earned it! 50% OFF & $7 PJ pants, plus more Cyber Monday deals | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/29/2021 | FINAL HOURS: 50% OFF *and* $7 PJ pants | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/29/2021 | OMG! $7 PJ pants are cozier than ever + 50% off | |
| 11/30/2021 | No joke, it's CYBER TUESDAY! 50% off has been extended for ONE. MORE. DAY. | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | FIFTY PERCENT OFF has been extended + 60% off ~these~ picks | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | Oooooh! SIXTY percent off cozy faves for the fam + we're extending 50% off online until midnight | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | Attn, attn, attn: 50% off purchase + 60% off *these* styles END TONIGHT | |
| 12/18/2021 | 🏈 SATURDAY STEAL 🏈 $10 flannels & $6 thermals + 50% off your purchase | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 12/19/2021 | Last chance for $10 joggers + 50% OFF! | |
| 1/22/2022 | **BEST DAY EVER** 50% OFF YOUR PURCHASE + $12 PowerSoft leggings have arrived | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 1/23/2022 | 50% OFF has officially been activated  + you've officially scored FIFTEEN-DOLLAR ROCKSTAR JEANS | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 1/24/2022 | 👯 <--- Your reaction to 60% OFF these styles + you've scored 50% OFF your purchase | |
| 2/11/2022 | (1) message: You've got special offers from $8 + fifty percent off active verified | |
| 2/13/2022 | **Omg! This STOREWIDE sale on styles from $8 just landed + fifty percent off active verified** | Already on Sale (Complaint Section IV(B)(2)) |
| 3/17/2022 | **Pssst! 40% off at checkout + $20 shortalls & $25 overalls (THIS WEEK! ONLY!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 3/19/2022 | You seriously deserve FORTY PERCENT OFF + $3 TANKS—YAYYYYYY! | |
| 3/20/2022 | **FORTY PERCENT OFF ending soon!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 3/27/2022 | SAVINGS ALERT! 40% off your purchase + fifty percent off *all* jeans is waiting | |
| 3/28/2022 | This $15 jean jacket is E-V-E-R-Y-T-H-I-N-G + take 40% off your purchase! | |
| 4/1/2022 | 50% OFF (!!!)  + $15 cami mini dresses | |
| 4/1/2022 | You've unlocked 50% OFF (even new arrivals😊) + $15 cami mini dresses | |
| 4/1/2022 | ◎ NO JOKE: You're approved for 50% OFF + $15 cami mini dresses | |
| 4/2/2022 | 📢 BIG NEWS 📢 50% OFF YOUR PURCHASE + $12 linen pants | |
| 4/2/2022 | 🔥 HOT DEAL 🔥 50% OFF PURCHASE + $12 linen pants | |
| 4/2/2022 | ➖ FIFTY PERCENT OFF is inside + $12 linen pants | |
| 4/3/2022 | 🌱 HALF OFF your purch incl. new spring arrivals + $10 bike shorts (yes, officially) | |
| 4/3/2022 | '$10 bike shorts + you're approved for 50% OFF | |
| 4/3/2022 | VERIFIED: 50% OFF YOUR ORDER is our little treat | |
| 4/4/2022 | You've unlocked $12 jeans + 50% OFF! | |
| 4/4/2022 | **JUUUUST ANNOUNCED: 50% off your purchase + $12 jeans TODAY** | Already on Sale (Complaint Section IV(B)(2)) |
| 4/4/2022 | **\*\*BEST DAY EVER\*\* 50% OFF YOUR PURCHASE** | Already on Sale (Complaint Section IV(B)(2)) |
| 4/15/2022 | **3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 4/25/2022 | **THIS WEEK ONLY! $15 t-shirt dresses** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 4/30/2022 | **No joke! $12.50 JEANS (today only) + $15 T-SHIRT DRESSES** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/30/2022 | **Well-deserved: $12.50 jeans today** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/1/2022 | '$12.50 JEANS (today only!) + you're due for $8 STYLES | Already on Sale (Complaint Section IV(B)(2)) |
| 5/24/2022 | This is BIG, ppl: our ENTIRE STORE is on sale | |
| 5/24/2022 | 👇You get 60% off, 👇you get 60% off, 👉 you get 60% off | |
| 5/25/2022 | '$5 TEES + 60% off deals inside | |
| 5/26/2022 | **ENTIRE STORE ON SALE (best day ever!!) + Navyist Rewards members get $10 off your in-store purchase** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/27/2022 | CHA-CHING! The entire store is on sale + $8 dresses | |
| 5/27/2022 | YESSS! $8 dresses + ENTIRE STORE ON SALE | |
| 5/28/2022 | **Ooooh! $2 TANKS ARE CALLING YOUR NAME + ENTIRE STORE ON SALE ENDS SOON!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | **ENDING SOON: don't miss our entire store on sale + $2 tanks!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | Omg omg omg $2 tank tops + the ENTIRE STORE is on sale | |
| 5/30/2022 | ACT ASAP: You've landed $10 linen pants & $8 linen shorts + ENTIRE STORE SALE ENDS TONIGHT | |
| 5/30/2022 | ⏳HURRY — entire store on sale ends soon + $10 linen pants & $8 linen shorts | |
| 5/30/2022 | YESSSS! ENTIRE STORE ON SALE + you've landed $10 linen pants & $8 linen shorts | |

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 6/2/2022 | Snag $19 and under styles for the fam + $12 cami tops (this week only!!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 6/4/2022 | '$12 Cami tops & shorts | |
| 6/4/2022 | ⚠️ HOT DEAL ALERT ⚠️ $12 cami tops & shorts | |
| 6/7/2022 | Make a splash with 50% off ALL swim + $29 matching tops & bottoms (this week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 6/13/2022 | SIXTY PERCENT OFF is available + $14.50 tops & bottoms (limited time only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/17/2022 | ATTN: Under $8 deals are confirmed + HALF OFF ALL DRESSES has arrived today | |
| 6/18/2022 | '@You: FIFTY PERCENT OFF all dresses (today only!) | Already on Sale (Complaint Section IV(B)(2)) |
| 8/20/2022 | 50%. OFF. ALL JEANS & 50% OFF LUXE TEES & TANKS | |
| 8/20/2022 | '@You: FIFTY PERCENT OFF ALL JEANS & LUXE TEES is confirmed | |
| 8/21/2022 | A rare offer: You've uncovered 50% off ALL Jeans + 40% OFF your order | Already on Sale (Complaint Section IV(B)(2)) |
| 10/23/2022 | You checked your email just in time! Up to FIFTY PERCENT OFF storewide on sale + $15 sweatshirts | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/30/2022 | Spreading cheer early! Up to 50% off storewide + 50% off all jeans & $25 cozy sweaters | |
| 11/4/2022 | 👖 $15 jeans enclosed + pajamas from only $9 | |
| 11/5/2022 | '$9 PJs — today only! And, get $2 cozy socks in-store | Already on Sale (Complaint Section IV(B)(2)) |
| 11/26/2022 | CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/26/2022 | Open soon: $12 JEANS won't last + 50% OFF *EVERYTHING* is unmissable | |
| 11/26/2022 | '$12 JEANS & $2 COZY SOCKS are calling your name + FIFTY PERCENT OFF everything! | |
| 11/26/2022 | Not a drill: FIFTY PERCENT OFF EVERYTHING (we mean it) | |
| 11/27/2022 | Whoop whoop! 50% OFF everything, $2 cozy socks & $7 thermal tees | |
| 11/27/2022 | '$2 cozy socks, $7 thermal tees (today only!) & FIFTY PERCENT OFF EVERYTHING | |
| 11/27/2022 | Seriously: You're covered with 50% OFF EVERYTHING, $2 cozy socks & $7 thermal tees | |
| 11/27/2022 | '$7 thermal tees you'll love + FIFTY PERCENT OFF EVERYTHING confirmed | |
| 11/28/2022 | RE: CYBER DEALS ⚡ $3 PJ shorts & $4 long-sleeve tees are calling your name & FIFTY PERCENT OFF | |
| 11/28/2022 | '$3 PJ SHORTS. $4 TEES. 50% OFF EVERYTHING. BEST. MONDAY. EVER | |
| 11/28/2022 | Your attention please: FIFTY PERCENT OFF EVERYTHING (really!) | |
| 11/28/2022 | 50% off everything featuring $3 PJ shorts & $4 tees (yes, officially!) | |
| 11/29/2022 | Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/29/2022 | LIMITED TIME: 50% OFF EVERYTHING ends today | |
| 11/29/2022 | Yours to claim: $10 turtlenecks + 50% off everything | |
| 11/29/2022 | REDEEM NOW: 50% OFF EVERYTHING is gone soon | |
| 12/10/2022 | '$14 sherpa pullovers so cozy you'll want a few + $5 beanies | |
| 12/11/2022 | '$14 sherpa pullovers today + FIVE DOLLAR BEANIES | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 4/15/2022 | **3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/15/2022 | **3 DAYS FOR HALF OFF THESE 3 THINGS** ☞ | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/16/2022 | 50% OFF DRESSES, SHORTS & ACTIVEWEAR + OMG! Here's **Up to 60% OFF** | |
| 4/16/2022 | Half off dresses, half off shorts, half off activewear + stock up on all things spring for $15 & under | |
| 4/16/2022 | WHEW! Our new arrivals are s-t-a-c-k-e-d 😊 + 50% off all shorts, dresses, & activewear | |
| 4/17/2022 | 50% OFF all dresses | 50% OFF all shorts | 50% off all activewear | |
| 4/17/2022 | ⏰ Time's almost out — snag 50% OFF all dresses, shorts & active + tees $8, shorts from $15 & jeans from $14 | Sale "Ending" (Complaint Section IV(B)(3)) |
| 4/17/2022 | ATTN! 50% off all these must-haves + CLEARANCE from $2.99 | |
| 4/18/2022 | Yes, seriously: You just landed $8 and up styles + 50% OFF ACTIVE | |
| 4/18/2022 | ACT ASAP! 50% OFF active + 40% off your purchase are inside | |
| 4/23/2022 | '$14 PowerSoft shorts confirmed for today + $15 t-shirt dresses | |
| 4/24/2022 | ☞ Too amazing to miss! ALL shoes 50% OFF + $15 t-shirt dresses | |
| 4/25/2022 | **THIS WEEK ONLY! $15 t-shirt dresses** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/29/2022 | '$15 SHORTS as a thank you + $15 T-SHIRT DRESSES (yessss!) | |
| 4/30/2022 | Just dropped: $12.50 jeans | |
| 4/30/2022 | **No joke! $12.50 JEANS (today only) + $15 T-SHIRT DRESSES** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/30/2022 | **Well-deserved: $12.50 jeans today** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/1/2022 | '$12.50 JEANS are impossible to resist | |
| 5/1/2022 | **Approved! $12.50 JEANS (today only!) + $8 STYLES** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/1/2022 | '$12.50 jeans enclosed (yes, really) + $15 t-shirt dresses confirmed | |
| 5/3/2022 | SIXTY percent off these sunny day styles + $16 OG Straight shorts | |
| 5/5/2022 | THIS WEEK ONLY! $16 OG Straight shorts | |
| 5/8/2022 | ⬇⬇$12.50 PowerSoft leggings + $16 OG Straight shorts | |
| 5/9/2022 | **ONE DAY ONLY ▮ 50% OFF jeans + $16 OG Straight shorts** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/24/2022 | This is BIG, Michelle: our ENTIRE STORE is on sale | |
| 5/24/2022 | ↘You get 60% off, ↙you get 60% off, ☞ you get 60% off | |
| 5/25/2022 | CONGRATS! $5 TEES (not a typo!) + a sale on the ENTIRE STORE | |
| 5/26/2022 | **ENTIRE STORE ON SALE (best day ever!!) + Navyist Rewards members get $10 off your in-store purchase** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 5/26/2022 | Looks for on & off the court + the ENTIRE STORE is on sale | |
| 5/27/2022 | CHA-CHING! The entire store is on sale + $8 dresses | |
| 5/27/2022 | YESSS! $8 dresses + ENTIRE STORE ON SALE | |
| 5/28/2022 | **$2 TANKS HAVE ARRIVED (YES, SERIOUSLY) + ENTIRE STORE ON SALE ENDS SOON!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | **ENDING SOON: don't miss our entire store on sale + $2 tanks!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | Omg omg omg $2 tank tops + the ENTIRE STORE is on sale | |
| 5/30/2022 | ACT ASAP: You'll LOVE these $10 linen pants & $8 linen shorts + ENTIRE STORE SALE ENDS TONIGHT | |
| 5/30/2022 | ⏳HURRY — entire store on sale ends soon + $10 linen pants & $8 linen shorts | |
| 5/30/2022 | YESSSS! ENTIRE STORE ON SALE + you've landed $10 linen pants & $8 linen shorts | |
| 6/2/2022 | **Snag $19 and under styles for the fam + $12 cami tops (this week only!!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/4/2022 | '$12 Cami tops & shorts | |
| 6/4/2022 | 🔥 HOT DEAL ALERT 🔥 $12 cami tops & shorts | |
| 6/4/2022 | **Today Only: $12 cami tops + $12 shorts** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 6/6/2022 | '$19 and under on almost EVERYTHING + $12 cami tops (this week only!!) | |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 6/7/2022 | Make a splash with 50% off ALL swim + $29 matching tops & bottoms (this week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/8/2022 | Dive into 50% OFF ALL SWIM for the whole family + $29 matching sets (1 week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/10/2022 | Snag $19 and under styles for the fam + $29 matching sets (1 week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/11/2022 | Deals, deals, DEALS: 50% off shorts & tees | |
| 6/11/2022 | HALF OFF shorts & tees were worth the wait | |
| 6/11/2022 | Attn: FIFTY PERCENT OFF SHORTS & TEES (for real!) | |
| 6/12/2022 | ★ FIFTY PERCENT OFF SHORTS & TEES + summer styles $19 and under | |
| 6/12/2022 | ★ FIFTY PERCENT OFF SHORTS & TEES + $29 matching sets (1 week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/12/2022 | FIFTY PERCENT OFF shorts & tees TODAY + $19 and under styles | Already on Sale (Complaint Section IV(B)(2)) |
| 6/13/2022 | SIXTY PERCENT OFF is available + $14.50 tops & bottoms (limited time only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/15/2022 | YES, IT'S OFFICIAL: summer must-haves $19 and under + $29 matching sets (1 week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/17/2022 | ATTN: HALF OFF ALL DRESSES has arrived today + under $8 deals are confirmed | |
| 6/17/2022 | You heard correctly, 50% off ALL dresses + summer styles from $2 | |
| 6/18/2022 | A thank you: FIFTY PERCENT OFF all dresses (today only!) | Already on Sale (Complaint Section IV(B)(2)) |
| 6/18/2022 | For real: 50% OFF shirts & ALL dresses (what a STEAL!) + $4 flag tees | |
| 6/18/2022 | CONGRATULATIONS! WE'VE SENT YOU A CLEARANCE JACKPOT + 50% OFF ALL DRESSES | |
| 6/20/2022 | Psst: This $4 flag tee is unlocked + 50% OFF ALL activewear is inside | |
| 6/21/2022 | ICYMI: flag tees are back (and they're $4 this week!!!) + summer styles from $2 | |
| 6/22/2022 | All the summer hits, spiced up + $4 flag tees (this week only!) | |
| 6/23/2022 | TODAY ONLY: $4 tees | Already on Sale (Complaint Section IV(B)(2)) |
| 6/25/2022 | FIFTY PERCENT OFF *ALL* shoes + $8 dresses (lucky you!) | |
| 6/25/2022 | Summer up with up to 60% off storewide & styles from $2 + $8 dresses AND 50% off ALL shoes! | |
| 6/25/2022 | CUTTING IT CLOSE: $8 dresses and HALF OFF all shoes (please don't forget!) | Sale "Ending" (Complaint Section IV(B)(3)) |
| 6/26/2022 | 😊 Hello $8 summer dresses + summer styles from $2 | |
| 6/26/2022 | A cool breeze just blew these $8 dresses in | |
| 6/26/2022 | Just for you: $8 dresses (one day and one day ONLY) | Already on Sale (Complaint Section IV(B)(2)) |
| 7/10/2022 | OMG! 50% OFF YOUR ENTIRE ORDER + $12.50 PowerSoft leggings | |
| 7/10/2022 | IT'S OFFICIAL! You've got $12.50 PowerSoft leggings + FIFTY PERCENT OFF PURCHASE waiting | |
| 7/10/2022 | 😊 FIFTY PERCENT OFF YOUR PURCH — you know we love a sale + $12.50 PowerSoft leggings | |
| 7/11/2022 | 50% OFF your order with picks scientifically proven to make you 😊 😊 😊 | |
| 7/11/2022 | Michelle, you're getting HALF OFF YOUR ORDER 😊 | |
| 7/11/2022 | ⏱Tick-tock: 50% OFF for the fam ends soon | Sale "Ending" (Complaint Section IV(B)(3)) |
| 7/12/2022 | 50% OFF YOUR PURCHASE (perfect for back-to-school shopping!) + take an extra 50% OFF CLEARANCE | |
| 7/12/2022 | 3 trends to try from now 'til fall + LAST CALL for 50% OFF your purchase | |
| 7/12/2022 | ⏱Tick-tock: 50% OFF for the fam ends soon | |
| 7/29/2022 | $20 women's OG straight jeans | $20 OG loose jeans | $18 girls slouchy straight jeans + ALL KIDS STYLES ON SALE | |
| 7/30/2022 | You've scored HALF OFF ALL JEANS and $3 kids styles | |
| 7/30/2022 | 🔔DEAL ALERT 🔔 50% off ALL jeans + $3 kids styles | |
| 7/30/2022 | Confirmed: $3 kids styles + FIFTY PERCENT OFF ALL JEANS! | |
| 7/31/2022 | 🔎 On the hunt for DEALS? 50% off ALL jeans and $3 kids styles | |
| 7/31/2022 | A Sunday treat 👖 Half off ALL jeans + $3 kids deals | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 7/31/2022 | 👋 Yesssssss! We're bringing you $3 DEALS on kids styles + 50% OFF ALL JEANS | |
| 8/1/2022 | ALL JEANS are on sale from $18 + these $6 leggings are all yours | |
| 8/2/2022 | ☞ This just in! Up to 60% off kids + ALL JEANS ON SALE + $20 OG straight & OG loose jeans and $18 girls slouchy straight jeans | Already on Sale (Complaint Section IV(B)(2)) |
| 8/3/2022 | We summer-fied this $8 kids fleece + jeans from $18 | |
| 8/3/2022 | 📢 Did you hear? ALL jeans are on sale from $18 + $8 kids fleece tops & bottoms | |
| 8/20/2022 | 50%. OFF. ALL JEANS & 50% OFF LUXE TEES & TANKS | |
| 8/20/2022 | Attn: FIFTY PERCENT OFF ALL JEANS & LUXE TEES (for real!) | |
| **8/21/2022** | 📣 **DEALS ANNOUNCEMENT! 50% off ALL jeans and luxe tees & tanks** | Already on Sale (Complaint Section IV(B)(2)) |
| **8/21/2022** | **A rare offer: You've uncovered 50% off ALL Jeans + 40% OFF your order** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 8/21/2022 | Fifty percent off ALL luxe tees & tanks and jeans | |
| 9/7/2022 | Re: You've unlocked SIXTY PERCENT OFF these styles + $25 PIXIE PANTS 👖 | |
| 9/8/2022 | 😊 Looking real profesh in our $25 (!) Pixie & Stevie pants | |
| **9/8/2022** | **Back in FALL force! Get $20 pants, $8 tops & $20 jeans + $25 Pixie pants (this week only!!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/10/2022 | (1) new message: $6 LEGGINGS | $8 LONG-SLEEVES | $25 PIXIE PANTS | |
| 9/10/2022 | Earned it: $6 leggings, $8 long-sleeves & $25 Pixie pants | |
| 9/11/2022 | ☆ On sale NOW: $6 leggings, $8 long-sleeves + $25 Pixie pants | |
| 9/11/2022 | Jump on these $6 leggings and $8 long-sleeves! $25 Pixie pants, too | |
| 9/11/2022 | FALL HAUL IS BACK! $6 leggings, $8 long-sleeves & $25 Pixie pants | |
| 9/12/2022 | PIXIE PANT LOVERS, REJOICE! 👖 $25 Ankle, skinny & flare styles are here | |
| **9/12/2022** | **This week only!! $25 Pixie pants** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/15/2022 | Here's $15 sweatshirts + $25 for our most-loved Pixie pant | |
| 9/17/2022 | '$14 jeans?! In this economy?! Yep 😊 | |
| 9/17/2022 | OMG! $14 jeans | |
| 9/17/2022 | PSA! $14 jeans | |
| **9/18/2022** | **Make room in your closet for these styles + $14 JEANS** | |
| 9/18/2022 | Get $14 jeans today | Already on Sale (Complaint Section IV(B)(2)) |
| 9/18/2022 | Your Super Cash is good to redeem on these $14 JEANS | |
| 9/24/2022 | Your fall refresh: $11.50 flannel shirts & $25 flare jeans 👖 | |
| 9/24/2022 | '$11.50 flannel shirts for gettin' cozy | |
| 9/24/2022 | *** $11.50 FLANNEL SHIRTS & $25 flare jeans | |
| 9/25/2022 | Unlocked: $11.50 flannels & $25 flare jeans | |
| **9/25/2022** | **'$11.50 FLANNELS have arrived** | Already on Sale (Complaint Section IV(B)(2)) |
| 9/25/2022 | '$11.50 flannel shirts & $25 flare jeans (a full fall 'fit) | |
| 9/28/2022 | 😊 Styles on sale from $8 + 30% OFF your purchase + $6 leggings | |
| **9/28/2022** | **Just for today! $6 leggings + tons & tons of styles from $8** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/29/2022 | Break these out in case of chill 😬 + confirmed: 1000s of styles from $8 | |
| 9/30/2022 | Snuggle up to this $14.50 sweater today + confirmed: 1000s of styles from $8 | |
| 10/2/2022 | 30% OFF your purchase & 1000s of styles from $8 + 50% OFF ACTIVEWEAR | |
| 10/16/2022 | ATTN, PLEASE! $12.50 5-STAR JEANS + 50% OFF EVERYTHING just landed | |
| 10/17/2022 | You've been granted 50% OFF EVERYTHING + $12 SWEATERS (get gifting!) | |
| 10/18/2022 | Redeemable ASAP: You've uncovered FIFTY PERCENT OFF EVERYTHING + $9 microfleece jackets | |
| **10/18/2022** | **Cutting it close: You're due for FIFTY PERCENT OFF EVERYTHING + $9 microfleece jackets!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/19/2022 | YAYYYY! Up to 50% OFF storewide + $25 women's cozy sweaters | |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 10/21/2022 | Special delivery! You've got CLEARANCE from $3.99 + up to FIFTY PERCENT OFF storewide waiting | |
| 10/22/2022 | (1) New message: We're offering you up to 50% OFF storewide on sale + get $15 flannel shirts & the $25 cozy sweater | |
| 10/23/2022 | OMG, YAY! $15 sweatshirts & up to fifty percent off storewide are calling your name | |
| **10/23/2022** | **You checked your email just in time! Up to FIFTY PERCENT OFF storewide on sale + $15 sweatshirts** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/28/2022 | Confirmed! Up to FIFTY PERCENT OFF storewide on sale + $25 for the sweater that feels like a hug | |
| 10/30/2022 | Spreading cheer early! Up to 50% off storewide + 50% off all jeans & $25 cozy sweaters | |
| 10/30/2022 | HALF OFF ALL jeans & $25 cozy sweaters were worth the wait | |
| 11/4/2022 | 🏷 $15 jeans enclosed + pajamas from only $9 | |
| **11/5/2022** | **'$9 PJs — today only! And, get $2 cozy socks in-store** | Already on Sale (Complaint Section IV(B)(2)) |
| **11/26/2022** | **CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/26/2022 | '$12 JEANS & $2 COZY SOCKS are calling your name + FIFTY PERCENT OFF everything! | |
| 11/27/2022 | 50% OFF EVERYTHING, $2 cozy socks & $7 thermal tees — yours to claim! | |
| 11/28/2022 | 🛒 We've reserved THIS in your cart + get 50% OFF EVERYTHING | |
| **11/29/2022** | **Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks** | Sale "Extended" (Complaint Section IV(B)(4)) |
| 12/10/2022 | Up to SIXTY PERCENT OFF on saaaale + $14 sherpa pullovers | |
| **12/11/2022** | **'$14 sherpa pullovers today + FIVE DOLLAR BEANIES** | Already on Sale (Complaint Section IV(B)(2)) |

