THE HONORABLE JOHN C. CHUN

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | Case No. 2:23-cv-00781-JHC<br><br>**STIPULATED MOTION FOR EXTENSION OF INITIAL DISCLOSURE DEADLINE**<br><br>NOTING DATE:  JULY 11, 2023 |

Pursuant to the Local Civil Rules, the Parties have agreed to request that the Court move the Initial Disclosure Deadline for all parties from July 11, 2023 (ECF 10) to July 21, 2023.  This extension will not impact any other aspect of the case schedule.

///

///

---

STIPULATED NOTICE OF EXTENSION OF INITIAL DISCLOSURE DEADLINE - 1
Case No. 2:23-cv-00781-JHC

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

Respectfully submitted this 11th day of July, 2023.

| TERRELL MARSHALL LAW GROUP PLLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| *s/ Blythe H. Chandler*<br>Blythe H. Chandler, WSBA No. 43387<br>Beth Terrell, WSBA No. 26759<br>Jennifer Rust Murray, WSBA No. 36983<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103<br>Phone: (206) 816-6603<br>Email: bterrell@terrellmarcshall.com<br>jmurray@terrellmarshall.com | *s/Damon C. Elder*<br>Damon C. Elder, WSBA No. 46754<br>Andrew DeCarlow, WSBA No. 54471<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: damon.elder@morganlewis.com<br>andrew.decarlow@morganlewis.com |

Sophia Rios, *Pro hac vice forthcoming*
E. Michelle Drake, *Pro hac vice forthcoming*
Mark Desanto, *Pro hac vice forthcoming*
Berger & Montague, P.C.
401 B Street, Suite 2000
San Diego, CA 92101
Phone: (619) 489-0300
Email: srios@bm.net
emdrake@bm.net

*Attorneys for Plaintiffs*

*Attorneys for Defendants*

### **ORDER**

IT IS SO ORDERED.

DATED this 12th day of July, 2023.

_____
THE HONORABLE JOHN C. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED NOTICE OF EXTENSION OF
INITIAL DISCLOSURE DEADLINE - 2
Case No. 2:23-cv-00781-JHC

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401