IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | Case No. 2:23-cv-00781-JHC<br><br>ORDER RE: DEFENDANTS' MOTION TO STAY DISCOVERY AND TO STAY ISSUANCE OF A CASE SCHEDULE |

This matter comes before the Court on Defendants' Motion to Stay Discovery and to Stay Issuance of a Case Schedule. Dkt. # 19. The Court has considered the materials submitted in support of, and in opposition to, the motion; pertinent portions of the record; and the applicable law. Being fully advised, the Court GRANTS the motion in part and DENIES it in part. Discovery is generally stayed pending the Court's order on Defendant's Motion to Dismiss (Dkt. # 5). Plaintiffs may, however, during this period, pursue discovery to identify entities to "ensure

ORDER RE: DEFENDANTS' MOTION TO STAY
DISCOVERY - 1

that they receive preservation notices." *See* Dkt. # 22 at 13.  The Clerk is DIRECTED not to issue a case schedule until after the Court issues its decision on Defendants' Motion to Dismiss.

Dated this 4th day of October, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER RE: DEFENDANTS' MOTION TO STAY
DISCOVERY - 2