UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>                Defendants. | CASE NO. 2:23-cv-00781-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

In light of the Order Certifying Question to Washington State Supreme Court, *see* Dkt. # 27, the Court DENIES Defendant's motion to dismiss (Dkt. # 5) without prejudice.

Dated this 30th day of November 2023.

                                                  Ravi Subramanian
                                                  Clerk

                                                  */s/Ashleigh Drecktrah*
                                                  Deputy Clerk

MINUTE ORDER - 1