IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | Case No. 2:23-cv-00781-JHC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>June 27, 2025 |

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS - 1
(Case No. 2:23-cv-00781-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| | |
|---|---|
| 1 | THIS MATTER came before the Court on Defendants' motion to dismiss. Having considered the Defendants' motion, Plaintiffs' response, and Defendants' reply, as well as the other files and records in this case, IT IS HEREBY ORDERED that the Court GRANTS Defendants' motion. Plaintiffs' complaint is hereby dismissed with prejudice. |

DATED this _____ day of _____, 2025.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT

Presented by:

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com

Ari Micah Selman (*pro hac vice pending*)
101 Park Avenue
New York, New York 10178-0060
Phone: (212) 309-6000
Email: ari.selman@morganlewis.com

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS - 2
(Case No. 2:23-cv-00781-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401