THE HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | Case No. 2:23-cv-00781-JHC<br><br>**DEFENDANTS' NOTICE OF ERRATA**<br><br>Noted For Consideration: June 27, 2025 |

TO: THE CLERK OF COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Defendants OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC. ("Defendants") respectfully submits this Notice of Errata as follows:

On June 27, 2025, Defendants filed a Reply in support of their Motion to Dismiss (the "Reply"). Dkt. No. 42. In the last paragraph of page 9 of the Reply, Defendants quoted *Kleffman*

DEFENDANT'S NOTICE OF ERRATA – PAGE 1
(Case No.: 2:23-cv-00781-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WA 98101
TEL. +1.206.274.6400 FAX +1.206.274.6401

*v. Vonage Holdings Corp.*, 2007 WL 1518650, *3 (C.D. Cal. 2007), followed by a parenthetical that reads, "(emphasis in original)," in reference to the italicized portion of such quotation. As emphasis was added by Defendants to the quoted material, no parenthetical was needed in light of Defendants' notation in footnote 1 of their Reply that "[a]ll emphases are added by Defendants unless otherwise noted." Reply, Dkt. No. 42, at 2 n.1. Accordingly, attached hereto as **Exhibit A** is a corrected version of the Reply removing the parenthetical notation, "emphasis in original," following the above quotation.

DATED THIS 1st day of July, 2025.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA No. 46754
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com

Ari Micah Selman (*pro hac vice*)
101 Park Avenue
New York, New York 10178-0060
Phone: (212) 309-6000
Email: ari.selman@morganlewis.com

*Counsel for Defendants*

DEFENDANT'S NOTICE OF ERRATA – PAGE 2
(Case No.: 2:23-cv-00781-JHC)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WA 98101
TEL. +1.206.274.6400 FAX +1.206.274.6401