IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

v.

OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,

Defendants.

Case No. 2:23-cv-00781-JHC

**JOINT STIPULATION AND ORDER REGARDING DEFENDANTS' ANTICIPATED MOTION TO COMPEL ARBITRATION**

NOTED FOR CONSIDERATION:
November 13, 2025

    The above-captioned parties (the "Parties") hereby submit this Joint Stipulation regarding Defendants' anticipated motion to compel arbitration (the "Motion to Compel"):

    WHEREAS, Defendants anticipate filing a Motion to Compel regarding the claims asserted by both of the named Plaintiffs;

    WHEREAS, the Parties dispute whether the Motion to Compel should be granted, on various grounds, and have been engaged in limited discovery regarding underlying documents pertinent to the Motion;

WHEREAS, Defendants are preparing to complete their productions of documents pertaining to the alleged arbitrability of Plaintiffs' claims;

WHEREAS the Parties wish to confer further on Defendants' asserted arbitration rights to potentially narrow the issues in dispute before the Motion to Compel is filed;

THEREFORE, the Parties agree and stipulate as follows:

- Within **14 days** of Defendants' forthcoming, final document production of documents pertaining to arbitrability, Defendants will provide Plaintiffs with a copy of a draft Declaration and associated exhibits addressing contract formation, in substantially the form Defendants anticipate is likely to be filed with their Motion to Compel on such issue; and

- Within **7 days** of receipt of the above Declaration, the parties will confer on: (i) what, if any, additional discovery Plaintiffs believe they need with respect to Defendants' forthcoming Motion to Compel (including Plaintiffs' proposed schedule therefor); and (ii) a briefing schedule for the Motion to Compel; and

- Defendants shall file their Motion to Compel on or before **December 21, 2025**, unless the Parties stipulate to a different schedule and the Court approves such schedule.

In light of Defendants' forthcoming Motion to Compel, and to avoid unduly burdening the Court, Defendants hereby withdraw their pending Motion to Dismiss (Dkt. 36), without prejudice to its renewal in the event the Motion to Compel is denied and the Court concludes litigation in this forum is required.

// // - //

DATED this 13th day of November, 2025.

| | |
|---|---|
| **TERRELL MARSHALL LAW GROUP PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: */s/ Jennifer Rust Murray* <br> Beth E. Terrell, WSBA No. 26759 <br> Jennifer Rust Murray, WSBA No. 36983 <br> Blythe H. Chandler, WSBA No. 43387 <br> 936 North 34th Street, Suite 300 <br> Seattle, WA 98103 <br> Telephone: (206) 816-6603 <br> bterrell@terrellmarshall.com <br> jmurray@terrellmarshall.com <br> bchandler@terrellmarshall.com | By: */s/ Damon C. Elder* <br> Damon C. Elder, WSBA No. 46754 <br> Andrew DeCarlow, WSBA No. 54471 <br> T. Ray Ivey, WSBA No. 55683 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: damon.elder@morganlewis.com <br> andrew.decarlow@morganlewis.com <br> ray.ivey@morganlewis.com |
| **BERGER & MONTAGUE, P.C.** <br><br> Sophia M. Rios, Admitted *Pro Hac Vice* <br> 8241 La Mesa Blvd, Suite A <br> La Mesa, CA 91942 <br> Telephone: (619) 489-0300 <br> srios@bm.net | Ari Micah Selman (*pro hac vice*) <br> 101 Park Avenue <br> New York, New York 10178-0060 <br> Phone: (212) 309-6000 <br> Email: ari.selman@morganlewis.com <br><br> *Attorneys for Defendants* |
| E. Michelle Drake, Admitted *Pro Hac Vice* <br> 1229 Tyler Street NE, Suite 205 <br> Minneapolis, MN 55413 <br> Telephone: (612) 594-5933 <br> emdrake@bm.net | |
| Mark DeSanto, Admitted *Pro Hac Vice* <br> 1818 Market Street, Suite 3600 <br> Philadelphia, PA 19103 <br> Telephone: (215) 875-3046 <br> mdesanto@bm.net | |
| *Attorneys for Plaintiffs* | |

**ORDER**

Based on the foregoing, IT IS SO ORDERED.

DATED this 13th day of November, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT COURT