IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

v.

OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,

Defendants.

Case No. 2:23-cv-00781-JHC

**SECOND JOINT STIPULATION AND ORDER REGARDING DEFENDANTS' ANTICIPATED MOTION TO COMPEL ARBITRATION**

NOTED FOR CONSIDERATION:
December 18, 2025

**STIPULATION**

The above-captioned parties (the "Parties") hereby submit this Second Joint Stipulation regarding Defendants' anticipated motion to compel arbitration (the "Motion to Compel"):

WHEREAS, Defendants anticipate filing a Motion to Compel regarding the claims asserted by the named Plaintiffs;

WHEREAS, the Parties dispute whether the Motion to Compel should be granted, on various grounds, and Defendants have been producing records requested by Plaintiffs pertinent to their forthcoming Motion to Compel, per the Parties' prior stipulation (Dkt. No. 50);

1    WHEREAS, Plaintiffs agreed that they would not argue that time expended by Defendants

2    producing such records constituted a waiver of Defendants' asserted right to arbitrate Plaintiffs'

3    claims;

4    WHEREAS, on December 15, 2025, Plaintiffs requested Defendants search for certain

5    additional records that they believe to be pertinent to Defendants' forthcoming Motion to Compel;

6    WHEREAS, Defendants have agreed to conduct searches for this additional information—

7    without guaranteeing the specific information sought exists or will be locatable, and without

8    waiving Defendants' right to argue that the information sought is not material to their asserted

9    arbitration rights;

10    WHEREAS, the Court previously set a December 21, 2025, deadline for Defendants to

11    move to compel arbitration, subject to the Parties agreeing on a different briefing schedule (Dkt.

12    No. 52);

13    WHEREAS, the Parties agree that additional time is warranted for Defendants to search

14    for and, to the extent available, produce such information to Plaintiffs before filing the Motion to

15    Compel;

16    THEREFORE, the Parties agree and stipulate to the following briefing schedule for

17    Defendants' forthcoming Motion to Compel and jointly move the Court to enter the following

18    schedule:

19

20

| Filing | Deadline |
|---|---|
| Defendants' Motion to Compel Arbitration | January 16, 2026 |
| Plaintiffs' Response to the Motion to Compel Arbitration | February 20, 2026 |
| Defendants' Reply in Support of the Motion to Compel Arbitration | March 13, 2026 |

21

22

23

24

25

26

1    The Parties further stipulate, agree, and acknowledge that nothing in this Stipulation,

2 including the additional time Defendants deem necessary to search for and produce the additional

3 arbitration-related discovery requested by Plaintiffs, shall be argued as a basis for waiver of

4 Defendants' right to compel arbitration of this action. The Parties further stipulate that Plaintiffs

5 have not agreed to forego any arguments they may have that Defendants waived the right to compel

6 arbitration by their litigation conduct before August 6, 2025, and Defendants have not agreed to

7 forego any arguments they may have to the contrary.

8    DATED this 18th day of December, 2025.

9

10 **TERRELL MARSHALL LAW GROUP PLLC**    **MORGAN, LEWIS & BOCKIUS LLP**

11 By: */s/ Blythe H. Chandler*    By: */s/ Damon Elder*
   Beth E. Terrell, WSBA No. 26759    Damon Elder, WSBA No. 46754

12 Jennifer Rust Murray, WSBA No. 36983    Andrew DeCarlow, WSBA No. 54471
   Blythe H. Chandler, WSBA No. 43387    T. Ray Ivey, WSBA No. 55683

13 936 North 34th Street, Suite 300    1301 Second Avenue, Suite 3000
   Seattle, WA 98103    Seattle, WA 98101

14 Telephone: (206) 816-6603    Phone: (206) 274-6400
   bterrell@terrellmarshall.com    Email: damon.elder@morganlewis.com

15 jmurray@terrellmarshall.com    andrew.decarlow@morganlewis.com
   bchandler@terrellmarshall.com    ray.ivey@morganlewis.com

16
   **BERGER & MONTAGUE, P.C.**

17    Ari Micah Selman (*pro hac vice*)
   101 Park Avenue

18 Sophia M. Rios, Admitted *Pro Hac Vice*    New York, New York 10178-0060
   8241 La Mesa Blvd, Suite A    Phone: (212) 309-6000
   La Mesa, CA 91942    Email: ari.selman@morganlewis.com

19 Telephone: (619) 489-0300
   srios@bm.net

20    *Attorneys for Defendants*

21 E. Michelle Drake, Admitted *Pro Hac Vice*
   1229 Tyler Street NE, Suite 205

22 Minneapolis, MN 55413
   Telephone: (612) 594-5933
   emdrake@bm.net

23

24 Mark DeSanto, Admitted *Pro Hac Vice*
   1818 Market Street, Suite 3600

25 Philadelphia, PA 19103
   Telephone: (215) 875-3046
   mdesanto@bm.net

26 *Attorneys for Plaintiffs*

SECOND JOINT STIPULATION & ORDER REGARDING
DEFENDANTS' ANTICIPATED MOTION TO COMPEL
ARBITRATION - 3
(Case No. 2:23-cv-00781-JHC)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## ORDER

Based on the foregoing, IT IS SO ORDERED.


DATED this 18th day of December, 2025.


_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

SECOND JOINT STIPULATION & ORDER REGARDING
DEFENDANTS' ANTICIPATED MOTION TO COMPEL
ARBITRATION - 4
(Case No. 2:23-cv-00781-JHC)