IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | Case No. 2:23-cv-00781-JHC<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENLARGE WORD LIMIT ON MOTION TO COMPEL ARBITRATION**<br><br>**Noted For**: January 5, 2026 |

Having fully considered Defendants' Unopposed Motion to Enlarge Word Limit on Motion to Compel Arbitration, Dkt. # 55, the Court hereby GRANTS Defendants' Unopposed Motion, and Defendants are hereby permitted to file a single consolidated motion to compel arbitration of Plaintiffs' claims not to exceed 11,000 words.

DATED this 6th day of January, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT COURT