THE HONORABLE JOHN H. CHUN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

v.

OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,

Defendants.

Case No. 2:23-cv-00781-JHC

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' AMENDED COMPLAINT**

<u>**NOTED FOR CONSIDERATION**</u>:
JANUARY 13, 2026

**STIPULATION**

The above-captioned parties hereby submit this Joint Stipulation regarding Plaintiffs' Amended Complaint:

WHEREAS, Plaintiffs have provided Defendants a redline version of the First Amended Complaint that shows how it differs from the Complaint, which is attached as <u>Exhibit 1</u>; and

WHEREAS, Plaintiffs contend that the First Amended Complaint reflects facts learned through discovery;

THEREFORE, Plaintiffs may file their Amended Complaint with consent of Defendants. *See* Fed. R. Civ. P. 15(a). Defendants will file their Motion to Compel Arbitration by January 23,

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' AMENDED COMPLAINT - 1
Case No. 2:23-cv-00781-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  2026. All other deadlines ordered by the Court with respect to the Motion to Compel Arbitration
2  (Dkt. No. 54) remain the same.
3    The parties further agree that Defendants need not respond to the Amended Complaint until
4  resolution of the Motion to Compel Arbitration. The parties agree to file a joint status report
5  proposing next steps within 14 days of resolution of the Motion to Compel Arbitration.

7  STIPULATED TO AND DATED this 13th day of January, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Blythe H. Chandler
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Eden B. Nordby, WSBA #58654
Email: enordby@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Sophia M. Rios, *Admitted Pro Hac Vice*
Email: srios@bm.net
BERGER & MONTAGUE, P.C.
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

E. Michelle Drake, *Admitted Pro Hac Vice*
Email: emdrake@bergermontague.com
BERGER & MONTAGUE, P.C.
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5933

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Ari Micah Selman
Damon Elder, WSBA #46754
Email: damon.elder@morganlewis.com
Andrew DeCarlow, WSBA #54471
Email: andrew.decarlow@morganlewis.com
T. Ray Ivey, WSBA #55683
Email: ray.ivey@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone: (206) 274-6400

Ari Micah Selman, *Admitted Pro Hac Vice*
Email: ari.selman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000

*Attorneys for Defendants*

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' AMENDED COMPLAINT - 2
Case No. 2:23-cv-00781-JHC

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Colleen Fewer, *Admitted Pro Hac Vice*
   Email: cfewer@bergermontague.com
2  BERGER & MONTAGUE, P.C.
   505 Montgomery Street, Suite 625
3  San Francisco, CA 94111
4  Telephone: (415) 376-2097

5  James Hannaway, Admitted Pro Hac Vice
   Email: jhannaway@bergermontague.com
6  BERGER & MONTAGUE, P.C.
   1001 G Street NW, 4th Floor Suite 400 East
7  Washington, DC 20001
8  Telephone: (202) 869-4524

9  *Attorneys for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' AMENDED COMPLAINT - 3
Case No. 2:23-cv-00781-JHC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## [PROPOSED] ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED this _____ day of _____, 2026.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING PLAINTIFFS' AMENDED COMPLAINT - 4
Case No. 2:23-cv-00781-JHC

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com