1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,

Plaintiffs,

v.

OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,

Defendants.

Case No. 2:23-cv-00781-JHC

**JOINT STIPULATION AND ORDER REGARDING PLAINTIFFS' AMENDED COMPLAINT**

**NOTED FOR CONSIDERATION:**
JANUARY 13, 2026

18

**STIPULATION**

19    The above-captioned parties hereby submit this Joint Stipulation regarding Plaintiffs'

20  Amended Complaint:

21    WHEREAS, Plaintiffs have provided Defendants a redline version of the First Amended

22  Complaint that shows how it differs from the Complaint, which is attached as <u>Exhibit 1</u>; and

23    WHEREAS, Plaintiffs contend that the First Amended Complaint reflects facts learned

24  through discovery;

25    THEREFORE, Plaintiffs may file their Amended Complaint with consent of Defendants.

26  *See* Fed. R. Civ. P. 15(a). Defendants will file their Motion to Compel Arbitration by January 23,

1  2026. All other deadlines ordered by the Court with respect to the Motion to Compel Arbitration

2  (Dkt. No. 54) remain the same.

3      The parties further agree that Defendants need not respond to the Amended Complaint until

4  resolution of the Motion to Compel Arbitration. The parties agree to file a joint status report

5  proposing next steps within 14 days of resolution of the Motion to Compel Arbitration.

6

7      STIPULATED TO AND DATED this 13th day of January, 2026.

8

9  TERRELL MARSHALL LAW GROUP PLLC         MORGAN, LEWIS & BOCKIUS LLP

10 By: */s/ Blythe H. Chandler*                By: */s/ Ari Micah Selman*
   Beth E. Terrell, WSBA #26759              Damon Elder, WSBA #46754
11 Email: bterrell@terrellmarshall.com       Email: damon.elder@morganlewis.com
   Jennifer Rust Murray, WSBA #36983         Andrew DeCarlow, WSBA #54471
12 Email: jmurray@terrellmarshall.com        Email: andrew.decarlow@morganlewis.com
   Blythe H. Chandler, WSBA #43387           T. Ray Ivey, WSBA #55683
13 Eden B. Nordby, WSBA #58654               Email: ray.ivey@morganlewis.com
   Email: enordby@terrellmarshall.com        MORGAN, LEWIS & BOCKIUS LLP
14 936 North 34th Street, Suite 300          1301 Second Avenue, Suite 2800
   Seattle, Washington 98103                 Seattle, Washington 98101
15 Telephone: (206) 816-6603                 Telephone: (206) 274-6400
   Facsimile: (206) 319-5450
16
                                             Ari Micah Selman, *Admitted Pro Hac Vice*
17 Sophia M. Rios, *Admitted Pro Hac Vice*   Email: ari.selman@morganlewis.com
   Email: srios@bm.net                       MORGAN, LEWIS & BOCKIUS LLP
18 BERGER & MONTAGUE, P.C.                    101 Park Avenue
   8241 La Mesa Blvd., Suite A               New York, New York 10178-0060
19 La Mesa, CA 91942                          Telephone: (212) 309-6000
   Telephone: (619) 489-0300
20 Facsimile: (215) 875-4604
                                             *Attorneys for Defendants*
21
22 E. Michelle Drake, *Admitted Pro Hac Vice*
   Email: emdrake@bergermontague.com
23 BERGER & MONTAGUE, P.C.
   1229 Tyler Street NE, Suite 205
24 Minneapolis, MN 55413
   Telephone: (612) 594-5933
25
26

1    Colleen Fewer, *Admitted Pro Hac Vice*
     Email: cfewer@bergermontague.com
2    BERGER & MONTAGUE, P.C.
     505 Montgomery Street, Suite 625
3    San Francisco, CA 94111
     Telephone: (415) 376-2097
4

5    James Hannaway, Admitted Pro Hac Vice
     Email: jhannaway@bergermontague.com
6    BERGER & MONTAGUE, P.C.
     1001 G Street NW, 4th Floor Suite 400 East
7    Washington, DC 20001
     Telephone: (202) 869-4524
8

9    *Attorneys for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

## <u>ORDER</u>

2

Based on the foregoing, IT IS SO ORDERED.

3

4

DATED this 14th day of January, 2026.

5

6

JOHN H. CHUN
UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26