1

2

3

4

5
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

6

7
ROXANN BROWN and MICHELLE SMITH,
on their own behalf and on behalf of others
similarly situated,

NO. 2:23-cv-00781-JHC

8

9
Plaintiffs,

STIPULATED MOTION AND
ORDER TO AMEND BRIEFING
SCHEDULE ON DEFENDANTS'
MOTION TO COMPEL
ARBITRATION

10
v.

11

12
OLD NAVY, LLC; OLD NAVY (APPAREL),
LLC; OLD NAVY HOLDINGS, LLC; GPS
SERVICES, INC.; and THE GAP, INC.,
inclusive,

NOTED FOR CONSIDERATION:
FEBRUARY 18, 2026

13

14
Defendants.

15

16

17
**I.    STIPULATION**

18
1.    Old Navy filed a motion to compel arbitration of Plaintiffs' claims on January 23,

19
2026. (Dkt. # 61).

20
2.    The parties previously stipulated to a schedule for briefing the motion (Dkt. # 54,

21
58). Due to a series of unexpected work demands, Plaintiffs' counsel request an additional week

22
to prepare Plaintiffs' response brief. Old Navy consents to this request and the parties agree that

23
Old Navy should have a coordinate extension of the time to file its reply.

24

25

26

27

STIPULATED MOTION AND ORDER TO AMEND
BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO
COMPEL ARBITRATION - 1
CASE NO. 2:23-cv-00781-JHC

1    3.    The parties request that the briefing schedule for Old Navy's motion to compel

2    arbitration be revised as follows:

| Filing | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Response to the Motion to Compel Arbitration | February 20, 2026 | February 27, 2026 |
| Defendants' Reply in Support of the Motion to Compel Arbitration | March 13, 2026 | April 3, 2026 |

STIPULATED TO AND DATED this 19th day of February, 2026.

TERRELL MARSHALL LAW
    GROUP PLLC

By: /s/ Blythe H. Chandler, WSBA #43387
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Eden B. Nordby, WSBA #58654
Email: enordby@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

Sophia M. Rios, Admitted *Pro Hac Vice*
Email: srios@bm.net
BERGER & MONTAGUE, P.C.
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300

E. Michelle Drake, Admitted *Pro Hac Vice*
Email: emdrake@bergermontague.com
BERGER & MONTAGUE, P.C.
1229 Tyler Street NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5933

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Damon Elder, WSBA #46754
Damon Elder, WSBA #46754
Email: damon.elder@morganlewis.com
Andrew DeCarlow, WSBA #54471
Email: andrew.decarlow@morganlewis.com
T. Ray Ivey, WSBA #55683
Email: ray.ivey@morganlewis.com
1301 Second Avenue, Suite 2800
Seattle, Washington 98101
Telephone: (206) 274-6400

Ari Micah Selman, *Admitted Pro Hac Vice*
Email: ari.selman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000

*Attorneys for Defendants*

STIPULATED MOTION AND ORDER TO AMEND
BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO
COMPEL ARBITRATION - 2
CASE NO. 2:23-cv-00781-JHC

Colleen Fewer, Admitted *Pro Hac Vice*
Email: cfewer@bergermontague.com
BERGER & MONTAGUE, P.C.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 376-2097

James Hannaway, Admitted *Pro Hac Vice*
Email: jhannaway@bergermontague.com
BERGER & MONTAGUE, P.C.
1001 G Street NW, 4th Floor Suite 400 East
Washington, DC 20001
Telephone: (202) 869-4524

*Attorneys for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**<u>ORDER</u>**

        Based on the foregoing, IT IS SO ORDERED.  Plaintiffs' response to Old Navy's motion to compel arbitration—which is at Dkt. # 60 and not Dkt. # 61—shall be due on February 27, 2026 and Old Navy's reply shall be due on April 3, 2026.  The Court DIRECTS the Clerk to re-note the motion at Dkt. # 60 for April 3, 2026.

        DATED this 19th day of February, 2026.

                           *John H. Chun*
                           JOHN H. CHUN
                           UNITED STATES DISTRICT COURT