UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | Case No. 2:23-cv-00781-JHC<br><br>**STIPULATED MOTION FOR STAY PENDING MEDIATION AND ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>May 21, 2026 |

STIPULATED MOTION FOR STAY PENDING
MEDIATION AND ORDER
(Case No. 2:23-cv-00781-JHC)

Plaintiffs Roxann Brown and Michelle Smith ("Plaintiffs") and Defendants (together with Plaintiffs, the "Parties") respectfully inform the Court that they have agreed to pursue mediation and request that the Court stay all proceedings in this matter, including consideration of Defendants' Motion to Compel Arbitration, Dkt. 60, pending resolution of the mediation.

A stay of all proceedings, pending completion of the mediation, will conserve judicial and party resources while the Parties attempt to resolve this matter. Issuing a stay in this case so that the Parties may focus on a potential settlement through mediation and avoid spending additional resources on further litigation will promote the efficient administration of justice and will not cause damage, hardship, or inequity to any party. A stay will also avoid a potentially unnecessary expenditure of resources by this Court on pending or future motions—all of which would be for naught if the Parties settle this dispute. *See Epstein v. US Foods*, *Inc.*, 2025 WL 330544, at *1 (W.D. Wash. Jan. 29, 2025) ("A stay [pending mediation] is appropriate here to preserve the parties' and the Court's resources and to promote the orderly course of justice.").

The Parties have scheduled a mediation to take place on September 29, 2026 and will file a status report with the Court no more than 14 days after mediation, addressing the outcome of the mediation and proposed next steps.

Accordingly, the Parties request that the Court stay this matter pending mediation.

[*Signature block to follow on next page*]

STIPULATED MOTION FOR STAY PENDING
MEDIATION AND ORDER - 1
(Case No. 2:23-cv-00781-JHC)

DATED: May 21, 2026.

**TERRELL MARSHALL LAW GROUP PLLC**

By: *s/ Beth E. Terrell*
Beth E. Terrell, WSBA #26759
Jennifer Rust Murray, WSBA #36983
Blythe H. Chandler, WSBA #43387
Eden B. Nordby, WSBA #58654
1700 Westlake Avenue North, Suite 300
Seattle, WA 98109
Phone: (206) 816-6603
Email: bterrell@terrellmarshall.com
        jmurray@terrellmarshall.com
        bchandler@terrellmarshall.com
        enordby@terrellmarshall.com

**BERGER & MONTAGUE, P.C.**

Sophia Rios (*pro hac vice*)
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Phone: (619) 489-0300
Email: srios@bm.net

E. Michelle Drake (*pro hac vice*)
229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Phone: (612) 594-5933
Email: emdrake@bergermontague.com

James Hannaway (*pro hac vice*)
1001 G Street NW, 4th Floor, Suite 400 East
Washington, DC 20001
Phone: (202) 869-4524
Email: jhannaway@bergermontague.com

Mark DeSanto (*pro hac vice*)
1818 Market St, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3046
Email: mdesanto@bergermontague.com

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA #46754
Andrew DeCarlow, WSBA #54471
T. Ray Ivey, WSBA #55683
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com
ray.ivey@morganlewis.com

Ari M. Selman (*pro hac vice*)
101 Park Avenue
New York, NY 10178-0060
Phone: (206) 309-6000
ari.selman@morganlewis.com

*Attorneys for Defendants*

STIPULATED MOTION FOR STAY PENDING
MEDIATION AND ORDER - 2
(Case No. 2:23-cv-00781-JHC)

**ORDER**

IT IS SO ORDERED.  And the Court DIRECTS the Clerk to re-note the Motion to Compel Arbitration at Dkt. # 60 for October 13, 2026.

Dated this 21st of May, 2026

_John H. Chun_

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR STAY PENDING
MEDIATION AND ORDER - 3
(Case No. 2:23-cv-00781-JHC)