UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00781-JHC<br><br>ORDER |

This matter comes before the Court on the parties' Joint Status Report. Dkt. # 84. Pursuant to that filing, and the Court's Order at Dkt. # 82, the Court hereby LIFTS the stay.

Since this case was stayed, however, serious questions have arisen as to whether the U.S. District Court for the Western District of Washington has subject matter jurisdiction over the kinds of CEMA claims asserted in this action. Specifically, whether individuals like Plaintiffs have alleged injury-in-fact to establish Article III standing.

Accordingly, the Court ORDERS the parties to show cause as to why this matter should not be remanded for lack of subject matter jurisdiction. Each side's brief may not exceed 2,100

words and is due on or before November 12, 2026. The Court also DIRECTS the Clerk to re-note the Motion to Compel Arbitration at Dkt. # 60 for November 12, 2026.

Dated this 29th day of October, 2026.

John H. Chun
United States District Judge