UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROXANN BROWN and MICHELLE SMITH, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL), LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; and THE GAP, INC., inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00781-JHC<br><br>ORDER |

This matter comes before the Court on the Court's Order to Show Cause. Dkt. # 86. The Court thanks the parties for their responses to the Order at Dkt. ## 87 & 88. Upon review of those responses, the Court concludes that Defendants have not met their burden of alleging that Plaintiff has Article III standing and thus have not met their burden of establishing that the Court has subject matter jurisdiction over this action. Accordingly, the Court REMANDS this matter to King County Superior Court.

The Court DIRECTS the Clerk to terminate the motion to compel arbitration at Dkt. # 60 as moot, and to mail a copy of this Order to the state court.

//

Dated this 13th day of November, 2026.

John H. Chun
United States District Judge