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

### KING COUNTY SUPERIOR COURT
### CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET
### (CICS)

Pursuant to King County Code 4A.630.060, a faulty document fee of $15 may be assessed to new case filings missing this sheet.

**CASE NUMBER:** _____

(Provided by the Clerk)

**CASE CAPTION: Roxann Brown and Michelle Smith v. Old Navy, LLC, Old Navy (Apparel), LLC, Old Navy**
                **Holdings, LLC, GPS Services, Inc. and The Gap, Inc.**_____

(New case: Print name of person starting case **vs.** name of person or agency you are filing against.)
(When filing into an existing family law case, the case caption remains the same as the original filing.)

Please mark one of the boxes below:

☒    **Seattle Area**, defined as:

                All of King County north of Interstate 90 and including all of the
                Interstate 90 right-of-way; all the cities of Seattle, Mercer Island,
                Bellevue, Issaquah and North Bend; and all of Vashon and Maury
                Islands.

☐    **Kent Area**, defined as:

                All of King County south of Interstate 90 except those areas included in
                the Seattle Case Assignment Area.

I certify that this case meets the case assignment criteria, described in King County LCR 82(e).

/s/ Blythe H. Chandler, WSBA #43387_____        _____April 19, 2023_____
Signature of Attorney          WSBA Number             Date

or

_____        _____
Signature of person who is starting case                Date

936 N. 34th Street, Suite 300, Seattle, WA 98103_____
Address, City, State, Zip Code of person who is starting case if not represented by attorney

**KING COUNTY SUPERIOR COURT**
**CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET**

## CIVIL
Please check the category that best describes this case.

**APPEAL/REVIEW**

☐ Administrative Law Review (ALR 2)

(Petition to the Superior Court for review of rulings made by state administrative agencies.( e.g. DSHS Child Support, Good to Go passes, denial of benefits from Employment Security, DSHS)

☐ Board of Industrial Insurance Appeals – Workers Comp (ALRLI 2)*

(Petition to the Superior Court for review of rulings made by Labor & Industries.)

☐ DOL Revocation (DOL 2)*

(Appeal of a DOL revocation Implied consent-Test refusal ONLY.) RCW 46.20.308(9)

☐ Subdivision Election Process Review (SER 2)*

(Intent to challenge election process)

☐ Voter Election Process Law Review (VEP 2)*

(Complaint for violation of voting rights act)

☐ Petition to Appeal/Amend Ballot Title (BAT 2)

**CONTRACT/COMMERCIAL**

☐ Breach of Contract (COM 2)*

(Complaint involving money dispute where a breach of contract is involved.)

☐ Commercial Contract (COM 2)*

(Complaint involving money dispute where a contract is involved.)

☐ Commercial Non-Contract (COL 2)*

(Complaint involving money dispute where no contract is involved.)

☐ Third Party Collection (COL 2)*

(Complaint involving a third party over a money dispute where no contract is involved.)

**JUDGMENT**

☐ Abstract, Judgment, Another County (ABJ 2)

(A certified copy of a judgment docket from another Superior Court within the state.)

☐ Confession of Judgment (CFJ 2)*

(The entry of a judgment when a defendant admits liability and accepts the amount of agreed-upon damages but does not pay or perform as agreed upon.)

☐ Foreign Judgment (from another State or Country) (FJU 2)

(Any judgment, decree, or order of a court of the United States, or of any state or territory, which is entitled to full faith and credit in this state.)

☐ Tax Warrant or Warrant (TAX 2)

(A notice of assessment by a state agency or self-insured company creating a judgment/lien in the county in which it is filed.)

☐ Transcript of Judgment (TRJ 2)

(A certified copy of a judgment from a court of limited jurisdiction (e.g. District or Municipal court) to a Superior Court.)

**PROPERTY RIGHTS**

☐ Condemnation/Eminent Domain (CON 2)*

(Complaint involving governmental taking of private property with payment, but not necessarily with consent.)

Page **2** of **5**

☐ Foreclosure (FOR 2)*

(Complaint involving termination of ownership rights when a mortgage or tax foreclosure is involved, where ownership is not in question.)

☐ Land Use Petition (LUP 2)*

(Petition for an expedited judicial review of a land use decision made by a local jurisdiction.) RCW 36.70C.040

☐ Property Fairness Act (PFA 2)*

(Complaint involving the regulation of private property or restraint of land use by a government entity brought forth by Title 64.)

☐ Quiet Title (QTI 2)*

(Complaint involving the ownership, use, or disposition of land or real estate other than foreclosure.)

☐ Residential Unlawful Detainer (Eviction) (UND 2)

(Complaint involving the unjustifiable retention of lands or attachments to land, including water and mineral rights.)

☐ Non-Residential Unlawful Detainer (Eviction) (UND 2)

(Commercial property eviction.)

**OTHER COMPLAINT/PETITION**

☐ Action to Compel/Confirm Private Binding Arbitration (CAA 2)

(Petition to force or confirm private binding arbitration.)

☐ Assurance of Discontinuance (AOD 2)

(Filed by Attorney General's Office to prevent businesses from engaging in improper or misleading practices.)

☐ Birth Certificate Change(PBC 2)

(Petition to amend birth certificate)

☐ Bond Justification (PBJ 2)

(Bail bond company desiring to transact surety bail bonds in King County facilities.)

☐ Change of Name (CHN 5)

(Petition for name change, when domestic violence/anti-harassment issues require confidentiality.)

☐ Certificate of Rehabilitation (CRR 2)

(Petition to restore civil and political rights.)

☐ Certificate of Restoration Opportunity(CRP 2)

(Establishes eligibility requirements for certain professional licenses)

☐ Civil Commitment (sexual predator) (PCC 2)

(Petition to detain an individual involuntarily.)

☐ Notice of Deposit of Surplus Funds (DSF 2)

(Deposit of extra money from a foreclosure after payment of expenses from sale and obligation secured by the deed of trust.)

☐ Emancipation of Minor (EOM 2)

(Petition by a minor for a declaration of emancipation.)

☐ Foreign Subpoena (OSS 2)

(To subpoena a King County resident or entity for an out of state case.)

☐ Foreign Protection Order (FPO 2)

(Registering out of state protection order)

☐ Frivolous Claim of Lien (FVL 2)

(Petition or Motion requesting a determination that a lien against a mechanic or materialman is excessive or unwarranted.)

☐ Application for Health & Safety Inspection (HSI 2)

Civil-CICS   Revised 04/2022

☐ Injunction (INJ 2)*

(Complaint/petition to require a person to do or refrain from doing a particular thing.)

☐ Interpleader (IPL 2)

(Petition for the deposit of disputed earnest money from real estate, insurance proceeds, and/or other transaction(s).)

☐ Malicious Harassment (MHA 2)*

(Suit involving damages resulting from malicious harassment.) RCW 9a.36.080

☐ Non-Judicial Filing (NJF 2)

(See probate section for TEDRA agreements. To file for the record document(s) unrelated to any other proceeding and where there will be no judicial review.)

☒ Other Complaint/Petition (MSC 2)*

(Filing a Complaint/Petition for a cause of action not listed)

☐ Minor Work Permit (MWP 2)

(Petition for a child under 14 years of age to be employed)

☐ Perpetuation of Testimony (PPT 2)

(Action filed under CR 27)

☐ Petition to Remove Restricted Covenant (RRC 2)
Declaratory judgment action to strike discriminatory provision of real property contract.

☐ Public records Act (PRA 2)*

(Action filed under RCW 42.56)

☐ Receivership (RCVR 2)

(The process of appointment by a court of a receiver to take custody of the property, business, rents and profits of a party to a lawsuit pending a final decision on disbursement or an agreement.)

☐ Relief from Duty to Register (RDR 2)

(Petition seeking to stop the requirement to register.)

☐ Restoration of Firearm Rights (RFR 2)

(Petition seeking restoration of firearms rights under RCW 9.41.040 and 9.41.047.)

☐ School District-Required Action Plan (SDR 2)

(Petition filed requesting court selection of a required action plan proposal relating to school academic performance.)

☐ Seizure of Property from the Commission of a Crime-Seattle (SPC 2)*

(Seizure of personal property which was employed in aiding, abetting, or commission of a crime, from a defendant after conviction.)

☐ Seizure of Property Resulting from a Crime-Seattle (SPR 2)*

(Seizure of tangible or intangible property which is the direct or indirect result of a crime, from a defendant following criminal conviction. (e.g., remuneration for, or contract interest in, a depiction or account of a crime.))

☐ Structured Settlements- Seattle (TSS 2)*

(A financial or insurance arrangement whereby a claimant agrees to resolve a personal injury tort claim by receiving periodic payments on an agreed schedule rather than as a lump sum.)

☐ Vehicle Ownership (PVO 2)*

(Petition to request a judgment awarding ownership of a vehicle.)

**TORT, ASBESTOS**
☐ Personal Injury (ASP 2)*

(Complaint alleging injury resulting from asbestos exposure.)

Page 4 of 5

☐ Wrongful Death (ASW 2)*

(Complaint alleging death resulting from asbestos exposure.)

**TORT, MEDICAL MALPRACTICE**
☐ Hospital  (MED 2)*

(Complaint involving injury or death resulting from a hospital.)

☐ Medical Doctor (MED 2)*

(Complaint involving injury or death resulting from a medical doctor.)

☐ Other Health care Professional (MED 2)*

(Complaint involving injury or death resulting from a health care professional other than a medical doctor.)

**TORT, MOTOR VEHICLE**
☐ Death (TMV 2)*

(Complaint involving death resulting from an incident involving a motor vehicle.)

☐ Non-Death Injuries (TMV 2)*

(Complaint involving non-death injuries resulting from an incident involving a motor vehicle.)

☐ Property Damages Only (TMV 2)*

(Complaint involving only property damages resulting from an incident involving a motor vehicle.)

☐ Victims Vehicle Theft (VVT 2)*

(Complaint filed by a victim of car theft to recover damages.)  RCW 9A.56.078

**TORT, NON-MOTOR VEHICLE**
☐ Other Malpractice (MAL 2)*

(Complaint involving injury resulting from other than professional medical treatment.)

☐ Personal Injury (PIN 2)*

(Complaint involving physical injury not resulting from professional medical treatment, and where a motor vehicle is not involved.)

☐ Products Liability (TTO 2)*

(Complaint involving injury resulting from a commercial product.)

☐ Property Damages (PRP 2)*

(Complaint involving damage to real or personal property excluding motor vehicles.)

☐ Property Damages-Gang (PRG 2)*

(Complaint to recover damages to property related to gang activity.)

☐ Tort, Other (TTO 2)*

(Any other petition not specified by other codes.)

☐ Wrongful Death (WDE 2)*

(Complaint involving death resulting from other than professional medical treatment.)

**WRIT**
☐ Habeas Corpus (WHC 2)

(Petition for a writ to bring a party before the court.)

☐ Mandamus (WRM 2)**

(Petition for writ commanding performance of a particular act or duty.)

☐ Review (WRV 2)**

(Petition for review of the record or decision of a case pending in the lower court; does not include lower court appeals or administrative law reviews.)

*The filing party will be given an appropriate case schedule at time of filing.
** Case schedule will be issued after hearing and findings.

Page 5 of 5

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR THE COUNTY OF KING

| | |
|---|---|
| Roxann Brown and Michelle Smith | No. 23-2-07103-4  SEA |
| Plaintiff(s) | **ORDER SETTING CIVIL CASE SCHEDULE** |
| vs | **ASSIGNED JUDGE: Ken Schubert, Dept. 40** |
| ET AL. OLD NAVY, LLC | |
| | FILED DATE: 04/19/2023 |
| Defendant(s) | TRIAL DATE:04/15/2024 |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

### I. NOTICES

**NOTICE TO PLAINTIFF:**
The Plaintiff may serve a copy of this **Order Setting Case Schedule (*Schedule*)** on the Defendant(s) along with the **Summons and Complaint/Petition.** Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the **Summons and Complaint/Petition** or (2) service of the Defendant's first response to the **Complaint/Petition**, whether that response is a **Notice of Appearance**, a response, or a Civil Rule 12 (CR 12) motion. The **Schedule** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this **Schedule**. In order to comply with the **Schedule**, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**You are required to give a copy of these documents to all parties in this case.**

Order Setting Civil Case Schedule (ORSCS-CV)
Rev. 06/2022

Page 1

## I. NOTICES (continued)

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS:**
A filing fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of <u>all parties and claims</u> is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of <u>all parties and claims</u> is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge a courtesy copy.

**ARBITRATION FILING <u>AND</u> TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and crossclaims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $250 arbitration fee**. If a party seeks a trial de novo when an arbitration award is appealed, a fee of $400 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
**All** parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements <u>and/or</u> Local Civil Rule 41.

**King County Local Rules are available for viewing at <u>www.kingcounty.gov/courts/clerk.</u>**

## II. CASE SCHEDULE

| * | CASE EVENT | EVENT DATE |
|---|---|---|
| | Case Filed and Schedule Issued. | 04/19/2023» |
| * | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [*See KCLMAR 2.1(a) and Notices on Page 2*]. **$250 arbitration fee must be paid** | 09/27/2023 |
| * | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [*See KCLCR 4.2(a) and Notices on Page 2*]. | 09/27/2023 |
| | **DEADLINE** for Hearing Motions to Change Case Assignment Area [*KCLCR 82(e)*]. | 10/11/2023 |
| | **DEADLINE** for Disclosure of Possible Primary Witnesses [*See KCLCR 26(k)*]. | 11/13/2023 |
| | **DEADLINE** for Disclosure of Possible Additional Witnesses [*See KCLCR 26(k)*]. | 12/26/2023 |
| | **DEADLINE** for Jury Demand [*See KCLCR 38(b)(2)*]. | 01/08/2024 |
| | **DEADLINE** for a Change in Trial Date [*See KCLCR 40(e)(2)*]. | 01/08/2024 |
| | **DEADLINE** for Discovery Cutoff [*See KCLCR 37(g)*]. | 02/26/2024 |
| | **DEADLINE** for Engaging in Alternative Dispute Resolution [*See KCLCR 16(b)*]. | 03/18/2024 |
| | **DEADLINE**: Exchange Witness & Exhibit Lists & Documentary Exhibits [*KCLCR 4(j)*]. | 03/25/2024 |
| * | **DEADLINE** to file Joint Confirmation of Trial Readiness [*See KCLCR 16(a)(1)*] | 03/25/2024 |
| | **DEADLINE** for Hearing Dispositive Pretrial Motions [*See KCLCR 56; CR 56*]. | 04/01/2024 |
| * | Joint Statement of Evidence [*See KCLCR 4 (k)*] | 04/08/2024 |
| | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusions of Law with the Clerk) | 04/08/2024 |
| | Trial Date [*See KCLCR 40*]. | 04/15/2024 |

*The * indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.*

## III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above.  Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance.  It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.


DATED:    04/19/2023

_____
PRESIDING JUDGE

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule. The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:** If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:** Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**CASE SCHEDULE AND REQUIREMENTS:** Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

**A. Joint Confirmation regarding Trial Readiness Report**
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g., interpreters, equipment).

The Joint Confirmation Regarding Trial Readiness form is available at www.kingcounty.gov/courts/scforms. If parties wish to request a CR 16 conference, they must contact the assigned court. Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding the report.

**B. Settlement/Mediation/ADR**
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand. Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held. FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

**C. Trial**
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court. The Friday before trial, the parties should access the court's civil standby calendar on the King County Superior Court website www.kingcounty.gov/courts/superiorcourt to confirm the trial judge assignment.

## MOTIONS PROCEDURES

**A. Noting of Motions**

**Dispositive Motions:** All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge. The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules. Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part. The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Non-dispositive Motions:** These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered. All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the Note for Motion should state "Without Oral Argument." Local Civil Rule

7 governs these motions, which include discovery motions.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge.  All other motions should be noted and heard on the Family Law Motions calendar.  Local Civil Rule 7 and King County Family Law Local Rules govern these procedures.  The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

**Emergency Motions:**  Under the court's local civil rules, emergency motions will usually be allowed only upon entry of an Order Shortening Time.  However, some emergency motions may be brought in the Ex Parte and Probate Department as expressly authorized by local rule.  In addition,  discovery disputes may be addressed by telephone call and without written motion, if the judge approves in advance.

**B.  Original Documents/Working Copies/ Filing of Documents:  All original documents must be filed with the Clerk's Office.**  Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court.  The exceptions to the e-filing requirement are also available on the Clerk's Office website. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge.  The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom.  Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator.  Working copies can be submitted through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk/documents/eWC.

**Service of documents:** Pursuant to Local General Rule 30(b)(4)(B), e-filed documents shall be electronically served through the e-Service feature within the Clerk's eFiling application.  Pre-registration to accept e-service is required.  E-Service generates a record of service document that can be e-filed.  Please see the Clerk's office website at www.kingcounty.gov/courts/clerk/documents/efiling regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion.  **Do not file the original of the proposed order with the Clerk of the Court**.  Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order.  The court may distribute orders electronically.  Review the judge's website for information: www.kingcounty.gov/courts/SuperiorCourt/judges.

**Presentation of Orders for Signature:** All orders must be presented to the assigned judge or to the Ex Parte and Probate Department, in accordance with Local Civil Rules 40 and 40.1. Such orders, if presented to the Ex Parte and Probate Department, shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). If the assigned judge is absent, contact the assigned court for further instructions.  If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the  Ex Parte and Probate Department.**  Such orders shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department.  **If final order and/or formal proof are entered in the Ex Parte and Probate Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**
Pursuant to Local Civil Rule 7(b)(5)(B), the initial motion and opposing memorandum shall not exceed 4,200 words and reply memoranda shall not exceed 1,750 words without authorization of the court. The word count

includes all portions of the document, including headings and footnotes, except 1) the caption; 2) table of contents and/or authorities, if any; and 3): the signature block. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

***IT IS SO ORDERED.  FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS.  PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.***

_____

PRESIDING JUDGE

1

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

2

3

4

5

6        IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

7

ROXANN BROWN and MICHELLE SMITH,
8   on their own behalf and on behalf of others           NO.
similarly situated,
9                                                          **SUMMONS (60 DAYS)**

10                       Plaintiffs,

11            v.

12   OLD NAVY, LLC; OLD NAVY (APPAREL),
LLC; OLD NAVY HOLDINGS, LLC; GPS
13   SERVICES, INC.; and THE GAP, INC.,
inclusive,
14

15                       Defendants.

16  _____

17

18  TO:    GPS SERVICES, INC.:

19          A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

20  Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

21  this summons.

22          In order to defend against this lawsuit, you must respond to the complaint by stating your

23  defense in writing, and by serving a copy upon the person signing this summons within 60 days

24  after the service of this summons, excluding the day of service, or a default judgment may be

25  entered against you without notice. A default judgment is one where Plaintiff is entitled to what

26  has been asked for because you have not responded. If you serve a notice of appearance on the

27  undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2   must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3   the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4   Summons and Complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6   that your written response, if any, may be served on time.

7    THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8   State of Washington.

9

10   RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                           TERRELL MARSHALL LAW GROUP PLLC

12                           By: _/s/ Blythe H. Chandler, WSBA #43387_
13                               Beth E. Terrell, WSBA #26759
                                 Email: bterrell@terrellmarshall.com
14                               Jennifer Rust Murray, WSBA #36983
                                 Email: jmurray@terrellmarshall.com
15                               Blythe H. Chandler, WSBA #43387
                                 Email: bchandler@terrellmarshall.com
16                               936 North 34th Street, Suite 300
17                               Seattle, Washington 98103
                                 Telephone: (206) 816-6603
18                               Facsimile: (206) 319-5450

19                               Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                               Email: srios@bm.net
                                 E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                               Email: emdrake@bm.net
                                 BERGER & MONTAGUE, P.C.
22                               401 B Street, Suite 2000
                                 San Diego, California 92101
23                               Telephone: (619) 489-0300
                                 Facsimile: (215) 875-4604
24

25                               *Attorneys for Plaintiffs*

26

27

SUMMONS (60 DAYS) - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

2

3

4

5

6
IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

7

ROXANN BROWN and MICHELLE SMITH,
8  on their own behalf and on behalf of others
   similarly situated,

NO.

9

**SUMMONS (60 DAYS)**

10                    Plaintiffs,

11           v.

12  OLD NAVY, LLC; OLD NAVY (APPAREL),
    LLC; OLD NAVY HOLDINGS, LLC; GPS
13  SERVICES, INC.; and THE GAP, INC.,
    inclusive,
14

15                    Defendants.

16

17

18  TO:    OLD NAVY (APPAREL), LLC:

19          A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

20  Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

21  this summons.

22          In order to defend against this lawsuit, you must respond to the complaint by stating your

23  defense in writing, and by serving a copy upon the person signing this summons within 60 days

24  after the service of this summons, excluding the day of service, or a default judgment may be

25  entered against you without notice. A default judgment is one where Plaintiff is entitled to what

26  has been asked for because you have not responded. If you serve a notice of appearance on the

27  undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

1    You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2    must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3    the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4    Summons and Complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6    that your written response, if any, may be served on time.

7    THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8    State of Washington.

9

10   RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                                     TERRELL MARSHALL LAW GROUP PLLC

12                                     By: /s/ Blythe H. Chandler, WSBA #43387

13                                          Beth E. Terrell, WSBA #26759
                                            Email: bterrell@terrellmarshall.com
14                                          Jennifer Rust Murray, WSBA #36983
                                            Email: jmurray@terrellmarshall.com
15                                          Blythe H. Chandler, WSBA #43387
                                            Email: bchandler@terrellmarshall.com
16                                          936 North 34th Street, Suite 300
17                                          Seattle, Washington 98103
                                            Telephone: (206) 816-6603
18                                          Facsimile: (206) 319-5450

19                                          Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                                          Email: srios@bm.net
                                            E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                                          Email: emdrake@bm.net
                                            BERGER & MONTAGUE, P.C.
22                                          401 B Street, Suite 2000
                                            San Diego, California 92101
23                                          Telephone: (619) 489-0300
24                                          Facsimile: (215) 875-4604

25                                          *Attorneys for Plaintiffs*

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

2

3

4

**FILED**

2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

5

6          IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

7

8

9

ROXANN BROWN and MICHELLE SMITH,
on their own behalf and on behalf of others
similarly situated,

10

11

                    Plaintiffs,

          v.

12

13

14

OLD NAVY, LLC; OLD NAVY (APPAREL),
LLC; OLD NAVY HOLDINGS, LLC; GPS
SERVICES, INC.; and THE GAP, INC.,
inclusive,

15

                    Defendants.

16

17

NO.

**SUMMONS (60 DAYS)**

18   TO:     OLD NAVY HOLDINGS, LLC:

19          A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

20   Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

21   this summons.

22          In order to defend against this lawsuit, you must respond to the complaint by stating your

23   defense in writing, and by serving a copy upon the person signing this summons within 60 days

24   after the service of this summons, excluding the day of service, or a default judgment may be

25   entered against you without notice. A default judgment is one where Plaintiff is entitled to what

26   has been asked for because you have not responded. If you serve a notice of appearance on the

27   undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

1    You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2  must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3  the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4  Summons and Complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6  that your written response, if any, may be served on time.

7    THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8  State of Washington.

9

10    RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                          TERRELL MARSHALL LAW GROUP PLLC

12                          By: /s/ Blythe H. Chandler, WSBA #43387

13                              Beth E. Terrell, WSBA #26759
                                Email: bterrell@terrellmarshall.com
14                              Jennifer Rust Murray, WSBA #36983
                                Email: jmurray@terrellmarshall.com
15                              Blythe H. Chandler, WSBA #43387
                                Email: bchandler@terrellmarshall.com
16                              936 North 34th Street, Suite 300
17                              Seattle, Washington 98103
                                Telephone: (206) 816-6603
18                              Facsimile: (206) 319-5450

19                              Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                              Email: srios@bm.net
                                E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                              Email: emdrake@bm.net
                                BERGER & MONTAGUE, P.C.
22                              401 B Street, Suite 2000
                                San Diego, California 92101
23                              Telephone: (619) 489-0300
                                Facsimile: (215) 875-4604
24

25                              *Attorneys for Plaintiffs*

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>     Defendants. | NO.<br><br>**SUMMONS (20 DAYS)** |

TO: OLD NAVY, LLC:

  A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with this summons.

  In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiff is entitled to what has been asked for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (20 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1        You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2  must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3  the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4  Summons and Complaint will be void.

5        If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6  that your written response, if any, may be served on time.

7        THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8  State of Washington.

9

10       RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                                TERRELL MARSHALL LAW GROUP PLLC

12                                By:  /s/ Blythe H. Chandler, WSBA #43387
13                                    Beth E. Terrell, WSBA #26759
                                     Email: bterrell@terrellmarshall.com
14                                    Jennifer Rust Murray, WSBA #36983
                                     Email: jmurray@terrellmarshall.com
15                                    Blythe H. Chandler, WSBA #43387
                                     Email: bchandler@terrellmarshall.com
16                                    936 North 34th Street, Suite 300
17                                    Seattle, Washington 98103
                                     Telephone: (206) 816-6603
18                                    Facsimile: (206) 319-5450

19                                    Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                                    Email: srios@bm.net
                                     E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                                    Email: emdrake@bm.net
                                     BERGER & MONTAGUE, P.C.
22                                    401 B Street, Suite 2000
                                     San Diego, California 92101
23                                    Telephone: (619) 489-0300
                                     Facsimile: (215) 875-4604
24
                                     *Attorneys for Plaintiffs*
25

26

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com



## Service of Process Transmittal Summary

**TO:**     Amanda Ferguson
            The Gap, Inc.
            2 FOLSOM ST DEPT LAW
            SAN FRANCISCO, CA 94105-1205

**RE:**     **Process Served in Delaware**

**FOR:**    THE GAP, INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated, vs. OLD NAVY, LLC |
| **CASE #:** | 232071034SEA |
| **PROCESS SERVED ON:** | The Corporation Trust Company, Wilmington, DE |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/26/2023 at 11:34 |
| **JURISDICTION SERVED:** | Delaware |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Octavia Cruz  Octavia_Cruz@gap.com |
| | Email Notification,  Amanda Ferguson  Amanda_Ferguson@gap.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Trust Company |
| | 1209 Orange Street |
| | Wilmington, DE 19801 |
| | 866-665-5799 |
| | SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                              Wed, Apr 26, 2023
**Server Name:**                       Parcels Inc.

| Entity Served | THE GAP, INC. |
|---|---|
| Case Number | 23-2-07103-4 SEA |
| Jurisdiction | DE |

| Inserts | | |
|---|---|---|
| | | |



1

2

3

4

**FILED**

2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

5

6

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

7

| | |
|---|---|
| 8  ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others | |
| 9  similarly situated, | NO. |
| | **SUMMONS (60 DAYS)** |
| 10                       Plaintiffs, | |
| 11             v. | |
| 12  OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS | |
| 13  SERVICES, INC.; and THE GAP, INC., inclusive, | |
| 14 | |
| 15                       Defendants. | |
| 16 | |

17

18  TO:      THE GAP, INC.:

19          A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

20  Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

21  this summons.

22          In order to defend against this lawsuit, you must respond to the complaint by stating your

23  defense in writing, and by serving a copy upon the person signing this summons within 60 days

24  after the service of this summons, excluding the day of service, or a default judgment may be

25  entered against you without notice. A default judgment is one where Plaintiff is entitled to what

26  has been asked for because you have not responded. If you serve a notice of appearance on the

27  undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1      You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2   must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3   the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4   Summons and Complaint will be void.

5      If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6   that your written response, if any, may be served on time.

7      THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8   State of Washington.

9

10      RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                          TERRELL MARSHALL LAW GROUP PLLC

12                          By: /s/ Blythe H. Chandler, WSBA #43387
13                              Beth E. Terrell, WSBA #26759
                                Email: bterrell@terrellmarshall.com
14                              Jennifer Rust Murray, WSBA #36983
                                Email: jmurray@terrellmarshall.com
15                              Blythe H. Chandler, WSBA #43387
                                Email: bchandler@terrellmarshall.com
16                              936 North 34th Street, Suite 300
17                              Seattle, Washington 98103
                                Telephone: (206) 816-6603
18                              Facsimile: (206) 319-5450

19                              Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                              Email: srios@bm.net
                                E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                              Email: emdrake@bm.net
                                BERGER & MONTAGUE, P.C.
22                              401 B Street, Suite 2000
                                San Diego, California 92101
23                              Telephone: (619) 489-0300
                                Facsimile: (215) 875-4604
24

25                              *Attorneys for Plaintiffs*

26

27

SUMMONS (60 DAYS) - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

**FILED**

2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

2

3

4

5

6

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

7

8

ROXANN BROWN and MICHELLE SMITH,
on their own behalf and on behalf of others
similarly situated,

NO.

9

**SUMMONS (60 DAYS)**

10

Plaintiffs,

11

v.

12

OLD NAVY, LLC; OLD NAVY (APPAREL),
LLC; OLD NAVY HOLDINGS, LLC; GPS
SERVICES, INC.; and THE GAP, INC.,
inclusive,

13

14

15

Defendants.

16

17

18

TO:    GPS SERVICES, INC.:

19

A lawsuit has been started against you in the above-entitled court by the Plaintiffs. The

20

Plaintiffs' claims are stated in the written complaint, a copy of which is served upon you with

21

this summons.

22

In order to defend against this lawsuit, you must respond to the complaint by stating your

23

defense in writing, and by serving a copy upon the person signing this summons within 60 days

24

after the service of this summons, excluding the day of service, or a default judgment may be

25

entered against you without notice. A default judgment is one where Plaintiff is entitled to what

26

has been asked for because you have not responded. If you serve a notice of appearance on the

27

undersigned person, you are entitled to notice before a default judgment may be entered.

SUMMONS (60 DAYS) - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    You may demand that Plaintiffs file this lawsuit with the Court. If you do so, the demand

2    must be in writing and must be served upon Plaintiffs. Within fourteen (14) days after you serve

3    the demand, Plaintiffs must file this lawsuit with the Court, or the service on you of this

4    Summons and Complaint will be void.

5    If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6    that your written response, if any, may be served on time.

7    THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

8    State of Washington.

9

10   RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

11                                    TERRELL MARSHALL LAW GROUP PLLC

12
                                      By: /s/ Blythe H. Chandler, WSBA #43387
13                                         Beth E. Terrell, WSBA #26759
                                           Email: bterrell@terrellmarshall.com
14                                         Jennifer Rust Murray, WSBA #36983
                                           Email: jmurray@terrellmarshall.com
15                                         Blythe H. Chandler, WSBA #43387
                                           Email: bchandler@terrellmarshall.com
16                                         936 North 34th Street, Suite 300
17                                         Seattle, Washington 98103
                                           Telephone: (206) 816-6603
18                                         Facsimile: (206) 319-5450

19                                         Sophia M. Rios, *Pro Hac Vice Forthcoming*
20                                         Email: srios@bm.net
                                           E. Michelle Drake, *Pro Hac Vice Forthcoming*
21                                         Email: emdrake@bm.net
                                           BERGER & MONTAGUE, P.C.
22                                         401 B Street, Suite 2000
                                           San Diego, California 92101
23                                         Telephone: (619) 489-0300
24                                         Facsimile: (215) 875-4604

25                                         *Attorneys for Plaintiffs*

26

27

SUMMONS (60 DAYS) - 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATION OF THE CONSUMER PROTECTION ACT, RCW 19.86, AND THE COMMERCIAL ELECTRONIC MAIL ACT, RCW 19.190**<br><br>**DEMAND FOR TRIAL BY JURY** |

17

18    **I.     NATURE OF THE ACTION**

19         1.      This is a class action against Defendants Old Navy, LLC, Old Navy (Apparel),

20    LLC, Old Navy Holdings, LLC, GPS Services, Inc., and The Gap, Inc. (collectively, "Old Navy"

21    or "Defendants") for false and misleading email marketing.

22         2.      Old Navy sends emails to Washington consumers which contain false or

23    misleading information in the subject lines. For example, Old Navy sends emails that mis-state

24    the duration of given promotions, in an apparent effort to drive sales by creating a false sense of

25    urgency. The subject line of these kinds of emails falsely claims that a certain sale or discount is

26    limited to a specific time, such as "today only" or "3 DAYS ONLY," when, in reality, the offer

27    lasts longer than advertised or the item has already been on sale for longer than advertised. As

28

CLASS ACTION COMPLAINT - 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 another example, Old Navy sends emails with subject lines claiming that a sale or discount has

2 been "extended," when, in reality, Old Navy always planned the sale to continue during the

3 advertised extension.

4      3.    Old Navy also uses its preconceived "sale extensions" as an excuse to send

5 consumers additional emails purporting to notify them that a sale is ending or that a sale has been

6 extended.  This practice causes consumers' inboxes to become inflated with spam.

7      4.    Old Navy's practice of sending serial emails about sales with imaginary time

8 limits, fake extensions, and more illusory special offers violates the Washington Commercial

9 Electronic Mail Act ("CEMA"), RCW 19.190, and the Washington Consumer Protection Act,

10 RCW 19.86.

11      5.    By sending emails with false and misleading information to Plaintiffs and the

12 Class (defined below), Old Navy clogs emails inboxes with false information and violates

13 Plaintiffs' and Class members' right to be free from deceptive commercial e-mails.

14      6.    Plaintiffs bring this action as a class action on behalf of persons residing in

15 Washington who also received Old Navy's false and misleading emails. Plaintiffs' requested

16 relief includes an injunction to end these practices, an award to Plaintiffs and Class members of

17 statutory and exemplary damages for each illegal email, and an award of attorneys' fees and

18 costs.

19                **II.**    **PARTIES**

20      7.    Plaintiff Roxann Brown is a citizen of Washington State, residing in Pierce

21 County, Washington.

22      8.    Plaintiff Michelle Smith is a citizen of Washington State, residing in Clark

23 County, Washington.

24      9.    Defendant Old Navy, LLC is a wholly-owned subsidiary of The Gap, Inc., and is

25 a limited liability company chartered under the laws of the State of Delaware. Old Navy, LLC

26 currently is, and at all relevant times in the past has, engaged in substantial business activities in

27 the State of Washington and in King County.

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CLASS ACTION COMPLAINT - 2

1    10.    Defendant Old Navy (Apparel), LLC, is a wholly-owned subsidiary of GPS

2  Services, Inc., and is a limited liability company chartered under the laws of the State of

3  California. Old Navy (Apparel), LLC currently is, and at all relevant times in the past has,

4  engaged in substantial business activities in the State of Washington and in King County.

5    11.    Defendant Old Navy Holdings, LLC, is a limited liability company chartered

6  under the laws of the State of California. Old Navy Holdings, LLC currently is, and at all

7  relevant times in the past has, engaged in substantial business activities in the State of

8  Washington and in King County.

9    12.    Defendant GPS Services, Inc., is a wholly-owned subsidiary of The Gap, Inc., and

10  is a corporation chartered under the laws of the State of California. GPS Services, Inc. currently

11  is, and at all relevant times in the past has, engaged in substantial business activities in the State

12  of Washington and in King County.

13    13.    Defendant The Gap, Inc., is a corporation chartered under the laws of the State of

14  Delaware. The Gap, Inc. currently is, and at all relevant times in the past has, engaged in

15  substantial business activities in the State of Washington and in King County.

16    14.    Old Navy owns and operates a large online marketplace to consumers in the state

17  of Washington, maintain more than 20 physical stores in the state, including 7 stores in King

18  County, and send the marketing emails at issue in this Complaint to consumers throughout

19  Washington.

20              **III.    JURISDICTION AND VENUE**

21    15.    This Court has subject matter jurisdiction over this civil action pursuant to,

22  without limitation, Section 6 of Article IV of the Washington State Constitution (Superior Court

23  jurisdiction, generally), RCW 19.86.090 (Superior Court jurisdiction over Consumer Protection

24  Act claims) and RCW 19.190.090 (Superior Court jurisdiction over Commercial Electronic Mail

25  Act claims).

26    16.    This Court has personal jurisdiction over Old Navy under RCW 4.28.185. This

27  Court may exercise personal jurisdiction over the out-of-state Old Navy because the claims

28

CLASS ACTION COMPLAINT - 3

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  alleged in this civil action arose from, without limitation, Old Navy's purposeful transmission of

2  electronic mail messages to consumers within the State of Washington. In addition, Old Navy

3  intended, knew, or is chargeable with the knowledge that its out-of-state actions would have a

4  consequence within Washington.

5        17.     This also Court has personal jurisdiction over Old Navy under RCW 19.86.160.

6  For example, and without limitation, Old Navy engaged and is continuing to engage in conduct

7  in violation of RCW 19.86 which has had and continues to have an impact in Washington which

8  said chapter reprehends.

9        18.     Venue is proper in King County Superior Court because Old Navy is made up of

10  corporations that have their residence in King County. RCW 4.12.025. Currently and at all

11  relevant times, Old Navy has transacted business in King County, including without limitation

12  by sending the marketing emails alleged herein to residents of King County, and maintaining

13  stores for the transaction of business within King County.

14                   **IV.    FACTUAL ALLEGATIONS**

15  **A.    The CEMA prohibits initiating or conspiring to initiate the transmission of**
16        **commercial e-mails with false or misleading subject lines.**

17        19.     Washington's Commercial Electronic Mail Act (CEMA) regulates deceptive

18  email marketing.

19        20.     "CEMA was enacted to protect concrete interests in being free from deceptive

20  commercial e-mails. CEMA's prohibition on sending commercial e-mails with false or

21  misleading subject lines . . . creates a substantive right to be free from deceptive commercial e-

22  mails." *Harbers v. Eddie Bauer, LLC*, 415 F. Supp. 3d 999, 1011 (W.D. Wash. 2019 Nov. 27,

23  2019) (holding that the plaintiff sufficiently pleaded concrete injury-in-fact for alleged CEMA

24  violations based on her receipt of marketing emails from the defendant containing allegedly false

25  "xx% off" statements in the subject line). Washington courts have held that "[t]he harms

26  resulting from deceptive commercial e-mails resemble the type of harms remedied by nuisance

27  or fraud actions." *Id.* at 1008.

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CLASS ACTION COMPLAINT - 4

1    21.    An injury occurs anytime a commercial e-mail is transmitted that contains false or
2    misleading information in the subject line. *Id.* at 1011.

3    22.    Under CEMA, it is irrelevant whether misleading commercial e-mails were
4    solicited. *Id.*

5    23.    CEMA creates an independent but limited private of right of action which can be
6    asserted by a person who is the recipient of a commercial electronic mail message which
7    contains false or misleading information in the subject line. RCW 19.190.030(1)(b). A plaintiff
8    who successfully alleges and proves such a violation may obtain, among other things, an
9    injunction against the person who initiated the transmission. RCW 19.190.090(1). *Wright v.*
10   *Lyft, Inc.*, 189 Wn.2d 718, 728 n. 3 (2017) ("we note that a plaintiff may bring an action to
11   enjoin any CEMA violation.").

12   24.    It is a violation of the consumer protection act, RCW 19.86 *et seq.*, to initiate the
13   transmission or conspire with another person to initiate the transmission of a commercial
14   electronic mail message that contains false or misleading information in the subject line. RCW
15   19.190.030(1). *See also* RCW 19.190.030(2) (providing "that the practices covered by this
16   chapter are matters vitally affecting the public interest for the purpose of applying the consumer
17   protection act, chapter 19.86 RCW. A violation of this chapter is not reasonable in relation to the
18   development and preservation of business and is an unfair or deceptive act in trade or commerce
19   and an unfair method of competition for the purpose of applying the consumer protection act,
20   chapter 19.86 RCW.").

21   25.    To establish a violation of Washington's CPA, a claimant must establish five
22   elements: (1) an unfair or deceptive act or practice, (2) in trade or commerce, (3) that affects the
23   public interest, (4) injury to plaintiff's business or property, and (5) causation. *Hangman Ridge*
24   *Stables, Inc. v. Safeco Title Ins. Co.*, 719 P.2d 531, 533 (Wash. 1986).

25   26.    Washington and federal courts have held that a plaintiff states a CPA claim solely
26   by alleging a violation of the CEMA. *See State v. Heckel*, 143 Wash.2d 824, 24 P.3d 404, 407
27   (2001) ("RCW 19.190.030 makes a violation of [CEMA] a per se violation of the [CPA].").

28

CLASS ACTION COMPLAINT - 5

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    Indeed, by alleging a CEMA violation of RCW 19.190.020, a plaintiff alleges all five elements

2    of a CPA violation. *See Gordon v. Virtumundo, Inc.*, 575 F.3d 1040, 1065 (9th Cir. 2009) (citing

3    *Hangman Ridge Training Stables, Inc. v. Safeco Title Ins. Co*., 105 Wash.2d 778, 719 P.2d 531,

4    535-37 (1986)); *Wright*, 406 P.3d at 1155 ("We conclude that RCW 19.190.040 establishes the

5    injury and causation elements of a CPA claim as a matter of law.").

6    **B.     Old Navy initiates (or conspires to initiate) the transmission of commercial e-mails
7            with false or misleading subject lines.**

8            27.     Old Navy has initiated (or conspired to initiate) the transmission of dozens of

9    commercial electronic mail messages with false or misleading subject lines to Plaintiffs and the

10   Class. The emails were electronic mail messages, in that they were each an electronic message

11   sent to an electronic mail address; the emails from Old Navy also referred to an internet domain,

12   whether or not displayed, to which an electronic mail message can or could be sent or delivered.

13          28.     Old Navy sent the emails for the purpose of promoting its goods for sale.

14          29.     The emails were sent at Old Navy's direction and were approved by Old Navy.

15          30.     Old Navy's emails frequently advertise the "limited" nature of sales, discounts,

16   and prices. For example, on April 30, 2022, Old Navy sent an email with a subject line, "No

17   joke! $12.50 JEANS (today only) . . ." By stating that a sale is only on for a limited time, Old

18   Navy suggests an offer's rarity or urgency, stimulating consumers' desire to get the deal before

19   its gone while simultaneously inducing fear of missing a good buy. With this simple technique, a

20   consumer can be seduced into making an impulsive purchase in a hurry.

21          31.     Old Navy designs the subject lines of its marketing emails to tap into these

22   consumer urges—going so far as to feature images of clocks in the email subject line itself next

23   to words such as "tick-tock" and "Time's almost out." Other email subject lines spur the

24   recipient to make purchases, prompting the recipient to "Hurry!," "OPEN QUICKLY," and "Go,

25   go, go!"

26

27

28

CLASS ACTION COMPLAINT - 6

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     32.    The fact that such statements are false and misleading has been recognized by the

2 Federal Trade Commission, which directs that sellers should not "make a 'limited' offer which,

3 in fact, is not limited." 16 C.F.R. § 233.5.

4     33.    Old Navy uses the purportedly limited nature of its offers to send *more* emails to

5 consumers than it otherwise might. Old Navy may send a single consumer up to five marketing

6 emails *per day*, and commonly sends three marketing emails *every day*, many of them

7 advertising "limited time" offers. For example, Old Navy will send an email (i) when a limited

8 time offer starts, (ii) while the offer is ongoing, (iii) when the offer is getting close to ending, (iv)

9 when the offer is in its final hours, and (v) when the offer as been "extended." When several

10 emails contain the same false and misleading information about the limited nature of an offer, the

11 emails clog up inboxes with spam email and waste limited data space.

12     34.    Old Navy violates CEMA because many of the statements in the email subject

13 lines intended to seduce consumers into making a purchase are false and misleading on several

14 fronts. There are numerous examples of Old Navy emails that can be shown to have false and

15 misleading information in the subject lines just by reviewing the subject lines of other Old Navy

16 emails. While there are too many examples to include them all here, the facts alleged below

17 show the types of false and misleading email subject lines Old Navy deploys.

18    **1.**    **The offer is available longer than stated in the subject line of the email.**

19     35.    Old Navy commonly claims or suggests that sales will only be available for a

20 certain amount of time in the email subject line. However, in many instances, the sale is

21 available for longer than the time period stated in the email subject line.

22     36.    For example, on May 15, 2021, Old Navy sent an email with a subject line stating

23 "$12 women's compression leggings, today only". However, the next day, Old Navy sent an

24 email with a subject line advertising "TWELVE DOLLAR compression leggings".

CLASS ACTION COMPLAINT - 7

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

37.     The subject line of the email sent on May 15, 2021, stating that the leggings would be offered at that price for "today only," was therefore false and misleading because the leggings were offered at the same price the next day.

38.     As a second example, the jeans Old Navy advertised via email on April 30, 2022, with the subject line "No joke! $12.50 JEANS (today only) . . . ," were also advertised in the email subject line the *next day* with a nearly identical subject line: "No joke! $12.50 JEANS (you earned it)."

39.     The subject line of the email sent on April 30, 2022, stating that the jeans would be offered at that price for "today only," was false and misleading because the jeans were offered at the same price the next day.

40.     As another example, on April 15, 2022, Old Navy sent an email with a subject line stating "3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!" But, on April 18, more than three days after the sale was first advertised in Old Navy's marketing emails, Old Navy sent another email with the subject line stating "50% OFF ACTIVE."

41.     The subject line of the email sent on April 15, 2022, stating that active wear would be 50% off for "3 DAYS ONLY," was therefore false and misleading because active wear was offered at 50% for more than three days.

42.     As another example, on June 4, 2022, Old Navy sent an email with a subject line stating "Today Only: $12 cami tops + $12 shorts." However, two days later, on June 6, 2022, Old Navy sent an email advertising cami tops at the same price with a subject line stating: ". . . $12 cami tops (this week only!!)."[1]

43.     The subject line of the email sent on June 4, 2022, stating that the cami tops were $12 for "today only," was therefore false and misleading because the cami tops were offered at the same price in the following days.

---

[1] An email with the subject line "Snag $19 and under styles for the fam + $12 cami tops (this week only!!) ," was also sent on June 2, 2022, meaning the sale on cami tops was already ongoing when it was advertised as "today only" on June 4, 2022 at the same price. The June 4, 2022 email is therefore also false and misleading for the reasons outline in Section B.2 below.

CLASS ACTION COMPLAINT - 8

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

44.     As another example, starting on June 7, 2022, Old Navy sent emails advertising in the subject lines "$29 matching tops & bottoms (this week only!)." The "one week" sale was advertised in email subject lines on June 7, June 8, June 12, and June 15, 2022. However, the same price continued to be advertised in email subject lines eight days after the first email, on June 15, 2022, and the fine print at the bottom of the email stated the price would be offered for nine days, until June 16, 2022, i.e., more than one week.

45.     The subject lines of the emails sent on June 7, June 8, June 12, and June 15, 2022, advertising the "one week" sale, were therefore false and misleading because the sale was offered for more than one week.

**2.     The email states or suggests that the offer is new, but the offer was already available.**

46.     Old Navy's commonly misleads consumers into thinking that a sale or discount is new or is only being offered for a limited time, when the offer or sale has already been ongoing. Such false and misleading statements trick the consumer into thinking that the offer is rarer than it really is and that they should act to take advantage of the special offer.

47.     For example, Old Navy began advertising OG Straight shorts for $16 in email subject lines on the May 3, 2022. On May 5, 2022, the OG straight shorts were advertised in an email subject line stating "THIS WEEK ONLY! $16 OG Straight shorts." However, on May 9, 2022, Old Navy sent an email with a subject line stating "ONE DAY ONLY ! 50% OFF jeans + $16 OG Straight shorts."

48.     The subject line of the email sent on May 9, 2022, stating that the $16 OG Straight shorts was "ONE DAY ONLY," was therefore false and misleading because the sale was offered for more than one day.

49.     As another example, on June 18, 2022, Old Navy sent an email with a subject line stating "@You: FIFTY PERCENT OFF all dresses (today only!)." However, Old Navy advertised all dresses at 50% off the day before in an email subject line stating "You heard correctly, 50% off ALL dresses . . ."

CLASS ACTION COMPLAINT - 9

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

50.     The subject line of the email sent on June 18, 2022, stating that 50% off dresses was being offered for "today only," was therefore false and misleading because the sale was offered for more than one day.

51.     As a third example, on July 31, 2022, Old Navy sent an email with a subject line stating "A Sunday treat * Half off ALL jeans + $3 kids deals." However, the same two offers were also advertised the day before in *three* emails sent on July 30 with different subject lines.

52.     The subject line of the email sent on July 31, 2022, stating that the offered deal was a "Sunday treat," was therefore false and misleading because the advertised deals were not limited to that Sunday.

**3.     The email states or suggests that the sale is ending, but the sale continues.**

53.     Old Navy often sends marketing emails with subject lines stating or suggesting that a sale is ending soon but the sale continues after the email. These emails give consumers a false sense of urgency and spur impulse buys by consumers who do not want to miss the deal.

54.     For example, on February 10, 2019, Old Navy sent an email with the subject line: "GAH! This is the last chance to get up to 50% OFF . . ." However, the next day, Old Navy sent an email with a subject line stating "We've announced UP TO 50% OFF STOREWIDE (starting now)." The 50% off storewide promotion continued to be advertised through February 16, 2019.

55.     The subject line of the email sent on February 10, 2019, stating that it was the "last chance" to get 50% off, was therefore false and misleading because 50% continued to be offered in the following days.

56.     As another example, on March 17, 2019, Old Navy sent an email with a subject line stating "$20 Rockstars + 40% OFF (final reminder!)." However, the next day, on March 18, 2019, Old Navy sent an email with a subject line stating "Urgent: You're getting FORTY PERCENT OFF EVERYTHING online for one more day!"

57.     The subject line of the email sent on March 17, 2019, stating that it was the "final reminder" to get 40% off was therefore false and misleading because the promotion continued into the next day and Old Navy sent additional reminders.

CLASS ACTION COMPLAINT - 10

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   58.     As another example, on November 26, 2021, Old Navy sent an email with the

2   subject line "FINAL HOURS: $5 PJ pants + 50% off — get your gift list ready". Old Navy

3   continued to advertise "50% off" through November 28, 2021, when it sent an email with the

4   subject line "Last chance for $8 thermal leggings + 50% OFF & sooo many cyber deals." Old

5   Navy continued to advertise "50% off" through November 29, 2021, when it sent an email with

6   the subject line stating "FINAL HOURS: 50% OFF *and* $7 PJ pants." However, Old Navy

7   continued to advertise the 50% off sale in email subject lines the following day.

8   59.     The subject lines of the emails sent on November 26, 2021, November 28, 2021,

9   and November 29, 2021 stating that it was the "FINAL HOURS" or "last chance" to get 50% off

10  were therefore false and misleading because the same offer was advertised for days after those

11  emails were sent.

12  **4.     The email states that the sale has been "extended," but Old Navy always**

13  **planned for the sale to be offered during the purported "extension."**

14  60.     Old Navy also misrepresents the length of time sales will be offered by sending

15  emails stating that a sale has been "EXTENDED!!" These emails are often sent following long

16  holiday weekends when consumers are back at their computers or on their phones after a

17  weekend of activity. However, discovery will show that Old Navy employees did not gather at

18  the end of the planned sale and determine that the sale should be extended. Instead, the sale was

19  always planned to continue and the advertised "extension" is fake.  For example, as detailed in

20  paragraph 59 above, Old Navy advertised a 50% off sale in 2021 for "Black Friday" and "Cyber

21  Monday." However, around 2:00 AM on Tuesday, November 30, 2021, Old Navy sent an email

22  with a subject line stating "No joke, it's CYBER TUESDAY! 50% off has been extended for

23  ONE. MORE. DAY." Old Navy continued to advertise the "extended" sale, with emails that

24  same day stating in the subject lines "FIFTY PERCENT OFF has been extended + 60% off

25  ~these~ picks" and "Oooooh! SIXTY percent off cozy faves for the fam + we're extending 50%

26  off online until midnight".

27

28

CLASS ACTION COMPLAINT - 11

61.     The subject lines of the three emails sent on November 30, 2021, stating that the 50% off sale had been extended, were therefore false and misleading because, as discovery will show, Old Navy had long planned to offer the 50% off sale on Tuesday, November 30, 2021.

62.     This inference is further supported by the fact that Old Navy sent the same false and misleading "sale extended" emails on the Tuesday following Thanksgiving the next year, in 2022. Old Navy sent an email on Saturday, November 26, 2022 stating in the subject line "CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks." Old Navy continued to advertise the sale on the following Sunday and on Cyber Monday. Then, around 5:30 AM on Tuesday, November 29, 2022, Old Navy sent an email with the subject line "Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks".

63.     The subject line of the email sent on November 29, 2022, stating that the 50% off sale had been extended, was therefore false and misleading because, as discovery will show, Old Navy had long planned to offer the 50% off sale on Tuesday, November 29, 2022.

C.     **Old Navy Sends Commercial Emails to Consumers Whom It Knows, Or Has Reason to Know, Reside In Washington.**

64.     Old Navy sent the misleading commercial emails to email addresses that Old Navy knew, or had reason to know, were held by Washington residents, either because (i) Old Navy had a physical Washington address that was associated with the recipient; (ii) Old Navy had access to data regarding the recipient indicating that they were in Washington state; or (iii) information was available to Old Navy upon request from the registrant of the internet domain name contained in the recipient's electronic mail address.

65.     Old Navy knows where many of its customers reside through several methods.

66.     First, for any person that places an order online from Old Navy, Old Navy associates an email address with a shipping address and/or billing address for that order.

67.     Second, Old Navy encourages online shoppers to create online accounts. Customers save information in their Old Navy accounts along with their email address, such as shipping addresses, billing addresses, and phone numbers.

CLASS ACTION COMPLAINT - 12

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

68.     Third, Old Navy offers consumers credit cards. Consumers who apply or sign up for such cards must provide additional identifying information, such as a social security number, and provide a billing address to Old Navy. Old Navy also pulls information related to the consumer, such as their past addresses.

69.     Fourth, discovery will show that Old Navy employs methods to track the effectiveness of its marketing emails and to identify consumers that click on links contained in Old Navy's marketing emails, including by identifying their physical location. For example, discovery will also show that Old Navy gathers information such as geocoordinates and IP addresses from individuals who click on links in Old Navy commercial emails, and that Old Navy can use such information to determine whether the recipient is in Washington.

70.     Fifth, Old Navy also utilizes cookies, pixels, and other online tracking technologies to identify and locate the consumers that click on links contained in Old Navy's marketing emails and that visit its website. For example, Old Navy has installed the Meta Pixel on its website, which identifies website visitors and can identify specific Facebook and Instagram users that visit the Old Navy website; information that can be associated with the data collected by Meta on where that consumer resides. Old Navy also employs tracking technologies provided by Google, Inc., Yahoo! Inc., FullStory, Inc., Twitter, Inc., Microsoft, Inc., and others that may be able to locate consumers in the state of Washington.

71.     Sixth, discovery will also show that Old Navy employs sophisticated third parties who create profiles of customers and potential customers, including their email address and physical location.

72.     Lastly, Old Navy also knew, should have known, or had reason to know that it sends marketing emails to Washington residents due to its large presence in the state and the volume of marketing emails it sends to people around the country. *See Heckel*, 122 Wash. App. at 6 (holding as a matter of law that a defendant had a reason to know that he sent emails to Washington residents by sending over 100,000 emails a week to people around the country).

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

73.     Discovery will show that, at the time it sent the emails with false and misleading subject lines, Old Navy had access to the data described above regarding the location of consumers in Washington to whom it sent the emails.

**D.     Old Navy initiated (or conspired to initiate) the transmission of illegal emails to Plaintiffs.**

74.     At all times relevant to this Complaint, Plaintiff Brown resided in Washington State.

75.     Plaintiff Brown has received Old Navy emails since at least September 2017. Plaintiff Brown has received thousands of marketing emails from Old Navy since that date, and typically receives 2-3 emails every day.

76.     Plaintiff Brown receives emails from Old Navy at a yahoo.com email address. Plaintiff Brown has a 1000 GB limit of free data from yahoo. Plaintiff Brown currently has at least 1,243 emails from Old Navy in her inbox, but discovery will show that she has received many more emails that she has deleted to conserve the finite space available in her email inbox.

77.     Old Navy knows, or has reason to know, that Plaintiff Brown's email address is held by a Washington resident. Plaintiff Brown has an account with Old Navy that reflects her home address in the State of Washington. Plaintiff Brown had made several purchases from the Old Navy website that have been delivered to her home in Washington and she has shopped in Old Navy stores in Washington with her account. Plaintiff Brown has also repeatedly clicked on links contained in Old Navy emails from her computer, which was registered to an IP address in Washington at all relevant times, or from her smart phone, which was located in Washington unless Plaintiff Brown happened to be traveling.

78.     Plaintiff Brown received the emails with false and misleading subject lines described in paragraphs 37, 39, 41, 45, 50, 55, 57, 59, 61, and 63, above. Plaintiff Brown received additional emails with false and misleading subject lines from Old Navy as identified Exhibit A. The emails that Plaintiffs allege are misleading are bolded in Exhibit A and the remaining emails provide the context showing why each subject line is false or misleading.

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    79.    Old Navy sent these emails to Plaintiff Brown for the purpose of promoting Old
2    Navy's goods for sale.

3    80.    Old Navy initiated the transmission or conspired to initiate the transmission of
4    these commercial electronic mail messages to Plaintiff Brown.

5    81.    Plaintiff Brown does not want to receive emails with false and misleading subject
6    lines from Old Navy, though she would like to continue receiving truthful information from Old
7    Navy regarding its products. However, due to Old Navy's conduct, Plaintiff Brown cannot tell
8    which emails from Old Navy contain truthful information or which emails are spam with false
9    and misleading information designed to spur her to make a purchase.

10   82.    At all times relevant to this Complaint, Plaintiff Smith resided in Washington
11   State.

12   83.    Plaintiff Smith has received Old Navy emails since at least December 2021.
13   Plaintiff Brown has received hundreds of marketing emails from Old Navy since that date, and
14   typically receives 2-3 emails every day.

15   84.    Plaintiff Smith receives emails from Old Navy at a gmail.com email address.
16   Plaintiff Smith has a 15 GB limit of free data from Gmail. Plaintiff Smith currently has at least
17   614 emails from Old Navy in her inbox, but it is likely that she has received more emails that she
18   has deleted to conserve the finite space available in her email inbox.

19   85.    Old Navy knows, or has reason to know, that Plaintiff Smith's email address is
20   held by a Washington resident. Plaintiff Smith has an account with Old Navy that reflects her
21   home address in the State of Washington. Plaintiff Smith has made several purchases from the
22   Old Navy website that have been delivered to her home in Washington and she has shopped in
23   Old Navy stores in Washington with her account. Plaintiff Smith has also repeatedly clicked on
24   links contained in Old Navy emails from her computer, which was registered to an IP address in
25   Washington at all relevant times, or from her smart phone, which was located in Washington
26   unless Plaintiff Smith happened to be traveling.

27

28

CLASS ACTION COMPLAINT - 15

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

86.     Plaintiff Smith received the emails with false and misleading subject lines described in paragraphs 39, 43, 45, 48, 50, 52, and 63 above. Plaintiff Smith received additional emails with false and misleading subject lines from Old Navy as identified Exhibit B. The emails that Plaintiffs allege are misleading are bolded in Exhibit B and the remaining emails provide the context showing why each subject line is false or misleading.

87.     Old Navy sent these emails to Plaintiff Smith for the purpose of promoting Old Navy's goods for sale.

88.     Old Navy initiated the transmission or conspired to initiate the transmission of these commercial electronic mail messages to Plaintiff Smith.

89.     Plaintiff Smith does not want to receive emails with false and misleading subject lines from Old Navy, though she would like to continue receiving truthful information from Old Navy regarding its products. However, due to Old Navy's conduct, Plaintiff Smith cannot tell which emails from Old Navy contain truthful information or which emails are spam with false and misleading information designed to spur her to make a purchase.

90.     As shown in Exhibits A and B, Plaintiff Brown has identified at 51 and Plaintiff Smith has identified at least 40 Old Navy emails with false and misleading subject lines currently in their email inboxes. These emails were sent between September 20, 2018 to December 11, 2022, showing that Old Navy engaged in this conduct throughout the relevant time period. Plaintiffs continue to receive emails with false and misleading subject lines. However, because Plaintiffs have deleted some of the emails they have received from Old Navy, they are not presently able to identify all the emails with false and misleading subject lines they have received. Old Navy is aware of all the emails it has sent Plaintiffs and discovery will show the full number of illegal spam emails Old Navy has sent throughout the relevant time period.

## V.     CLASS ACTION ALLEGATIONS

91.     <u>Class Definition</u>. Pursuant to Civil Rule 23(b)(3), Plaintiffs bring this case as a class action on behalf of a Class defined as:

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2
3
4
5
6
7
8

All Washington residents[2] who, within four years before the date of the filing of this complaint until the date any order certifying a class is entered, received an email from or at the behest of Old Navy, LLC that contained a subject line stating or implying that (1) a sale, discount, price, or other offer would only be available for a limited time, and the sale, discount, price, or other offer was in fact offered for a longer period of time; (2) a sale, discount, price, or other offer was new or only offered that day, and the sale, discount, price, or other offer was in fact already being offered; (3) a sale, discount, price, or other offer would ending soon, and the sale, discount, price, or other offer continued to be offered for at least another day; or (4) a sale, discount, price, or other offer was being extended, when the sale, discount, price, or other offer was previously planned to continue through the extension advertised.

9    Excluded from the Class are Old Navy, any entity in which Old Navy has a controlling

10  interest or that has a controlling interest in Old Navy, and Old Navy's legal representatives,

11  assignees, and successors. Also excluded are the judge to whom this case is assigned and any

12  member of the judge's immediate family.

13    92.    <u>Numerosity</u>. The Class is so numerous that joinder of all members is

14  impracticable. The Class has more than 1,000 members. Moreover, the disposition of the claims

15  of the Class in a single action will provide substantial benefits to all parties and the Court.

16    93.    <u>Commonality</u>. There are numerous questions of law and fact common to Plaintiffs

17  and members of the Class. The common questions of law and fact include, but are not limited to:

18        a.    Whether Old Navy sent commercial electronic mail messages with false

19  and misleading information in the subject lines;

20        b.    Whether Old Navy initiated the transmission or conspired to initiate the

21  transmission of commercial electronic mail messages to recipients residing in Washington State

22  in violation of RCW 19.190.020;

23        c.    Whether a violation of RCW 19.190.020 establishes all the elements of a

24  claim under Washington's Consumer Protection Act, RCW 19.86 *et seq.*;

25

26

27

28

---

[2] "Residents" shall have the same meaning as "persons" as defined in RCW 19.190.010(11) and RCW 19.86.010(a).

CLASS ACTION COMPLAINT - 17

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1          d.      Whether Plaintiffs and the proposed Class are entitled to an injunction

2    enjoining Old Navy from sending the unlawful emails in the future; and

3          e.      The nature and extent of Class-wide injury and damages.

4    94.    Typicality. Plaintiffs' claims are typical of the claims of the Class. Plaintiffs'

5    claims, like the claims of the Class arise out of the same common course of conduct by Old Navy

6    and are based on the same legal and remedial theories.

7    95.    Adequacy. Plaintiffs will fairly and adequately protect the interests of the Class.

8    Plaintiffs have retained competent and capable attorneys with significant experience in complex

9    and class action litigation, including consumer class actions and class actions involving

10   violations of CEMA. Plaintiffs and their counsel are committed to prosecuting this action

11   vigorously on behalf of the Class and have the financial resources to do so. Neither Plaintiffs nor

12   their counsel have interests that are contrary to or that conflict with those of the proposed Class.

13   96.    Predominance. Old Navy has a standard practice of initiating or conspiring to

14   initiate commercial electronic mail messages to email addresses held by Washington State

15   residents. The common issues arising from this conduct predominate over any individual issues.

16   Adjudication of these issues in a single action has important and desirable advantages of judicial

17   economy.

18   97.    Superiority. Plaintiffs and members of the Class have been injured by Old Navy's

19   unlawful conduct. Absent a class action, however, most Class members likely would find the

20   cost of litigating their claims prohibitive. Class treatment is superior to multiple individual suits

21   or piecemeal litigation because it conserves judicial resources, promotes consistency and

22   efficiency of adjudication, provides a forum for small claimants, and deters illegal activities. The

23   members of the Class are readily identifiable from Old Navy's records and there will be no

24   significant difficulty in the management of this case as a class action.

25   98.    Injunctive Relief. Old Navy's conduct is uniform as to all members of the Class.

26   Old Navy has acted or refused to act on grounds that apply generally to the Class, so that final

27   injunctive relief or declaratory relief is appropriate with respect to the Class as a whole. Plaintiffs

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  further allege, on information and belief, that the emails described in this Complaint are

2  substantially likely to continue in the future if an injunction is not entered.

3                              VI.    CAUSES OF ACTION

4                              FIRST CLAIM FOR RELIEF

5  (Violations of Washington's Commercial Electronic Mail Act, RCW 19.190 *et seq.*)

6      99.    Plaintiffs reallege and incorporate by reference each and every allegation set forth

7  in the preceding paragraphs.

8      100.    Washington's CEMA prohibits any "person," as that term is defined in RCW

9  19.190.010(11), from initiating or conspiring to initiate the transmission of a commercial

10  electronic mail message from a computer located in Washington or to an electronic mail address

11  that the sender knows, or has reason to know, is held by a Washington resident that contains

12  false or misleading information in the subject line.

13      101.    Old Navy is a "person" within the meaning of the CEMA, RCW 19.190.010(11).

14      102.    Old Navy initiated the transmission or conspired to initiate the transmission of

15  one or more commercial electronic mail messages to Plaintiffs and proposed Class members with

16  false or misleading information in the subject line.

17      103.    Old Navy's acts and omissions violated RCW 19.190.020(1)(b).

18      104.    Old Navy's acts and omissions injured Plaintiffs and proposed Class members.

19      105.    The balance of the equities favors the entry of permanent injunctive relief against

20  Old Navy. Plaintiff, the members of the Class and the general public will be irreparably harmed

21  absent the entry of permanent injunctive relief against Old Navy. A permanent injunction against

22  Old Navy is in the public interest. Old Navy's unlawful behavior is, based on information and

23  belief, ongoing as of the date of the filing of this pleading; absent the entry of a permanent

24  injunction, Old Navy's unlawful behavior will not cease and, in the unlikely event that it

25  voluntarily ceases, is likely to reoccur.

26      106.    Plaintiffs and Class members are therefore entitled to injunctive relief in the form

27  of an order enjoining further violations of RCW 19.190.020(1)(b).

28

CLASS ACTION COMPLAINT - 19

**SECOND CLAIM FOR RELIEF**
**(*Per se* violation of Washington's Consumer Protection Act, RCW 19.86 *et seq.*)**

107.     Plaintiffs reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

108.     Plaintiffs and Class members are "persons" within the meaning of the CPA, RCW 19.86.010(1).

109.     Old Navy violated the CEMA by initiating or conspiring to initiate the transmission of a commercial electronic mail messages to Plaintiffs and Class members' that contain false or misleading information in the subject line.

110.     A violation of CEMA is a "per se" violation of the Washington Consumer Protection Act ("CPA"), RCW 19.86.010, *et seq.* RCW 19.190.030.

111.     A violation of the CEMA establishes all five elements of Washington's Consumer Protection Act as a matter of law.

112.     Old Navy's violations of the CEMA are unfair or deceptive acts or practices that occur in trade or commerce under the CPA. RCW 19.190.100.

113.     Old Navy's unfair or deceptive acts or practices vitally affect the public interest and thus impact the public interest for purposes of applying the CPA. RCW 19.190.100.

114.     Pursuant to RCW 19.19.040(1), damages to each recipient of a commercial electronic mail message sent in violation of the CEMA are the greater of $500 for each such message or actual damages, which establishes the injury and causation elements of a CPA claim as a matter of law. *Lyft*, 406 P.3d at 1155.

115.     Old Navy engaged in a pattern and practice of violating the CEMA. As a result of Old Navy's acts and omissions, Plaintiffs and Class members have sustained damages, including $500 in statutory damages, for each and every email that violates the CEMA. The full amount of damages will be proven at trial. Plaintiffs and Class members are entitled to recover actual damages and treble damages, together with reasonable attorneys' fees and costs, pursuant to RCW 19.86.090.

CLASS ACTION COMPLAINT - 20

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

116.    Under the CPA, Plaintiffs and members of the Class are also entitled to, and do seek, injunctive relief prohibiting Old Navy from violating the CPA in the future.

## VII.    REQUEST FOR RELIEF

WHEREFORE, Plaintiffs, on their own behalf and on behalf of the members of the Class, request judgment against Old Navy as follows:

A.    That the Court certify the proposed Class;

B.    That the Court appoint Plaintiffs as Class Representatives.

C.    That the Court appoint the undersigned counsel as counsel for the Class;

D.    That the Court should grant injunctive relief as permitted by law to ensure that Old Navy will not continue to engage in the unlawful conduct described in this Complaint;

E.    That the Court enter a judgment awarding any other injunctive relief necessary to ensure Old Navy's compliance with the CEMA;

F.    That Old Navy be immediately restrained from altering, deleting or destroying any documents or records that could be used to identify members of the Class;

G.    That Plaintiffs and all Class members be awarded statutory damages in the amount of $500 for each violation of the CEMA pursuant to RCW 19.190.020(1)(b) and treble damages pursuant to RCW 19.86.090;

H.    That the Court enter an order awarding Plaintiffs reasonable attorneys' fees and costs; and

I.    That Plaintiffs and all Class members be granted other relief as is just and equitable under the circumstances.

## VIII.    TRIAL BY JURY

Plaintiffs demand a trial by jury for all issues so triable.

CLASS ACTION COMPLAINT - 21

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    RESPECTFULLY SUBMITTED AND DATED this 19th day of April, 2023.

2                              TERRELL MARSHALL LAW GROUP PLLC

3
                              By: /s/ Blythe H. Chandler, WSBA #43387
4                                 Beth E. Terrell, WSBA #26759
                                  Email: bterrell@terrellmarshall.com
5                                 Jennifer Rust Murray, WSBA #36983
                                  Email: jmurray@terrellmarshall.com
6                                 Blythe H. Chandler, WSBA #43387
                                  Email: bchandler@terrellmarshall.com
7                                 936 North 34th Street, Suite 300
                                  Seattle, Washington 98103
8                                 Telephone: (206) 816-6603
                                  Facsimile: (206) 319-5450
9
10                                Sophia M. Rios, *Pro Hac Vice Forthcoming*
                                  Email: srios@bm.net
11                                E. Michelle Drake, *Pro Hac Vice Forthcoming*
                                  Email: emdrake@bm.net
12                                BERGER & MONTAGUE, P.C.
                                  401 B Street, Suite 2000
13                                San Diego, California 92101
                                  Telephone: (619) 489-0300
14                                Facsimile: (215) 875-4604
15
16                            *Attorneys for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 9/20/2018 | ALL JEANS ON SALE! | |
| 9/20/2018 | **Last call: HALF OFF *all* jeans for the littles** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/24/2018 | **50% OFF *all* tees today + our jeans sale is ending soon** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/25/2018 | **EXPIRATION ALERT! Up to 50% OFF storewide + ALL jeans on sale end TONIGHT** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 9/29/2018 | ***50% OFF ALL jeans + 30% OFF all. this. NEW.*** | |
| 10/29/2018 | SAY WHAT?! Up to 50% OFF storewide! | |
| 10/30/2018 | 50% OFF *all* SWEATSHIRTS & HOODIES! 6 HRS ONLY | Already on Sale (Complaint Section IV(B)(2)) |
| 11/2/2018 | ***TODAY: 50% OFF ALL SWEATERS*** | |
| 11/2/2018 | TODAY! It's all about those HALF OFF sweaters | |
| 11/5/2018 | ▨ WOWZA ▨ Up to 50% OFF *all* jeans, pants, sweaters & outerwear in-store! | |
| 11/6/2018 | ⫾ALL jeans, pants, sweaters & outerwear are up to FIFTY PERCENT OFF⫾ | |
| 11/8/2018 | AN EXCUSE TO SHOP! *ALL* jeans, pants, sweaters & outerwear are up to 50% OFF | |
| 11/10/2018 | 50% OFF *all* jeans, sweaters & outerwear. (This almost NEVER happens!) | |
| 11/13/2018 | ✉ 40% OFF YOUR ORDER ENCLOSED! | |
| 11/13/2018 | 🔑 You get 40% OFF your order. And you get 40% OFF your order. EVERYONE GETS 40% OFF THEIR ORDER | |
| 11/14/2018 | **40% OFF your order is ending! You better hurry...** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/16/2018 | HOLIDAY YOUR ♡ OUT with 40% OFF your ENTIRE purchase | |
| 11/19/2018 | OMG! ALL SWEATERS ON SALE (HALF OFF!) | |
| 11/19/2018 | ▮ Yayyyyyy! You're approved for HALF-PRICE SWEATERS | Already on Sale (Complaint Section IV(B)(2)) |
| 11/27/2018 | **JUST HOURS LEFT: 50% OFF EVERYTHING ONLINE — MEET US AT THE WWW** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/28/2018 | Your up to 50% OFF STOREWIDE is waiting! | |
| 11/29/2018 | BEST. NEWS. EVER: Up to 50% OFF storewide with styles from $4! | |
| 12/4/2018 | **EEK! This is your LAST CHANCE for up to 50% OFF STOREWIDE** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 12/5/2018 | *ADDS EVERYTHING TO CART* — the ENTIRE STORE is up to 60% OFF | |
| 2/1/2019 | **FINAL. NOTICE. Up to FIFTY PERCENT OFF jeans & more ends NOW** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 2/2/2019 | ***$12 jeans (really!)*** | |
| 2/3/2019 | ** Up to FIFTY PERCENT OFF these pants ** | |
| 2/4/2019 | Code HURRY for 30% OFF EVERYTHING (you've won big) ---> | |
| 2/10/2019 | **GAH! This is the last chance to get up to 50% OFF (& SUPER CASH is ending, too!)** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 2/11/2019 | We've announced UP TO 50% OFF STOREWIDE (starting now) | |
| 2/12/2019 | UP TO 50% OFF STOREWIDE — STYLES FROM $6 | |
| 2/15/2019 | Up to 50% OFF s-t-o-r-e-w-i-d-e | |
| 2/16/2019 | 🏎 50% OFF *all* jeans + up to 50% OFF storewide — lucky you! | |
| 3/17/2019 | **'$20 Rockstars + 40% OFF (final reminder!)** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 3/18/2019 | Urgent: You're getting FORTY PERCENT OFF EVERYTHING online for one more day! | |
| 5/15/2021 | **'$12 women's compression leggings, today only** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/16/2021 | TWELVE DOLLAR compression leggings | |
| 10/16/2021 | '$8 plush tees are now at your disposal (omg!) + 50% OFF YOUR PURCHASE --> | |
| 10/16/2021 | You're just in time for $8 plush tees (going fast!) + 50% OFF your purchase is inside (including clearance!) | |
| 10/16/2021 | *ADDS EVERYTHING TO CART* You've been gifted 50% OFF your purchase + $8 plush tees now confirmed | |

## EXHIBIT A

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 10/17/2021 | 50% OFF has officially been activated + $12 sweaters (really!)*** | Already on Sale (Complaint Section IV(B)(2)) |
| 10/18/2021 | ENDING SOON: snag 50% off your order before Giftober ends + $14 flannel PJ sets | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/19/2021 | 📣 SALE ALERT 📣 You've received MAJOR discounts (up to 50% off!) + PowerPress bras & leggings from $10 | |
| 10/21/2021 | SALE NOTIFICATION: You're the recipient of up to 50% OFF + permission to DOUBLE DIP ---> | Already on Sale (Complaint Section IV(B)(2)) |
| 11/25/2021 | Black Friday starts NOW! Open for 50% OFF (one more thing to be thankful for 🦃) | |
| 11/25/2021 | ⏰ RISE & SHINE! $8 microfleece sweatshirts + FIFTY PERCENT OFF | |
| 11/25/2021 | The dishes can wait: 50% off + $8 microfleece sweatshirts | |
| 11/25/2021 | HALF OFF your purchase + $8 microfleece sweatshirts bc we know you're ready to lounge | |
| 11/25/2021 | TODAY'S THE BIG DAY! $5 PJ PANTS IN-STORE & 50% OFF ONLINE (YAAAAASSSSS!) | |
| 11/26/2021 | ☕ Grab your joe — most stores are OPEN NOW! Get 50% off, $5 PJ pants & more | |
| 11/26/2021 | 50% OFF + $5 PJ PANTS for the family — time to BLACK FRIDAY IT UP | |
| 11/26/2021 | 🎁 FINAL HOURS: $5 PJ pants + 50% off — get your gift list ready | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/27/2021 | FIFTY PERCENT OFF + the Saturday Steal is baaaack! | |
| 11/27/2021 | 🧦 CYBER WEEKEND IS HAPPENING 🧦 $1 cozy socks in-store, $10 jeans, $6 Thermal Tees, 50% off & more | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/27/2021 | '$1 COZY SOCKS, $10 JEANS, $6 THERMALS & 50% OFF! You've really won big... | |
| 11/28/2021 | WAHOO! 50% OFF + $8 thermal leggings, $1 cozy socks & cyber deals are ON | |
| 11/28/2021 | You've scored $1 COZY SOCKS, $8 THERMAL LEGGINGS & 50% OFF | |
| 11/28/2021 | '$8 thermal leggings (seriously!) + HALF OFF your purchase | |
| 11/28/2021 | Last chance for $8 thermal leggings + 50% OFF & sooo many cyber deals | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/29/2021 | CYBER EVENT CONFIRMED ⚡ FIFTY PERCENT OFF + $7 PJ pants | Already on Sale (Complaint Section IV(B)(2)) |
| 11/29/2021 | 50% OFF. $7 PJ PANTS. GIFTS FROM $2.50. BEST.MONDAY.EVER | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/29/2021 | You've earned it! 50% OFF & $7 PJ pants, plus more Cyber Monday deals | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/29/2021 | FINAL HOURS: 50% OFF *and* $7 PJ pants | Sale "Ending" (Complaint Section IV(B)(3)) |
| 11/29/2021 | OMG! $7 PJ pants are cozier than ever + 50% off | |
| 11/30/2021 | No joke, it's CYBER TUESDAY! 50% off has been extended for ONE. MORE. DAY. | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | FIFTY PERCENT OFF has been extended + 60% off ~these~ picks | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | Oooooh! SIXTY percent off cozy faves for the fam + we're extending 50% off online until midnight | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/30/2021 | Attn, attn, attn: 50% off purchase + 60% off *these* styles END TONIGHT | |
| 12/18/2021 | 🛎 SATURDAY STEAL 🛎 $10 flannels & $6 thermals + 50% off your purchase | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 12/19/2021 | Last chance for $10 joggers + 50% OFF! | |
| 1/22/2022 | **BEST DAY EVER** 50% OFF YOUR PURCHASE + $12 PowerSoft leggings have arrived | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 1/23/2022 | 50% OFF has officially been activated + you've officially scored FIFTEEN-DOLLAR ROCKSTAR JEANS | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 1/24/2022 | 👀 <--- Your reaction to 60% OFF these styles + you've scored 50% OFF your purchase | |
| 2/11/2022 | (1) message: You've got special offers from $8 + fifty percent off active verified | |
| 2/13/2022 | **Omg! This STOREWIDE sale on styles from $8 just landed + fifty percent off active verified** | Already on Sale (Complaint Section IV(B)(2)) |
| 3/17/2022 | **Psssst! 40% off at checkout + $20 shortalls & $25 overalls (THIS! WEEK! ONLY!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 3/19/2022 | You seriously deserve FORTY PERCENT OFF + $3 TANKS—YAYYYYYY! | |
| 3/20/2022 | **FORTY PERCENT OFF ending soon!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 3/27/2022 | SAVINGS ALERT! 40% off your purchase + fifty percent off *all* jeans is waiting | |
| 3/28/2022 | This $15 jean jacket is E-V-E-R-Y-T-H-I-N-G + take 40% off your purchase! | |
| 4/1/2022 | 50% OFF (!!!) + $15 cami mini dresses | |
| 4/1/2022 | You've unlocked 50% OFF (even new arrivals☺) + $15 cami mini dresses | |
| 4/1/2022 | ◎ NO JOKE: You're approved for 50% OFF + $15 cami mini dresses | |
| 4/2/2022 | 📢 BIG NEWS 📢 50% OFF YOUR PURCHASE + $12 linen pants | |
| 4/2/2022 | 🔥 HOT DEAL 🔥 50% OFF PURCHASE + $12 linen pants | |
| 4/2/2022 | ⊟ FIFTY PERCENT OFF is inside + $12 linen pants | |
| 4/3/2022 | 🌱 HALF OFF your purch incl. new spring arrivals + $10 bike shorts (yes, officially) | |
| 4/3/2022 | '$10 bike shorts + you're approved for 50% OFF | |
| 4/3/2022 | VERIFIED: 50% OFF YOUR ORDER is our little treat | |
| 4/4/2022 | You've unlocked $12 jeans + 50% OFF! | |
| 4/4/2022 | **JUUUUST ANNOUNCED: 50% off your purchase + $12 jeans TODAY** | Already on Sale (Complaint Section IV(B)(2)) |
| 4/4/2022 | **\*\*BEST DAY EVER\*\* 50% OFF YOUR PURCHASE** | Already on Sale (Complaint Section IV(B)(2)) |
| 4/15/2022 | **3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 4/25/2022 | **THIS WEEK ONLY! $15 t-shirt dresses** | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 4/30/2022 | **No joke! $12.50 JEANS (today only) + $15 T-SHIRT DRESSES** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/30/2022 | **Well-deserved: $12.50 jeans today** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/1/2022 | **'$12.50 JEANS (today only!) + you're due for $8 STYLES** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/24/2022 | This is BIG, ppl: our ENTIRE STORE is on sale | |
| 5/24/2022 | 👇You get 60% off, 👇you get 60% off, 👉 you get 60% off | |
| 5/25/2022 | '$5 TEES + 60% off deals inside | |
| 5/26/2022 | **ENTIRE STORE ON SALE (best day ever!!) + Navyist Rewards members get $10 off your in-store purchase** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/27/2022 | CHA-CHING! The entire store is on sale + $8 dresses | |
| 5/27/2022 | YESSS! $8 dresses + ENTIRE STORE ON SALE | |
| 5/28/2022 | **Oooooh! $2 TANKS ARE CALLING YOUR NAME + ENTIRE STORE ON SALE ENDS SOON!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | **ENDING SOON: don't miss our entire store on sale + $2 tanks!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | Omg omg omg $2 tank tops + the ENTIRE STORE is on sale | |
| 5/30/2022 | ACT ASAP: You've landed $10 linen pants & $8 linen shorts + ENTIRE STORE SALE ENDS TONIGHT | |
| 5/30/2022 | ⏳HURRY — entire store on sale ends soon + $10 linen pants & $8 linen shorts | |
| 5/30/2022 | YESSSS! ENTIRE STORE ON SALE + you've landed $10 linen pants & $8 linen shorts | |

**EXHIBIT A**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 6/2/2022 | Snag $19 and under styles for the fam + $12 cami tops (this week only!!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 6/4/2022 | '$12 Cami tops & shorts | |
| 6/4/2022 | 🔥 HOT DEAL ALERT 🔥 $12 cami tops & shorts | |
| 6/7/2022 | Make a splash with 50% off ALL swim + $29 matching tops & bottoms (this week only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) (See Ex. B) |
| 6/13/2022 | SIXTY PERCENT OFF is available + $14.50 tops & bottoms (limited time only!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/17/2022 | ATTN: Under $8 deals are confirmed + HALF OFF ALL DRESSES has arrived today | |
| 6/18/2022 | '@You: FIFTY PERCENT OFF all dresses (today only!) | Already on Sale (Complaint Section IV(B)(2)) |
| 8/20/2022 | 50%. OFF. ALL JEANS & 50% OFF LUXE TEES & TANKS | |
| 8/20/2022 | '@You: FIFTY PERCENT OFF ALL JEANS & LUXE TEES is confirmed | |
| 8/21/2022 | A rare offer: You've uncovered 50% off ALL Jeans + 40% OFF your order | Already on Sale (Complaint Section IV(B)(2)) |
| 10/23/2022 | You checked your email just in time! Up to FIFTY PERCENT OFF storewide on sale + $15 sweatshirts | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/30/2022 | Spreading cheer early! Up to 50% off storewide + 50% off all jeans & $25 cozy sweaters | |
| 11/4/2022 | 🎁 $15 jeans enclosed + pajamas from only $9 | |
| 11/5/2022 | '$9 PJs — today only! And, get $2 cozy socks in-store | Already on Sale (Complaint Section IV(B)(2)) |
| 11/26/2022 | CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/26/2022 | Open soon: $12 JEANS won't last + 50% OFF *EVERYTHING* is unmissable | |
| 11/26/2022 | '$12 JEANS & $2 COZY SOCKS are calling your name + FIFTY PERCENT OFF everything! | |
| 11/26/2022 | Not a drill: FIFTY PERCENT OFF EVERYTHING (we mean it) | |
| 11/27/2022 | Whoop whoop! 50% OFF everything, $2 cozy socks & $7 thermal tees | |
| 11/27/2022 | '$2 cozy socks, $7 thermal tees (today only!) & FIFTY PERCENT OFF EVERYTHING | |
| 11/27/2022 | Seriously: You're covered with 50% OFF EVERYTHING, $2 cozy socks & $7 thermal tees | |
| 11/27/2022 | '$7 thermal tees you'll love + FIFTY PERCENT OFF EVERYTHING confirmed | |
| 11/28/2022 | RE: CYBER DEALS ⚡ $3 PJ shorts & $4 long-sleeve tees are calling your name & FIFTY PERCENT OFF | |
| 11/28/2022 | '$3 PJ SHORTS. $4 TEES. 50% OFF EVERYTHING. BEST. MONDAY. EVER. | |
| 11/28/2022 | Your attention please: FIFTY PERCENT OFF EVERYTHING (really!) | |
| 11/28/2022 | 50% off everything featuring $3 PJ shorts & $4 tees (yes, officially!) | |
| 11/29/2022 | Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks | Sale "Extended" (Complaint Section IV(B)(4)) |
| 11/29/2022 | LIMITED TIME: 50% OFF EVERYTHING ends today | |
| 11/29/2022 | Yours to claim: $10 turtlenecks + 50% off everything | |
| 11/29/2022 | REDEEM NOW: 50% OFF EVERYTHING is gone soon | |
| 12/10/2022 | '$14 sherpa pullovers so cozy you'll want a few + $5 beanies | |
| 12/11/2022 | '$14 sherpa pullovers today + FIVE DOLLAR BEANIES | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 4/15/2022 | **3 DAYS ONLY! 50% OFF DRESSES, SHORTS, & ACTIVE!** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/15/2022 | **3 DAYS FOR HALF OFF THESE 3 THINGS** ☞ | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/16/2022 | 50% OFF DRESSES, SHORTS & ACTIVEWEAR + OMG! Here's **Up to 60% OFF** | |
| 4/16/2022 | Half off dresses, half off shorts, half off activewear + stock up on all things spring for $15 & under | |
| 4/16/2022 | WHEW! Our new arrivals are s-t-a-c-k-e-d 😊 + 50% off all shorts, dresses, & activewear | |
| 4/17/2022 | 50% OFF all dresses | 50% OFF all shorts | 50% off all activewear | |
| 4/17/2022 | ⏰ Time's almost out — snag 50% OFF all dresses, shorts & active + tees from $8, shorts from $14 | Sale "Ending" (Complaint Section IV(B)(3)) |
| 4/17/2022 | ATTN! 50% off all these must-haves + CLEARANCE from $2.99 | |
| 4/18/2022 | Yes, seriously: You just landed $8 and up styles + 50% OFF ACTIVE | |
| 4/18/2022 | ACT ASAP! 50% OFF active + 40% off your purchase are inside | |
| 4/23/2022 | '$14 PowerSoft shorts confirmed for today + $15 t-shirt dresses | |
| 4/24/2022 | ☞ Too amazing to miss! ALL shoes 50% OFF + $15 t-shirt dresses | |
| 4/25/2022 | **THIS WEEK ONLY! $15 t-shirt dresses** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/29/2022 | '$15 SHORTS as a thank you + $15 T-SHIRT DRESSES (yessss!) | |
| 4/30/2022 | Just dropped: $12.50 jeans | |
| 4/30/2022 | **No joke! $12.50 JEANS (today only) + $15 T-SHIRT DRESSES** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 4/30/2022 | **Well-deserved: $12.50 jeans today** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 5/1/2022 | '$12.50 JEANS are impossible to resist | |
| 5/1/2022 | **Approved! $12.50 JEANS (today only!) + $8 STYLES** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/1/2022 | '$12.50 jeans enclosed (yes, really) + $15 t-shirt dresses confirmed | |
| 5/3/2022 | SIXTY percent off these sunny day styles + $16 OG Straight shorts | |
| 5/5/2022 | THIS WEEK ONLY! $16 OG Straight shorts | |
| 5/8/2022 | ‖‖$12.50 PowerSoft leggings + $16 OG Straight shorts | |
| 5/9/2022 | **ONE DAY ONLY ‖ 50% OFF jeans + $16 OG Straight shorts** | Already on Sale (Complaint Section IV(B)(2)) |
| 5/24/2022 | This is BIG, Michelle: our ENTIRE STORE is on sale | |
| 5/24/2022 | ✋You get 60% off, ✋you get 60% off, ☞ you get 60% off | |
| 5/25/2022 | CONGRATS! $5 TEES (not a typo!) + a sale on the ENTIRE STORE | |
| 5/26/2022 | **ENTIRE STORE ON SALE (best day ever!!) + Navyist Rewards members get $10 off your in-store purchase** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 5/26/2022 | Looks for on & off the court + the ENTIRE STORE is on sale | |
| 5/27/2022 | CHA-CHING! The entire store is on sale + $8 dresses | |
| 5/27/2022 | YESSS! $8 dresses + ENTIRE STORE ON SALE | |
| 5/28/2022 | **'$2 TANKS HAVE ARRIVED (YES, SERIOUSLY) + ENTIRE STORE ON SALE ENDS SOON!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | **ENDING SOON: don't miss our entire store on sale + $2 tanks!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 5/29/2022 | Omg omg omg $2 tank tops + the ENTIRE STORE is on sale | |
| 5/30/2022 | ACT ASAP: You'll LOVE these $10 linen pants + $8 linen shorts + ENTIRE STORE SALE ENDS TONIGHT | |
| 5/30/2022 | ⏳HURRY — entire store on sale ends soon + $10 linen pants & $8 linen shorts | |
| 5/30/2022 | YESSS! ENTIRE STORE ON SALE + you've landed $10 linen pants & $8 linen shorts | |
| 6/2/2022 | **Snag $19 and under styles for the fam + $12 cami tops (this week only!!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/4/2022 | '$12 Cami tops & shorts | |
| 6/4/2022 | 👀 HOT DEAL ALERT 👀 $12 cami tops & shorts | |
| 6/4/2022 | **Today Only: $12 cami tops + $12 shorts** | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 6/6/2022 | '$19 and under on almost EVERYTHING + $12 cami tops (this week only!!) | |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| **6/7/2022** | **Make a splash with 50% off ALL swim + $29 matching tops & bottoms (this week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| **6/8/2022** | **Dive into 50% OFF ALL SWIM for the whole family + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| **6/10/2022** | **Snag $19 and under styles for the fam + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/11/2022 | Deals, deals, DEALS: 50% off shorts & tees | |
| 6/11/2022 | HALF OFF shorts & tees were worth the wait | |
| 6/11/2022 | Attn: FIFTY PERCENT OFF SHORTS & TEES (for real!) | |
| 6/12/2022 | ★ FIFTY PERCENT OFF SHORTS & TEES + summer styles $19 and under | |
| **6/12/2022** | **★ FIFTY PERCENT OFF SHORTS & TEES + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| **6/12/2022** | **FIFTY PERCENT OFF shorts & tees TODAY + $19 and under styles** | Already on Sale (Complaint Section IV(B)(2)) |
| **6/13/2022** | **SIXTY PERCENT OFF is available + $14.50 tops & bottoms (limited time only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| **6/15/2022** | **YES, IT'S OFFICIAL: summer must-haves $19 and under + $29 matching sets (1 week only!)** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 6/17/2022 | ATTN: HALF OFF ALL DRESSES has arrived today + under $8 deals are confirmed | |
| 6/17/2022 | You heard correctly, 50% off ALL DRESSES + summer styles from $2 | |
| **6/18/2022** | **A thank you: FIFTY PERCENT OFF all dresses (today only!)** | Already on Sale (Complaint Section IV(B)(2)) |
| 6/18/2022 | For real: 50% OFF shirts & ALL dresses (what a STEAL!) + $4 flag tees | |
| 6/18/2022 | CONGRATULATIONS! WE'VE SENT YOU A CLEARANCE JACKPOT + 50% OFF ALL DRESSES | |
| 6/20/2022 | Psst: This $4 flag tee is unlocked + 50% OFF ALL activewear is inside | |
| 6/21/2022 | ICYMI: flag tees are back (and they're $4 this week!!!) + summer styles from $2 | |
| 6/22/2022 | All the summer hits, spiced up + $4 flag tees (this week only!) | |
| **6/23/2022** | **TODAY ONLY: $4 tees** | Already on Sale (Complaint Section IV(B)(2)) |
| 6/25/2022 | FIFTY PERCENT OFF *ALL* shoes + $8 dresses (lucky you!) | |
| 6/25/2022 | Summer up with up to 60% off storewide & styles from $2 + $8 dresses AND 50% off ALL shoes! | |
| **6/25/2022** | **CUTTING IT CLOSE: $8 dresses and HALF OFF all shoes (please don't forget!)** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 6/26/2022 | 😊 Hello $8 summer dresses + summer styles from $2 | |
| 6/26/2022 | A cool breeze just blew these $8 dresses in | |
| **6/26/2022** | **Just for you: $8 dresses (one day and one day ONLY)** | Already on Sale (Complaint Section IV(B)(2)) |
| 7/10/2022 | OMG! 50% OFF YOUR ENTIRE ORDER + $12.50 PowerSoft leggings | |
| 7/10/2022 | IT'S OFFICIAL! You've got $12.50 PowerSoft leggings + FIFTY PERCENT OFF PURCHASE waiting | |
| 7/10/2022 | 😊 FIFTY PERCENT OFF YOUR PURCH — you know we love a sale + $12.50 PowerSoft leggings | |
| 7/11/2022 | 50% OFF your order with picks scientifically proven to make you 😊 😊 😊 | |
| 7/11/2022 | Michelle, you're getting HALF OFF YOUR ORDER 😊 | |
| **7/11/2022** | **⏰Tick-tock: 50% OFF for the fam ends soon** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 7/12/2022 | 50% OFF YOUR PURCHASE (perfect for back-to-school shopping!) + take an extra 50% OFF CLEARANCE | |
| 7/12/2022 | 3 trends to try from now 'til fall + LAST CALL for 50% OFF your purchase | |
| 7/12/2022 | ⏰Tick-tock: 50% OFF for the fam ends soon | |
| 7/29/2022 | '$20 women's OG straight jeans | $20 OG loose jeans | $18 girls slouchy straight jeans + ALL KIDS STYLES ON SALE | |
| 7/30/2022 | You've scored HALF OFF ALL JEANS and $3 kids styles | |
| 7/30/2022 | 🔔DEAL ALERT 🔔 50% off ALL jeans + $3 kids styles | |
| 7/30/2022 | Confirmed: $3 kids styles + FIFTY PERCENT OFF ALL JEANS! | |
| 7/31/2022 | 🔍 On the hunt for DEALS? 50% off ALL jeans and $3 kids styles | |
| **7/31/2022** | **A Sunday treat 🍦 Half off ALL jeans + $3 kids deals** | Already on Sale (Complaint Section IV(B)(2)) |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 7/31/2022 | 👏 Yesssssss! We're bringing you $3 DEALS on kids styles + 50% OFF ALL JEANS | |
| 8/1/2022 | ALL JEANS are on sale from $18 + these $6 leggings are all yours | |
| 8/2/2022 | ☛ This just in! Up to 60% off kids + ALL JEANS ON SALE + $20 OG straight & OG loose jeans and $18 girls slouchy straight jeans | Already on Sale (Complaint Section IV(B)(2)) |
| 8/3/2022 | We summer-fied this $8 kids fleece + jeans from $18 | |
| 8/3/2022 | 📢 Did you hear? ALL jeans are on sale from $18 + $8 kids fleece tops & bottoms | |
| 8/20/2022 | 50%. OFF. ALL JEANS & 50% OFF LUXE TEES & TANKS | |
| 8/20/2022 | Attn: FIFTY PERCENT OFF ALL JEANS & LUXE TEES (for real!) | |
| **8/21/2022** | 📣 DEALS ANNOUNCEMENT! 50% off ALL jeans and luxe tees & tanks | Already on Sale (Complaint Section IV(B)(2)) |
| **8/21/2022** | A rare offer: You've uncovered 50% off ALL Jeans + 40% OFF your order | Sale Available Longer Than States (Complaint Section IV(B)(1)); Already on Sale (Complaint Section IV(B)(2)) |
| 8/21/2022 | Fifty percent off ALL luxe tees & tanks and jeans | |
| 9/7/2022 | Re: You've unlocked SIXTY PERCENT OFF these styles + $25 PIXIE PANTS ✨ | |
| 9/8/2022 | 😊 Looking real profesh in our $25 (!) Pixie & Stevie pants | |
| **9/8/2022** | Back in FALL force! Get $20 pants, $8 tops & $20 jeans + $25 Pixie pants (this week only!!) | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/10/2022 | (1) new message: $6 LEGGINGS | $8 LONG-SLEEVES | $25 PIXIE PANTS | |
| 9/10/2022 | Earned it: $6 leggings, $8 long-sleeves & $25 Pixie pants | |
| 9/11/2022 | ☆ On sale NOW: $6 leggings, $8 long-sleeves + $25 Pixie pants | |
| 9/11/2022 | Jump on these $6 leggings and $8 long-sleeves! $25 Pixie pants, too | |
| 9/11/2022 | FALL HAUL IS BACK! $6 leggings, $8 long-sleeves & $25 Pixie pants | |
| 9/12/2022 | PIXIE PANT LOVERS, REJOICE! 🙌 $25 Ankle, skinny & flare styles are here | |
| **9/12/2022** | This week only!! $25 Pixie pants | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/15/2022 | Here's $15 sweatshirts + $25 for our most-loved Pixie pant | |
| 9/17/2022 | '$14 jeans?! In this economy?! Yep 😎 | |
| 9/17/2022 | OMG! $14 jeans | |
| 9/17/2022 | PSA! $14 jeans | |
| **9/18/2022** | **Make room in your closet for these styles + $14 JEANS** | |
| 9/18/2022 | Get $14 jeans today | Already on Sale (Complaint Section IV(B)(2)) |
| 9/18/2022 | Your Super Cash is good to redeem on these $14 JEANS | |
| 9/24/2022 | Your fall refresh: $11.50 flannel shirts & $25 flare jeans 🍁 | |
| 9/24/2022 | '$11.50 flannel shirts for gettin' cozy | |
| 9/24/2022 | *** $11.50 FLANNEL SHIRTS & $25 flare jeans | |
| 9/25/2022 | Unlocked: $11.50 flannels & $25 flare jeans | |
| **9/25/2022** | '$11.50 FLANNELS have arrived | Already on Sale (Complaint Section IV(B)(2)) |
| 9/25/2022 | '$11.50 flannel shirts & $25 flare jeans (a full fall 'fit) | |
| 9/28/2022 | 🍂 Styles on sale from $8 + 30% OFF your purchase + $6 leggings | |
| **9/28/2022** | **Just for today! $6 leggings + tons & tons of styles from $8** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 9/29/2022 | Break these out in case of chill 🥶 + confirmed: 1000s of styles from $8 | |
| 9/30/2022 | Snuggle up to this $14.50 sweater today + confirmed: 1000s of styles from $8 | |
| 10/2/2022 | 30% OFF your purchase & 1000s of styles from $8 + 50% OFF ACTIVEWEAR | |
| 10/16/2022 | ATTN, PLEASE! $12.50 5-STAR JEANS + 50% OFF EVERYTHING just landed | |
| 10/17/2022 | You've been granted 50% OFF EVERYTHING + $12 SWEATERS (get gifting!) | |
| 10/18/2022 | Redeemable ASAP: You've uncovered FIFTY PERCENT OFF EVERYTHING + $9 microfleece jackets | |
| **10/18/2022** | **Cutting it close: You're due for FIFTY PERCENT OFF EVERYTHING + $9 microfleece jackets!** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/19/2022 | YAYYYY! Up to 50% OFF storewide + $25 women's cozy sweaters | |

**EXHIBIT B**

| Date Sent | Email Subject | Misleading |
|---|---|---|
| 10/21/2022 | Special delivery! You've got CLEARANCE from $3.99 + up to FIFTY PERCENT OFF storewide waiting | |
| 10/22/2022 | (1) New message: We're offering you up to 50% OFF storewide on sale + get $15 flannel shirts & the $25 cozy sweater | |
| 10/23/2022 | OMG, YAY! $15 sweatshirts & up to fifty percent off storewide are calling your name | |
| **10/23/2022** | **You checked your email just in time! Up to FIFTY PERCENT OFF storewide on sale + $15 sweatshirts** | Sale "Ending" (Complaint Section IV(B)(3)) |
| 10/28/2022 | Confirmed! Up to FIFTY PERCENT OFF storewide on sale + $25 for the sweater that feels like a hug | |
| 10/30/2022 | Spreading cheer early! Up to 50% off storewide + 50% off all jeans & $25 cozy sweaters | |
| 10/30/2022 | HALF OFF ALL jeans & $25 cozy sweaters were worth the wait | |
| 11/4/2022 | 🖊 $15 jeans enclosed + pajamas from only $9 | |
| **11/5/2022** | **'$9 PJs — today only! And, get $2 cozy socks in-store** | Already on Sale (Complaint Section IV(B)(2)) |
| **11/26/2022** | **CYBER WEEKEND OFFICIAL: 50% off EVERYTHING (for real!) + $12 jeans & $2 cozy socks** | Sale Available Longer Than States (Complaint Section IV(B)(1)) |
| 11/26/2022 | '$12 JEANS & $2 COZY SOCKS are calling your name + FIFTY PERCENT OFF everything! | |
| 11/27/2022 | 50% OFF EVERYTHING, $2 cozy socks & $7 thermal tees — yours to claim! | |
| 11/28/2022 | 🛒 We've reserved THIS in your cart + get 50% OFF EVERYTHING | |
| **11/29/2022** | **Special alert: 50% off EVERYTHING extended just for you + $10 turtlenecks** | Sale "Extended" (Complaint Section IV(B)(4)) |
| 12/10/2022 | Up to SIXTY PERCENT OFF on saaaale + $14 sherpa pullovers | |
| **12/11/2022** | **'$14 sherpa pullovers today + FIVE DOLLAR BEANIES** | Already on Sale (Complaint Section IV(B)(2)) |

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR THE COUNTY OF KING**

| | |
|---|---|
| Roxann Brown and Michelle Smith | No. 23-2-07103-4  SEA |
| VS | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| Old Navy, LLC | |
| | (CICS) |

**CAUSE OF ACTION**

MSC - Miscellaneous

**AREA OF DESIGNATION**

SEA          Defined as all King County north of Interstate 90 and including all of
             Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah,
             and North Bend, and all of Vashon and Maury Islands.

FILED
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

**KING COUNTY SUPERIOR COURT**

**CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET**

**(CICS)**

Pursuant to King County Code 4A.630.060, a faulty document fee of $15 may be assessed to new case filings missing this sheet.

**CASE NUMBER:** _____

(Provided by the Clerk)

**CASE CAPTION: <u>Roxann Brown and Michelle Smith v. Old Navy, LLC, Old Navy (Apparel), LLC, Old Navy</u>**
         **<u>Holdings, LLC, GPS Services, Inc. and The Gap, Inc.</u>**

(New case: Print name of person starting case **vs.** name of person or agency you are filing against.)
(When filing into an existing family law case, the case caption remains the same as the original filing.)

Please mark one of the boxes below:

    ☒   **Seattle Area**, defined as:

               All of King County north of Interstate 90 and including all of the Interstate 90 right-of-way; all the cities of Seattle, Mercer Island, Bellevue, Issaquah and North Bend; and all of Vashon and Maury Islands.

    ☐   **Kent Area,** defined as:

               All of King County south of Interstate 90 except those areas included in the Seattle Case Assignment Area.

I certify that this case meets the case assignment criteria, described in King County LCR 82(e).

/s/ Blythe H. Chandler, WSBA #43387 _____       _____April 19, 2023_____
Signature of Attorney         WSBA Number        Date

or

_____      _____
Signature of person who is starting case        Date

936 N. 34th Street, Suite 300, Seattle, WA 98103 _____
Address, City, State, Zip Code of person who is starting case if not represented by attorney

**KING COUNTY SUPERIOR COURT**
**CASE ASSIGNMENT AREA DESIGNATION and CASE INFORMATION COVER SHEET**

# CIVIL

Please check the category that best describes this case.

**APPEAL/REVIEW**

☐ Administrative Law Review (ALR 2)

(Petition to the Superior Court for review of rulings made by state administrative agencies.( e.g. DSHS Child Support, Good to Go passes, denial of benefits from Employment Security, DSHS)

☐ Board of Industrial Insurance Appeals – Workers Comp (ALRLI 2)*

(Petition to the Superior Court for review of rulings made by Labor & Industries.)

☐ DOL Revocation (DOL 2)*

(Appeal of a DOL revocation Implied consent-Test refusal ONLY.) RCW 46.20.308(9)

☐ Subdivision Election Process Review (SER 2)*

(Intent to challenge election process)

☐ Voter Election Process Law Review (VEP 2)*

(Complaint for violation of voting rights act)

☐ Petition to Appeal/Amend Ballot Title (BAT 2)

**CONTRACT/COMMERCIAL**

☐ Breach of Contract (COM 2)*

(Complaint involving money dispute where a breach of contract is involved.)

☐ Commercial Contract (COM 2)*

(Complaint involving money dispute where a contract is involved.)

☐ Commercial Non-Contract (COL 2)*

(Complaint involving money dispute where no contract is involved.)

☐ Third Party Collection (COL 2)*

(Complaint involving a third party over a money dispute where no contract is involved.)

**JUDGMENT**

☐ Abstract, Judgment, Another County (ABJ 2)

(A certified copy of a judgment docket from another Superior Court within the state.)

☐ Confession of Judgment (CFJ 2)*

(The entry of a judgment when a defendant admits liability and accepts the amount of agreed-upon damages but does not pay or perform as agreed upon.)

☐ Foreign Judgment (from another State or Country) (FJU 2)

(Any judgment, decree, or order of a court of the United States, or of any state or territory, which is entitled to full faith and credit in this state.)

☐ Tax Warrant or Warrant (TAX 2)

(A notice of assessment by a state agency or self-insured company creating a judgment/lien in the county in which it is filed.)

☐ Transcript of Judgment (TRJ 2)

(A certified copy of a judgment from a court of limited jurisdiction (e.g. District or Municipal court) to a Superior Court.)

**PROPERTY RIGHTS**

☐ Condemnation/Eminent Domain (CON 2)*

(Complaint involving governmental taking of private property with payment, but not necessarily with consent.)

Page **2** of 5

☐ **Foreclosure (FOR 2)\***

(Complaint involving termination of ownership rights when a mortgage or tax foreclosure is involved, where ownership is not in question.)

☐ **Land Use Petition (LUP 2)\***

(Petition for an expedited judicial review of a land use decision made by a local jurisdiction.) RCW 36.70C.040

☐ **Property Fairness Act (PFA 2)\***

(Complaint involving the regulation of private property or restraint of land use by a government entity brought forth by Title 64.)

☐ **Quiet Title (QTI 2)\***

(Complaint involving the ownership, use, or disposition of land or real estate other than foreclosure.)

☐ **Residential Unlawful Detainer (Eviction) (UND 2)**

(Complaint involving the unjustifiable retention of lands or attachments to land, including water and mineral rights.)

☐ **Non-Residential Unlawful Detainer (Eviction) (UND 2)**

(Commercial property eviction.)

**OTHER COMPLAINT/PETITION**
☐ **Action to Compel/Confirm Private Binding Arbitration (CAA 2)**

(Petition to force or confirm private binding arbitration.)

☐ **Assurance of Discontinuance (AOD 2)**

(Filed by Attorney General's Office to prevent businesses from engaging in improper or misleading practices.)

☐ **Birth Certificate Change(PBC 2)**

(Petition to amend birth certificate)

☐ **Bond Justification (PBJ 2)**

(Bail bond company desiring to transact surety bail bonds in King County facilities.)

☐ **Change of Name (CHN 5)**

(Petition for name change, when domestic violence/anti-harassment issues require confidentiality.)

☐ **Certificate of Rehabilitation (CRR 2)**

(Petition to restore civil and political rights.)

☐ **Certificate of Restoration Opportunity(CRP 2)**

(Establishes eligibility requirements for certain professional licenses)

☐ **Civil Commitment (sexual predator) (PCC 2)**

(Petition to detain an individual involuntarily.)

☐ **Notice of Deposit of Surplus Funds (DSF 2)**

(Deposit of extra money from a foreclosure after payment of expenses from sale and obligation secured by the deed of trust.)

☐ **Emancipation of Minor (EOM 2)**

(Petition by a minor for a declaration of emancipation.)

☐ **Foreign Subpoena (OSS 2)**

(To subpoena a King County resident or entity for an out of state case.)

☐ **Foreign Protection Order (FPO 2)**

(Registering out of state protection order)

☐ **Frivolous Claim of Lien (FVL 2)**

(Petition or Motion requesting a determination that a lien against a mechanic or materialman is excessive or unwarranted.)

☐ **Application for Health & Safety Inspection (HSI 2)**

Page 3 of 5

☐ Injunction (INJ 2)*

(Complaint/petition to require a person to do or refrain from doing a particular thing.)

☐ Interpleader (IPL 2)

(Petition for the deposit of disputed earnest money from real estate, insurance proceeds, and/or other transaction(s).)

☐ Malicious Harassment (MHA 2)*

(Suit involving damages resulting from malicious harassment.) RCW 9a.36.080

☐ Non-Judicial Filing (NJF 2)

(See probate section for TEDRA agreements. To file for the record document(s) unrelated to any other proceeding and where there will be no judicial review.)

☒ Other Complaint/Petition (MSC 2)*

(Filing a Complaint/Petition for a cause of action not listed)

☐ Minor Work Permit (MWP 2)

(Petition for a child under 14 years of age to be employed)

☐ Perpetuation of Testimony (PPT 2)

(Action filed under CR 27)

☐ Petition to Remove Restricted Covenant (RRC 2)
Declaratory judgment action to strike discriminatory provision of real property contract.

☐ Public records Act (PRA 2)*

(Action filed under RCW 42.56)

☐ Receivership (RCVR 2)

(The process of appointment by a court of a receiver to take custody of the property, business, rents and profits of a party to a lawsuit pending a final decision on disbursement or an agreement.)

☐ Relief from Duty to Register (RDR 2)

(Petition seeking to stop the requirement to register.)

☐ Restoration of Firearm Rights (RFR 2)

(Petition seeking restoration of firearms rights under RCW 9.41.040 and 9.41.047.)

☐ School District-Required Action Plan (SDR 2)

(Petition filed requesting court selection of a required action plan proposal relating to school academic performance.)

☐ Seizure of Property from the Commission of a Crime-Seattle (SPC 2)*

(Seizure of personal property which was employed in aiding, abetting, or commission of a crime, from a defendant after conviction.)

☐ Seizure of Property Resulting from a Crime-Seattle (SPR 2)*

(Seizure of tangible or intangible property which is the direct or indirect result of a crime, from a defendant following criminal conviction. (e.g., remuneration for, or contract interest in, a depiction or account of a crime.))

☐ Structured Settlements- Seattle (TSS 2)*

(A financial or insurance arrangement whereby a claimant agrees to resolve a personal injury tort claim by receiving periodic payments on an agreed schedule rather than as a lump sum.)

☐ Vehicle Ownership (PVO 2)*

(Petition to request a judgment awarding ownership of a vehicle.)

**TORT, ASBESTOS**
☐ Personal Injury (ASP 2)*

(Complaint alleging injury resulting from asbestos exposure.)

Page 4 of 5

Civil-CICS   Revised 04/2022

☐ Wrongful Death (ASW 2)*

(Complaint alleging death resulting from asbestos exposure.)

**TORT, MEDICAL MALPRACTICE**
☐ Hospital  (MED 2)*

(Complaint involving injury or death resulting from a hospital.)

☐ Medical Doctor (MED 2)*

(Complaint involving injury or death resulting from a medical doctor.)

☐ Other Health care Professional (MED 2)*

(Complaint involving injury or death resulting from a health care professional other than a medical doctor.)

**TORT, MOTOR VEHICLE**
☐ Death (TMV 2)*

(Complaint involving death resulting from an incident involving a motor vehicle.)

☐ Non-Death Injuries (TMV 2)*

(Complaint involving non-death injuries resulting from an incident involving a motor vehicle.)

☐ Property Damages Only (TMV 2)*

(Complaint involving only property damages resulting from an incident involving a motor vehicle.)

☐ Victims Vehicle Theft (VVT 2)*

(Complaint filed by a victim of car theft to recover damages.)  RCW 9A.56.078

**TORT, NON-MOTOR VEHICLE**
☐ Other Malpractice (MAL 2)*

(Complaint involving injury resulting from other than professional medical treatment.)

☐ Personal Injury (PIN 2)*

(Complaint involving physical injury not resulting from professional medical treatment, and where a motor vehicle is not involved.)

☐ Products Liability (TTO 2)*

(Complaint involving injury resulting from a commercial product.)

☐ Property Damages (PRP 2)*

(Complaint involving damage to real or personal property excluding motor vehicles.)

☐ Property Damages-Gang (PRG 2)*

(Complaint to recover damages to property related to gang activity.)

☐ Tort, Other (TTO 2)*

(Any other petition not specified by other codes.)

☐ Wrongful Death (WDE 2)*

(Complaint involving death resulting from other than professional medical treatment.)

**WRIT**
☐ Habeas Corpus (WHC 2)

(Petition for a writ to bring a party before the court.)

☐ Mandamus (WRM 2)**

(Petition for writ commanding performance of a particular act or duty.)

☐ Review (WRV 2)**

(Petition for review of the record or decision of a case pending in the lower court; does not include lower court appeals or administrative law reviews.)

*The filing party will be given an appropriate case schedule at time of filing.
** Case schedule will be issued after hearing and findings.

Page **5** of 5

**FILED**
2023 APR 19 01:25 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 23-2-07103-4 SEA

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| | |
|---|---|
| Roxann Brown and Michelle Smith | No. 23-2-07103-4  SEA |
| Plaintiff(s) | **ORDER SETTING CIVIL CASE SCHEDULE** |
| vs | **ASSIGNED JUDGE: Ken Schubert, Dept. 40** |
| ET AL. OLD NAVY, LLC | FILED DATE: 04/19/2023 |
| Defendant(s) | TRIAL DATE:04/15/2024 |

A civil case has been filed in the King County Superior Court and will be managed by the Case Schedule on Page 3 as ordered by the King County Superior Court Presiding Judge.

### I. NOTICES

**NOTICE TO PLAINTIFF:**
The Plaintiff may serve a copy of this **Order Setting Case Schedule (***Schedule***)** on the Defendant(s) along with the ***Summons and Complaint/Petition***.  Otherwise, the Plaintiff shall serve the *Schedule* on the Defendant(s) within 10 days after the later of: (1) the filing of the ***Summons and Complaint/Petition*** or (2) service of the Defendant's first response to the ***Complaint/Petition***, whether that response is a ***Notice of Appearance***, a response, or a Civil Rule 12 (CR 12) motion.  The ***Schedule*** may be served by regular mail, with proof of mailing to be filed promptly in the form required by Civil Rule 5 (CR 5).

**NOTICE TO ALL PARTIES:**
All attorneys and parties should make themselves familiar with the King County Local Rules [*KCLCR*] -- especially those referred to in this ***Schedule***. In order to comply with the ***Schedule***, it will be necessary for attorneys and parties to pursue their cases vigorously from the day the case is filed. For example, discovery must be undertaken promptly in order to comply with the deadlines for joining additional parties, claims, and defenses, for disclosing possible witnesses [*See KCLCR 26*], and for meeting the discovery cutoff date [*See KCLCR 37(g)*].

**You are required to give a copy of these documents to all parties in this case.**

## I. NOTICES (continued)

**CROSSCLAIMS, COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS:**
A filing fee of **$240** must be paid when any answer that includes additional claims is filed in an existing case.

**KCLCR 4.2(a)(2)**
A Confirmation of Joinder, Claims and Defenses or a Statement of Arbitrability must be filed by the deadline in the schedule. The court will review the confirmation of joinder document to determine if a hearing is required. If a Show Cause order is issued, all parties cited in the order must appear before their Chief Civil Judge.

**PENDING DUE DATES CANCELED BY FILING PAPERS THAT RESOLVE THE CASE:**
When a final decree, judgment, or order of dismissal of <u>all parties and claims</u> is filed with the Superior Court Clerk's Office, and a courtesy copy delivered to the assigned judge, all pending due dates in this *Schedule* are automatically canceled, including the scheduled Trial Date. It is the responsibility of the parties to 1) file such dispositive documents within 45 days of the resolution of the case, and 2) strike any pending motions by notifying the bailiff to the assigned judge.

Parties may also authorize the Superior Court to strike all pending due dates and the Trial Date by filing a *Notice of Settlement* pursuant to KCLCR 41, and forwarding a courtesy copy to the assigned judge. If a final decree, judgment or order of dismissal of <u>all parties and claims</u> is not filed by 45 days after a *Notice of Settlement*, the case may be dismissed with notice.

**If you miss your scheduled Trial Date**, the Superior Court Clerk is authorized by KCLCR 41(b)(2)(A) to present an *Order of Dismissal*, without notice, for failure to appear at the scheduled Trial Date.

**NOTICES OF APPEARANCE OR WITHDRAWAL AND ADDRESS CHANGES:**
*All parties to this action must keep the court informed of their addresses.* When a Notice of Appearance/Withdrawal or Notice of Change of Address is filed with the Superior Court Clerk's Office, parties must provide the assigned judge with a courtesy copy.

**ARBITRATION FILING <u>AND</u> TRIAL DE NOVO POST ARBITRATION FEE:**
A Statement of Arbitrability must be filed by the deadline on the schedule **if the case is subject to mandatory arbitration** and service of the original complaint and all answers to claims, counterclaims and crossclaims have been filed. If mandatory arbitration is required after the deadline, parties must obtain an order from the assigned judge transferring the case to arbitration. **Any party filing a Statement must pay a $250 arbitration fee.** If a party seeks a trial de novo when an arbitration award is appealed, a fee of $400 and the request for trial de novo must be filed with the Clerk's Office Cashiers.

**NOTICE OF NON-COMPLIANCE FEES:**
**All** parties will be assessed a fee authorized by King County Code 4A.630.020 whenever the Superior Court Clerk must send notice of non-compliance of schedule requirements <u>and/or</u> Local Civil Rule 41.

**King County Local Rules are available for viewing at <u>www.kingcounty.gov/courts/clerk.</u>**

## II. CASE SCHEDULE

| * | CASE EVENT | EVENT DATE |
|---|---|---|
| | Case Filed and Schedule Issued. | 04/19/2023» |
| * | Last Day for Filing Statement of Arbitrability without a Showing of Good Cause for Late Filing [*See KCLMAR 2.1(a) and Notices on Page 2*]. **$250 arbitration fee must be paid** | 09/27/2023 |
| * | **DEADLINE** to file Confirmation of Joinder if not subject to Arbitration [*See KCLCR 4.2(a) and Notices on Page 2*]. | 09/27/2023 |
| | **DEADLINE** for Hearing Motions to Change Case Assignment Area [*KCLCR 82(e)*]. | 10/11/2023 |
| | **DEADLINE** for Disclosure of Possible Primary Witnesses [*See KCLCR 26(k)*]. | 11/13/2023 |
| | **DEADLINE** for Disclosure of Possible Additional Witnesses [*See KCLCR 26(k)*]. | 12/26/2023 |
| | **DEADLINE** for Jury Demand [*See KCLCR 38(b)(2)*]. | 01/08/2024 |
| | **DEADLINE** for a Change in Trial Date [*See KCLCR 40(e)(2)*]. | 01/08/2024 |
| | **DEADLINE** for Discovery Cutoff [*See KCLCR 37(g)*]. | 02/26/2024 |
| | **DEADLINE** for Engaging in Alternative Dispute Resolution [*See KCLCR 16(b)*]. | 03/18/2024 |
| | **DEADLINE**: Exchange Witness & Exhibit Lists & Documentary Exhibits [*KCLCR 4(j)*]. | 03/25/2024 |
| * | **DEADLINE** to file Joint Confirmation of Trial Readiness [*See KCLCR 16(a)(1)*] | 03/25/2024 |
| | **DEADLINE** for Hearing Dispositive Pretrial Motions [*See KCLCR 56; CR 56*]. | 04/01/2024 |
| * | Joint Statement of Evidence [*See KCLCR 4 (k)*] | 04/08/2024 |
| | **DEADLINE** for filing Trial Briefs, Proposed Findings of Fact and Conclusions of Law and Jury Instructions (Do not file proposed Findings of Fact and Conclusions of Law with the Clerk) | 04/08/2024 |
| | Trial Date [*See KCLCR 40*]. | 04/15/2024 |

*The * indicates a document that must be filed with the Superior Court Clerk's Office by the date shown.*

## III. ORDER

Pursuant to King County Local Rule 4 [*KCLCR 4*], IT IS ORDERED that the parties shall comply with the schedule listed above.  Penalties, including but not limited to sanctions set forth in Local Rule 4(g) and Rule 37 of the Superior Court Civil Rules, may be imposed for non-compliance.  It is FURTHER ORDERED that the party filing this action **must** serve this *Order Setting Civil Case Schedule* and attachment on all other parties.


DATED:     04/19/2023

_____
PRESIDING JUDGE

## IV. ORDER ON CIVIL PROCEEDINGS FOR ASSIGNMENT TO JUDGE

**READ THIS ORDER BEFORE CONTACTING YOUR ASSIGNED JUDGE.**
This case is assigned to the Superior Court Judge whose name appears in the caption of this case schedule.  The assigned Superior Court Judge will preside over and manage this case for all pretrial matters.

**COMPLEX LITIGATION:**  If you anticipate an unusually complex or lengthy trial, please notify the assigned court as soon as possible.

**APPLICABLE RULES:**  Except as specifically modified below, all the provisions of King County Local Civil Rules 4 through 26 shall apply to the processing of civil cases before Superior Court Judges.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**CASE SCHEDULE AND REQUIREMENTS:**  Deadlines are set by the case schedule, issued pursuant to Local Civil Rule 4.

**THE PARTIES ARE RESPONSIBLE FOR KNOWING AND COMPLYING WITH ALL DEADLINES IMPOSED BY THE COURT'S LOCAL CIVIL RULES.**

### A. Joint Confirmation regarding Trial Readiness Report
No later than twenty one (21) days before the trial date, parties shall complete and file (with a copy to the assigned judge) a joint confirmation report setting forth whether a jury demand has been filed, the expected duration of the trial, whether a settlement conference has been held, and special problems and needs (e.g., interpreters, equipment).

The Joint Confirmation Regarding Trial Readiness form is available at www.kingcounty.gov/courts/scforms. If parties wish to request a CR 16 conference, they must contact the assigned court.  Plaintiff's/petitioner's counsel is responsible for contacting the other parties regarding the report.

### B. Settlement/Mediation/ADR
a. Forty five (45) days before the trial date, counsel for plaintiff/petitioner shall submit a written settlement demand.  Ten (10) days after receiving plaintiff's/petitioner's written demand, counsel for defendant/respondent shall respond (with a counter offer, if appropriate).

b. Twenty eight (28) days before the trial date, a Settlement/Mediation/ADR conference shall have been held.  FAILURE TO COMPLY WITH THIS SETTLEMENT CONFERENCE REQUIREMENT MAY RESULT IN SANCTIONS.

### C. Trial
Trial is scheduled for 9:00 a.m. on the date on the case schedule or as soon thereafter as convened by the court.  The Friday before trial, the parties should access the court's civil standby calendar on the King County Superior Court website www.kingcounty.gov/courts/superiorcourt to confirm the trial judge assignment.

## MOTIONS PROCEDURES

### A. Noting of Motions

**Dispositive Motions:**  All summary judgment or other dispositive motions will be heard with oral argument before the assigned judge.  The moving party must arrange with the hearing judge a date and time for the hearing, consistent with the court rules.  Local Civil Rule 7 and Local Civil Rule 56 govern procedures for summary judgment or other motions that dispose of the case in whole or in part.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Non-dispositive Motions:**  These motions, which include discovery motions, will be ruled on by the assigned judge without oral argument, unless otherwise ordered.  All such motions must be noted for a date by which the ruling is requested; this date must likewise conform to the applicable notice requirements. Rather than noting a time of day, the Note for Motion should state "Without Oral Argument."  Local Civil Rule

7 governs these motions, which include discovery motions.  The local civil rules can be found at www.kingcounty.gov/courts/clerk/rules/Civil.

**Motions in Family Law Cases not involving children:** Discovery motions to compel, motions in limine, motions relating to trial dates and motions to vacate judgments/dismissals shall be brought before the assigned judge.  All other motions shall be noted and heard on the Family Law Motions calendar.  Local Civil Rule 7 and King County Family Law Local Rules govern these procedures.  The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

**Emergency Motions:**   Under the court's local civil rules, emergency motions will usually be allowed only upon entry of an Order Shortening Time.  However, some emergency motions may be brought in the Ex Parte and Probate Department as expressly authorized by local rule.  In addition,  discovery disputes may be addressed by telephone call and without written motion, if the judge approves in advance.

**B.  Original Documents/Working Copies/ Filing of Documents:  All original documents must be filed with the Clerk's Office.**  Please see information on the Clerk's Office website at www.kingcounty.gov/courts/clerk regarding the requirement outlined in LGR 30 that attorneys must e-file documents in King County Superior Court.  The exceptions to the e-filing requirement are also available on the Clerk's Office website. The local rules can be found at www.kingcounty.gov/courts/clerk/rules.

The working copies of all documents in support or opposition must be marked on the upper right corner of the first page with the date of consideration or hearing and the name of the assigned judge.  The assigned judge's working copies must be delivered to his/her courtroom or the Judges' mailroom.  Working copies of motions to be heard on the Family Law Motions Calendar should be filed with the Family Law Motions Coordinator.  Working copies can be submitted through the Clerk's office E-Filing application at www.kingcounty.gov/courts/clerk/documents/eWC.

**Service of documents:** Pursuant to Local General Rule 30(b)(4)(B), e-filed documents shall be electronically served through the e-Service feature within the Clerk's eFiling application.  Pre-registration to accept e-service is required.  E-Service generates a record of service document that can be e-filed.  Please see the Clerk's office website at www.kingcounty.gov/courts/clerk/documents/efiling regarding E-Service.

**Original Proposed Order:** Each of the parties must include an original proposed order granting requested relief with the working copy materials submitted on any motion.  **Do not file the original of the proposed order with the Clerk of the Court.**  Should any party desire a copy of the order as signed and filed by the judge, a pre-addressed, stamped envelope shall accompany the proposed order.  The court may distribute orders electronically.  Review the judge's website for information: www.kingcounty.gov/courts/SuperiorCourt/judges.

**Presentation of Orders for Signature:** All orders must be presented to the assigned judge or to the Ex Parte and Probate Department, in accordance with Local Civil Rules 40 and 40.1. Such orders, if presented to the Ex Parte and Probate Department, shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). If the assigned judge is absent, contact the assigned court for further instructions.  If another judge enters an order on the case, counsel is responsible for providing the assigned judge with a copy.

**Proposed orders finalizing settlement and/or dismissal by agreement of all parties shall be presented to the  Ex Parte and Probate Department.**  Such orders shall be submitted through the E-Filing/Ex Parte via the Clerk application by the attorney(s) of record. E-filing is not required for self-represented parties (non-attorneys). Formal proof in Family Law cases must be scheduled before the assigned judge by contacting the bailiff, or formal proof may be entered in the Ex Parte Department.  **If final order and/or formal proof are entered in the Ex Parte and Probate Department, counsel is responsible for providing the assigned judge with a copy.**

**C. Form**
Pursuant to Local Civil Rule 7(b)(5)(B), the initial motion and opposing memorandum shall not exceed 4,200 words and reply memoranda shall not exceed 1,750 words without authorization of the court. The word count

includes all portions of the document, including headings and footnotes, except 1) the caption; 2) table of contents and/or authorities, if any; and 3): the signature block. Over-length memoranda/briefs and motions supported by such memoranda/briefs may be stricken.

***IT IS SO ORDERED.  FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTIONS.  PLAINTIFF/PEITITONER SHALL FORWARD A COPY OF THIS ORDER AS SOON AS PRACTICABLE TO ANY PARTY WHO HAS NOT RECEIVED THIS ORDER.***

_____
PRESIDING JUDGE